**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kwilde@maclaw.com
  *Attorneys for Las Vegas Metropolitan Police Department*
  *and James LaRochelle*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | CASE NO. 2:19-cv-01273 |
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSE(S) TO PLAINTIFF'S COMPLAINT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THOMAS THOWSEN, and JAMES LaROCHELLE, | |
| Defendants. | (First Request) |

Plaintiff Kirstin Blaise Lobato, by and through counsel of record, and Defendants Las Vegas Metropolitan Police Department and James LaRochelle, through their counsel of record, hereby stipulate and agree that the time for Defendants to file their response(s) to Plaintiff's Complaint (ECF No. 1) should be extended from August 15, 2019, until September 15, 2019.

The instant filing is the first request for an extension of time for Defendants' to file their responses to the Plaintiff's Complaint. The extension is requested because legal representation for Defendant Thomas Thowsen has not been confirmed. Moreover, because of the breadth and complexity of the claims made in Plaintiff's Complaint, the Defendants require additional time to perform an investigation prior to filing a responsive pleading.

/ / /

MAC:14687-221 LVMPD Lobato Stipulation for Extension1 8/12/2019 12:30 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    This stipulation is made in good faith and not for the purpose of delay.

2    DATED this 12th day of August, 2019.

3    MARQUIS AURBACH COFFING        EDMUND J. GORMAN, JR.

4    By: */s/ Craig R. Anderson, Esq.*        By: */s/ Edmund J. Gorman, Jr., Esq.*

5    Craig R. Anderson, Esq.        Edmund J. Gorman, Jr., Esq.
     Nevada Bar No. 6882        Nevada Bar No. 11518
6    Kathleen A. Wilde, Esq.        335 W. First St.
     Nevada Bar No. 12522        Reno, NV 89503
7    10001 Park Run Drive
     Las Vegas, Nevada 89145        LOEVY & LOEVY
8    *Attorneys for Las Vegas Metropolitan*        Elizabeth Wang, Esq.
     *Police Department and James*        2060 Broadway, Ste. 460
9    *LaRochelle*        Boulder, CO 80302

10                        LOEVY & LOEVY
                        David Owens, Esq.
11                        100 S. King St., #100-748
                        Seattle, WA 98104

12                        LOEVY & LOEVY
                        Megan Pierce, Esq.
13                        311 N. Aberdeen St., 3rd floor
                        Chicago, IL 60607

14                        *Attorneys for Plaintiff*
                        *Kirstin Blaise Lobato*
15

16                        **ORDER**

17    IT IS SO ORDERED that the above Stipulation is hereby GRANTED.  Defendants

18    shall have until September 15, 2019, to file their response(s) to Plaintiff's Complaint.

19    DATED this 26 . day of August, 2019.

20

21    _____
      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27