Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David Owens*
LOEVY & LOEVY
100 S. King St., #100-748
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | Case No. 2:19-cv-01273 |
| Plaintiff, | |
| v. | Judge Richard F. Boulware, II |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE, | Magistrate Judge Elayna J. Youchah |
| | **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | |
| | (First Request) |

Plaintiff Kirstin Blaise Lobato, by and through counsel of record, and

Defendants Las Vegas Metropolitan Police Department and James LaRochelle,

through their counsel of record, hereby stipulate and agree that the time for

1

1  Plaintiff to file her response to Defendants' Partial Motion to Dismiss (ECF No. 25)

2  should be extended by two weeks—from September 27, 2019, until and including

3  October 11, 2019.

4     The instant filing is the first request for an extension of time for Plaintiff to

5  file her response to Defendants' Partial Motion to Dismiss. Defendants filed their

6  Partial Motion to Dismiss on September 13, 2019, meaning that under Local Rule 7-

7  2(b), Plaintiff's response is due on September 27, 2019. The parties have so far been

8  diligent in moving this case forward. They have agreed on a discovery schedule and

9  protective order, which will be filed shortly. The parties are also reviewing a

10 voluminous record from Plaintiff's criminal and post-conviction proceedings as they

11 prepare their Rule 26(a)(1) disclosures, which are due on Wednesday, September 25,

12 2019. Additionally, Plaintiff's counsel has been occupied with time-sensitive tasks in

13 other matters, including travel for already scheduled depositions, responses to

14 dispositive motions, and appellate oral argument.

15     Plaintiff's counsel has conferred with counsel for Defendants, and the parties

16 have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that

17 Plaintiff's deadline to respond to Defendants' Partial Motion to Dismiss should be

18 extended until October 11, 2019. This stipulation is made in good faith and not for

19 the purpose of delay.

20

21                                RESPECTFULLY SUBMITTED,

22

23                                /s/  Megan Pierce
                                  One of Plaintiff's Attorneys
24

25                                /s/  Craig Anderson
                                  One of Defendants' Attorneys
26

27

Luke Busby
NV Bar # 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for*
*Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
T: (312) 243-5900
F: (312) 243-5902
elizabethw@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise*
*Lobato*

Megan Pierce*
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise*
*Lobato*

Craig Anderson
Kathleen Wilde
Marquis Aurbach Coffing
1001 Park Run Drive
Las Vegas, NV 89145
T: (702) 942-2136
canderson@maclaw.com
*Counsel for Defendants*

David B. Owens*
Loevy & Loevy
100 S. King St., #100-748
Seattle, WA 98104
T: (312) 243-5900
F: (312) 243-5902
david@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise*
*Lobato*

## **ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED.

Plaintiff shall have until October 11, 2019, to file her response to Defendants'

Partial Motion to Dismiss.

DATED this 24th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

3

# CERTIFICATE OF SERVICE

I, Megan Pierce, an attorney, hereby certify that on September 23, 2019, I filed the foregoing Stipulation and Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

/s/ Megan Pierce
One of Plaintiff's Attorneys