Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David Owens*
LOEVY & LOEVY
100 S. King St., #100-748
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | ) |
| | ) Case No. 2:19-cv-01273-RFB-EJY |
| Plaintiff, | ) |
| v. | ) Judge Richard F. Boulware, II |
| | ) |
| LAS VEGAS METROPOLITAN | ) Magistrate Judge Elayna J. Youchah |
| POLICE DEPARTMENT, NEVADA, | ) |
| THOMAS THOWSEN, and JAMES | ) **STIPULATION AND** ~~PROPOSED~~ |
| LAROCHELLE, | ) **ORDER EXTENDING DEADLINE** |
| | ) **FOR PLAINTIFF'S RESPONSE TO** |
| Defendants. | ) **DEFENDANTS' MOTION TO** |
| | **DISMISS** |
| | (Second Request) |

Plaintiff Kirstin Blaise Lobato, by and through counsel of record, and

Defendants Las Vegas Metropolitan Police Department and James LaRochelle,

through their counsel of record, hereby stipulate and agree that the time for

1

1  Plaintiff to file her response to Defendants' Partial Motion to Dismiss (ECF No. 25)

2  should be extended by one week—from October 11, 2019, until and including

3  October 18, 2019.

4      The instant filing is the second request for an extension of time for Plaintiff

5  to file her response to Defendants' Partial Motion to Dismiss. Defendants filed their

6  Partial Motion to Dismiss on September 13, 2019, meaning that under Local Rule 7-

7  2(b), Plaintiff's response was originally due on September 27, 2019. On September

8  23, 2019, the parties filed a Stipulation and Proposed Order Extending Deadline for

9  Plaintiff's Response to Defendants' Motion to Dismiss. ECF No. 26. On September

10 24, 2019, this Court entered an order granting that stipulation and thereby

11 extending the deadline by two weeks, to October 11, 2019. ECF No. 29. An

12 additional one-week extension is necessary because Plaintiff's counsel has an oral

13 argument before the Ninth Circuit next week, and has been occupied with time-

14 sensitive tasks in other matters, including previously scheduled depositions. This

15 extension will not delay the progress of this case because the parties continue to

16 move forward diligently with discovery.

17     Plaintiff's counsel has conferred with counsel for Defendants, and the parties

18 have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that

19 Plaintiff's deadline to respond to Defendants' Partial Motion to Dismiss should be

20 extended until October 18, 2019. This stipulation is made in good faith and not for

21 the purpose of delay.

22

23                          RESPECTFULLY SUBMITTED,

24

25                          /s/  Megan Pierce
                            One of Plaintiff's Attorneys
26

27                          /s/  Craig Anderson


                                  2

One of Defendants' Attorneys

Luke Busby
NV Bar # 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for
Plaintiff Kirstin Blaise Lobato*

Craig Anderson
Kathleen Wilde
Marquis Aurbach Coffing
1001 Park Run Drive
Las Vegas, NV 89145
T: (702) 942-2136
canderson@maclaw.com
*Counsel for Defendants*

Elizabeth Wang*
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
T: (312) 243-5900
F: (312) 243-5902
elizabethw@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise
Lobato*

David B. Owens*
Loevy & Loevy
100 S. King St., #100-748
Seattle, WA 98104
T: (312) 243-5900
F: (312) 243-5902
david@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise
Lobato*

Megan Pierce*
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise
Lobato*

1

## **ORDER**

2    IT IS SO ORDERED that the above Stipulation is hereby GRANTED.

3 Plaintiff shall have until October 18, 2019, to file her response to Defendants'

4 Partial Motion to Dismiss.

5    DATED this 10th day of October, 2019.

6

7

8    _____
     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27