Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David Owens*
LOEVY & LOEVY
100 S. King St., #100-748
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE,<br><br>Defendants. | Case No. 2:19-cv-01273-RFB-EJY<br><br>Judge Richard F. Boulware, II<br><br>Magistrate Judge Elayna J. Youchah<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO FILE ESI PROTOCOL**<br><br>(First Request) |

Plaintiff Kirstin Blaise Lobato, by and through counsel of record, and Defendants Las Vegas Metropolitan Police Department, Thomas Thowsen, and James LaRochelle, through their counsel of record, hereby stipulate and agree that the time for the parties to file their ESI protocol should be extended by one week—from October 18, 2019, until and including October 25, 2019.

1

| | |
|---|---|
| 1 | The instant filing is the first request for an extension of time for the parties |
| 2 | to file their ESI protocol. The parties filed their Rule 26(f) Report on September 12, |
| 3 | 2019. ECF 23. The deadline in this report for the parties to file their ESI protocol |
| 4 | was October 18, 2019. An additional one-week extension is necessary because both |
| 5 | parties have been occupied with initial disclosures and briefing Defendants' Motion |
| 6 | to Dismiss (ECF 25). This extension will not delay the progress of this case because |
| 7 | the parties continue to move forward diligently with discovery. |

Plaintiff's counsel has conferred with counsel for Defendants, and the parties have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that the parties' deadline to file their ESI protocol should be extended to October 25, 2019. This stipulation is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED,

/s/ Megan Pierce
One of Plaintiff's Attorneys

/s/ Craig Anderson
One of Defendants' Attorneys

| | |
|---|---|
| Luke Busby<br>NV Bar # 10319<br>316 California Ave., #82<br>Reno, NV 89509<br>O: 775.453.0112<br>luke@lukeandrewbusbyltd.com<br>*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato* | Craig Anderson<br>Kathleen Wilde<br>Marquis Aurbach Coffing<br>1001 Park Run Drive<br>Las Vegas, NV 89145<br>T: (702) 942-2136<br>canderson@maclaw.com<br>*Counsel for Defendants* |
| Elizabeth Wang*<br>Loevy & Loevy<br>2060 Broadway, Ste. 460 | David B. Owens*<br>Loevy & Loevy<br>100 S. King St., #100-748 |

| | |
|---|---|
| Boulder, CO 80302<br>T: (312) 243-5900<br>F: (312) 243-5902<br>elizabethw@loevy.com<br>*Admitted *pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* | Seattle, WA 98104<br>T: (312) 243-5900<br>F: (312) 243-5902<br>david@loevy.com<br>*Admitted *pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* |

Megan Pierce*
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

**ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. The parties shall have until October 25, 2019, to file their ESI protocol.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2019

3