**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kwilde@maclaw.com
 *Attorneys for LVMPD Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>                   Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THOMAS THOWSEN, and JAMES LaROCHELLE,<br><br>                   Defendants. | CASE NO. 2:19-cv-01273<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL and PROPOSED ORDER** |

Plaintiff Kirstin Blaise Lobato, by and through counsel of record, and Defendants Las Vegas Metropolitan Police Department, Thomas Thowsen, and James LaRochelle, through their counsel of record, hereby stipulate and agree that the time for Defendants to file their reply to Plaintiff's Response to Defendants' Motion for Partial Dismissal should be extended from October 25, 2019, to October 30, 2019.

An extension is requested because the attorney primarily responsible for drafting the LVMPD Defendants' Reply, Kathleen Wilde, has been out of the office addressing personal issues after her father suffered unexpected complications during what should have been minor surgery. Because the exigent circumstances were unexpected, other counsel were also limited in their ability to reschedule other matters that were already on calendar.

/ / /

MAC:14687-221 3883481_1 10/25/2019 10:14 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

This Stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested for filing a Reply in Support of the LVMPD Defendants' Motion for Partial Dismissal.

DATED this 25th day of October, 2019.

| MARQUIS AURBACH COFFING | LOEVY & LOEVY |
|---|---|
| By: */s/ Kathleen A. Wilde, Esq.*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Kathleen A. Wilde, Esq.<br>Nevada Bar No. 12522<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for LVMPD Defendants* | By: */s/ Megan Pierce, Esq.*<br>Megan Pierce, Esq.<br>311 N. Aberdeen St., 3rd floor<br>Chicago, IL 60607<br><br>Elizabeth Wang, Esq.<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br><br>David Owens, Esq.<br>100 S. King St., #100-748<br>Seattle, WA 98104 |

LUKE ANDREW BUSBY, LTD.

Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, NV 89509

*Attorneys for Plaintiff
Kirstin Blaise Lobato*

## **ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Defendants shall have until October 30, 2019, to file their reply to Plaintiffs Response to Defendants' Motion for Partial Dismissal.

DATED this ___ day of October, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2019.