**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kwilde@maclaw.com
*Attorneys for Defendants LVMPD, Thowsen and LaRochelle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>                Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THOMAS THOWSEN, and JAMES LaROCHELLE,<br><br>                Defendants. | Case No. 2:19-cv-01273-RFB-EJY<br><br>**STIPULATION AND ORDER REGARDING NON-PARTY CRIMINAL HISTORY REPORTS** |

Plaintiff Kirstin Blaise Lobato ("Plaintiff"), by and through her counsel of record, Loevy & Loevy and Defendants Las Vegas Metropolitan Police Department, Thomas Thowsen, and James LaRochelle (collectively "Defendants"), by and through their counsel of record, Marquis Aurbach Coffing, hereby stipulate to allow the Defendants to produce the criminal histories of non-parties pursuant to the parties' Protective Order. (ECF No. 30)

## I.    RECITALS

*Factual Background*

1. Plaintiff alleges she was wrongfully convicted for the 2001 murder of Duran Bailey ("Bailey").

2. According to Plaintiff's Complaint, she did not kill Bailey and spent over 16 years incarcerated prior to being released from prison.

MAC:14687-221 3914964_1 12/4/2019 8:15 AM

3. Plaintiff alleges that two LVMPD homicide detectives, defendants Thowsen and LaRochelle, violated her constitutional law rights and Nevada state law rights by arresting her and pursuing her as a suspect in the murder despite knowing that Plaintiff was actually innocent.

4. The LVMPD Defendants deny all of plaintiff's allegations.

**Relevant Procedural History**

5. Plaintiff filed her Complaint on July 23, 2019.

6. On September 11, 2019 the parties participated in a Rule 26(f) conference.

7. The parties' Amended Discovery Plan and Scheduling Order was entered by the Court on October 29, 2019. (ECF No. 39)

8. The parties' Protective Order regarding confidential documents was signed by the Court on September 25, 2019. (ECF No. 30)

9. Plaintiff served her initial Rule 26 disclosures on October 4, 2019.

10. Defendants served their initial Rule 26 disclosures on October 15, 2019.

11. This Stipulation and Order involves certain documents contained in Defendants' initial Rule 26 disclosures.

**The Non-Party Criminal Histories at issue**

12. Defendants initial Rule 26 disclosures identify all documents located in the LVMPD homicide file regarding Bailey.

13. LVMPD counsel reviewed each document and produced all documents that did not require a "CONFIDENTIAL" or "privileged" designation.

14. Certain documents such as official police reports of non-parties, documents with personal information (i.e., phone numbers, addresses), and other sensitive documents were marked "CONFIDENTIAL" and produced pursuant to the parties Protective Order.

15. The LVMPD homicide file contained background checks of non-parties that included the non-parties' personal information including arrest and criminal convictions. The background checks are commonly referred to as "SCOPE" printouts.

MAC:14687-221 3914964_1 12/4/2019 8:15 AM

16. Some non-party fingerprint sheets were also included.

17. The SCOPE reports and other criminal background information were obtained as a result of the LVMPD detectives' investigation. When the detectives identified and/or interviewed a potential witness, they would run a background check on the individual and then include the SCOPE printout in the homicide file. The SCOPE profiles in the files ranged in years from 2001 through 2005.

18. NRS 179A.100 prohibits LVMPD from disseminating the SCOPE printouts of non-parties except for in limited circumstances. *See* NRS 179A.100.

19. Due to NRS 179A.100 prohibitions, Defendants marked the documents privileged and provided Plaintiff with a privilege log. (*See* **Exhibit 1**.)

20. After receiving Defendants' privilege log, the parties held a meet and confer on the issue.

21. It was Plaintiff's position that the SCOPE printouts are relevant for discovery purposes as they may be relevant to a witness's credibility or may be used for impeachment purposes.

22. Defendants did not disagree with Plaintiff, but countered that NRS 179A.100 prohibited Defendants from disseminating the criminal histories of non-parties as none of the statute's exceptions were met.

23. The parties agreed that if the Court ordered the SCOPE and other criminal history documents produced pursuant to the parties' strict Protective Order, all parties would be adequately protected and the criminal history documents would be protected from dissemination beyond the parties and their agents.

24. Based upon the above, this Stipulation and Order is brought in good faith to work out a discovery dispute without this Court's intervention.

25. The parties certify that this Stipulation and Order is not for purposes of delay.

MAC:14687-221 3914964_1 12/4/2019 8:15 AM

## ORDER

UPON STIPULATION OF THE PARTIES and for good cause shown, THE FOLLOWING IS HEREBY ORDERED:

1. The SCOPE printouts and other criminal history documents of non-parties found located in the Duran Bailey Homicide File that are identified in LVMPD's Privilege Log (Ex. 1) can be produced by Defendants to Plaintiff in this litigation.

2. The SCOPE printouts and other criminal history documents of non-parties identified on Exhibit 1 will be produced pursuant to the parties' executed Protective Order. (*See* ECF No. 30)

3. That SCOPE printouts and other criminal history documents of non-parties referenced in Exhibit 1 will be treated with the utmost confidentiality and will not be disseminated for any reason to any individual beyond the parties, their counsel, and agents.

IT IS SO STIPULATED this 4th day of December, 2019.

MARQUIS AURBACH COFFING

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for LVMPD Defendants*

LOEVY & LOEVY

By: *s/ Megan Pierce, Esq.*
Megan Pierce, Esq.
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607

Elizabeth Wang, Esq.
2060 Broadway, Ste. 460
Boulder, CO 80302

David Owens, Esq.
100 S. King St., #100-748
Seattle, WA 98104

LUKE ANDREW BUSBY, LTD.

Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, NV 89509

*Attorneys for Plaintiff Kirstin Blaise Lobato*

Lobato v. LVMPD, et al.
Case No. 2:19-cv-01273-RFB-EJY

## ORDER

IT IS SO ORDERED this ___ day of December 2019.

_____
UNITED STATES DISTRICT JUDGE

MAC:14687-221 3914964_1 12/4/2019 8:15 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# Exhibit 1 – Privilege Log

LVMPD Privilege Log
Padgett v. LVMPD, et al., Case No.: 2:19-cv-01273

## LVMPD PRIVILEGE LOG

**Privilege Designations:**
A. Confidential Medical/Personal/Private/Personnel File Information
B. Attorney/Client Privilege
C. Work Product Privilege
D. Criminal History Information pursuant to NRS 179A, et seq.
E. Peer-Review
F. Not calculated to lead to the discovery of admissible evidence
G. Settlement privilege
H. Joint defense and/or common interest privilege
I. Law Enforcement Investigative Informations
J. Law Enforcement Techniques/Tactics
K. Evidence
L. Executive Privilege
M. Confidential Informant
N. Protective Order
O. Order of the Court
P. Other Agency Records

| No. | Bates Nos. | Document Description | Outcome | Privilege Designation |
|---|---|---|---|---|
| 1. | LVMPD 000105 | Criminal history concerning victim | Withheld from Production | D |
| 2. | LVMPD 000259-000260 | Documents regarding Call Records from Central Telephone Company of Nevada d/b/a Sprint | Marked Confidential | A, N |
| 3. | LVMPD 000266-000268 | Documents regarding Call Records from AT&T Wireless, and Central Telephone Company of Nevada d/b/a Sprint | Marked Confidential | A, N |

LVMPD Privilege Log
Lobato v. LVMPD, et al., Case No. 2:19-cv-01273

| | | | | |
|---|---|---|---|---|
| 4. | LVMPD 000277-000284 | Documents concerning assault of Diann Parker | Marked Confidential | A, N |
| 5. | LVMPD 000733 | Personal information of non-related party | Withheld from Production | A, N |
| 6. | LVMPD 000768-000780 | Criminal history concerning victim | Withheld from Production | D |
| 7. | LVMPD 000812-000847 | Lobato juvenile records | Marked Confidential | N |
| 8. | LVMPD 000848-000857 | Criminal history of non-related party | Withheld from Production | A, D |
| 9. | LVMPD 000973-000980 | Personal information of non-related party | Withheld from Production | A, N |
| 10. | LVMPD 000981-000992 | Criminal history of non-related party | Withheld from Production | A, D |
| 11. | LVMPD 000993 | Personal information of non-related party | Withheld from Production | A, N |
| 12. | LVMPD 000994-001001 | Documents regarding Call Records from Verizon | Marked Confidential | A, N |
| 13. | LVMPD 001002-001006 | Criminal history of non-related party | Withheld from Production | A, D |
| 14. | LVMPD 0001007-001009 | Criminal history of non-related party | Withheld from Production | A,D |
| 15. | LVMPD 001010-001017 | Criminal history of non-related party | Withheld from Production | A, D |
| 16. | LVMPD 001018-001029 | Criminal history of non-related party | Withheld from Production | A, D |
| 17. | LVMPD 001030-001033 | Criminal history of non-related party | Withheld from Production | A, D |
| 18. | LVMPD 001034-001035 | Documents regarding Call Records from Central Telephone Company of Nevada d/b/a Sprint | Marked Confidential | A, N |
| 19. | LVMPD 001036-001038 | Personal information of non-related parties | Withheld from Production | A, N |
| 20. | LVMPD 001043 | Criminal history of non-related party | Withheld from Production | A, D |
| 21. | LVMPD 001044 | Criminal history of non-related party | Withheld from | A, D |

Page 2 of 4

LVMPD Privilege Log
Johnson v. LVMPD, et al., Case No.: 2:19-cv-01273

| | | | Production | |
|---|---|---|---|---|
| 22. | LVMPD 001045-001048 | Documents regarding Call Records from Central Telephone Company of Nevada d/b/a Sprint | Marked Confidential | A, N |
| 23. | LVMPD 001051-001053 | Personal information of non-related parties | Withheld from Production | A, N |
| 24. | LVMPD 001058 | Criminal history of non-related party | Withheld from Production | A, D |
| 25. | LVMPD 001059-001065 | Criminal history of non-related parties | Withheld from Production | A, D |
| 26. | LVMPD 001066-001077 | Documents regarding Call Records from Central Telephone Company of Nevada d/b/a Sprint | Marked Confidential | A, N |
| 27. | LVMPD 001078-001100 | Criminal history of non-related parties | Withheld from Production | A, D |
| 28. | LVMPD 001101-001104 | Personal information of non-related parties | Withheld from Production | A, N |
| 29. | LVMPD 001105-001106 | Criminal history of non-related party | Withheld from Production | A, D |
| 30. | LVMPD 001107-001108 | Personal information of non-related parties | Withheld from Production | A, N |
| 31. | LVMPD 001109-001114 | Criminal history and personal information of non-related parties | Withheld from Production | A, D |
| 32. | LVMPD 001116-001120 | Criminal history of non-related parties | Withheld from Production | A, D |
| 33. | LVMPD 001121 | Personal information of non-related party | Withheld from Production | A, N |
| 34. | LVMPD 001122-001139 | Criminal history of non-related party | Withheld from Production | A, D |
| 35. | LVMPD 001140-001153 | Documents regarding Call Records from Central Telephone Company of Nevada d/b/a Sprint | Marked Confidential | A, N |
| 36. | LVMPD 001154-001162 | Criminal history of non-related parties | Withheld from Production | A, D |

LVMPD Privilege Log
Lobato v. LVMPD, et al., Case No. 2:19-cv-01273

| 37. | LVMPD 001167 | Personal information of non-related party | Withheld from Production | A |
|---|---|---|---|---|
| 38. | LVMPD 001168-001169 | Criminal history of non-related party | Withheld from Production | A, D |
| 39. | LVMPD 001210-001214 | Documents concerning assault of Diann Parker | Marked Confidential | A, N |
| 40. | LVMPD 001215-001218 | Criminal history of non-related party | Withheld from Production | A, D |
| 41. | LVMPD 001219-001264 | Documents concerning assault of Diann Parker | Marked Confidential | A, N |
| 42. | LVMPD 001859-001890 | Criminal history of non-related parties | Withheld from Production | A, D |
| 43. | LVMPD 001891-001907 | Documents regarding Call Records from Cingular Wireless | Marked Confidential | A, N |
| 44. | LVMPD 001908-001920 | Criminal history of non-related parties | Withheld from Production | A, D |
| 45. | LVMPD 002679-002685 | Criminal history of non-related parties | Withheld from Production | A, D |
| 46. | LVMPD 002686-002936 | Inmate Records regarding Kirstin Lobato | Marked Confidential | N |
| 47. | LVMPD 002937-003027 | NaphCare Records regarding Kirstin Lobato | Marked Confidential | N |