# Exhibit Z - Expert Report of Jeffrey Tomberlin

**JEFFERY K. TOMBERLIN, PhD**
**DEPARTMENT OF ENTOMOLOGY**
**TEXAS A&M UNIVERSITY**
**2475 TAMU**
**COLLEGE STATION, TEXAS 77843-2475**

**February 4, 2021**

**RE: Lobato v. LVMPD, et al., Civil Action 2:19-CV-1273 (D Nev.)**

**I.      Basis for Expert Opinion, Qualifications and Methodology**

**A.      Basis for and Scope of Expert Opinion**

1.      I have been retained by Plaintiff's counsel in the case *Kirstin Blaise*

*Lobato v. Las Vegas Metropolitan Police Department, et al.,* Civil Action 2:19-CV-1273

(D Nev.) as an expert in forensic entomology to provide an opinion on the lack of

entomological evidence as related to the remains of Duran Bailey and suspected time of

availability for colonization. My opinions are based on all of the materials that I have

reviewed, which are listed below, as well as my knowledge and experience in the field.

My opinions are expressed to a reasonable degree of professional certainty. I reserve the

right to alter my opinions or form additional opinions in this case based on disclosure of

further information and/or documents.

**B.      Expert Qualifications**

2.      I am an expert in forensic entomology. My educational background

includes a Bachelor of Science in Biological Sciences at the University of Georgia, a

Master of Science in Entomology at Clemson University, and a PhD in Entomology at

the University of Georgia. I have been a Board Certified Forensic Entomologist since

2006.

1

3.      I am a Professor, AgriLife Research Fellow, and Presidential Impact Fellow in the Entomology Department at Texas A&M University. I started my employment at Texas A&M University as an assistant professor and extension specialist in the Entomology Department in 2002. I have worked in the Entomology Department of Texas A&M University continuously for the last eighteen years, and have divided my time between research, teaching, and service.

4.      As a faculty member at Texas A&M University, I have taught various classes, including classes on forensic and investigative science, forensic entomology, anatomy and physiology, biology, and science and the law.

5.      From 2016 through 2020, I served as the Director of the Forensic & Investigative Science Program at Texas A&M University. From 2014 through 2015, I served as Associate Director of the Program. I have also served as the Director of an affiliate site of the NSF-NIJ Center for Advanced Research in Forensic Science from 2017 to 2018, and the Co-Director of the site from 2018 through the present.

6.      I am currently the Director of the Forensic Laboratory for Investigative Entomological Sciences at Texas A&M University. As part of that role, I oversee all research done at the lab.

7.      One of my two primary areas of research is understanding the biology of arthropods that colonize human remains in order to assist law enforcement personnel in estimating the time of colonization of living, or deceased, individuals. I have carried out my research in both laboratory and field-based studies.

8.      I have made hundreds of professional presentations related to forensic entomology. I have also published three books related to forensic entomology and 200+

professional papers, including in peer-reviewed journals like Forensic Science
International, Journal of Forensic Sciences, Journal of Medical Entomology, and Journal
of Legal Medicine. I also have participated numerous times in the peer-review process to
evaluate articles written by others for publication.

9.      I am a member of several professional organizations related to forensic
entomology, including the European Association of Forensic Entomology, the North
American Association of Forensic Entomology, the American Academy of Forensic
Sciences, and the Entomological Society of America. I have served as the chair of the
pathology/biology section of the American Academy of Forensic Sciences, and as the
president of the North American Forensic Entomology Association. I have also served as
the chair of the American Board of Forensic Entomology. Additionally, from 2014 to
2017, I served on a subcommittee of the National Committee of Forensic Sciences, which
evaluated the quality of science used in forensic investigations.

10.     In 2019, I received an award for Outstanding Achievement in the Forensic
Life Sciences from the American Academy of Forensic Sciences.

11.     I have also conducted case work as a consultant related to my expertise in
forensic entomology. These cases include death, abuse, and neglect investigations for
both criminal and civil cases. My role specifically has been to assess arthropod activity or
lack thereof associated with decomposing remains or with living individuals. To date, I
have acted as a consultant for more than 150 cases.

12.     I have been qualified many times as an expert witness in forensic
entomology, as detailed in the attached list of cases in which I have served as an expert
witness.

13.    My qualifications are more fully detailed in my curriculum vitae, which is attached to this report.

14.    My compensation rate for providing services as an expert forensic entomologist is $300/hour.

### C.    Methodology

15.    This report is based on reviewing documents and photographs relating to the death of Duran Bailey and the investigation into his death, including:

- Photographs from the crime scene of the Duran Bailey homicide
- The autopsy report for Duran Bailey and photographs from the autopsy
- The crime scene investigation report for the Duran Bailey homicide
- The Officer's Report for the Duran Bailey homicide
- Weather data from July 8, 2001

16.    In addition to the discovery materials listed above, my opinions in this case are based upon my over 25 years of knowledge, experience, training, and expertise in the field of entomology.

## II.    Overview of Blowfly Activity and the Scene

17.    Blow flies, and other arthropods, are attracted to human and other animal remains, and are generally one of the first insects to colonize a human body after death. Blow flies will be especially attracted to remains if blood or wounds are present.

18.    Generally, within minutes of arriving to a body, blow flies can begin laying eggs. Blow flies lay eggs in large clumps that are easily visible to the naked eye and adults will usually lay their eggs in open wounds and orifices of the body.

19.    The eggs will then hatch into larvae, which feed on the remains.

20.     Blow flies are typically active in the temperature range between 45 and 95 degrees. Blow fly activity is affected by wind and rain during daylight hours.

21.     Blow flies are diurnal, meaning they are active during daylight hours and inactive at night.

22.     Blow fly colonization may be delayed if a body is located inside an enclosed structure such as a house, but blow flies are adept at reaching human or other animal remains.

23.     When conditions are optimal, there will be signs of blow fly activity with a decomposing body within at least a few hours of death, but usually within minutes.

24.     The general characteristics of decomposition in terms of arthropod activity are similar in regions around the world.

25.     Duran Bailey's body was found in an outdoor dumpster enclosure in the parking lot of the Nevada State Bank at 4240 W. Flamingo Road in Las Vegas, Nevada. The Las Vegas Metropolitan Police Department was notified of this through an emergency call to dispatch at approximately 10:30 pm on July 8, 2001.

26.     The top of the dumpster enclosure was covered by chain-link fencing with wide openings.

27.     Duran Bailey's body was covered with loose garbage.

28.     Nothing at the scene—including this fencing or garbage—would have created any impediment to blow fly attraction to, or activity associated with, Duran Bailey's body. If anything, the trash present on Duran Bailey's body would have provided blow flies with protection from the sun during the hottest parts of the day.

29.     In Las Vegas on July 8, 2001, the temperature ranged from 73 degrees Fahrenheit to 95 degrees Fahrenheit. Winds were low, and there was no precipitation. In other words, the conditions were optimal for blow fly activity.

30.     I would expect blow flies, or other carrion-frequenting arthropods, to have been active during the daylight hours on July 8, 2001, and possibly to continue to have been active even during the hottest part of that day given the location, and condition, of the remains.

31.     I reviewed photographs of the body of Duran Bailey. Duran Bailey's body would have been highly attractive to blow flies due to the volume of blood and the number of wounds on the body.

32.     If the body of Duran Bailey had been present in the dumpster enclosure during daylight hours in the same condition as it appeared in the photographs, I would have expected to see clear evidence of blow fly or other arthropod activity.

33.     I did not see any evidence of arthropod, including blow fly, activity on the body in any of the photographs I reviewed, including in areas that would have been especially attractive to blow flies like the mouth, eyes, nose, and many open wounds or in association with the blood or garbage.

34.     Blow flies, blow fly eggs, or other forensically relevant arthropods, were not observed in photographs.

35.     I did not see any mention in the autopsy report of any blow flies, or other forensically relevant arthropods, on Duran Bailey's body.

36.     I have reviewed many autopsy reports in the course of my work as a forensic entomologist. In my experience, if blow flies, blow fly eggs, or other arthropods

are present on a body during an autopsy, that presence is documented in the autopsy report.

37.    Sunset in Las Vegas, Nevada occurred at 8:01 pm on July 8, 2001.

### III.    Conclusions

38.    If Duran Bailey's body had been in the trash enclosure from prior to sunrise through sunset, I would have expected to see blow fly, or other arthropod, activity.

39.    I testified to these opinions under oath at an evidentiary hearing in Ms. Lobato's post-conviction proceedings, on October 9, 2017. I incorporate by reference my testimony from that hearing, a copy of which is attached to this report.

Executed on: February 4, 2021

*Jeffery K. Tomberlin, PhD*

Jeffery K. Tomberlin, PhD, D-ABFE

<u>List of Testimony at Deposition or Trial by Jeffery Tomberlin</u>

Lobato Post-Conviction Case (Nevada)
Master Case 5:15-CV-00013-BR (North Carolina)
Case No. 4:18-CV-00072-RWS (Missouri)
Case No. CR15-1496 (Nevada)

1    MR. SULTAN:  Thank you, your honor.  Petitioner calls

2  Dr. Jeffrey Tomberlin.

3    THE COURT:  Bring him in.

4    THE BAILIFF:  Doctor, if you can remain standing.

5  Please raise your right hand to be sworn in by the clerk.

6

7                    DR. JEFF TOMBERLIN,

8  [having been called as a witness and being first duly

9  sworn testified as follows:]

10    THE WITNESS:  I do.

11    THE CLERK:  Thank you.  Please be seated.  State and

12  spell your first and last name for the record.

13    THE WITNESS:  Sure.  My name is Jeff Tomberlin.

14  J-e-f-f T-o-m-b-e-r-l-i-n.

15    MR. SULTAN:  May I inquire, your Honor?

16    THE COURT:  Yes.

17    MR. SULTAN:  Thank you.

18

19                    DIRECT EXAMINATION

20  BY MR. SULTAN:

21    Q    Good -- good afternoon, Doctor.

22    A    Good afternoon.

23    Q    Doctor, what do you do for a living?

24    A    I'm an associate professor in AgriLife research

Lobato007070

```
 1   fellow with the department of entomology at Texas A&M
 2   University.
 3       Q     You said you worked in the department of entomology.
 4   What is entomology?
 5       A     Entomology is the study of insects and their
 6   relatives and their importance to human society.
 7       Q     And you -- you said that you work at Texas A&M.  How
 8   long have you been working at Texas A&M?
 9       A     15 years.
10       Q     And what are your positions -- what possessions do
11   you hold as Texas A&M?
12       A     I'm an associate professor and AgriLife research
13   fellow.
14       Q     And what -- let's start with the AgriLife research
15   fellow.  What is the AgriLife research fellowship?
16       A     It's a recognition for a level of research that
17   is above most within the college of agriculture.
18       Q     And how does one get an AgriLife research fellowship?
19       A     You're nominated for it.
20   THE COURT:  Are you saying agro-life?
21   MR. SULTAN:  Yes.  A-g-r-o.
22   THE WITNESS:  A-g-r-i-l-i-f-e.
23   BY MR. SULTAN:
24       Q     And who nominated you for that?
```

1      A    My department.

2      Q    And how many are awarded each year?

3      A    At most, two.

4      Q    You mentioned that you are -- let me ask you this:

5   Are you associated with the forensic investigation science

6   program?

7      A    I am.

8      Q    And what is that?

9      A    That is a four-year degree program at Texas A&M

10  University of which I'm the director.

11     Q    Okay.  As director, what were your responsibilities?

12     A    My responsibility is to make sure the program

13  remains in compliance within the forensic education

14  program's accreditation commission and that our program

15  meets the university requirements for degree

16  matriculation.

17     Q    What's the purpose of the forensic investigative

18  science program?

19     A    So what we do is we bridge science with

20  forensics.  We teach students about the basic sciences and

21  then how that information is applied within criminal

22  investigations.

23     Q    You also mentioned that you're an associate professor

24  at Texas A&M.  What are your responsibilities as an associate

Lobato007072

1    professor?

2        A    There are three primary responsibilities:

3    research, teaching, and service.

4        Q    And I'm sorry.  The third one was service?

5        A    Yes.

6        Q    Let's talk -- let's talk about your teaching

7    responsibilities.  How much time -- how much of your time is

8    divided between research and teaching?

9        A    On paper, 35 percent toward teaching, 65 percent

10   towards research.

11       Q    In reality?

12       A    100, 100.

13       Q    So as far as your 100 percent teaching

14   responsibilities go, what -- do you teach any courses at Texas

15   A&M?

16       A    I do.

17       Q    And what are those courses?

18       A    I teach a seminar course on the forensic science.

19   And I also teach a course on science and law.

20       Q    And you mentioned that you do research as well.

21   That's one of your responsibilities.

22            What -- well, where do you conduct your research?

23       A    Globally.

24       Q    Do you have a specific location at the university you

Lobato007073

1  teach -- you conduct research?

2      A    Well, I have a research facility where I do

3  research, but I also do a lot of work at the decomposition

4  facility at Texas State University.

5      Q    And what does your research focus on?

6      A    In a nutshell, I study how things rot.

7      Q    How things what?

8      A    Rot.

9      Q    Okay.  And how do you go about doing that research?

10     A    Very carefully.  So there's different levels that

11  we do this.  We do controlled laboratory studies, where we

12  can control a lot of factors and look at a single factor

13  and how it regulates the decomposition process.

14          But we can expand that and we can do field-based

15  research as well where we put remains outdoors and watch

16  how they decompose.

17     Q    And what are you specifically looking at as far as

18  the decomposition process?

19     A    In most cases, I'm looking at how insects recycle

20  nutrients associated with an ephemeral resource, something

21  that is decomposing.

22     Q    And you -- you said that you conduct research as a

23  lab.  Is that at Texas A&M?

24     A    It is.

Lobato007074

1      Q     Okay.  Is there a name to this lab?

2      A     It's the FLIES Facility.

3      Q     And what is your role with the FLIES Facility?

4      A     I'm the director of that facility.

5      Q     Could you describe the FLIES Facility?  Are there

6    other students who work at the facility?

7      A     Yes.

8      THE COURT:  Is it flies like a flying creature or

9    flies like the person?

10     THE WITNESS:  Flies as like the insect.

11     THE COURT:  Okay.

12     THE WITNESS:  It's an acronym.

13     THE COURT:  I couldn't think of that word.  Thank you.

14   Flying creature.

15     THE WITNESS:  It's been called worse.

16     THE COURT:  I had a lot of other things go through my

17   mind.  Thank you.  The FLIES -- that's what it's called?

18   The FLIES Facility.

19     THE WITNESS:  It's an acronym.

20   BY MR. SULTAN:

21     Q     What's the acronym?

22     A     Forensic laboratory for investigative

23   entomological sciences.

24     THE COURT:  What do you know?  All right.  Thank you.

```
1    BY MR. SULTAN:

2        Q    There's a reason for that.

3        A    Yes.

4        Q    And you said you're the director of that lab?

5        A    I am.

6        Q    And how -- what the size of this lab?

7        A    Right now, there's 23 individuals working within

8    my lab.

9        Q    And who are these individuals?

10       A    So there's a hierarchy.  At the top, of course,

11   there's myself at the director.  Then I have three

12   post-docs that are PhDs that are working in the lab.  And

13   then under them, there's seven PhD students that are

14   operating.  And then four masters students and then the

15   rest are undergraduates.  And I also have two technicians

16   in the lab.

17       Q    And what is your relationship in the lab between

18   yourself and the -- those doc -- PhD students and the

19   undergraduate students?

20       A    I tend to try to keep the lab focused on research

21   goals that we have, projects that we're trying to

22   complete, papers we're trying to write, degrees we're

23   trying to grant.

24       Q    And are you supervising the work done at the lab?
```

1      A    I oversee all of it, yes.

2      Q    So everyone's working is under your supervision?

3      A    Yes.

4      Q    How is this lab funded?

5      A    Predominantly through grants that we receive.

6      Q    And where -- and what type of grants are these?

7      A    So these are generally funded either through

8  federal grants, state grants, or industry.

9      Q    Do you have federal grants?

10     A    I do.

11     Q    All right.  And who are those grants with?

12     A    Currently, we have two grants that are funded

13  through the National Institute of Justice.  We have a

14  grant funded through the National Science Foundation.  A

15  fourth grant that's funded through defense agencies --

16  defense -- Defense Advanced Research Program's Agency,

17  which is DARPA.  And we also have some industry funded

18  grants right now.

19     Q    At this -- currently about how much money have you

20  received from grants?

21     A    Today, probably 5 million.

22     Q    And how does one obtain these grants?

23     MS. DIGIACOMO:  Objection.  Relevance.

24     THE COURT:  Overruled.

Lobato007077

1       THE WITNESS:  I have to write grant applications and

2    submit them to agencies and to be considered for funding.

3    BY MR. SULTAN:

4       Q    Now, in the FLIES lab, have you conducted any

5    research relevant with forensic entomology?

6       A    I have.

7       Q    Now, have you published any papers in the field of

8    forensic entomology?

9       A    I have.

10      Q    About how many?

11      A    I would say probably 30, 40 papers, somewhere in

12   that range.

13      Q    And in what type of publications are these works

14   published in?

15      A    Majority of them are refereed publications.

16      Q    What's a refereed publication?

17      A    It means I submit it to a journal for

18   consideration.  It's reviewed by my peers and they decide

19   if it warrants publication or not.

20      Q    Is that also known as peer-review?

21      A    It is.

22      Q    Do you have the names of the -- some of the

23   publications in which you have been published in?

24      A    Some of the journals would be Forensic Science

Lobato007078

1  International, Journal of Forensic Sciences, Medical

2  Entomology, Journal of Legal Medicine.

3     Q    Now, you described what the -- I think you called it

4  refereed publications; right?

5     A    Yes.

6     Q    And that's also known as peer-review publication?

7     A    Yes.

8     Q    Now, you said that -- that you described as -- you

9  submit it and someone evaluates whether it's worthy of

10  publication; is that right?

11     A    Yes.

12     Q    Have you ever been on the evaluation side of the

13  peer-review process?

14     A    Many times.

15     Q    In what publications have you done the evaluation

16  for?

17     A    Same journals as well as others ranging far

18  outside the forensic sciences.

19     Q    And I want to take a step back and talk about your

20  education.  Where did you do your undergraduate education?

21     A    University of Georgia.

22     Q    And your masters?

23     A    Clemson University.

24     Q    And your PhD?

Lobato007079

1    A    University of Georgia.

2    Q    So very strong football schools?

3    A    Pretty much.

4    Q    And do you have any certifications in the field of

5    forensic entomology?

6    A    I do.  I'm board-certified by the American Board

7    of Forensic Entomology.

8    Q    And when were you board-certified?

9    A    2006.

10    Q    How did you get interested in the field of

11    entomology?

12    A    I think it goes back to my roots, growing up on a

13    farm in South Georgia, just being surrounded by nature.

14    Q    You described the work at Texas A&M Department of

15    Entomology.  About how many departments of entomology are

16    there in the United States?

17    A    I would estimate at around 30.

18    Q    And you talked about your teaching or profession.  I

19    want to talk about case work.  Have you ever done any case

20    work in the field as applies to forensic entomology?

21    A    Yes.

22    Q    And is that as a consultant?

23    A    Yes.

24    Q    What types of cases have you consulted on?

1        A     Death investigation, abuse, neglect, animal and

2    human -- or I should say nonhuman and human.

3        Q     Are those all criminal cases?

4        A     No.  Some are civil.

5        Q     Well, let me focus on the criminal cases.  On which

6    side have you consulted with?

7        A     Prosecution and defense.

8        Q     When you work for the prosecution, were you

9    consulting with a medical examiner's office?

10       A     In some instances.

11       Q     Approximately how many cases have you consulted with,

12   both for the prosecution and defense?

13       A     I think my number is over 114 at this time.

14       Q     And what type of assistance are you able to provide

15   in these case consultations?

16       A     Interpretation of information related to

17   entomology.

18       Q     What does that mean?

19       A     Basically, I'm assessing insect activity or lack

20   thereof associated with decomposing remains or with people

21   that are still alive.

22       Q     And which states have you worked as a consultant in?

23       A     Off the top of my head, Florida, Georgia, South

24   Carolina, North Carolina, Arkansas, Louisiana, Texas,

1   Montana, Nevada, Arizona.

2       Q    And all this work at a consultant, you've applied

3   your knowledge of forensic entomology?

4       A    I did.

5       THE COURT:  I have a question.  When you were a

6   consultant in Nevada, was it a criminal or civil case?

7       THE WITNESS:  It was criminal.

8       THE COURT:  And who were you retained by?

9       THE WITNESS:  In that case, it was the defense.

10      THE COURT:  Do you recall what case it was?

11      THE WITNESS:  Not off the top of my head.

12      THE COURT:  How long ago it was?

13      THE WITNESS:  Three, four months ago in Reno.

14      THE COURT:  Did you actually testify in court?

15      THE WITNESS:  I did.

16      THE COURT:  Okay.  Thank you.

17  BY MR. SULTAN:

18      Q    I now want to move to another part of your

19  background, your involvement with professional organizations,

20  if any.  Are you a member of any professional organizations as

21  it relates to forensic entomology?

22      A    Yes.

23      Q    What are the names of those organizations?

24      A    The European Association of Forensic Entomology,

Lobato007082

1     North American Association of Forensic Entomology, the

2     American Academy of Forensic Sciences, and the

3     Entomological Society of America.

4          Q     And what are the purpose of those organizations?

5          A     They serve as a platform for advancing the

6     sciences.

7          Q     And how do they advance the science -- sciences?

8          A     Through publications.  So they actually manage

9     journals.  They also have an annual meeting where you get

10    the opportunity to present results and discuss those

11    results with your colleagues.

12         Q     Now, in these organizations, have you ever held any

13    leadership positions in any of these professional

14    organizations?

15         A     I have.

16         Q     And which organizations have you held leadership

17    positions?

18         A     So with the American Academy of Forensic

19    Sciences, I was the chair of the pathology section.  With

20    the North American Forensic Entomology Association, I was

21    the president of that association.  The American Board of

22    Forensic Entomology I was chair.  That's some of the

23    offices I've held.

24         Q     Have you ever worked in any government committees

Lobato007083

1    involving your work in entomology?

2        A    I have.

3        Q    What's the name -- what, if any, committees have you

4    worked with?

5        A    So I was on a subcommittee with the forensic

6    science -- off the top of my head -- the National

7    Committee on Forensic Sciences.

8        Q    What was the purpose of that?

9        A    We were evaluating science and the quality of

10   science that's used in forensic investigations.

11       Q    And what was -- what was -- what was the purpose of

12   your subcommittee?

13       A    So we were looking specifically -- we were

14   looking specifically at the science and the resulting

15   publications that are used in criminal or forensic

16   investigations.  The commission as a whole was evaluating

17   forensic science.

18       Q    And where was that commission located?

19       A    It was held every -- every three months in

20   Washington, DC.

21       Q    And how long have you been a member of that

22   committee?

23       A    Two years.

24       Q    Have you ever testified in court about your work as a

Lobato007084

1    forensic entomologist?

2        A    I have.

3        Q    Have you ever been qualified as an expert in the

4    field of forensic entomology?

5        A    Yes.

6        Q    In which jurisdictions?

7        A    Washington, DC, which I believe was a federal

8    case; Montana; Texas; Nevada.

9        MR. SULTAN:  One moment, your Honor.  Your Honor, at

10   this time, I believe this has already been premarked as

11   Defense H.  May I show --

12       THE COURT:  Any objections?

13       MS. DIGIACOMO:  I'll submit it.

14       THE COURT:  No objections to him showing --

15       MS. DIGIACOMO:  I believe this is the CV; correct?

16       MR. SULTAN:  This is the CV.

17       MS. DIGIACOMO:  That's -- I'll submit it, your Honor.

18       THE COURT:  Okay.  Yeah, show it to him, please.

19   BY MR. SULTAN:

20       Q    I'm showing you what's been premarked for

21   identification as Defense Exhibit H.  Do you recognize that?

22       A    Yes.

23       Q    And what is that?

24       A    It's my curriculum vitae.

Lobato007085

1        Q    Is it a fair and accurate copy of your curriculum

2   vitae?

3        A    Yes.

4        MR. SULTAN:  Your Honor, at this time I move Defense

5   Exhibit H into evidence.

6        THE COURT:  Objections?

7        MS. DIGIACOMO:  No.  Submitted.

8        THE COURT:  It's admitted.

9            [DEFENDANT'S EXHIBIT G ADMITTED.]

10       MR. SULTAN:  Your Honor, I understand we're not in

11  front of the jury, so I just ask at this time

12  Dr. Tomberlin be -- tender him as an expert in the

13  forensic entomology.

14       THE COURT:  All right.  I think he's qualified as

15  such.

16       MR. SULTAN:  Thank you, your Honor.

17       THE COURT:  You can continue.

18  BY MR. SULTAN:

19       Q    So you earlier described sort of -- well, let me go

20  back.  What -- because this is sort of an earlier question.

21            What is entomology?

22       A    It's the study of insects and their relatives.

23       Q    And how long has entomology been an area of study?

24       A    Dates back to biblical times in terms of

1    referencing insects and their importance.

2        Q    So in what -- sort of taking this out of forensic

3    context.  What sort of context can entomology be applied?

4        A    So entomology is an extremely important part of

5    science due to the impact that insects and their relatives

6    have on society.  Everything ranging from malaria and

7    mosquitoes to the crops that we plant in the field.

8    Insects are involved and their operation, their ecology.

9        Q    So what kind of questions can entomology help answer?

10       A    They can answer a lot of questions that are

11   directly related to us in terms of how do we prevent

12   malaria transmission or the transmission of the pathogen

13   to how do we predict cotton growing in a field.

14            But other research can be much broader and more

15   basic in terms of how life exists on this planet.

16       Q    So you had described the FLIES lab that you run and

17   that some of the funding sources that you described, some

18   industry grants.  So that's getting into the specifics of

19   which companies, but what kind of answers are they trying to

20   answer?

21       A    They, for the most part, are looking for very

22   applied answers.  They want to understand how to control

23   an insect.  So we may look at different insecticides or

24   chemicals for controlling them or different behavioral

Lobato007087

1    tactics.  So what we would call cultural control, things

2    that we can do to modify the environment to prevent an

3    insect from being a pest.

4        Q    Now, I want to now focus in on forensic entomology.

5    What is forensic entomology?

6        A    It's the study of insects and their relatives in

7    their application within the forensic sciences.

8        Q    Is that an application to criminal or civil cases?

9        A    Yes.

10       Q    Now, how long has forensic entomology been used?

11       A    First case was documented in the 13th century.

12       Q    And where was that?

13       A    China.

14       Q    I don't think we have pictures from that case.

15       A    I don't think so.

16       Q    How is forensic entomology used in civil and criminal

17   cases?

18       A    In many cases, they're interested in

19   understanding why insects are associated with a person or

20   a pet or some other livestock that may be detrimental to

21   that person or be informative of what may have happened to

22   that individual.

23       Q    So let's zero in on criminal cases.  How is forensic

24   entomology used in criminal cases?

Lobato007088

1      A    So there are several different ways that

2   entomological evidence can be applied.  One is obviously

3   determining how long someone has been dead by looking at

4   insect activity associated with the remains.  Another is

5   to determine if a body had been moved from one location to

6   another.  A third is actual DNA isolation from the crop or

7   the gut of the insect of determining who they were feeding

8   on.  We could also look at entomotoxicology, which is, was

9   the individual on a narcotic at the time that the insect

10   was consuming them?  These are a few examples.

11      Q    So when you were talking about sort of -- sort of

12   assisting with time of death, that determination, just taking

13   a broader view -- because we'll get into more of the details

14   of this -- how is forensic entomology used to determine or

15   help determine or assist in determining time of death?

16      A    So under appropriate conditions, insects are very

17   good at locating remains and colonizing them and recycling

18   those nutrients.  So by understanding the development of

19   an insect, which is thermoregulated.  In other words, if

20   it's hot, insect develops real fast.  If it's cold, the

21   insect develops real slow.

22          We can determine the age of the insect and work

23   backwards and determine when colonization occurred, which

24   would be in many cases a minimum time of death.

Lobato007089

1    Q    So you get to a scene.  There is a remain.  You

2    get -- you capture or you locate an insect.  You see what

3    stage they're in and you work backwards as to how long it took

4    them to get to that stage?

5    A    Yes.

6    Q    Okay.  And which insects are normally looked at when

7    making these determinations?

8    A    The primary arthropods that we're focusing in on

9    are blowflies.

10   Q    And what are blowflies?

11   A    They're a metallic -- usually metallic green or

12   blue fly that's active during the warm times of the year.

13   They are primary consumers of carrion or decomposing

14   remains.

15   Q    When you say carrion, what are you talking about?

16   A    Decomposing remains, vertebrate remains.

17   Q    So carrion could be a dead body?

18   A    Could be a dead body, yes.

19   Q    And where are blowflies found?

20   A    Throughout the world, excluding maybe Antarctica.

21   Q    And how do you know that?

22   A    Just through my training and understanding of the

23   distribution of these species.

24   Q    Have there been studies about that?

Lobato007090

1      A    Yes.

2      Q    And what is the primary purpose of a blowfly?

3      A    I think it depends on who you talk to.  I would

4  say that their primary purpose is for recycling these

5  resources in the given environment.  Some people may say

6  could be a nuisance.

7      Q    And when you say recycling resources, what are the

8  resources they're recycling?

9      A    Decomposing vertebrate remains.

10     Q    And could be dead bodies?

11     A    Yes.

12     Q    What is it about dead bodies, carrion, decomposed

13 remains -- the terms you use -- that blowflies are attracted

14 to?

15     A    Predominantly, it's volatiles associated with the

16 body.  So as it begins -- as soon as a person dies, they

17 begin to emit odors that attract the insect to the body.

18     Q    And the insect would be the blowfly?

19     A    Yeah, yes.

20     Q    And what's the time frame that a blowfly is attracted

21 to a decomposing body, dead body, a carrion?

22     A    Under appropriate conditions, within minutes.

23     Q    So let me -- I'll get into the appropriate

24 conditions.  How do you know that?

Lobato007091

1      A      Through my own research and understanding of the

2   literature of the field, what's been published.

3      Q      And what's the literature in the field about?  The

4   speed with which blowflies go to decomposing bodies, dead

5   bodies?

6      A      Right.  So there has been a lot of studies of

7   understanding what's called insect succession.  So this is

8   looking at how the community changes over time.  So there

9   have been many studies throughout the world where they

10  take remains and they put them out.  And they catalog what

11  insects are coming in and colonizing.

12         So they look at when do they arrive and what do

13  they do once they get there.

14     Q      And have you done any review of the literature on the

15  succession study?

16     A      I have.

17     Q      And what was that review?

18     A      So I looked at 75 studies that examined insect

19  succession.  And I looked at when did they determine when

20  insects were attracted to colonize.  And the majority of

21  the studies showed that insects were attracted within

22  hours to bodies and colonize them.

23     Q      And what is the distance that a blowfly travels to a

24  decomposed body?

Lobato007092

1    A    So that -- the literature on blowfly movement is
2    extensive.  There is a lot of work showing blowflies can
3    travel miles, kilometers -- I don't know if you're metric
4    or not -- long distances to locate resources.  There has
5    been a lot of studies from the '60s and '70s that examine
6    this.
7         So it wouldn't be unusual for a fly to be able to
8    travel a kilometer to locate a resource.
9    Q    Do any other insects get to a decomposed body, a dead
10   body, before a blowfly?
11   A    There can be others that can come in contact with
12   remains before the blowfly gets there, sure.
13   Q    Now, you said optimal conditions for blowfly
14   activity.  What are those optimal conditions?
15   A    Depends on location.  So those conditions are
16   going to vary.  So we'd probably want to say within a
17   given site.  I'll start with Texas, for example.
18        Ideal conditions would be temperatures above 55
19   degrees Fahrenheit; no winds or low winds, less than ten
20   miles per hour; not raining.  Those would be considered
21   ideal.  Sunlight.
22   Q    What role does heat play on blowfly activity?
23   A    So if the temperature drops below 55 degrees
24   Fahrenheit, typically the insect becomes inactive because

Lobato007093

1    it is an ectotherm.  It depends on external heat sources

2    to remain warm.  If it gets cool, the fly with stop

3    moving.

4              So that's the importance of temperature.

5        Q    So that's at the low end; right?

6        A    Yes.

7        Q    What if the temperature goes up?

8        A    Sure.  So if the temperature is too extreme, too

9    high, the insect will also seek locations to avoid the

10   heat so it can conserve water.

11       Q    Is there a temperature range that's ideal or that you

12   would see high blowfly activity?

13       A    Sure.  Typically, if the temperature is above 70

14   degrees Fahrenheit and below 95, 100 degrees Fahrenheit,

15   you'll see a fair amount of activity.

16       Q    Are those optimal conditions for blowfly activity?

17       A    That's when you typically see them active, yes.

18   THE COURT:  75 to 95?

19   THE WITNESS:  Yes, ma'am.

20   BY MR. SULTAN:

21       Q    What about sort of the covering of a body?  What

22   impact would that have on blowfly activity?

23       A    I think you have to define what you mean by

24   cover.  If you're saying that the body is under some

Lobato007094

1    vegetation or has something laying on it loosely, not much

2    a problem.  If you bury a body, it may delay colonization

3    for some amount of time, but insects are extremely good at

4    finding remains.  There is actually one that is defined as

5    the coffin fly because it can burrow six feet into the

6    ground, get through the vault, through the casket to the

7    remains.  So insects are very good at locating these

8    resources.

9        Q    What sort of -- so we talked about the temperature

10   outside.  What about the time of the day?  What impact, if

11   any, does that have on insect -- blowfly activity?

12       A    So insects are diurnal.  They are active during

13   daytime.  So if it's dark, they're typically not active.

14       Q    Is that based on like -- well, withdraw that.

15            What about the condition of the actual carrion or

16   dead body?  What, if any, impact the condition of the body

17   would have on blowfly activity?

18       A    From a forensic perspective, if there's blood

19   present, that's going to serve as an additional signal.

20   That's going to attract flies.

21       Q    Why is that?

22       A    Because it's also serving -- indicating resources

23   present.

24       Q    So in addition to blood, are there any parts of the

Lobato007095

1   body that blowflies are attracted to?

2       A    Typically, they're attracted to the natural

3   orifices of the body, so the nose, mouth, ears, urogenital

4   area.  In some cases, if there's wounds inflicted on the

5   body, they will be attracted there as well.

6       Q    Why is that?

7       A    Because it's a place where they can lay their

8   eggs.

9       Q    So you described as now about -- these are places

10  where blowflies lay eggs; is that right?

11      A    Yes.

12      Q    What do blowfly eggs look like?

13      A    They look like sawdust.

14      Q    Like sorry?

15      A    Like sawdust, miniature grains of rice, usually

16  in clumps, creamy yellow color.

17      Q    And how many eggs do blowflies lay at a time?

18      A    Usually several hundred.

19      Q    And how do they look when they're --

20      A    Usually smaller than a dime in diameter, and it

21  looks like white sawdust that's clumped together.

22      Q    So it's clumped -- it's --

23      A    Yes.

24      Q    How long after an insect gets to a carrion or dead

Lobato007096

1    body would they lay eggs?

2        A    It could be within minutes to hours.

3        Q    And how long would it take for an egg to develop and

4    hatch?

5        A    During the summertime, less than 12 hours.

6        Q    And what happens after an egg hatches?

7        A    So you have the -- what's referred to as a first

8    instar, so that's the first larval stage.  And this

9    insect, this maggot, will actively feed on the remains.

10       Q    So when -- when a blowfly egg hatches, a maggot is

11   what comes out?

12       A    Yes.

13       Q    So given that we've gone through this sort of -- sort

14   of life cycle of the blowfly, I think, how then would you

15   apply this life cycle to assisting in a time of death

16   investigation?

17       A    So again, if you can think of the life cycle as a

18   clock, the face of a clock, noon is the adult; 3:00

19   o'clock is the egg; 6:00 o'clock is the larva; 9:00

20   o'clock is the pupil.

21            So the rate at which the arms of the clock are

22   spinning around from adult back to adult is dependent on

23   temperature.  So if it's hot, it goes real fast.  If it's

24   cold, it goes real slow.

Lobato007097

1    Q    And is that in the temperature range that you

2    described --

3    A    Yes.

4    Q    -- as the optimal time?

5         I want to talk about your work on this case.  When

6    did you get involved with this case, Ms. Lobato's case?

7    A    I believe it was February of this year.

8    Q    And how did you get involved in this case?

9    A    Initially through E-mail correspondence and then

10   through a -- a meeting in person at the American Academy

11   of Forensic Sciences.

12   Q    And -- and who did you contact -- or who contacted

13   you?

14   A    I believe lead counsel in this case.

15   Q    And that would be Ms. Potkin of the Innocence

16   Project?

17   A    Yes.

18   Q    And what were you asked to do?

19   A    To assess the entomological evidence associated

20   with this case and render an opinion.

21   Q    Now, you know that Ms. Potkin and myself, we work for

22   the Innocence Project in New York?

23   A    Yes.

24   Q    Have you ever worked with the Innocence Project of

1    New York before?

2        A    I have not.

3        Q    Have you ever worked with any Innocence Project

4    before?

5        A    The only other Innocence Project case was out

6    of -- I believe it was out of Arkansas or Missouri.  It

7    might have been Missouri.

8        Q    And what did you -- who was your role in that case?

9        A    They just asked if I would review a case report

10   associated with a case of interest.

11       Q    Now, are you being compensated for your testimony

12   today?

13       A    Nothing beyond my normal hours at Texas A&M

14   because I had to take time off without pay to be here.

15       Q    So you're being compensated for the time you're here

16   based on what your salary is --

17       A    Yes.

18       Q    -- at Texas A&M?

19            And prior to Ms. Potkin reaching out to you, what did

20   you know about this case?

21       A    Nothing.

22       Q    Did you know any of the -- any of the conclusions of

23   the other entomologists involved with this case?

24       A    I did not.

Lobato007099

1      Q    And what information were you provided to review?

2      A    I was provided photographic evidence as well as,

3  I believe, autopsy report and crime scene investigation

4  report.

5      Q    Did you review the weather data from that day?

6      A    I did.

7      Q    And what were the photographs?  What did the

8  photographs depict?

9      A    They ranged from the body recovery site through

10  autopsy.

11      Q    And just so we're clear, you received -- did you also

12  receive high resolution photograph -- of these same

13  photographs?

14      A    I did.

15      Q    Now, do you know Dr. Andrew Baker?

16      A    I do.

17      Q    Did you know anything about his analysis prior to

18  you -- prior to your analysis in this case?

19      A    I did not.

20      Q    Prior to your development with this case, did you

21  speak to him about this case?

22      A    No.

23      Q    Now, you discussed your -- your scholarship earlier,

24  your areas of research.  Have you ever conducted any research

```
 1   in blowfly activity in Las Vegas?

 2       A    I have not.

 3       Q    Have you ever conducted any studies of blowfly

 4   activity in, I guess, comparable temperate areas?

 5       A    I have.

 6       Q    And what areas -- area was that?

 7       A    Well, it was Texas.

 8       Q    Have you ever done any blowfly activity studies in

 9   the Southwest?  Have you -- have you ever studied blowfly

10   activity in the Southwest United States?

11       A    I have not, but there's an ample amount of

12   research on blowfly activity in the southwestern US.

13       Q    Okay.  And what were those geographic areas?

14       A    So previous studies that have been done in

15   south -- Southern California and New Mexico, Arizona.

16       Q    And how do those, in terms of temperature geography,

17   relate to Las Vegas?

18       A    They could be comparable.

19       Q    Now, do you know if blowflies exist in Las Vegas?

20       A    Yes.

21       Q    And how do you know that?

22       A    Having dinner outside and having blowflies trying

23   to land on my food.

24       Q    So you have some personal experience?
```

Lobato007101

1      A    Personal experience.

2      Q    And now, you've said you reviewed the Southwest --

3    studies involving the Southwest United States?

4      A    Yes.

5      Q    What is your opinion about those studies?

6      A    That the general characteristics of decomposition

7    in terms of insect activity are similar in these regions

8    to others around the world.

9      Q    And comparable to your own research that you yourself

10   conducted?

11     A    Yes.

12     Q    And you said that was in Texas?

13     A    Yes.

14     Q    And you listed that the materials that you had

15   reviewed as part of your analysis in this case -- the

16   photographs, the autopsy report, the coroner report, the

17   temperature data -- are those -- are those materials you

18   normally review when you analyze a case?

19     A    Yes.

20     Q    Have you ever been asked to review a photograph to

21   sort of identify the existence of blowfly eggs or look for

22   blowfly activity on a picture?

23     A    Yes.

24     Q    So in your experience, if there is a -- a blowfly

1    egg, it would be depicted in a picture?

2        A    Yes.

3        Q    Is it your experience in the -- I think you said it

4    was 114 cases that you consulted on that the existence of

5    blowfly eggs are documented in coroner autopsy reports?

6        A    Yes.

7        Q    So now, talking about -- you know, we talked -- you

8    spoke -- you mentioned appropriate conditions for blowfly

9    activities.  I want to talk about applying that to July 8th,

10   2001, the date in question.  Okay?

11       A    Yes.

12       Q    Can you walk us through the -- sort of the conditions

13   that existed on that day and whether or not they would be

14   comparable -- they would be (inaudible) to blowfly activity?

15       A    It was a sunny day, and the temperatures were

16   warm to hot throughout the day.  Winds were low, no rain.

17   The conditions seemed to be very appropriate for fly

18   activity.

19       Q    So let's focus on -- do you recall what the

20   temperatures were on that day?

21       A    From what I recall, highs around 95, lows in the

22   70s.

23       Q    Would looking at the -- do you need -- do you

24   remember that or would you want to look at the --

Lobato007103

1    A    I'd like to see it.  I mean, that's off -- that's

2  going from memory.

3    MS. DIGIACOMO:  That's Exhibit E.  The weather is

4  Exhibit E.

5    MS. POTKIN:  Here you go.

6    MR. SULTAN:  Okay.

7    MS. DIGIACOMO:  Well, I'd ask you show the exhibits,

8  not just copies.

9    MR. SULTAN:  Oh.  Your Honor, may I approach?

10    THE COURT:  Yes.

11  BY MR. SULTAN:

12    Q    Showing you what's been premarked -- showing you

13  what's been premarked -- what's been introduced into evidence

14  as Defense Exhibit E, could you look at that and look up when

15  you're -- when your memory is refreshed as to the temperature

16  on that day?

17    A    Uh-huh, yes.

18    Q    Is your memory refreshed?

19    A    It was a little cooler, 73.9 and as high as 95

20  degrees.

21    Q    And how -- and how long was the temperature in the

22  90s?

23    A    It appears to be been in the 90s from right at

24  noon until around 9:00 p.m.

1    Q    And that temperature, how does that relate to ideal

2  conditions for blowfly activity?

3    A    Blowflies can still be active in that

4  temperature, even with -- what's interesting here is the

5  heat index is listed, because it indicates that it was

6  actually cooler with heat index.  So I would say flies

7  would be expected to be active.

8    Q    At that time?

9    A    Uh-huh, yes.

10    Q    Now, you had stated you reviewed some of the autopsy

11  photos; is that right?

12    A    Yes.

13    Q    And some of the crime scene photos?

14    A    Yes.

15    MR. SULTAN:  Court's indulgence, your Honor.

16  BY MR. SULTAN:

17    Q    Let me ask you this:  You stated that the temperature

18  was in the 90s for most -- from noon to about 8:00, I think it

19  was; right?

20    A    Yes.

21    Q    Would the fact that it was cloudy prevent blowflies

22  from being active at that time?

23    A    Not under those conditions.

24    Q    So is it fair to say that the temperature at 90

Lobato007105

1    degrees would be optimal whether or not the sun is out, fully

2    out?

3        A    Yes.

4        Q    Now, you had -- you had said that you -- you saw the

5    autopsy -- the crime scene photographs; right?

6        A    Yes.

7        Q    And you noticed -- you'd agree that the body had some

8    covering on it; right?

9        A    Yes.

10       Q    Showing you what's been --

11       MS. DIGIACOMO:  You need to use the exhibits

12   (inaudible) to keep the record.

13           I'm sorry, your Honor.  I'm just asking them that

14   they use the exhibits that are marked so we can make a

15   record versus their own copies.

16       THE COURT:  Okay.

17       THE WITNESS:  Thank you so much.

18       MR. SULTAN:  And I'm going to show the ELMO.

19       THE COURT:  Okay.

20   BY MR. SULTAN:

21       Q    Showing what's been introduced into evidence as

22   Defense F-8.  Now, Doctor, do you recognize this picture?

23       A    Yes.

24       Q    Okay.  And what is that?

1      A      It's the body recovery site.

2      Q      And did you review this picture as part of your

3 analysis in this case?

4      A      Yes.

5      Q      Okay.  Now, you can see that there's some covering on

6 Mr. Bailey's body; correct?

7      A      Yes.

8      Q      What, if any, impact would that covering have on

9 blowfly activity?

10     A      I would say it would have no impact.  It could

11 actually enhance blowfly activity.

12     Q      Well, why do you say that?

13     A      Well, during the hotter time of the day, it

14 provides shelter for the flies.  They would aggregate

15 underneath on the remains, not being disturbed.  It would

16 be a safe haven for them.

17     Q      Well, how would -- if there's some boxes and papers

18 on top of the body, how would flies locate that body?

19     A      They're extremely efficient at locating these

20 resources.  Their livelihood depends on it, so they're

21 able to follow the scent to the remains.  So they would

22 land on the cardboard or fly under the cardboard and crawl

23 to the body.

24     Q      And how -- how do you know that the covering wouldn't

Lobato007107

1   prevent that scent from emanating?

2       A    Previous research has been done, publications,

3   understanding the biology of these insects and how they

4   operate.

5       Q    So there have been studies about some covering and

6   how that does not prevent blowfly activity?

7       A    It depends on the -- the level of covering that

8   you're referring to.  So in a case such as this, I

9   would -- I would conclude that it would have no impact.

10      Q    Now, you reviewed the condition of Mr. Bailey's body

11  itself; right?

12      A    Yes.

13      Q    And you described that there are certain parts of the

14  body that -- certain orifices, I think you said, that are --

15  that that -- blowflies are attracted to; right?

16      A    Yes.

17      Q    And those were the -- what were they?

18      A    So the natural orifices of the body such as the

19  nose, mouth, ears, urogenital area or wounds that are

20  inflicted on the body.

21      MR. SULTAN:  I'm going to show him --

22          Court's indulgence, your Honor.

23          I'm going to show him (inaudible).

24  BY MR. SULTAN:

Lobato007108

1    Q    I'm showing you what's already been introduced into

2  evidence as Defense Exhibit F-1.  Do you recognize this

3  picture?

4    A    I do.

5    Q    And what is that?

6    A    It's of a facial shot of the decedent.

7    Q    Okay.  And what is it showing?

8    A    It's showing an examination of the eye and a

9  gross observation of the face.

10    Q    Is this an area of the body that you would expect to

11  see blowfly activity?

12    A    Yes.

13    Q    Do you see any blowfly -- any evidence of blowfly

14  activity on this body?

15    A    No.

16    Q    Do you see any eggs on -- blowfly eggs in this

17  picture?

18    A    None.

19    Q    I'm showing you what's been introduced as F-2.  Do

20  you recognize this picture?

21    A    Yes.

22    Q    And what is that?

23    A    It's the oral area and the nasal area of the

24  decedent.

Lobato007109

 1       Q    And is that an area where -- where you'd expect
 2   blowfly activity?
 3       A    Yes.
 4       Q    Do you see any evidence of any blowfly activity in
 5   this picture?
 6       A    No.
 7       Q    Okay.  Do you see any blowfly eggs in this picture?
 8       A    No.
 9       Q    Showing you what's been introduced in evidence as
10   Defendant's F-6.  Do you recognize this picture?
11       A    Yes.
12       Q    And what is this picture of?
13       A    Another head shot of the decedent.
14       Q    Okay.  Is there anything in this picture that you
15   would say -- well, let me ask this:  Is this body in a
16   condition that would be attractive for blowflies?
17       A    Extremely attractive.
18       Q    What about it would make it attractive to blowflies?
19       A    Other than the individual being dead, all of the
20   blood that's present and the wounds that are on the body.
21       Q    Okay.  Even if there was something over it?
22       A    Yes.  In the condition of this particular case
23   where the material is loose, shouldn't be a problem at
24   all.

Lobato007110

 1      Q    Do you see any evidence -- do you see any blowfly

 2  eggs on this picture?

 3      A    I do not.

 4      Q    Do you see any evidence of blowfly activity on this

 5  picture?

 6      A    None.

 7      Q    In any of the pictures that you had reviewed as part

 8  of your analysis in this case, did you see any blowfly eggs,

 9  any pictures of any blowfly eggs on Mr. Bailey's body?

10      A    I did not.

11      Q    You also reviewed, you said, the coroner's report and

12  the autopsy report; is that right?

13      A    Yes.

14      Q    Did you see any mention in those reports of any

15  blowfly eggs on Mr. Bailey's body?

16      A    I saw no reference to blowflies in general in

17  association with the remains.

18      Q    Now, if there was any blowfly activity on

19  Mr. Bailey's body, would you expect to see that noted in an

20  autopsy or coroner's report?

21      A    Yes.

22      MR. SULTAN:  Court's indulgence.

23  BY MR. SULTAN:

24      Q    Let me just refer back to one of the pictures.

Lobato007111

1       MR. SULTAN:  The Court's indulgence.

2    BY MR. SULTAN:

3       Q    I showed you this picture.  It's F-6.

4            Now, his eyes appear to be closed; is that right?

5       A    Yes.

6       Q    Would that have any impact on the lack of blowfly

7    eggs being laid in that area?

8       A    Not the lack of, but maybe the lack of observing

9    it.

10      Q    Okay.  Are you saying that it could be inside?

11      A    Sure.  But that's what's nice about the photos

12   where they pull the eyelids back and you can actually look

13   and see if there is activity.  Same with the oral cavity

14   of pulling the lips down so you can see where you would

15   expect colonization to have occurred, you can see that

16   there's none there.

17      Q    So under the -- under the conditions you understand

18   about Mr. Bailey's death, the facts of this case, you know,

19   your review of the materials, what's the significance of the

20   lack of blowfly activity?

21      A    That the individual hadn't been dead very long.

22      Q    So based on your expertise and forensic entomology,

23   your review of the pictures, the reports, the lack -- the

24   forensic evidence, entomological evidence, and the lack of

Lobato007112

1   evidence, do you have a conclusion -- were you able to draw a

2   conclusion about when Mr. Bailey died?

3       A    Sure.  So based on everything that you listed and

4   the 20 years of experience -- 20-plus years of experience

5   working in the field is that this individual hasn't been

6   dead very long, most likely not until after dark.

7       Q    And is that to a reasonable degree of scientific

8   probability?

9       A    Yes.

10      Q    If Mr. Bailey's body had been -- if Mr. Bailey had

11  been killed in the morning of July 8th, had remained in that

12  location under those conditions for the entire day and it had

13  been -- his body had been discovered at 10:30 at night, what

14  would you expect his body to look like, given your expertise

15  in the field of forensic entomology?

16      A    If you say in the morning, and I would assume you

17  were discussing early in the morning --

18      Q    4:00 a.m.

19      A    4:00 a.m., then you're talking about a set of

20  remains sitting under ideal conditions, starting to

21  decompose and release volatile, so you're looking at a

22  odor plume that's developing in that area.  So you're

23  building up this material that's necessary to bring flies

24  in.

1          So when sunlight happens, when the sun rises, the

2    insects that detect that come in and colonize the remains.

3    I would expect to have seen -- if not just eggs, I would

4    have expected to have seen maggot activity on the remains.

5         MR. SULTAN:  I have nothing further, your Honor.

6         THE COURT:  Can we just take five minutes before you

7    start?

8         MS. DIGIACOMO:  That -- I'd appreciate a bathroom

9    break myself.

10        THE COURT:  All right.  Let's come back in five.

11          [RECESS AT 02:55 P.M.; PROCEEDINGS RESUMED AT

12        03:05 P.M.]

13        THE CLERK:  We're on the record.

14        THE COURT:  All right.  Ms. DiGiacomo, if you want to

15   do your cross.

16        MS. DIGIACOMO:  Thank you.

17

18                     CROSS-EXAMINATION

19   BY MS. DIGIACOMO:

20        Q    All right.  Good afternoon.  Now, your opinion, if I

21   have it correctly, is that Mr. Bailey, because of the lack of

22   blowfly eggs or activity, most likely was killed after dark or

23   short in time from when he was found; is that correct?

24        A    Yes.

1    Q    And you say most likely because you can't say for
2    certain; correct?

3    A    Correct.

4    Q    Normally, is it fair to say in entomology you are
5    dealing with bodies -- when you're doing time of death or PMI,
6    you're dealing with bodies that have some sort of insect
7    activity on that you can evaluate, put under the microscope,
8    and work your way back; correct?

9    A    I would say that would be considered a
10   traditional path, yes.

11   Q    Traditional.  How often do you do such PMIs or times
12   of death on negative evidence?

13   A    So I have worked on cases that are based on
14   photographic evidence where I have no actual specimens to
15   look under the microscope.  I've had cases where there's
16   been no insect activity, and that's the particular
17   question at hand is why is there not activity in terms of
18   suspected time of death.

19   Q    Okay.  But the -- the normal way would be to take
20   what bug activity is on there to determine what they are so
21   that you can work your way back to when they began?

22   A    I think that's a common question that's asked of
23   an entomologist.  I think in most cases where insect
24   evidence is observed, the question is how long has that

Lobato007115

1    evidence been associated with the remains.

2        I think the counterquestion of cases where insect

3    evidence is not present is just as important but often is

4    not asked of entomologists.

5    Q    Okay.  So it's just as important?

6    A    I think so.

7    Q    And you had mentioned before that location is a huge

8    factor in making these determinations?

9    A    What do you mean by location?

10   Q    Well, when defense counsel was asking the optimal

11   conditions or ideal conditions for insect activity regarding

12   carrion, you said it depends on the location?

13   A    Yes.

14   Q    Okay.  So it's fair to say in one region how

15   blowflies or insect activity may be may not correlate to

16   another region?

17   A    I believe it's -- in general, it's accepted that

18   if you have optimal conditions and blowflies are present

19   that they're going to respond a given way.

20   Q    And that's generalities?

21   A    Yes.

22   Q    That is not anything specific to Las Vegas or this

23   desert that we live in?

24   A    No, ma'am.

Lobato007116

1    Q    Okay.  In fact, you yourself have never done any

2    studies here in Las Vegas?

3    A    Correct.

4    Q    And have you even ever looked at any other dead

5    bodies here in Las Vegas?

6    A    I hope not.

7    Q    Okay.  But I mean, you haven't been asked to view

8    photographs like you were in this case?

9    A    Not in Las Vegas, no, ma'am.

10   Q    All right.

11   THE COURT:  May I ask a question, please?

12        Doctor, when you say optimal conditions, is

13   that -- does optimal conditions -- does that reference

14   temperatures or does terrain make a difference?  For

15   example, you know, whether it's in the desert or whether

16   it's in east Texas where it's pine trees.

17   THE WITNESS:  Yes.  It -- all of those conditions play

18   a role.  So when I assessed information on this case,

19   we're talking about urban environment.  Blowflies are

20   synanthropic.  They like people, so you expect to see a

21   population here established.

22        There is garbage associated with the scene.

23   There is trash.  There is other things such as the remains

24   and blood.  This is all factors that will drive blowfly

1    behavior.

2          And then on top of that, you look at abiotic

3    factors like temperature, rainfall, wind, terrain is

4    important.  Is it in the basement?  Is it outdoors?  All

5    of those factors play a role.

6          So when I say optimal, it's a general term.  So

7    there can be a window.  So it's not like it has to be 87

8    degrees Fahrenheit.  It can be between 55 degrees

9    Fahrenheit and 110 degrees Fahrenheit and you would expect

10   there to be activity.

11      THE COURT:  Okay.  Are there certain places where

12   you'd expect to find more flies versus less, such as a

13   place that had decomposing organic substances such as

14   food?

15      THE WITNESS:  Yes.  So if I were to look at, say, a

16   hospital versus a Dumpster, I would expect there to be

17   more fly activity at the Dumpster.

18      THE COURT:  Okay.  Thank you.

19   BY MS. DIGIACOMO:

20      Q    When you have a -- a corpse, daylight hours, and you

21   would expect if they expired in daylight hours or shortly

22   before daylight hours, there would be blowfly activity within

23   minutes to hours, you said?

24      A    Yes.

1      Q    Okay.  So when people that are alive are present in

2    that area as well, will that, I guess, keep the blowflies from

3    doing what they want to do to the carrion?

4      A    I think it's -- I'll say it's analogous to

5    whether you sit down to have dinner, you're present, your

6    food's present, but flies still come in and land on it.

7    So regardless of whether you're there or not, insects are

8    pretty aggressive in terms of trying to get resources.  So

9    you'd expect there to be activity.

10          The less disturbance of the resource, the more

11   activity you expect.  So, for example, on your food, if

12   you don't disturb it, then more things could happen, such

13   as more flies would be attracted to the site versus you

14   chewing -- shooing them away.

15     Q    Okay.  Thank you.  All right.

16          Now, is it fair to say with entomologists that when

17   you're looking to determine a PMI that there's two ways to do

18   it:  developmental or succession?

19     A    To determine time of colonization --

20     Q    Yeah.

21     A    Yes.

22     Q    Okay.  And when you're looking at a case like this,

23   because there's the lack of activity, this would be considered

24   more the succession method of looking at it?

Lobato007119

1      THE COURT:  Okay.  I need a little foundation because

2  I -- you obviously know more about colonization than I do.

3      MS. DIGIACOMO:  Okay.  I'm sorry.  I'll back up.

4      THE WITNESS:  Sure.

5      THE COURT:  Okay.

6  BY MS. DIGIACOMO:

7      Q    All right.  When a forensic entomologist is looking

8  at a case or a corpse and trying to determine the PMI, what

9  two methods are normally used?

10      A    So the first method that the attorney brought

11  up -- I'm sorry -- that the attorney brought up was

12  development time.  So that's the idea of the clock that I

13  mentioned.  If it's real hot, the clock goes fast.  If

14  it's cold, it goes slow.  So that's development time.

15          And then the other idea of succession is change

16  in the community over time.  So for example, if you have a

17  set of remains out, when they're fresh, you expect players

18  A, B, and C to be present versus if we're in the skeletal

19  stage, we expect X, Y, and Z to be present.  So that

20  change in the community over time can be used to infer how

21  long insects have been on the remains.

22      THE COURT:  So different bugs like different stages of

23  decomposition?

24      THE WITNESS:  Exactly.  So if you were dealing with

Lobato007120

```
1   the bloat stage or active decay, you would expect

2   different insects to be present at that time.

3   BY MS. DIGIACOMO:

4       Q    And if I could just explain it briefly.  So, you

5   know, when you have the blowfly stage, they like the, I guess

6   it would be, the bloody, meaty flesh, internal organs?

7       A    They will start, obviously, in the facial region

8   and the urogenital, and they work towards the center, then

9   out the extremities.

10      Q    They don't eat the skin?

11      A    No, typically not.

12      Q    Okay.  Once they have finished their part, what would

13  be the next step, I guess, in succession of insects?

14      A    So once the flies have removed the soft tissue,

15  you would expect to see more beetle activity that would

16  focus on the skin, cartilage, and other dry material

17  that's present.

18      Q    All right.  And is there any other group that comes

19  after the beetles?

20      A    So if you're dealing with a soil substrate, then

21  you can have -- underneath the body, you could have mite

22  or columba (phonetic) activity.  These are ocapods

23  (phonetic) in the soil.  On the remains, typically

24  beetles.  You could have some mite activity associated
```

1    with it.  But that's generally the players that you expect

2    to see.

3        Q    Okay.  So now going back to when you're -- when

4    you're looking at a case, if you're going to use the

5    developmental method, is that where you would normally have,

6    like, maggots or larva or something that you can look at to

7    figure out what they are to go back in time?

8        A    So that's the standard method, yes.

9        Q    Okay.  So when we're talking about, I guess, what

10   we're talking about here today, then the negative blowfly

11   activity, the lack of colonization, that's really looking at

12   the succession method?

13       A    It applies to both.  Because even in succession,

14   you have to have the initial players come in.  And that's

15   generally the flies.  So succession and development

16   typically start with the same thing.  But development can

17   be applied to a fly, a beetle, any --

18       Q    Right.  But isn't it normally with development you

19   have some sort of specimen to be able to test to go back?

20       A    You would need the same thing with the succession

21   method as well.  You'd have to have samples of all the

22   arthropods present to say, here's what the community is.

23   What could you expect -- or what does that tell you about

24   how long a person has been dead.

Lobato007122

1  Q    Okay.  And -- now, you said with regard to blowflies,

2  they're the first actors that normally come to a carrion; is

3  that correct?

4  A    Typically, yes.

5  Q    Typically.  What else could be first?

6  A    Well, it depends on the environment.  So you

7  could have remains there and have beetles possibly come in

8  and begin feeding on the body.  But in terms of

9  decomposition ecology, in terms of invertebrates,

10  blowflies are the primary player.  They're the ones that

11  come in and move the soft tissue.

12  Q    All right.  What is the difference between a blowfly

13  and a flesh fly?

14  A    So a flesh fly is another family of flies.  So

15  Calliphoridae is the blowfly.  Sarcophagidae is the flesh

16  fly.

17       What's the key difference between the two is that

18  blowflies will lay eggs in general.  There are some

19  species in Hawaii, only in Hawaii, that lay larvae.  But

20  that's in Hawaii.

21  Q    Okay.  So let's not confuse us.

22  A    Sure.  So flesh flies lay larvae.

23  Q    Right.

24  A    They skip the egg.

Lobato007123

1    Q    Are flesh flies also sometimes the first to a

2  carrion?

3    A    Yes.

4    Q    Okay.  So could be flesh flies or blow flesh --

5  blowflies --

6    A    Right.

7    Q    -- not flesh.  Sorry.

8    A    It's okay.  Yeah.  Blowflies, you'd expect to see

9  egg activity.  And if it's been there long enough, they'll

10  hatch into larvae.  If it's flesh flies, you expect them

11  to come in and lay live larvae.

12    Q    All right.  And it could be -- either one of those

13  could be first, or could they both come at the same time?

14    A    They could, yes.

15    Q    All right.  Okay.  Now, with -- regardless of

16  developmental or succession method, the geographic region is

17  very important?

18    A    It is.

19    Q    Okay.  Now, you said you've never done any studies of

20  bodies or -- yourself in Las Vegas.  And you said you've never

21  read any studies done in Las Vegas; correct?

22    A    I'm -- not off the top of my head, I'm not

23  familiar with a study done in Las Vegas.

24    Q    Okay.  But you said you have studied other regions

Lobato007124

1    that you feel are comparable?

2        A    Yes.

3        Q    And that was southern -- Southern California?

4        A    Southwest.

5        Q    The -- okay.

6        A    And it's not necessarily studies that I have

7    done.  It's studies that I have read.  So the players in

8    these regions are the same, so the same blowfly species,

9    maybe some different species.  But in general, blowflies

10   are the primary ones that come in and colonize first,

11   followed by beetles.  The succession that you talked about

12   takes place.

13       Q    Okay.  So but -- so again, we're just talking in

14   generalities that these areas are comparable?

15       A    Yes.

16       Q    You don't know what the actual blowfly population is

17   in Las Vegas, do you?

18       A    Not beyond what I've seen come to my plate in Las

19   Vegas.

20       Q    Do you -- what have you seen come to your plate?

21       A    So I've seen Lucilia, which is a genus of

22   blowfly, which is common throughout the world.

23       Q    Oh, you're talking about when you were eating?

24       A    Yeah.

```
 1      Q    Okay.  I'm not saying we don't have blowflies here,
 2  because you said they're all over the world; correct?
 3      A    Yes.
 4      Q    I'm just saying you don't know what our population is
 5  here?
 6      A    Oh, I see what you're saying.  I do not know your
 7  numbers.
 8      Q    Okay.  And you don't know our numbers of flesh flies
 9  either?
10      A    Flesh flies, no.
11      Q    Okay.  Are you familiar with Dr. Neil Haskell?
12      A    Yes.
13      Q    Okay.  And he's been in the forensic entomology field
14  for --
15      A    My lifetime.
16      Q    Your lifetime, yes.  Long before you got into it?
17      A    Most likely, yes.
18      Q    And are you familiar with Spitz and Fisher's treatise
19  on -- for -- that forensic pathologists use?
20      A    I have not looked at it, no.
21      Q    Okay.  But if Dr. Haskell was the one that wrote the
22  section regarding forensic entomology for that treatise, that
23  wouldn't surprise you?
24      A    No.
```

Lobato007126

```
1      Q    Because he's been around for a long time?

2      A    Yes.

3      Q    Now, are you familiar with the fact that Dr. Haskell

4  has actually worked cases in the Las Vegas area?

5      A    Yes.

6      Q    Okay.  Had -- did you consult with him at all before

7  forming your opinion in this case?

8      A    I did not.

9      Q    Okay.  Would it surprise you that in the Las Vegas

10 area, blowflies do not always come to a dead body that's been

11 outside?

12     MR. SULTAN:  Objection, your Honor.  The source of

13 this is hearsay.  What is this?

14     MS. DIGIACOMO:  He's an expert.  I can pose him

15 hypotheticals, and this is cross-examination.  I can test

16 his knowledge.

17     MR. SULTAN:  Okay.  The question wasn't posed as a

18 hypothetical.  It was, "Would you be surprised?"  So it

19 sounds like she's stating a fact.

20     THE COURT:  Are you --

21     MS. DIGIACOMO:  I'm just challenging his knowledge of

22 our area.

23     THE COURT:  With what, though?

24     MS. DIGIACOMO:  With information from Dr. Haskell,
```

Lobato007127

1   which he knows.

2        MR. SULTAN:  There's been --

3        MS. DIGIACOMO:  And chose not to consult with.

4        THE COURT:  But -- hold on.  Are you going to show him

5   a report from Dr. Haskell?

6        MS. DIGIACOMO:  I am not -- no, I can't since the

7   defense did not let me talk to him.  But I would like --

8   I'm trying to lay the foundation to get into those

9   photographs as well.

10       THE COURT:  But the problem is, is there's -- this is

11  just assuming that you have the information correct that

12  you're giving in the hypothetical.

13       MS. DIGIACOMO:  And I will be able to with my -- one

14  of my experts establish.

15       MR. SULTAN:  Establish what exactly?

16       MS. DIGIACOMO:  It --

17       THE COURT:  Hold on a second, though.  You need to

18  stop, please.

19       MR. SULTAN:  I'm sorry.

20       THE COURT:  So --

21       MS. DIGIACOMO:  Your Honor, the pathologist that I

22  have coming who is familiar with this area will say

23  sometimes there's blowflies, sometimes there's not.  Just

24  like the witnesses I tried to bring in, just the CSAs that

Lobato007128

1    respond to the scenes and the -- the detectives that

2    respond to these scenes and have been on hundreds of dead

3    bodies.

4            Here, we do not have blowflies on every dead body

5    that's left out.

6        THE COURT:  I don't have a problem with you utilizing

7    a known treatise or research source or something else to

8    challenge his information.  The problem is that's not what

9    you're doing.  You're doing it from your own notes and

10   recollection.  That's more the issue.

11       MS. DIGIACOMO:  Well, no.  I'm doing it from the

12   people I have talked to as well.

13       THE COURT:  It's the appropriate way to do it, though.

14   So --

15       MS. DIGIACOMO:  But he's an expert.  I still think I

16   can challenge his --

17       THE COURT:  But the problem is you have to challenge

18   it with something that's authoritative in the field.  You

19   can't just do it based upon the notes that you've taken

20   doing your own research.

21       MS. DIGIACOMO:  But, your Honor, I disagree.  I

22   can -- I think he's an expert; I can pose him

23   hypotheticals as well.

24       THE COURT:  There's a difference between --

1      MS. DIGIACOMO:  I can --

2      THE COURT:  -- a hypothetical and the way you did it.

3  But if you're going to pose a hypothetical, then rephrase.

4      MS. DIGIACOMO:  I'll pose a hypothetical then.

5  BY MS. DIGIACOMO:

6      Q    Would it change your opinion -- well, first of all,

7  your opinion is only that, in this case, because of the lack

8  of blowfly activity that most likely that the -- the death

9  occurred after evening hours, I guess is what you said?

10     A    On the --

11     Q    In this case?

12     A    What date?

13     Q    I'm sorry?

14     A    What date are you referring to?

15     Q    I'm talking about in this case.  Your opinion as to

16  the death of the victim that you looked at, you said, most

17  likely occurred after death because of the lack of blowfly

18  activity; correct?

19     A    Rephrase that one more time because I want to

20  make sure I'm following.  Because I mean, are you speaking

21  of the 8th of the month or -- because, I mean, after dark,

22  it could be any day; right?  I just want to make sure I

23  get --

24     Q    I'm talking about your opinion in this case.

1    A    Right.

2    Q    With regard to the photographs that you looked at and

3  the opinion you came up with, it was your opinion on the 8th

4  he most likely, I guess, died after dark?

5    A    In the evening.

6    Q    In the evening.

7    A    Yes.

8    Q    And what do you mean by in the evening?

9    A    Because it -- dark could be at night, like after

10  midnight.  It's the 8th, but it's dark.

11    Q    Okay.

12    A    I'm just separating the two.

13    Q    I'm just going by what defense counsel and what you

14  said.

15    A    Right.

16    Q    You had said dark, but let's go back.

17    A    I think it's good to make sure we're clear on

18  that.  I agree.

19    Q    Tell me exactly what your opinion is in this case.

20    A    So that death occurred after sunset on the 8th.

21    Q    Do you know what time sunset was?

22    A    I believe it was at 8:59, somewhere in that

23  region.

24    Q    So you said the death occurred -- are you saying 100

Lobato007131

1    percent that death occurred after sunset?

2        A    I would say within a reasonable scientific

3    certainty, yes.

4        Q    Reasonable.  Now, would it change your opinion if you

5    knew here in Las Vegas that blowflies are not always found on

6    carrion that's been out --

7        THE COURT:  Unless you have an objection, please sit

8    down.

9        MR. SULTAN:  Objection, your Honor.

10       THE COURT:  Okay.  So what is it?

11       MR. SULTAN:  That's not a hypothetical.  It's asking

12   if he was surprised whether or not, and she's stating a

13   fact, your Honor.

14       MS. DIGIACOMO:  I said would it change your opinion.

15       THE COURT:  You know what?  And I missed the whole

16   question because I was waiting for -- I didn't know why

17   you were standing up.

18           Can you ask the question again, please?

19   BY MS. DIGIACOMO:

20       Q    I said would it change your opinion regarding your

21   reasonable certainty that the death occurred after dark

22   because of the lack of blowfly activity if you saw research or

23   saw dead bodies here in Nevada, in Las Vegas specifically,

24   that were outside during daylight hours, optimal conditions,

Lobato007132

1   but zero blowfly activity?

2       A    I would say that it's very much case specific.  I

3   would be --

4       MR. SULTAN:  I'm sorry.

5       THE COURT:  I'm going to allow him to answer it,

6   but -- overruled.

7       THE WITNESS:  It would be case specific.  I'd have to

8   be very careful about saying that because in the instances

9   that you're describing, I don't know what the conditions

10  were -- the time of year, the location, the condition of

11  the body.

12          So I would -- I would want to know specifics of

13  that particular case before I rendered a decision on how

14  that impacts my conclusions in this case.

15  BY MS. DIGIACOMO:

16      Q    Okay.  So you'd want to see, like, photographs of

17  those?

18      A    Well, I would want to see what you're basing that

19  hypothetical on.

20      Q    Okay.  So -- let me ask you with regard to

21  Dr. Haskell, you did not confirm -- or consult with him?

22      A    No, I did not.

23      Q    If the last four insect activity that he was asked to

24  evaluate for the Las Vegas Metropolitan Police or the

1  coroner's office regarding a dead body, if the last four he

2  found had zero blowfly activity but was only flesh fly

3  activity, would that change your opinion?

4       MR. SULTAN:  Objection, your Honor.

5       THE COURT:  What's the objection?

6       MR. SULTAN:  Again, he -- he's asked to comment to a

7  study that he doesn't know anything about.  This isn't a

8  hypothetical.  This is some fact pattern from a case that

9  we don't know anything about, and that's not a proper

10  hypothetical for Dr. Tomberlin to comment on.

11       MS. DIGIACOMO:  First of all, Dr. Haskell is an

12  expert that I believe they have consulted with, so it's

13  information they should have.  But I'm asking him if this

14  would change his opinion.

15       THE COURT:  I agree with the defense.  It's sustained.

16            While you're looking, I have a question.  So you

17  testified previously, right -- my notes are correct -- the

18  optimal temperature is, for lots of activity, would be

19  between 75 and 95 degrees.  And we're referencing the

20  blowflies, I think you were talking about, when you said

21  that.  Oh, shoot.  And I just forgot my -- okay.

22            Any of the research that you've done or research

23  that you're aware of from learned treatises or other

24  sources that are utilized in your professional community,

Lobato007134

1    is there -- have they ever come up with an outside range

2    of time at which colonization starts to occur -- okay.

3    The longest amount of time before colonization starts to

4    occur if at optimal temperatures during daylight hours.

5        THE WITNESS:  So there are --

6        THE COURT:  Do you understand what I'm asking?

7        THE WITNESS:  I think so.  Is there --

8        THE COURT:  What's the longest period of time assuming

9    optimal temperatures, which would be between the 75 and 95

10   degrees and daylight hours which you indicated are more

11   active during the day versus the night, what is the

12   longest -- have there been any studies looking at the

13   longest amount of time before colonization starts to occur

14   within the blowfly community?

15       THE WITNESS:  Yes.  So one of the reviews that I

16   published a few years ago where I went and reviewed the

17   literature on this idea of decomposition, I was very

18   interested in this question of when do blowflies typically

19   colonize.

20       THE COURT:  Yes.

21       THE WITNESS:  And there were two studies that found

22   that colonization could occur much later.  And when I mean

23   much later, I mean days.  But this was in conditions where

24   the environment wasn't conducive for colonization.  That

Lobato007135

1    when the environment was appropriate, colonization

2    typically occurred within a few hours.

3        THE COURT:  And appropriate being time of day as well

4    as the ambient temperature?

5        THE WITNESS:  And how the body was stored.  So like --

6    the research that I did in San Marcos, Texas, in May where

7    the temperatures can reach 95 degrees Fahrenheit, the body

8    that we received came from Minnesota.  And it was chilled

9    to 40 degrees.  So the body was held in a freezer

10   basically before it was given to us.  So the body was

11   not --

12       THE COURT:  Slow down a little the decomposition --

13       THE WITNESS:  It would, yes.

14       THE COURT:  -- and affect the odors and other things

15   that are --

16       THE WITNESS:  Exactly, yes.  So I've seen that occur.

17           We've also done studies in Texas where we have

18   monitored fly activity where we've taken freshly

19   euthanized pigs and put them out and watched the

20   decomposition process, and we get colonization within an

21   hour or two.

22       THE COURT:  Okay.  And are there any studies -- I

23   don't know how many different types of animals you've

24   looked at as far as how long it takes for their

Lobato007136

1   colonization to occur under optimal conditions being

2   daylight hours and optimal temperatures.

3           Is there -- so pig was within an hour.  Have you

4   looked at other creatures, and is it a similar period of

5   time?  Or does it vary depending on the creature?  Do

6   you --

7       THE WITNESS:  I understand.  So does the animal model

8   influence when it -- flies come in and colonizes.  And

9   what --

10      THE COURT:  I think that means -- I think -- you're

11  using all scientific terms.  But animal model being?

12      THE WITNESS:  The type of animal.

13      THE COURT:  Human versus pig?  Okay.

14      THE WITNESS:  So we've done work with humans.  We've

15  done work with pigs, chickens, reptiles.  You name it,

16  we've probably watched it decompose.

17          So we typically see the same patterns.  And the

18  beauty of our field is that we're talking several hundred

19  years of research and publications and looking at things

20  decompose --

21      THE COURT:  Let me back you up a little bit.

22      THE WITNESS:  Okay.

23      THE COURT:  You said similar rates of the

24  colonization.  You said the pig was one hour.  Is that

1    similar to what you -- obviously in this case, the human

2    animal is what I'm interested in.

3        THE WITNESS:  Yes.

4        THE COURT:  So is it the same for a human, that it's

5    been approximately one hour?

6        THE WITNESS:  Within a couple of hours.

7        THE COURT:  Within a couple.

8        THE WITNESS:  Yes.

9        THE COURT:  I know that scientific is not -- I can't

10   give --

11       THE WITNESS:  I would say anywhere -- anywhere --

12       THE COURT:  What's my range?

13       THE WITNESS:  Sure.  I was going to say up to six

14   hours.

15       THE COURT:  Okay.  Thank you.

16           And I'm sorry.

17   BY MS. DIGIACOMO:

18       Q    And I'm sorry.  The study that you did, were you

19   referring to the one that you published a paper on in 2012?

20       A    No.  This is a different paper.

21       Q    Okay.  But in that paper, you stated that even with

22   blowflies, their arrival on carrion remains can vary from

23   seconds to minutes or days; correct?

24       A    Yes.

1    Q    And you also said, "Unfortunately, at this time, a

2    true appreciation of the variation surrounding arrival

3    patterns and the regulating variables is limited in the

4    literature."

5    A    Yes.

6    Q    So it is possible for no insect activity or blowflies

7    to take place for days?

8    A    Yes.  Under conditions that would be considered

9    not ideal.

10   Q    So only at those times?

11   A    Based on my understanding of 24 years of

12   research, yes.

13   Q    But you've never done any research in the Las Vegas

14   valley?

15   A    I have not.

16   Q    Okay.  And you would agree that Texas and Minnesota

17   are more humid than the climate here?

18   A    Yes.

19   Q    Does that affect the optimal conditions?

20   A    Humidity plays a role in development of the

21   insect, not necessarily in flight and attraction to

22   carrion.

23   Q    So it is your testimony here today that every dead

24   body will get blowfly activity as long as it's optimal

Lobato007139

1  conditions, every single body?

2      A    Under optimal conditions, I would expect that if

3  a body is --

4      Q    You would expect.  That's not what I asked you.  I

5  said can you sit here today --

6      MR. SULTAN:  Objection, your Honor.

7      THE COURT:  Hold on.

8      MR. SULTAN:  Can he answer the question?

9      THE COURT:  I don't think she finished her question,

10  so let's finish the question --

11 BY MS. DIGIACOMO:

12     Q    I'm sorry.  I'm asking you can you sit here and say

13 that every dead corpse that is outside, optimal conditions,

14 will get blowfly activity?

15     A    No.

16     Q    Okay.  You can say you expect it, but you can't say

17 that will happen; correct?

18     A    So I'm just going back to the previous question

19 and digesting that in my mind.  Under all conditions --

20 under optimal conditions in every instance, there would be

21 blowfly colonization.  I -- I said no, but the reason

22 being is you have to have blowflies present.  I mean,

23 that's one thing; right?  So you could have a body that's

24 in an environment that's optimal but no blowfly activity

```
 1   and not have colonization.
 2       Q    Okay.  So it is possible to have optimal conditions
 3   and no blowfly colonization?
 4       A    Sure.  You could have a body in a house at 72
 5   degrees Fahrenheit and have the windows closed and not
 6   have any flies in it.
 7       Q    Okay.  But could you have that same body in a house
 8   with no blowfly activity and the windows are open and the
 9   temperatures are optimal?  It's in August here in Las Vegas.
10       A    For a short period of time, yes.
11       Q    For a short period of time.  What if it was four
12   days?
13       A    I would say that's highly unlikely.
14       THE COURT:  When are blowflies not present?
15       THE WITNESS:  Typically at night when the
16   temperature's low, if it's raining or it's really windy.
17       THE COURT:  Okay.  So really low -- temperatures
18   really low, raining, and what else?
19       THE WITNESS:  Windy.
20       THE COURT:  Any other times blowflies would not be
21   present within the environment?  And -- okay.  If you're
22   outside, other than lower temperatures, rainy, or windy.
23       THE WITNESS:  Somebody applies insecticides in the
24   area could dampen populations.
```

Lobato007141

1      THE COURT:  All right.

2      THE WITNESS:  So if you put insecticide on a dead

3  body, it can prevent colonization.

4      THE COURT:  Okay.  Thanks.  Let me ask you a question,

5  and this is more of curiosity since the body was found

6  outside, obviously.

7          If a body is inside a dwelling and the windows

8  aren't open, you said something about blowflies will

9  eventually develop.

10      THE WITNESS:  They'll find a way inside and colonize

11  the body.

12      THE COURT:  Just through the cracks and crevices

13  because are they -- they're that sensitive to whatever

14  chemicals or odors being given off by the decomposing

15  body?

16      THE WITNESS:  Yes.  I've seen cases where bodies have

17  been a mile offshore and colonized on a boat.

18      THE COURT:  Because they can travel pretty far?

19      THE WITNESS:  They can travel.

20      THE COURT:  Okay.  Thank you.

21  BY MS. DIGIACOMO:

22      Q    So you're saying even in a house with the windows

23  shut, they will colonize?

24      A    Yes.

Lobato007142

1       Q     Even here in Las Vegas?

2       A     Even in Las Vegas.

3       Q     Okay.  Every single dead body?

4       A     I can't say every single dead body, no.

5       Q     Because it is possible that blowflies -- or there's

6    not insect colonization on a body outside or inside, however

7    you want, whenever the conditions are optimal.  It is

8    possible; correct?

9       A     Yes, it is possible.

10       THE COURT:  But is it --

11       THE WITNESS:  It's highly unlikely.

12       THE COURT:  What's the standard?  Is it possible to a

13    reasonable degree of medical certainty, medical

14    probability?

15       THE WITNESS:  I would say that --

16       THE COURT:  Or is it not?

17       THE WITNESS:  I -- I have -- I will not exclude all

18    possibilities because you never know what the conditions

19    are going to be.  If I were to make a scientific

20    conclusion -- draw a scientific conclusion on

21    decomposition is that insects are going to find that body

22    and they're going to colonize it.  And they're going to do

23    it fast because that's what their ecology is.  If they

24    don't do it, they can't have offspring.  So they're very

1    good at locating these resources.

2         That's what makes the field of entomology so

3    valuable within forensics is that these insects are

4    extremely good at locating dead bodies and colonizing it.

5    And we even see cases where they colonize living bodies in

6    nursing homes and hospitals and that sort of thing.

7    They're very, very good at locating these resources.

8         THE COURT:  Okay.

9    BY MS. DIGIACOMO:

10        Q    But again, you don't know about the Las Vegas area;

11   correct?

12        A    In terms of experience --

13        Q    Yes.

14        A    -- no.

15        Q    Okay.

16        MS. DIGIACOMO:  And, your Honor, I would renew my

17   motion to be able to show him those photos to pose him

18   hypotheticals that were -- regarding the body found

19   outside and whether or not he sees any blowfly activity on

20   it.

21        THE COURT:  The problem is, again, the same thing.

22   You don't know the specifics pertaining -- I mean, it's

23   comparing apples to oranges.  Just -- see the

24   photographs --

Lobato007144

1      MS. DIGIACOMO:  Your Honor --

2      THE COURT:  -- but those photographs you don't know

3  the location.  There's been -- whether it was rural, city,

4  barren, Dumpster, the temperatures, the time of the day,

5  how long the body was there.  I mean, there's just so many

6  variables that are not applicable to this case.

7      MS. DIGIACOMO:  But, your Honor, I disagree.  How are

8  they not applicable to this case if in Las Vegas we have

9  had dead bodies outside with these optimal conditions he

10  has discussed and there had been zero blowfly activity?

11  There are not eggs laid.  There's nothing.  How is that

12  not relevant --

13      THE COURT:  Okay.  So where is the information that

14  indicates that the conditions that you see in those

15  photographs are comparable to the conditions in this

16  particular case?  Since obviously the temperature varies

17  to a great degree.

18      MS. DIGIACOMO:  I had noticed the CSA who was at the

19  scene for -- for both of these.  The one that was inside

20  the house, the body was there for four days.  No insect

21  activity other than ants.  I had that CSA noticed.  You

22  excluded him.

23          This one I had a CSA noticed as well where this

24  again was in August of 2016, body outside, sunny day, warm

1  day.  The cornea had clouded over, so it had been out

2  there at least two or three hours.  And there is zero

3  insect activity, not one egg laid.

4         So I'm just saying how is that not relevant?

5  These entomologists that are coming in, have never done

6  cases here except Dr. Haskell, which the defense is not

7  calling.  So I just -- I'm sorry, your Honor.  I just

8  don't see how it's not relevant that in climate -- more

9  often than not, we do not have blowfly activity.  And

10  that's from the -- the pathologist as well.

11     THE COURT:  Okay.  Is there anything else?  I know you

12  want to stand up and say something.

13     MR. SULTAN:  I tried to remain in my seat, your Honor.

14  I mean, if you want to hear my position on this, I don't

15  know if --

16     THE COURT:  I'd like to make a record, yes.

17     MR. SULTAN:  Your Honor, our position is what we had

18  stated before.  There's, as Dr. Tomberlin has testified,

19  there are so many variables that go into blowfly activity

20  for these optimal conditions.  I think your Honor was

21  hitting on this point.

22         We don't know any of these actual ground truths

23  with these pictures.  We don't know the temperature.  The

24  State has represented being warm, but there is actually a

Lobato007146

1    specific number that actually has meaning to it.  We don't

2    have that information.  We don't know anything about

3    whether or not that body was moved to that location, where

4    that -- where the decedent was, any of that information,

5    any of those foundational information that would make such

6    an inquiry have any sort of relevance to this proceeding.

7         I mean, the pictures are significantly different

8    from my glancing of it in that Mr. Bailey's body was

9    literally covered with blood.  There is blood everywhere.

10   There's scars everywhere.  The doctor testified how that's

11   a big receptor for blowfly activity.

12        And I don't think I saw any of that level of

13   bleeding in those -- in those pictures.  I mean, that

14   alone just -- just glancing at those pictures is a big

15   difference that takes it into an apples-and-oranges

16   situation that your Honor wanted to avoid in this

17   situation.

18        So without knowing these ground truths, without

19   knowing the facts that would make such an inquiry

20   relevant, this isn't just posing a hypothetical.  This has

21   absolutely no relevance, your Honor.

22   MS. DIGIACOMO:  Your Honor, this expert just

23   testified it would be highly unlikely that that could

24   occur.  It has occurred in the Las Vegas area, and the

1   fact that I can't bring in these witnesses or

2   cross-examine I think clearly stifles the State in trying

3   to show why their entomology evidence does not establish a

4   time of death after dark because it is routine here that

5   we do not have blowfly activity on bodies that expire with

6   optimal conditions.

7       THE COURT:  Is there anything else?

8       MR. SULTAN:  And, your Honor, if she has an expert --

9   she's noticed an expert witness who, if they want to

10  testify about their experience in Las Vegas, that person

11  can testify about their experience in Las Vegas.

12      But this line of inquiry with these pictures with

13  this information is totally inappropriate given the lack

14  of information on ground truths about that, which would

15  affect -- which would impact the relevance and import of

16  this information.

17      THE COURT:  All right.  Is there anything else before

18  I make a ruling?  Okay.

19      So just to go back, the reason I did not allow

20  the CSAs to testify is I disagreed with the State that

21  they were lay witnesses.  I believe that they were expert

22  witnesses.  They were not testifying within something

23  that's within the knowledge and purview of the ordinary

24  person, rather that they were testifying to things that

1    they had specialized information and specialized training,

2    which gave them the ability to testify to what you wanted

3    them to testify to.

4         The problem was they weren't properly disclosed

5    as experts and all the other things that are required of

6    expert disclosures.  They just didn't happen.  There

7    wasn't the CV.  There wasn't a report.  There wasn't

8    anything.  That's why I didn't let them in.

9         And they certainly would be the individuals that

10   would lay the foundation for those photographs because

11   without some kind of testimony for foundation, again, it's

12   comparing apples to oranges.  There's so many other

13   variables, which have been discussed over the course of

14   the two days, which would be the location of the bodies

15   and the -- just from the one I can see ten feet away, it

16   appears the location of the body or the lump that was seen

17   in the picture doesn't appear to have any similarity to

18   this situation, which is a dead body found behind a brick

19   wall by a Dumpster with organic substances somewhat around

20   him.

21        The temperatures makes a difference.  We have no

22   testimony to indicate what the temperatures were.  So you

23   can't compare whether or not there was optimal

24   temperatures in that case or the temperatures in that case

Lobato007149

1    were consistent with the temperatures in this case.

2          There's just too many variables, and there's just

3    no way to lay the foundation for the reasons I indicated.

4    Again, those people you wanted to have were not properly

5    noticed as experts.

6      MS. DIGIACOMO:  And, your Honor, just for the

7    record --

8      THE COURT:  I'm not going to argue with you about it.

9    If you would like to further the record, then that's fine.

10      MS. DIGIACOMO:  I would like to make my record in

11    case this goes up.

12      THE COURT:  Sure.

13      MS. DIGIACOMO:  But as I stated -- and this witness's

14    stated and the last witness stated with the photographs of

15    the defense, the eggs on a body can be very -- I guess,

16    seen from -- with the naked eye.  And so all I had

17    intended to call those witnesses for was based upon

18    whether they could see eggs or not.  That was not anything

19    that they've been specially trained on or expert.  It's

20    what any layperson should have been able to see.  It was

21    just they've seen more dead bodies than maybe the

22    layperson.

23      THE COURT:  All right.  And again, I don't believe

24    that being able to identify eggs is within a purview of a

Lobato007150

```
 1    lay witness, even if that's what you were going to utilize

 2    that expert for.  But we've already -- you've made a

 3    record on this.  Let's move on, please.

 4    BY MS. DIGIACOMO:

 5       Q   I'm sorry, Doctor.  We got a little sidetracked.  Is

 6    it your testimony that every single dead body in the Las Vegas

 7    area under optimal conditions at some point will get blowfly

 8    activity?

 9       MR. SULTAN:  Objection, your Honor.  Asked and

10    answered.

11       THE COURT:  I'm sorry.  I missed the question.  Please

12    ask it again, and then I'll rule on your objection.

13    BY MS. DIGIACOMO:

14       Q   Is it your testimony that every dead body found in

15    Las Vegas, when there's optimal conditions, will at some point

16    get blowfly activity before being found?

17       THE COURT:  Hold on.  What's your objection?

18       MR. SULTAN:  Asked and answered, your Honor.

19       MS. DIGIACOMO:  I changed it.

20       THE COURT:  I think that actually he did answer this

21    question, and there was a couple parts to it.  It was

22    assuming optimal conditions, availability of blowflies

23    and --

24       MS. DIGIACOMO:  Right.  But based upon what he just
```

Lobato007151

```
1   testified to, now I'm asking him about "some point."
2       THE COURT:  Okay.  I'll just let you answer it.
3       THE WITNESS:  Could you repeat the question, please?
4   BY MS. DIGIACOMO:
5       Q    Every single corpse found in the Las Vegas area under
6   optimal conditions when blowfly activity should occur, at some
7   point -- it's your testimony that at some point those bodies
8   will always have blowfly colonization; correct?  Always?
9       A    So I think it's important something you brought
10  up.  And I think this needs to be really hammered home,
11  and that is it's not just blowflies.
12           I mean, like you pointed out, flesh flies can
13  come in and colonize too.  So when I look at remains, I'm
14  not just scanning an image looking for blowfly eggs.  I'm
15  looking for larval activity as well.  So it could be other
16  flies that come in and colonize and do that.
17           In -- it's my conclusion that every case, every
18  single case under optimal conditions would I expect to see
19  blowfly colonization at some point?  Yes, I would.
20      Q    But it could be days?
21      A    That's not -- not under optimal conditions.
22      Q    So what would be at some point you would expect it?
23      A    Under optimal conditions?
24      Q    Yeah.  Minutes?
```

Lobato007152

1          A     Oh, so under optimal conditions, I would say that

2    if you're dealing with daylight hours, I would say at some

3    point during the daytime, you would see colonization.

4          Q     Okay.  Now, at some point during the daytime?

5          A     Yes.

6          Q     So within hours?

7          A     Yes.

8    THE COURT:  I think this -- I also asked him this

9    because he gave me the pig example, and he said it was an

10   hour on a pig.  And I asked if it was likewise an hour on

11   a human or other creature.

12   BY MS. DIGIACOMO:

13         Q     But again, all those studies were done in

14   environments not here; correct?

15   MR. SULTAN:  Objection, your Honor.  That's been asked

16   and answered several times.

17   THE COURT:  Overruled.

18   THE WITNESS:  So there have been studies in similar

19   environments, yes, that have shown colonization occurs --

20   BY MS. DIGIACOMO:

21         Q     That's not my question.  All the -- all the studies

22   you have done when you talked about putting the dead bodies

23   out, they were not here?

24         A     Yes, you're correct.

1      Q    Okay.  You said that there were studies done in

2    similar climates --

3      A    Yes.

4      Q    -- but that's not here; correct?

5      A    Correct.

6      Q    And one of the most important things with looking at

7    the developmental or success -- succession methods is

8    location, geographical location; correct?

9      A    It's an important factor, yes.

10     Q    All right.  Do you even know what geographical

11   location Las Vegas falls in?

12     A    I'm not sure I follow the question because I mean

13   I could say --

14     Q    Well, if -- you'd agree the United States is broken

15   up into different geographical locations -- or geological

16   locations, regions?

17     A    I'm not a geologist.

18     Q    Okay.  So you don't know what the geographic region

19   is for Las Vegas; correct?

20     A    Based on whose definition?  I mean, there's my

21   definition.  I would say being from Texas that it's the

22   western United States.  I don't know what someone that

23   does geography does for a living would say it is.

24     Q    Okay.  Well, if it was the Mojave Basin and Range,

Lobato007154

1   are there any entomological studies that have been done in

2   that specific region?

3       A    I'd have to look and see what you're defining as

4   the Mojave Basin and Range to answer that question.

5       Q    Okay.  But you say you've seen -- read about studies

6   in similar locations?

7       A    Similar environments.

8       Q    Similar environments.  And what makes these other

9   environments similar to Las Vegas?

10      A    High temperature, low humidity, low rainfall.

11      Q    That's it?

12      A    That's some examples of factors that I look into,

13  yes.

14      Q    Nothing about blowfly population in those areas

15  versus here?

16      A    Well, I don't know if that goes into defining

17  what the Mojave Basin region is.

18      Q    No.  But I'm saying the other areas that you said

19  that you had done -- you read about studies, Southern

20  California, Arizona, New Mexico.  Okay?  Are there any parts

21  of those studies that talk about the blowfly population there?

22      A    Yes.  They do talk about blowfly populations,

23  yes.

24      Q    Okay.  And what's their blowfly population versus Las

Lobato007155

1    Vegas?

2        A    So I can't answer that question because -- our --

3    do you want the species or do you want the numbers?

4        Q    Well, the numbers.  What's our blowfly population in

5    Las Vegas?

6        A    I can't answer that question.

7        Q    Okay.  Because there's no studies that have put out

8    that information; correct?

9        A    Nothing beyond my personal observation of blowfly

10   activity.

11       Q    And you just saw one on your dinner plate?

12       A    I have seen blowflies land on my dinner plate,

13   yes, here.

14       Q    But that's it.  You haven't seen any blowflies

15   landing on dead bodies here?

16       A    I hope not, no.  I mean, I just don't go around

17   looking for dead bodies.

18       Q    Okay.  And in that study that you wrote in 2012, you

19   wrote, "Forensic entomologists are often applying data from

20   one region to another with the hope that they are similar and

21   allow for accurate PMI estimates to be made, something that

22   could prove difficult to defend in a court of law."

23            Correct?  You wrote that?

24       A    I did.

Lobato007156

1      Q    But you're okay, as you sit here today, to use

2    information from another geographic region to predict what's

3    going to happen in Las Vegas?

4      A    That -- that's in reference to development data.

5      Q    Okay.

6      A    And I can explain that if you --

7      Q    So it doesn't affect what you're testifying about

8    here today?

9      A    Not in terms of the general -- generalities of

10   what you expect in terms of colonization and succession

11   patterns.

12         What this is referring to is saying that the

13   development rate of an insect in a population here is the

14   same as it would be in another region of the US.  So if I

15   was trying to apply development data, actual -- what it

16   takes to get from an egg to adult, that would concern me.

17         The idea that flies are attracted and colonizing

18   carrion quickly, that's a global concept.  That's not

19   restricted to one part of the world.  That's something

20   that's been published in over 700 years of research around

21   the world where flies have been attracted to minute

22   particles of blood within minutes of being laid out.  This

23   isn't a concept that's being taken from one region and

24   being applied to another.  This is --

Lobato007157

1    Q    So you just --

2    A    -- global.

3    Q    -- that's the generality?

4    A    That is a very well accepted principle within

5  forensic entomology, yes.

6    Q    Right.  Because that is generally what can be

7  predicted with these insects?

8    A    Around the world, yes.

9    Q    Okay.  But you'd agree that based upon the region, it

10  could -- the generalities could fail to be applied accurately?

11    A    I would have a very difficult time accepting that

12  conclusion.

13    Q    You'd have a difficult time accepting, but it is

14  possible?

15    A    If blowflies --

16    MR. SULTAN:  Objection, your Honor.

17    THE COURT:  Hold on.

18    THE WITNESS:  That blowflies aren't attracted to

19  carrion?

20  BY MS. DIGIACOMO:

21    Q    No.

22    MR. SULTAN:  Argumentative.

23  BY MS. DIGIACOMO:

24    Q    That blowflies -- that --

Lobato007158

```
 1       THE COURT:  (Inaudible).

 2   BY MS. DIGIACOMO:

 3       Q    -- I'm sorry.  No.  Just in this area, you're -- let

 4   me strike that.

 5           Your opinion here is you're saying that no blowfly

 6   eggs or flesh fly larva or whatever means the death occurred

 7   after dark; correct?  Or after evening hours, I think you

 8   said?

 9       A    In this particular case, the -- most likely

10   that's what occurred, yes.

11       Q    Most likely?

12       A    Yes.

13       Q    You can't say with 100 percent certainty that's what

14   occurred?

15       MR. SULTAN:  Objection, your Honor.  Asked and

16   answered.

17       THE COURT:  Sustained.

18   BY MS. DIGIACOMO:

19       Q    But it is your -- your, I guess, premise is based

20   upon the generalities that every dead body in optimal

21   conditions during the day will attract blowflies?

22       MR. SULTAN:  Objection, your Honor.  Asked and

23   answered.

24       MS. DIGIACOMO:  I'm asking that's the basis of his
```

1    opinion.

2         THE COURT:  Overruled.

3    BY MS. DIGIACOMO:

4         Q    Correct?

5         A    Could you repeat the question, please?

6         Q    Yeah.  Your opinion that most likely the death

7    occurred in the evening hours is based upon the general

8    knowledge across all regions of how blowflies will normally

9    land on a corpse if there's optimal conditions present?

10        A    Yes.

11        Q    Are there certain types of bodies that blowflies

12   won't like?  Certain types of corpses that blowflies won't

13   like?

14        A    In terms of defining, like, that would be

15   colonized?

16        Q    Yes.

17        A    Yes.

18        Q    What?  What are those?

19        A    Remains in late stages of decomposition, of

20   skeletonized remains, treated with insecticides.

21        Q    What about if a body is really dried out?

22        A    That's the skeletonized.

23        Q    No.  I mean like just died, you know, within days but

24   out in the middle of the desert, dried out?

Lobato007160

1    A    Like mummified?

2    Q    Yes.

3    A    You would expect no blowfly activity.

4    Q    If it was mummified?

5    A    Correct, yes.

6    Q    So it is possible here that there could be times when

7  blowflies also wouldn't be attracted to a carrion because the

8  carrion wasn't the optimal, I guess, feeding ground for it?

9    A    Yes.

10    Q    Okay.  How many times have you made a determination,

11  such as in this case, by negative blowfly evidence or any

12  insect activity that's negative?

13    A    So the lack of insect negative?

14    Q    Yes.

15    A    One other case.

16    Q    With regard to the blowfly eggs, you said that

17  they're kind of clump masses.  So are they -- if they're on

18  the eyes or around the mouth, are they readily identify --

19  seen, I guess?

20    A    I --

21    Q    Large clumps?

22    A    I think so, yes.

23    Q    So is it possible, though, to just have one or two?

24    A    That's highly unlikely.

Lobato007161

1    Q    Highly unlikely?

2    A    Yes.

3    Q    But it is possible?

4    A    If the fly's disturbed, it is possible that she

5    will not finish laying her eggs.  But if given an

6    environment where there's no disturbance, then it would be

7    expected she would complete ovipositing.

8    Q    Okay.  So -- now, you said that you were hired by the

9    Innocence Project, I think it was February?

10    A    I was contacted in February.

11    Q    Okay.  And then when was that you were hired?

12    A    I cannot tell the specific date.  I'd have to go

13    back and look at my files.

14    Q    Okay.  And you said that they're just paying you your

15    salary for while you're taking leave without pay?

16    A    Yes.

17    Q    And how long did you take leave without pay for?

18    A    Hopefully just today.

19    Q    Okay.  So how much is that?

20    A    So I believe that's $750.

21    Q    Okay.  And then what about were there any other

22    expenses associated with coming in, like flight, hotel room,

23    food?

24    A    Yes.  They booked the flights for me to come

Lobato007162

1    here.

2        Q    Okay.  And did you get a per diem for food?

3        A    That's a good question I should have asked.

4        Q    It's not too late.  Did you -- was there any sort of

5    charge just for the consultation?

6        A    No.

7        Q    And what -- I know you talked a little bit about

8    this, but what other reports did you have when you did your

9    review of this case?

10       A    None other than the -- the autopsy report and I

11   believe the CSI report were the only two that I was given

12   to -- along with the photographic evidence -- for

13   assessing the case.

14       Q    So you weren't given any reports by any other

15   entomologists?

16       A    Not during the time of my assessment.

17       Q    And since that time, have you been given other

18   reports?

19       A    I have seen other reports since then, yes.

20       Q    And who were those by?

21       A    I believe, off the top of my head, Gail Anderson,

22   Linda-Lou O'Connor.  That's the two that come to my mind.

23       Q    Okay.  Thank you.

24       THE COURT:  Regarding this particular case?

Lobato007163

```
 1        THE WITNESS:  Yes.
 2        THE COURT:  And did those two individuals' opinions,
 3   did they affect your opinions in any way?
 4        THE WITNESS:  No.
 5        THE COURT:  Okay.
 6   BY MS. DIGIACOMO:
 7        Q    Now, when you were shown Defendant's Exhibit E --
 8        MS. DIGIACOMO:  May I approach, your Honor?
 9        THE COURT:  You may.
10   BY MS. DIGIACOMO:
11        Q    Okay.  I'm going to show you -- this is the hourly
12   weather report for July 8th.  And this is the one that you
13   were looking at earlier.
14        A    Yes.
15        Q    Okay.  And you said something about the heat index?
16        A    Yes.
17        Q    What is that?
18        A    So that's in combination with humidity.  In
19   Texas, it's notorious.  It could be 90 degrees and it
20   feels like it's 110 degrees.
21        Q    Okay.  So for us -- so at certain times of the day on
22   July 8th, does it show that the heat index is actually
23   different than the temperature outside?
24        A    It does.
```

Lobato007164

1      Q     Okay.  And what -- what times are those?

2      A     Starting -- so they start recording at 8:56 a.m.,

3  and there's differences throughout.

4      Q     Okay.  So are the differences -- do they make the

5  weather hotter or cooler?

6      A     In this case, it made it cooler.

7      Q     So every point from -- I'm sorry, you said?

8      A     8:56 a.m. until 11:56 p.m.

9      Q     And then actually, we go to the --

10     A     That's after midnight.

11     Q     Oh, I'm sorry.  Okay.  I didn't realize we were on

12  the next day.

13           Okay.  So the only time that the heat index between

14  8:56 a.m. and 11:56 p.m. did not make it cooler was at --

15     A     So there's this one here --

16     Q     82 -- oh, sorry.

17     A     And then I think that's the only one that was

18  warmer.

19     Q     Okay.  So let me -- let me put this up on the screen

20  so the judge can see.

21     MS. DIGIACOMO:  All right.  So, your Honor, I'm

22  putting on Defense Exhibit E.  Okay.

23  BY MS. DIGIACOMO:

24     Q     So let's look at 8:56 a.m.  The temperature recorded

Lobato007165

1   is 82 degrees --

2       A    Yes.

3       Q    -- correct?  And then you said because of the heat

4   index, which involves the humidity, at 8:56 a.m., it actually

5   felt like 83 degrees?

6       A    Yes.

7       Q    That's what this says.  So 9:56, the temperature

8   reads as what?

9       A    I believe 84.9 degrees Fahrenheit.

10      Q    But the heat index makes the temperature here?

11      A    I believe it says -- I'm feeling my age here --

12  84.8 degrees Fahrenheit.

13      Q    And so now let's skip down to, like, 12:56 p.m.  The

14  temperature outside is 90 degrees, but what is the heat index?

15      A    88.8 degrees.

16      Q    All right.  So from looking at the heat index -- and

17  I'm not sure if you can see this -- would you agree with me

18  that the hottest the heat index was, was 93.4 degrees at

19  5:00 -- 4:56 p.m.?

20      A    Yes.

21      Q    Okay.  Thank you.  So unless -- is it fair to say

22  unless a study is done in Las Vegas, you can't say if it would

23  be minutes or hours or even days or whatever that blowflies

24  would, I guess, get to a body and start to lay eggs?

Lobato007166

1    A    Those studies help, but even in those

2    circumstances, you still want to consider the uniqueness

3    of the study.

4         So it is informative, but there are still gaps in

5    knowledge there because each instance is unique to itself.

6    The conditions are unique.  The animal that you might be

7    using is unique, a pig versus human.  All that will play a

8    role in terms of what you would expect to happen.

9    Q    So basically, when you -- when all these studies are

10   read in the other regions, basically what you're doing is

11   analogizing what happens there to here?

12   A    I'm taking a biological principle that's been

13   accepted throughout the world and applying it in this

14   region.

15   Q    But that's -- I understand there's -- it's a

16   universal principle, but you would agree that studies have

17   shown in some climates versus other climates the blowfly

18   activity could be minutes or it could be hours?

19   A    Sure.

20   Q    So you're taking those principles and applying them

21   to Vegas, analogizing them?

22   A    Yes.  So I'm -- I've yet to see a study under

23   optimal conditions where you see delayed colonization for

24   an extended period of time of, say, 10 hours, 12 hours

Lobato007167

1    under optimal conditions.  I -- that is just something

2    that I haven't seen yet.

3        Q    You haven't seen yet, but it is possible it could

4    happen?

5        A    I would say that might be possible, yes.

6        Q    Those other studies that were done in Southern

7    California and New Mexico and Arizona, when were those studies

8    done?

9        A    They've ranged from the '70s up to the late

10   20s -- 2010s, like 2009, 2008.

11       Q    And are there even any forensic entomologists in Las

12   Vegas?

13       A    There are no forensic entomologists in Las Vegas.

14       Q    So that would probably explain why no one has studied

15   it here?

16       A    No one has the heart.  Maybe that will change.

17       Q    And also with regard to, you know, when you were

18   talking about the optimal conditions here on July 8th, you

19   said sunny, it was warm to hot, winds were low, no rain.

20   Remember that?

21       A    Yes.

22       Q    Okay.  But actually, when looking at this hourly

23   weather report, can you see that?

24       A    Yes.

Lobato007168

1      Q     It's actually mostly cloudy, scattered clouds or hazy
2  all day; correct?
3      A     Yes.
4      Q     Okay.  So it really wasn't sunny; correct?
5      A     Correct.
6      MS. DIGIACOMO:  I have nothing further.
7      THE COURT:  Redirect?
8      MR. SULTAN:  Your Honor, can we just have the Court's
9  indulgence for one moment?
10     THE COURT:  Okay.
11     THE WITNESS:  I'm good.  Thanks.  Thank you.
12     MR. SULTAN:  Nothing further, your Honor.
13     THE COURT:  All right.  Doctor, thank you for your
14  time.  Have a safe flight.
15     THE WITNESS:  Thank you.
16     THE COURT:  Do you have any witnesses scheduled for
17  today?
18     MS. POTKIN:  We don't, your Honor.  We'd have our
19  first witness again tomorrow at 1:00 o'clock when they
20  were scheduled.
21     THE COURT:  All right.  Anything by the State or the
22  defense before we go off the record?
23     MS. DIGIACOMO:  No, your Honor, other than for
24  scheduling.  I have one witness that has to testify on

Tomberlin CV 2020

**To Whom It May Concern:**

This signature page is to verify that the curriculum vitae being submitted is the most current.

Sincerely,

Jeffery K. Tomberlin

Tomberlin CV 2020

# JEFFERY K. TOMBERLIN
# CURRICULUM VITAE

## PROFESSIONAL ADDRESS

Department of Entomology
Texas A&M University
2475 TAMU
College Station, Texas 77843-2475
Phone #:  979.845.9718
Fax #: 979.845.6305
email: jktomberlin@tamu.edu

## EDUCATION

-PhD, Entomology, University of Georgia. August 2001. Dissertation title: Biological, behavioral, and toxicological studies on the black soldier fly (Diptera: Stratiomyidae).
-MS, Entomology, Clemson University. August 1996.  Thesis title:  A comparison between terrestrial and submerged carrion during the winter and summer in upstate South Carolina.
-B.S., Biological Sciences, University of Georgia. June 1993.

## EMPLOYMENT

-Professor, AgriLife Research Fellow, Presidential Impact Fellow. 2019-present. Forensic entomology, Department of Entomology, Texas A&M University. 60% research, 35% teaching, 5% service.
-Professor and AgriLife Research Fellow. September 2018- 2019. Forensic entomology, Department of Entomology, Texas A&M University. 60% research, 35% teaching, 5% service.
-Associate Professor and AgriLife Research Fellow. January 2016- August 2018. Forensic entomology, Department of Entomology, Texas A&M University. 60% research, 35% teaching, 5% service.
-Associate Professor. September 2012-January 2017. Forensic entomology, Department of Entomology, Texas A&M University. 60% research, 35% teaching, 5% service.
-Assistant Professor. July 2007-August 2012. Forensic entomology, Department of Entomology, Texas A&M University. 50% research, 50% teaching.
-Assistant Professor and extension specialist, December 2002-July 2007.  Livestock and forensic entomology, Department of Entomology, Texas A&M University. 25% research, 75% extension.
-Post-doctoral research associate, August 2001-November 2002.  Insect Behavior, Department of Biological and Agricultural Engineering, University of Georgia and USDA-ARS, Tifton, Georgia. Co-advisors: Dr. W. Joe Lewis and Dr. Glen Rains.
-Graduate research assistant, June 1998-July 2001. Livestock and forensics, Department of Entomology, University of Georgia.
-Graduate research assistant, August 1996-May 1998. Forensic entomology, Department of Entomology, University of Hawaii at Manoa.

-Graduate research assistant, August 1994-July 1996. Forensic entomology, Department of Entomology, Clemson University.

**AWARDS**

- Crime Scene Investigation Scientific Area Subcommittee, Distinguished Group Service Award. 2020. Organization of Scientific Area Committees for Forensic Science, National Institute for Standards and Technology.
-Presidential Impact Fellow. 2019. Texas A&M University.
-Forensic & Investigative Sciences Program ranked #1 by Bachelor Degree Center. 2019. https://www.bachelorsdegreecenter.org/best-forensic-science-degree/
-Pathology/Biology Section Outstanding Achievement in the Forensic Life Sciences. 2019. Pathology/Biology Section, American Academy of Forensic Sciences.
-AgriLife Research Fellow. 2018. College of Agriculture and Life Sciences, Texas A&M University.
-TEDx TAMU. Pioneering Change. 2016. Texas A&M University.
-Faculty, Staff & Advisor Recognition. 2015. Texas A&M University Veteran Resource & Support Center. Texas A&M University.
-Research Mentorship Award. 2015. Entomology Graduate Student Association, Department of Entomology, Texas A&M University.
-Teaching Mentorship Award. 2015. Entomology Graduate Student Association, Department of Entomology, Texas A&M University.
-Forensic & Investigative Sciences Faculty of the Year. 2012. Department of Entomology, Texas A&M University.
-Texas Environmental Excellence Award in the Agriculture, 2nd Place. 2009. Texas Commission on Environmental Quality.
-Student Led Award for Teaching Excellence (SLATE). 2009. Texas A&M University. Ranked 13th out of 45 individuals receiving the award with 320 applicants from across the Texas A&M University System submitted for the award.
-Platinum Award for DVD entitled "*Forensic entomology: collection and preservation of entomological evidence for court*". 2008. Ava Awards.
-Outstanding Faculty Award. 2008. Undergraduate Entomology Organization, Department of Entomology, Texas A&M University.
-Texas Environmental Excellence Award in the Agriculture, Finalist. 2008. Texas Commission on Environmental Quality.
-Telly Award for DVD entitled "*Forensic entomology: collection and preservation of entomological evidence for court*". 2007.
-Meatra D. Harrison Professional Development Scholarship. 2004. Texas Cooperative Extension, Texas A&M University.
-Orkin Livestock Entomology Award: Outstanding Graduate Student. 2000. Livestock Insect Workers Conference, St. Augustine, Florida.
-Outstanding PhD Student Scholarship. 1999. Georgia Entomological Society.
-Outstanding Student Presentation. 1996. Southeastern Branch Student Award: Entomological Society of America. Biloxi, Mississippi.
-J.H. Cochran Memorial Scholarship: Outstanding Graduate Student in Entomology. 1995. South Carolina Entomological Society. Charleston, South Carolina.
-Outstanding Chemistry Student. 1991. Middle Georgia College.

**COMPETITIVE GRANTS FUNDED (Approx. $3,755,550.00 received)**

- National Science Foundation/University Cooperative Research Centers Program. 2019-2020. $14,999. Planning IUCRC at Texas A&M University: Center for Environmental Sustainability thorugh Insect Farming (CEStIns).

- Texas A&M AgriLife Research Insect Vector Disease Program. 2016-2017. $97,990.00. Mosquito Response to Volatile Organic Compounds associated with quorum sensing pathways.

- Texas Invasive Ant Research and Management Seed Grant Program. 2015-2017. $94,200.00. Management of red imported fire ants with baits enhanced by novel matrices, attractants, and insecticidal compounds. Co-authored with Dr. Robert Puckett (PI), Department of Entomology, Texas A&M University.

- National Science Foundation Industry/University Cooperative Research Centers Program. 2017-2021. $749,840.00. Phase I IUCRC at the University of South Alabama: Center for advanced research in forensic science. Alec Yasinac (PI), William Glisson (co-PI), Aaron Tarone (co-PI). Participated through 2019.

- Defense Advanced Research Projects Agency. 2017-2019. $499,375.00. Microbial camouflage of valued Resources as a mechanism for manipulating fungal pest response. Co-authored with Dr. Karen Wooley (co-PI) and Dr. Michael Toews (co-PI).

- United States Department of Agriculture. 2016-present. $95,000.00. Interkingdom interactions of bacteria, animal waste and arthropods. Co-authored with Tawni Crippen (PI). Award #: 58-3091-6-032.

- National Institute of Justice. 2016-2019. $149,634.00. Evaluating and improving practices employed by U.S. forensic scientists to locate critical literature for use in investigation. Co-authored with Mrs. Sarah Bankston (PI) and Mrs. Laura Sare (co-PI). Award number: 2016-R2-CX-0054.

- National Institute of Justice. 2016-2019. $540,545.00. Investigating upper thermal limits of forensically important blow flies to improve testimony in forensic entomology. Co-authored with Dr. Aaron Tarone (PI). Award number: 2016-DN-BX-0204.

- National Science Foundation I-Corp. 2016-2017. $50,000.00.  Quorum sensing by bacteria on hosts regulates vector attraction and blood-feeding. Award number: 1643346.

- Texas A&M AgriLife Research Insect Vector Disease Program. 2016-2018. $50,000.00. Mosquito Response to Volatile Organic Compounds associated with quorum sensing pathways.

- Texas Invasive Ant Research and Management Seed Grant Program. 2017-2019. $94,575.00. Deciphering interkingdom communication between bacteria and red imported fire ants to develop novel bait attractants and ant repellants. Co-authored with Dr. Robert Puckett, Department of Entomology, Texas A&M University.

- National Science Foundation Industry/University Collaborative Research Center. 2015-2016. $14,494.00. Collaborative: Planning Grants: Necrobiome Research and its application in decomposition ecology and forensics. Co-authored with Dr. Aaron Tarone, Department of Entomology, Texas A&M University. Award number: 1539947.

- Texas Invasive Ant Research and Management Seed Grant Program. 2013-2015. $118,500.00. Deciphering interkingdom communication between bacteria and red

Tomberlin CV 2020

imported fire ants to develop novel bait attractants and ant repellants. Co-authored with Dr. Aaron Tarone, Department of Entomology, Texas A&M University.

-National Institute of Justice. 2010-2013. Development and validation of standard operating procedures for measuring microbial populations for estimating a postmortem interval. $476,348.00. Co-authored with Dr. Aaron Tarone, Department of Entomology, Texas A&M University, College Station, Texas; Dr. Eric Benbow, University of Dayton, Dayton, Ohio; Dr. Tawni Crippen, USDA-ARS, College Station, Texas. Award number: 2010-DN-BX-K243.

-USDA: Western Region SARE. 2006. Black soldier fly larvae as a tool for managing animal waste and providing a food source for aquaculture industries. $117,682.00. Co-authored with Dr. (PI) S. St. Hilaire, University of Idaho; Dr. C. Sheppard, University of Georgia; Drs. R. Sheffield, R. Hardy, W. Sealy, G. Fornshell, University of Idaho.

-USDA: Southern Region IPM Center. 2006-2007. Development of the elementary entomology extension program. $18,134.00. Co-authored with Drs. P. Porter and M. Merchant, Ms. K. Engler, and M. Keck, Texas A&M University.

-Texas Imported Fire Ant Management and Research Program. 2005-2006. Year Two: Fire ant suppression of house flies associated with dairy manure. $5,000.00.

-USDA: Southern Region IPM Grant. 2005-2007. Mosquito abatement in Texas: Monitoring insecticide resistance. $35,169.00. Co-authored with Drs. J. Olson and P. Pietrantonio, Texas A&M University and Drs. R. Parsons and B. Gorena, Harris County Mosquito Control.

-USDA: Cooperative State Research Education and Extension Service: National Integrated Water Quality Program. Program Area 110.D. 2005-2008. Strategies for phosphorus reduction and subsequent reduced phosphorus runoff from land receiving dairy manure on the north Bosque and Leon rivers. $582,478.00. Co-authored with Drs. (PI) J. Muir, T. Butler, and S. Mukhtar, Texas A&M University, and Drs. B. Lambert, D. Weindorf, and M. Yu, Tarleton State University. 2004-51130-02237.

-Texas Imported Fire Ant Management and Research Program. 2004-2005. Fire ant suppression of house flies associated with dairy manure. $5,000.00.

-U.S. Poultry & Egg Association. 2000-2001. Characterization of behavioral response of gravid house fly, *Musca domestica* L., females to odors released by black soldier fly, *Hermetia illucens* (L.), larvae. $10,005.00. Co-authored with Dr. D.C. Sheppard, University of Georgia.

**PROPOSALS FUNDED THROUGH INTERNAL GRANTS ($168,072.21)**

-Texas A&M Triads for Transformation. 2019-2020. $36,473.00. Co-authored with Drs. Aaron M. Tarone (PI) and Cliff Spiegelman.

-Texas AgriLife Research Genomics Seed Grant Program. 2014. $22,866.00. Characterizing the functional dynamics between microbial wound communities and the biodebridement species, *Lucilia sericata*, to improve wound healing. Co-authored with Dr. Aaron M. Tarone.

-Whole Systems Genomics Initiative Traineeship. 2013. $11,002.75. Assistance for Ms. Meaghan Pimsler. Texas A&M University.

-Neuhaus-Shepardson Faculty Development Grant. 2012. $2,000.00. Texas A&M University. Declined.

5

-Whole Systems Genomics Initiative Traineeship. 2010. $7,125.00. Texas A&M University. Assistance for Ms. Jennifer Pechal. Texas A&M University.
-Internal Reinvestment. 2009. Percival Growth Chambers. $18,906.25. Department of Entomology, Texas A&M University. Co-authored with Drs. Aaron Tarone (PI) and Spencer Behmer.
-International Research Travel Assistance Grant. 2009. Supported travel to Thailand and China to examine microbe-insect interactions on ephemeral resources. $1,500.00. Texas A&M University International Center, Texas A&M University.
-Internal Reinvestment. 2009. Mass Spectrometer. $10,000.00. Department of Entomology, Texas A&M University. Co-authored with Drs. Tanya Pankiw (PI), Julio Bernal, Carlos Bogran, Micky Eubanks, Marvin Harris, Raul Medina, Albert Mulenga, Pete Teel, and Kyan Zhu-Salzman.
-Student Recruitment Travel Grant. 2009. Funds to bring a potential PhD student to visit the Department of Entomology. $500.00. College of Agriculture and Life Sciences, Texas A&M University.
-Internal Reinvestment. 2008. Biological safety cabinet for microbial research. $6,596.00. Department of Entomology, Texas A&M University.
-InsecTeams. 2006. Identification of genus specific proteins to discriminate between first instar calliphorid and sarcophagid larvae. $2,951.73. Co-authored with Dr. A. Mulenga, Department of Entomology, Texas A&M University.
-Texas Cooperative Extension Entomology Supplemental Grant. 2005. Development of a mosquito booklet for primary education. $3,350.00. Department of Entomology, Texas A&M University. Co-authored with Ms. Kim Engler.
-FY'05 Support for Research Equipment and Facilities Upgrades. 2004. LECO TrueSpec Macro C/H/N Analyzer. $43,260.00. Co-authored with Drs. (PI) D. Weindorf, B. Lambert, Tarelton State University; and F. Mitchell and J. Muir, Texas Agriculture Experiment Station.
-Graduate Student Travel Grant. 2000. University of Georgia. $550.00.
-Graduate Student Organization Travel Grant. 1997. University of Hawaii at Manoa, $500.00.
-W.C. Nettles Memorial Grant. 1994. Department of Entomology, Clemson University. $492.00.

**PROPOSALS FUNDED THROUGH INDUSTRY AND GIFTS ($928,703.00)**
-Austin Police Department & Texas Department of Public Safety, Austin, Texas. 2017. $39,864. Extraction buffer, quantitation, and PCR/CE reagents provided for the Forensic & Investigative Sciences Program.
-Syngenta Corporation. 2016. $10,000.00. Evaluation of fly baits.
-Syngenta Corporation. 2015. $5,600.00. Evaluation of fly baits.
-Mars Corporation. 2015. $10,143.00. Toxicity of naturally occurring aflatoxin B1 and breakdown products on *Drosophila* larvae. Co-authored with Dr. Jonathan Cammack (PI), Texas A&M University.
-Austin Police Department, Austin, Texas. 2015. $17,544.00. Extraction buffer, quantitation, and PCR/CE reagents provided for the Forensic & Investigative Sciences Program.
-Mars Corporation. 2015. Development of a harvester for black soldier fly larvae of optimal nutritional value. Co-authored with Dr. Jonathan Cammack (PI), Texas A&M University. $81,484.00.

Tomberlin CV 2020

-Mars Corporation: New Frontiers in Research. 2015. Fatty acid retention by black soldier fly larvae. Co-authored with Dr. Jonathan Cammack, Texas A&M University. $55,782.00.

-Mars Corporation: New Frontiers in Research. 2014. $530,466.00. Utilizing the black soldier fly to produce feedstuff for animals and livestock in the 21st century. Co-authored with Robert Olivier, Protaculture, Inc.

-Syngenta Corporation. 2013. $17,250.00. Evaluation of baits for house flies.

-FMC Corporation. 2010. $7,500.00. Number compounds examined for suppressing blow flies on concrete.

-Chemtura Corporation. 2008. $10,000.00. Diflubenzeron for suppressing house fly and stable fly populations.

-BASF Corporation. 2008. $10,000.00. Development of new bait for suppressing house flies in confined animal facilities.

-Chemtura Corporation. 2007. $6,000.00. Using diflubenzeron to suppress house flies in dairy cattle manure.

-FMC Corporation. 2007. $16,020.00. Development of novel insecticides for house fly suppression in confined animal facilities.

-Whitmire Micro-Gen. 2007. $8,050.00. Insecticide resistance in resident house fly and litter beetle populations.

-Chemtura Corporation. 2006. $9,500.00. Using diflubenzeron to suppress mosquito populations.

-FMG Corporation. 2006. $7,500.00. Evaluation of Rabon for the suppression of horn flies, while not affecting dung beetle populations.

-Chemtura Corporation. 2006. $11,500.00. Using Dimilin to suppress horn fly, stable fly and house fly populations associated with cattle wastes.

-Elanco Corporation. 2006.  $11,750.00. Spinosad for the suppression of house fly and darkling beetle populations associated with livestock facilities.

-FMC Corporation. 2006. $10,750.00. Insecticide resistance in house fly and darkling beetle populations associated with livestock facilities.

-BASF Corporation. 2005.  $5,600.00. New chemical for controlling house flies.

-Chemtura Corporation. 2005. $25,500.00. Dimilin used for suppressing house fly, horn fly, and stable fly populations in livestock facilities.

-FMC Corporation. 2005. $15,800.00. Examination of insecticide resistance in fly populations located in confined animal and food-production facilities.

-Bayer Corporation.  2004. $500.00. Using ear tags to reduce horn fly numbers on beef cattle.

-Chemtura Corporation. 2004. $2,000.00. Dimilin as a means to reduce horn fly numbers on beef cattle.

-AMVAC Corporation.  2004. $2,600.00. Ecozin 3% EC for suppressing house fly larval numbers in dairy manure.

**STUDENT GRANTS, AWARDS, & FELLOWSHIPS ($536,102.59 received)**
**Undergraduate Students**
-Abby Jones. 2018. Ecological Integration Symposium. 2nd place Undergraduate Student Presentation Award. Texas A&M University.

7

Tomberlin CV 2020

-Alex Gordy. 2015. $500.00. Seeding Undergraduate Student Research: NSF Louis Stokes Alliance for Minority Participation.
-Adrianna Tirloni. 2015. $1,000.00. Seeding Undergraduate Student Research: NSF Louis Stokes Alliance for Minority Participation.
-Dell, Z. 2015. Applications of near-infrared reflectance spectroscopy to estimate post mortem interval. 2nd Place, poster competition. Undergraduate Research Week, Texas A&M University. College Station, Texas.
-Rhinesmith, J. 2012. Quorum sensing by *Escherichia coli* serves as interkingdom signal with *Lucilia sericata* (Diptera: Calliphoridae). 1st place, non-PhD student.10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.
-Diaz, M. 2011. Pupal size throughout dispersal of the secondary screwworm, *Cochliomyia macellaria* (Diptera: Calliphoridae): implications for forensic entomology. 1st place, non-PhD student. 9th Annual North American Forensic Entomology Conference, College Station, Texas.
-Littlefield, K. 2007. Condensed tannins reduce house fly populations in dairy manure. 3rd place undergraduate poster presentation. Texas A&M University AgriLIFE Conference. College Station, Texas.
-Littlefield, K. 2007. Condensed tannins reduced house fly populations in dairy manure. 1st place poster presentation. Undergraduate Agriculture Division, 5th Annual Student Research Symposium: Pathways to the Doctorate. Tarleton State University, Stephenville, Texas.
-Myers, H. 2004. Texas Chapter: American Society of Agronomy. Excellence in research award for undergraduates.

**MS Students**
-Owings, C.G. 2012. $300.00. Donald E. Johnston Fellowship. Acarology Summer Program, Ohio State University.
-Owings, C.G. 2012. $250.00. Mites and Forensics: Linking Acarology to Decomposition Ecology. American Arachnological Society Grant.
-Owings, C.G. 2012. Outstanding Forensic Graduate Teaching Assistant. Department of Entomology, Texas A&M University.
-Owings, C.G. 2011. Outstanding Entomology Graduate Teaching Assistant. Department of Entomology, Texas A&M University.
-Owings, C.G. 2011. $500.00. Bush Travel Grant, Department of Entomology, Texas A&M University.
-Fonseca, A. 2011. $6,731.80. Insect-Microbe Interactions. CONACYT.
-Cammack, J. 2009. $2,275.00. Carl and Ruby Nettles Entomology Student Travel Fund, Clemson University, Clemson, South Carolina.
-Cammack, J. 2008. $1,070.00. W. Carl Nettles and Ruby S. Nettles Memorial Endowment in Entomology, Clemson University, Clemson, South Carolina.
-Cammack, J. 2008. $1,128.00. W. Carl Nettles and Ruby S. Nettles Memorial Endowment in Entomology, Clemson University, Clemson, South Carolina
-Cammack, J. 2008. $250.00. Travel Grant to the North American Forensic Entomology Conference. Graduate Student Government Professional Enrichment Grant, Clemson University, Clemson, South Carolina.

-Cammack, J. 2008. $2,000.00. Effects of the parasitoid *Nasonia vitripennis* (Hymenoptera: Pteromalidae) on pupation depth of the green bottle fly, *Lucilia sericata* (Diptera: Calliphoridae).Terminex Fellowship.

-McClellan, P. 2008. Graduate Division: 1st place poster presentation, Graduate Agriculture Division 6th Annual Pathways Student Research Symposium, Texas A&M System. Commerce, Texas.

-McClellan, P. 2007. 2nd place poster presentation. Graduate Agriculture Division, 5th Annual Student Research Symposium: Pathways to the Doctorate. Tarleton State University, Stephenville, Texas.

-Cammack, J. 2007. $959.00. Effects of the parasitoid *Nasonia vitripennis* (Hymenoptera: Pteromalidae) on pupation depth of the green bottle fly, *Lucilia sericata* (Diptera: Calliphoridae). W.C. Nettles Endowed Grant.

**PhD Students**

-Rhinesmith-Caranza, J. 2020. President's Award for Academic Advising, Texas A&M University.

-Flint, C.A., and **J.K. Tomberlin**. 2020. Small but Mighty: Microbes influencing decomposition and attraction of the blow fly, *Cochliomyia macellaria*. 1st Place Ph.D. Platform Presentation: Decomposition Symposium. Texas A&M University, Ecological Integration Symposium Annual Meeting, College Station, Texas.

-Kotźe, Z. 2019. Mechanisms regulating behavior of invertebrate decomposers: Deciphering arthropod succession as related to forensic entomology. 1st place Outstanding PhD Presentation. Graduate Student Forum, Department of Entomology, Texas A&M University.

-Kotźe, Z. 2019. Mechanisms regulating behavior of invertebrate decomposers: Deciphering arthropod succession as related to forensic entomology. 1st place Outstanding PhD Presentation. North American Forensic Entomology Association annual congress, Indianapolis, Indiana.

-Rhinesmith, J. 2019. Outstanding Teaching Assistant Award. Department of Entomology, Texas A&M University.

-Kotźe, Z. 2018. Outstanding Teaching Assistant Award. Department of Entomology, Texas A&M University.

-Heo, C.C. 2017. J.H. Comstock Award, Southwestern Branch: Entomological Society of America.

-Heo, C.C. 2016. Perdana Scholar Award in Research, Innovation, and Publications from the Malaysia Government. Washington, DC.

-Heo, C.C. 2015. Medical, Urban, and Veterinary Entomology Scholarship, Entomological Society of America.

-Heo, C.C. 2015. 1st Place Oral Presentation. Graduate Student Forum, Department of Entomology, Texas A&M University.

-Heo, C.C. 2015. Sigma Xi Interdisciplinary Award. Texas A&M University.

-Heo, C.C. 2015. Vice President for Research Excellence. Texas A&M University.

-Heo, C.C. 2015. 1st Place, Graduate Student Oral Presentation. Student Research Week, Texas A&M University.

-Pimsler, M.L. 2015. J.H. Comstock Award, Southwestern Branch: Entomological Society of America.

Tomberlin CV 2020

-Pimsler, M.L. 2015. Outstanding Graduate Student, PhD. Department of Entomology, Texas A&M University.

-Pimsler, M.L. 2014. Medical, Urban, and Veterinary Entomology Scholarship, Entomological Society of America.

-Pimsler. M.L. 2014. $36,700.00. Texas A&M University Dissertation Fellowship.

-Lindgren, N. 2013. $81,000.00. Diversity Fellowship, Texas A&M University.

-Pimsler, M.L. 2013. Outstanding PhD student presentation. North American Forensic Entomology Association Conference, Dayton Ohio.

-Pimsler, M.L. 2013. Outstanding Graduate Student, PhD. Department of Entomology, Texas A&M University.

-Pimsler, M.L. 2012. Elucidation of the genetic basis of monogeny in *Chrysomya rufifacies* (Diptera: Calliphoridae). 2nd Place, President's prize for oral presentation. National Entomological Society of America Conference. Knoxville, Tennessee.

-Pechal, J. 2011. Medical, Urban, Veterinary Entomology Section, Entomology Society of America. Travel Grant to International Congress of Entomology in Koreas 2012.

-Pimsler, M. 2011. Bacteria regulate attraction and colonization of a resource by the black soldier fly (Diptera: Stratiomyidae). Outstanding PhD student oral presentation. North American Forensic Entomology Conference, College Station, Texas.

-Brundage, A. 2011. Knipling-Bushland Fellowship, Department of Entomology, Texas A&M University.

-Brundage, A. 2011. Effects of temporal priority on interactions between *Cochliomyia macellaria* (Diptera: Calliphoridae) and *Chrysomya rufifacies* (Diptera: Calliphoridae) larvae on a carrion resource. 2nd place, Outstanding PhD student presentation. North American Forensic Entomology Conference, College Station, Texas.

-Flores, M. 2010&2011. Outstanding Graduate Teaching Assistant. Department of Entomology, Texas A&M University.

-Liu, W. 2010. $180,808.00. China Scholarship Council. People's Republic of China.

-Flores, M. 2010. $5,000.00. Benedict Memorial Fellowship. Department of Entomology, Texas A&M University.

-Pimsler, M. 2010. $70,000.00. Diversity & Reagents Fellowships, Texas A&M University.

-Sanford, M. 2010. Association of Former Students Outstanding Graduate Student Award. Texas A&M University.

-Brundage, A. 2010. Outstanding Graduate Student, PhD Department of Entomology, Texas A&M University.

-Brundage, A. 2009. Vice-Chancellor Award for Graduate Student Teaching. College of Agriculture and Life Sciences, Texas A&M University.

-Núñez, C. 2009. $13,800.00. Microbe-insect interactions. CONACYT. Mexico.

-Zhu, L. 2009. $12,600.00. China Scholarship Council, People's Republic of China.

-Pechal, J. 2009. $250.00. Office of Graduate Studies Travel Grant. Texas A&M University.

-Flores, M. 2009. $6,934.05. Bridging Assistantship. College of Agriculture and Life Sciences, Texas A&M University.

-Brundage, A. 2009. $5,000.00. Benedict Memorial Fellowship. Department of Entomology, Texas A&M University.

Tomberlin CV 2020

-Denmark, E. 2009. $70,000.00. Diversity & Reagents Fellowships. Texas A&M University.

-Brundage, A. 2009. $1,000.00. Susan M. Arseven '75 Make-A-Difference Memorial Award. Texas A&M University.

-Sanford, M. 2009. J.H. Comstock Outstanding PhD Student. Southwestern Branch: Entomological Society of America.

-Sanford, M. 2009. Outstanding Graduate Student, PhD Department of Entomology, Texas A&M University.

-Sanford, M. 2008. Outstanding Presentation Award. Royal Golden Jubilee Seminar. Chiang Mai University, Chiang Mai, Thailand.

-Sanford, M. 2007. $12,058.74. Fulbright Fellowship to Thailand. The only Fulbright awarded to a Texas A&M University student during

-Sanford, M. 2007. 3rd place, student presentation competition. Southwestern Branch: Entomological Society of America. Corpus Cristi, Texas.

-Sanford, M. 2005. James Gus Foyle Memorial Scholarship, Texas Mosquito Control Association.

-Sanford, M. 2005. $19,000.00. Regents Fellowship, Texas A&M University.

**Professional Students**

-Littlefield, K. 2010. $4,888.00. College of Veterinary Medicine and by awards from the Texas Veterinary Medical Foundation, the National Institutes of Health, the Merck-Merial Veterinary Scholars Program, and the William & Dorothy Klemm Fellowship. Texas A&M University.


**PROFESSIONAL EXPERIENCE**

**Granting Reviewer**

-NP 104 Panel 3, USDA Project Review. 2019.

-EUREKA Online Peer Panel. 2019.

-Austrian Science Funds. 2019.

-Reviewed PhD Forensic Science Program, Oklahoma State University. 2018.

-X-Grants, Texas A&M University. 2018.

-National Oceanic Atmospheric Administration. 2017.

-USDA, SBIR. 2017, 2018.

-Environmental Research and Education Foundation, Raleigh, North Carolina. 2015.

-Netherlands Organisation for Scientific Research, Netherlands. 2014.

-Enhancement Research Grant, Sam Houston State University, Huntsville, Texas. 2013.

-Austrian Science Fund. 2012.

-South African Medical Research Council. 2011.

-National Science Foundation. 2010, 2012.

-Joint Action Research. 2010. French Community of Belgium, Université de Liège, Liège, Belgium.

-International Foundation for Science. 2008. Proposal AB/19595.

-Southern Region SARE Sustainable Agriculture Research and Education. 2007. Proposals FP08-14, FP08-27.

-Louisiana Board of Regents. 2006.

-Ontario Research Fund. Ministry of Research and Development. 2005, 2007.

-General Forensic Research and Development Panel. National Institute of Justice. Washington, D.C. 2005.
-USDA Formula Animal Health Grant Review Panel. Texas A&M University. 2005.
-United States Civilian Research and Development Foundation. 2004-2005.
-Natural Sciences and Engineering Research Council of Canada. 2004.
-National Research Initiative. 2004.
-National Institute of Justice. 2002, 2004, 2005, 2012.

**Journal Affiliation**

-Manuscript reviewer: Nature Communications, Ecology Letters, F1000, Plos One, International Journal of Legal Medicine, Pakistan Journal of Scientific & Industrial Research, Journal of Vector Ecology, Journal of Forensic Identification, Canadian Journal of Forensic Sciences, Journal of Forensic Identification, Journal of Applied Entomology, Entomologia Experimentalis et Applicata, Journal of Forensic Sciences, American Society of Biological and Agricultural Engineers, Forensic Science International, Journal of Ethology, Journal of Agricultural and Urban Entomology, Entomological News. Journal of Economic Entomology, Tropical Biomedicine, Southwestern Entomologist, Naturwissenschaften, Journal of Medical Entomology, Environmental Entomology, Journal of Insect Behavior, Journal of Hazardous Materials, and Annals of the Entomological Society of America.
-Editorial Board. Insects. 2019-present.
-Associate Editor. Journal of Insects as Food and Feed. 2016-present.
-Subject editor, integrated pest management, Annals of the Entomological Society of America. 2004-2010. Annals Editorial Board, 2007-2010, chair 2009-2010.
-Co-editor, Tymbal: University of Georgia Internet Information Page. 1998-1999.
-Editor's assistant, Proceedings of the Hawaiian Entomological Society. 1996-1997.

**Faculty Affiliation**

-Affiliate Faculty, Department of Horticulture and Landscape Architecture, Colorado State University. 2019-present.
-Co-Director, 2018-2020, Director, 2017-2018, Affiliate Site, NSF-NIJ Center for Advanced Research in Forensic Science.
-Director, 2016-2020. Associate Director. 2014-2015. Forensic & Investigative Sciences Program, Department of Entomology, Texas A&M University.
-Internship and Research Coordinator. 2012-2015. Department of Entomology, Texas A&M University.
-Graduate Faculty, The University of Texas- Pan American. 2014-present.
-Associate reader, Forensic Sciences Program, University of Lincoln. 2013-present.
-Adjunct professor, Department of Entomology, Rutgers University. 2010-present.
-Adjunct professor, Department of Biology, Windsor University. 2009-present.
-Adjunct professor, Department of Entomology, Soil, and Plant Pathology, Clemson University. 2007-present.
-Adjunct professor, Department of Anthropology, Texas State University. 2006-present.
-Full member, Graduate Faculty: Texas A&M University. 2007-present.
-Associate member, Graduate Faculty: Texas A&M University. 2005-2007.
-Adjunct professor, Tarleton State University. 2003-present.
-Adjunct professor, Abraham Baldwin College. 2000-2002.

Tomberlin CV 2020

-Certified instructor, Georgia Peace Officer Academy.  2000-2002.

**Courses Taught**

-Forensic Entomology, FIVS/ENTO 431/432. Department of Entomology, Texas A&M University, Spring 2020.

-Insects and Society, ENTO 322. Department of Entomology, Texas A&M University, Fall 2016.

-Forensic Sciences Seminar, FIVS 481. Department of Entomology, Texas A&M University. Spring 2009-present.

-Science and Law, FIVS 415. Department of Entomology, Texas A&M University. Spring 2008-present.

-An Introduction to the Forensic and Investigative Sciences, FISC 205. Department of Entomology, Texas A&M University. Fall 2007-2013.

-Extension Entomology, ENTO 691, Department of Entomology, Texas A&M University. Fall 2005.

-Forensic Entomology, AGRI 4903/5903-CJ4853/5153. Tarleton State University.  Fall 2004, Fall 2006.

-Anatomy & Physiology, BIOL 2011 and Biol2011L.  Abraham Baldwin Agricultural College. Fall 2002.

-Introduction to Biology, BIOL 2107 and Biol2107L, Abraham Baldwin Agricultural College. Fall 2000.

- Forensic Entomology, Georgia Peace Officer Standards and Training Council. 2000-2002.

- Forensic Sciences, Continuing Education Program, University of Georgia. Spring 2000.

**Certification**

-Graduate Teaching Academy Mentor. 2008-present.

-Bloodstain pattern analyst. 2008.

-Diplomate, American Board of Forensic Entomology. 2005-present.

-Licensed South Carolina and Georgia commercial pesticides applicator.  1995-1996.

# COMMITTEE SERVICE

## University

-Committee on Utilization and Assignment of Physical Space. 2020-2022. Department of Entomology, Texas A&M University.

-Acarology faculty search committee, chair. 2017. Department of Entomology, Texas A&M University.

-Chemical ecology faculty search committee. 2016. Department of Entomology, Texas A&M University.

-Forensic & Investigative Sciences Program Student Mentoring. Advisor, 2016-present. Department of Entomology, Texas A&M University.

-Subcommittee to Review Contract Negotiations Role and Responsibilities. 2015. Sponsored Research Services, Texas A&M University.

-Graduate Admissions Committee. 2013-2015. Department of Entomology, Texas A&M University.

-Undergraduate Programs Councils. 2011-2015. College of Agriculture and Life Sciences, Texas A&M University.

Tomberlin CV 2020

-Department of Entomology Chairperson Search Committee 2009. Department of Entomology, Texas A&M University.

-*Ad hoc* Academic Advisor Search Committee. 2009. Department of Entomology, Texas A&M University.

-Academic Advising Committee. 2010-present. Department of Entomology, Texas A&M University.

-Education Committee. 2008-2012, 2015-2018. Department of Entomology, Texas A&M University. Secretary, 2010; Chair, 2011.

-Student Enhancement Funds Committee. 2010-2012. Department of Entomology, Texas A&M University.

-Aggie Forensic & Investigative Sciences Club. Co-advisor, 2007-2012. Department of Entomology, Texas A&M University.

-Molecular forensic sciences faculty position committee, co-chairperson. 2007-2008. Department of Entomology, Texas A&M University.

-*Ad hoc* Academic Advisor Search Committee. 2008. Department of Entomology, Texas A&M University.

-Award and Scholarships Committee. 2008-2009. Department of Entomology, Texas A&M University.

-Graduate Student Recruitment Committee. 2008-2011. Department of Entomology, Texas A&M University.

-Faculty Advisory Committee. 2008-2011; 2013-2016; 2019-2022; Secretary, 2009-2010, Chair 2019-2022. Department of Entomology, Texas A&M University.

-Texas State University Anatomical Oversight Review Committee (TSAORC). 2007-2011. Department of Anthropology, Texas State University.

-Texas Cooperative Extension emergency management incident resource teams: food, fiber, and forestry committee. 2007. Texas A&M University.

-Ad hoc Committee for the development of faculty replacement position for Dr. Cognato. 2005-2006. Department of Entomology, Texas A&M University.

-Center for grasslands and ranch management committee. 2005-2007. Texas A&M University.

-Arthropod vectored diseases faculty position committee:  Development of initiative for Texas legislature. 2004.  Texas Agricultural Experiment Station, Texas A&M University.

-Planning committee.  2004. Blackland Income Growth Summer Agriculture Tour of Georgia.  Texas Cooperative Extension, Texas A&M University.

-Search committee for vector entomologist assistant professorship.  2004.  Department of Entomology, Texas A&M University.

-Forensic sciences panel.  2000.   Department of Biology, University of Georgia.

-Alumni relations committee.  1999-2000. College of Agriculture and Environmental Sciences, University of Georgia.

-Travel grants selection committee. 1998. Graduate Student Organization, University of Hawaii at Manoa.

-Ka Pouhana (Mentor) award selection committee. 1998. College of Tropical Agriculture and Human Resources, University of Hawaii at Manoa.

-Curriculum committee. 1997-1998. Department of Entomology, University of Hawaii at Manoa.

Tomberlin CV 2020

-Ka Mea Kolo outreach program committee. 1996-1997. Department of Entomology, University of Hawaii at Manoa. Chairperson 1997.

**Professional**

-The Organization of Scientific Area Committees for Forensic Science: Crime Scene/Death Investigation Scientific Area Committee (CS/DI SAC). 2019-present.

-Crime Scene/Death Investigation Scientific Area Committee (CS/DI SAC): Forensic Entomology Task Group. 2019-present.

-Certified technical assessor, ANSI National Accreditation Board. 2019-present.

-Moderator (2X). 2018. Entomological Society of America, Vancouver, Canada.

-Conference organizing committee. 2018. Insects Feed World Conference, Wuhan, China.

-Moderator, plenary session. 2018. Insects Feed World Conference, Wuhan, China.

-Co-organizer Insects Feed the World Conference, Wuhan, China.

-Moderator, Forensic microbiology session. 2018. American Academy of Forensic Sciences, Seattle, Washington.

- Research for Insects as Feed, North American Coalition for Insect Agriculture. 2016-2019. Board of Directors 2018-2019.

-American Academy of Forensic Sciences Executive Committee: Policy & Procedures Committee. American Academy of Forensic Sciences. 2016-2021.

-Pathology/Biology Section, AAFS Academy Cup, American Academy of Forensic Sciences. 2014-2015.

-National Commission on Forensic Science, Scientific Research and Inquiry Subcommittee. 2014-2017.

-Forensic Sciences Foundation's Career Booklet Committee. 2014. American Academy of Forensic Sciences.

-Forensic Education Programs Accreditation Commission. 2014-2020. American Academy of Forensic Sciences.

-Awards Committee, 2012-2015. Pathology/Biology Section, American Academy of Forensic Sciences.

-Forensic Entomology Search Committee, Harris County Institute of Forensic Sciences, Houston, Texas. 2012.

-International Advisory Committee. 2010-2011. Global Conference on Entomology. Chiang Mai, Thailand.

-Ad Hoc Committee on Recruitment and Retention of Forensic Biologists in Pathology/Biology Section. 2010-2012. Pathology/Biology Section, American Academy of Forensic Sciences.

-Research Grants Committee. 2010-2012. Pathology/Biology Section, American Academy of Forensic Sciences.

-Awards Committee. 2008-2010. Southwestern Branch: Entomological Society of America.

-Entomological Foundation Board of Counselors. 2007-2010. The Entomological Foundation, Lanham, Maryland.

-Pathology/Biology Section Program Chairperson. 2008-2009. American Academy of Forensic Sciences.

-Education Committee. 2007-2010. American Academy of Forensic Sciences.

-Lifetime Achievement Award Committee. 2007-2010. Chair 2007-2008. Pathology/Biology Section, American Academy of Forensic Sciences.

-Examination committee. 2006-2007. American Board of Forensic Entomology. Chairperson 2006-present.

-Membership committee. 2006-2009. Southwestern Branch: Entomological Society of America.

-Livestock insect workers conference lifetime achievement award committee. 2005-2008. extension representative.

-Livestock insect workers conference advisory committee. 2005-2007. Extension representative.

-Student presentation judging committee. 2004. National: Entomological Society of America. Salt Lake City, Utah.

-Thomas Say awards committee. 2004-2005. National: Entomological Society of America. Salt Lake City, Utah.

-Constitution and by-laws committee. 2004-2005. Co-founder and chair. North American Forensic Entomology Association.

-Editorial committee, Annals of the Entomological Society of America. 2004-2009. Representative of Section D, Entomological Society of America.

-Student awards committee. 2004-2006. Southwestern Branch: Entomological Society of America. Lubbock, Texas.

-Program committee, Co-chair. 2003-2005. North American Forensic Entomology Conference. Davis, California.

-Conference organizing committee. 2003. Initiated and developed first forensic entomology conference in North America. Las Vegas, Nevada.

-Medical-veterinary entomology section moderator. 2003. National: Entomological Society of America. Cincinnati, Ohio.

-Symposium organizer. 2001. Forensic Entomology. Southeastern Branch: Entomological Society of America, Augusta, Georgia.

-Student affairs committee. 2000. Georgia Entomological Society.

-Sigma Xi membership committee. 2000. Tifton Chapter, Tifton, Georgia.

-O.I. Snapp awards committee. 2000. Georgia Entomological Society.

-National student affairs committee. 1999-2000. Entomological Society of America. Vice-chairperson 1999, Chairperson 2000.

-Membership committee. 1995-1996. South Carolina Entomological Society.

## PROFESSIONAL MEMBERSHIP

-American Association for the Advancement of Science. 2018-present.

-American Board of Forensic Entomology. 2005-present. Examination Committee, 2005-2006, 2009-2012. Secretary, 2011-2013, Vice-Chair, 2013-2015, Chair 2015-2017, Past-Chair, 2017-2019.

-North American Forensic Entomology Association. 2005-present. President, 2005-2006, Past-president 2006-2007. Annual conference host, 2003 and 2011.

-European Association of Forensic Entomology. 2003-present.

-American Academy of Forensic Sciences. 1996-present. Associate Member 1996-2002, Member 2003-2006, Fellow 2007-present. Program Chairperson, Pathology/Biology Section 2008-2009. Secretary, Pathology/Biology Section 2010-2011.

-Entomological Society of America. 1994-present.

-Sigma Xi, Scientific Honor Society. Associate member, 1996-present; Full Member 2008-2011.
-Texas Chapter: American Society of Agronomy. 2004-2005.
-Hawaiian Entomological Society. 1996-1998.
-South Carolina Entomological Society. 1994-1996.

## INTERNATIONAL TRAVEL

-China: 22 July-4 August, 2019. Visited three universities, including the Chinese Academy of Sciences in Shanghai, to discuss collaborations on black soldier fly research.
-Algeria. 6-12 April, 2019. ANAB review of the Algerian Gendarmerie Institut National de Criminalistique et de Criminologie (INCC) Forensic Laboratory.
-Chile: 14-17 October, 2018. I presented on black soldier fly research at a pre-meeting held in conjunction with Aqua Sur Conference.
-Switzerland/Netherlands: 22-29 September, 2018. I presented on black soldier fly research at EAWAG, ETH, and Wageningen University.
-Malawi: 15-21 July 2018. I attend the Farming Insects as Feed: Next Generation of Food Security in Malawi Symposium. Lilongwe University of Agriculture and Natural Resources (LUANAR). Lilongwe, Malawi.
-Ecuador: 24-29 July 2018. I visited a banana company interested in developing sustainable production of the black soldier fly. Guayaquil, Ecuador.
-Peru: 28 May-1 June 2018. I attending a conference on black soldier fly production. Universidad Catholica de Santa María. Arequipa, Peru.
-China: 8 May-19 May 2018. I co-organized Insects Feed the World conference as well as provided lectures on critical thinking. Huazhong Agricultural University in Wuhan.
-China: 3 September-17 September 2017. I provided lectures on critical thinking as well as attended a conference (and presented) on insects as food and feed. Huazhong Agricultural University in Wuhan.
-India: 30 November-9 December 2016. I attended an entomology conference and presented forensic entomology research. I also met with potential collaborators with regards to forensic entomology and black soldier fly.
-Australia: 19-24 October 2016. I met with potential industry partners and evaluated mass production of black soldier fly larvae from food waste.
-China: 8-19 October 2016. I was invited to give a presentation on the black soldier fly as a means to reduce food waste. This presentation was given at a conference. I also met with potential industry partners in several cities.
-South Africa: 5-9 September 2015. My purpose was to visit AgriProtein, Inc. I discussed proper colony maintenance and production of the black soldier fly.
-United Kingdom: 1August-1 December 2015. My purpose was to complete a faculty development leave within the laboratory of Dr. Rebecca Kilner in the Department of Zoology, University of Cambridge.
-Italy: 20-28 September 2014. My purpose was to give an invited presentation at the workshop entitled, "Corso di Perfezionamento in Anthropologia e Odontologia Forense l'Identificazione," held in Naples, Italy, The workshop was sponsored through the Dipartimento di Medicina Clinica e Sperimentale Uiniversita Degli Studi di Foggia.

Tomberlin CV 2020

-China: 1-15 June 2014. My purpose was to meet with colleagues at the following institutions to discuss research opportunities associated with alternate protein production and waste management. College of Agricultural and Biotechnology, Zhejiang University in Huangzhou, State key Laboratory of Agricultural Microbiology, Huazhong Agricultural University in Wuhan, Northwest Agricultural and Forestry University in Xian, College of Plant Protection, Shandong Agricultural University in Jinan, and China Agricultural University in Beijing.

-Portugal: 19-28 May 2014. I attended the Forensic Sciences and Criminal Behaviour Conference, Instituto Superior de Ciencias da Saude Egas Moniz, Lisbon, Portugal. I also gave a workshop on forensic entomology and a second workshop on forensic microbiology.

-Italy: 7-20 September 2013. I participated in a weeklong workshop on forensic sciences. University of Pavia, Italy.

-Brazil: 21- 27 July 2013. I gave an invited presentation and taught a two-day workshop on forensic entomology. UNICAMP, Universidade Estadual de Campinas, São Paulo, Brazil.

-United Kingdom and Portugal: 16-26 May 2013. I travel to meet with researchers at the University of Lincoln and discuss potential programmatic collaborations for graduate student training. I also attended the Forensic Sciences and Criminal Behaviour Conference, Instituto Superior de Ciencias da Saude Egas Moniz, Lisbon, Portugal.

-United Kingdom: 3-20 January 2013. I taught a course on forensic entomology as part of the Erasmus Mundus MS program in forensic science at the University of Lincoln. I also gave presentations at the London School of Tropical Medicine and Hygiene and at Charterhouse in Godalming, United Kingdom.

-Brazil: 30 September-6 October 2012. I attended the 3rd annual Simposio de Entomologia Aplicada in Recife, Brazil. The conference was held at the Universidade Federal Rural de Pernambuco.

-Malaysia: 30 June-11 July 2011. I visited Universiti Teknologi Mara, Kulua Lumpur. I gave two invited presentations on decomposition ecology and its relationship to forensics and human health.

-China: 23-30 June. 2011. Huazhong Agricultural University, Guangzhou Police College. I gave invited presentations decomposition ecology and its relationship to forensics and human health at both universities.

-Thailand: 13-26 June 2010. Ubon Rachitoni University. I conducted field research examining the attraction of blow flies to sterile and non-sterile liver. I also gave a presentation on decomposition ecology and its application to forensics and human health.

-China: 16-23 June 2009. State Key Laboratory of Agricultural Microbiology, Huazhong Agricultural University, Wuhan, China.  I visited Haiku and Wuhan, China where we examined interactions between black soldier fly larvae, *Hermetia illucens*, and microbes associated with swine wastes.

-Thailand: 8-16 June 2009. Chiang Mai University, Chiang Mai, Thailand. I conducted research on the interactions of bacteria and *Chrysomya rufifacies* in its native range.

Tomberlin CV 2020

-Mexico: 20-25 October 2008. Universidad Autónoma Agraria Antonio Narro, Saltillo, Mexico.  I was invited to give a forensic entomology presentation at the Senana Del Parasitologo XXV.  I also gave two presentations at the first forensic entomology workshop to be conducted in Mexico. I also met with two PhD. students on whose committee I am serving.

-Mexico: 17-20 October 2007. Universidad Autónoma Agraria Antonio Narro, Saltillo, Mexico. I gave an invited lecture on forensic entomology during the Senana Del Parasitologo XXIV. I also met Santiago Vergara and Carolina Vasquez, PhD students, to discuss serving on their committees.

-Australia: 10-25 March 2007. University of Queensland, Brisbane Australia. I visited Mr. Trevor Lambkin to develop an international program on insecticide resistance in litter beetle populations associated with poultry facilities. I also gave an invited presentation on forensic entomology.

-China: 15-26 May 2006. State Key Laboratory of Agricultural Microbiology, Huazhong Agricultural University, Wuhan, China. We visited researchers to discuss sustainable agriculture and phosphorous recycling in confined animal facilities. I emphasized the use of the black soldier fly, *Hermetia illucens*, as a means to reduce manure accumulation and the production of pupae as feed for the aquaculture industry. I also gave an invited presentation on forensic entomology.

-Haiti: 20 March-1 April 2006.  USAID: Partners of the Americas: Farmer to Farmer Program.  I collaborated with individuals in Haiti on the development of rabbitries as a commodity for agricultural producers. I assisted with the development of integrated pest management and sustainable agriculture information for use by local extension agents and producers.

## VISITING SCHOLARS

-Amely Bauer. 2019. MS student, University of Göttingen, Germany.

-Alex Bauer. 2019. MS student, University of Göttingen, Germany.

-Huang Yuan Zhang. 2018-2019. MS student, Huazhong Agricultural University, China.

-Francesco Defilippo. 2018. Faculty member. Istituto Zooprofilattico Sperimentale Lombardia ed Emilia-Romagna, Italy.

-Andrei Alyokhin. 2018. Faculty member, School of Biology & Ecology, University of Maine.

-Gabriel Bake. 2018. Fulbright faculty scholar, Federal University of Technology Minna. Minna, Nigeria.

-Cinthya Saldaña. 2018. Fulbright graduate student scholar, Emporia State University, Kansas via Colombia.

-Amely Bauer. 2018. Undergraduate, University of Goettingen, Germany.

-Juliana Santos de Oliveira. 2018. Visiting undergraduate, University of São Paulo, Brazil.

-Anika Sharma. 2017-2018. Fulbright graduate student scholar., Department of Zoology and Environmental Sciences, Punjabi University, India.

-Marco Meneguz. 2017. PhD student, University of Turin, Italy.

-Andrea Scala. 2017. PhD student, Department of Science, University of Basilicata, Italy.

-Justine Richard-Giroux. 2017. MS student, Université Laval, Canada.

-Moses Zimba. 2016. Fulbright Scholar, Department of Biological Sciences, University of Zimbabwe.

-Heather Jordan. 2016. SEC Scholar. Department of Biology, Mississippi State University.

-Meltem Kökdener. 2015. Ondokuz Mayis University, Atakum/Samsun, Turkey.

-Rodrigo Carrea. 2015. Federal University of Pernambuco, Recife, Brazil.

-Qing Li. 2015. Associate Professor, Huangzhou Agricultural University. Wuhan, China.

-Laura Harnden. 2015. MS student from Erasmus Mundus Program, European Union via New Zealand.

-Emmanuel Tettah. 2015. MS student from Erasmus Mundus Program, European Union via Ghana.

-Gabe Trissini. 2014. Visiting MS student from University of Pavia. Pavia, Italy.

-Inoka Karunaratne. 2014. Visiting Fulbright Fellow from University of Peradeniya, Sri Lanka

-Tayna Olimpia Farias da Silva. 2014. Decomposition ecology of two competing blow flies (Diptera: Calliphoridae). Universidade de Pernambuco, Brazil.

-Chantal Milani. 2014. Forensic anthropologist. Turin, Italy.

-Astri Wayadande. 2012. Assistant Professor, Entomology and Plant Pathology, Oklahoma State University. Big 12 Fellowship.

-Aline Spindola. 2011. B.S. student. Department of Agronomy, Universidade Federal Rural de Pernambuca, Brazil.

-Kelda Stagg. 2011. M.S. Forensic Sciences, Uppsala University, Sweden.

-Alicia Fonseca-Munoz. 2011. MS student. Instituto Politecico Nacional University, Oaxaca, Mexico. Interactions between blow fly larvae and targeted bacteria species commonly occurring in ulcerated wounds.

-Kim Littlefield. 2010-2011. Veterinary medicine, first year. College of Veterinary Medicine, Texas A&M University. Effects of condensed tannins on biofilm formation.

-Carolina Nunez. 2009-2010. PhD student, Universidad Autonoma Agraria Antonio Narro, Saltillo, Mexico. Research: Effects of excretions/secretions on biofilm formation of *E. coli*.

-Longyu Zheng. 2009-2010. PhD student, Huazhong Agricultural University, Wuhan, China. Research: Identification of microbes associated with black soldier fly, *Hermetia illucens* (Diptera: Stratiomyidae) eggs and their role in regulating colonization of a resource by intraspecific females.

-Leslie Holmes. 2009-2010. MS student, Department of Biology, Windsor University, Canada. Research: Abiotic factors regulating development of the black soldier fly, *Hermetia illucens* (Diptera: Stratiomyidae).

-Qiaolin Liu. 2006-2007. MS student, Huazhong Agricultural University. Wuhan, China. Research: Interactions between *E. coli* and *Hermetia illucens* larvae in dairy manure.

## POSTDOCTORAL ASSOCIATES

-Travis Rusch. 2017-present. Thermal tolerance of blow flies.

-Pablo Delclos. 2017-2019. Interkingdom interactions between bacteria and fungi.

-Rodrigo Carmo. 2015-2016. Life-history of *Dermestes maculatus*.

-Jonathan Cammack. 2014-2019. Impact of nutrition on microbial communities and development of arthropods associated with ephemeral resources.

Tomberlin CV 2020

-Baneshwar Singh. 2010-2012. Assessment of microbial communities associated with vertebrate carrion.

## GRADUATE STUDENTS
### Non-thesis MS Students
-Eric Denemark. 2009-2010. Department of Entomology, Texas A&M University, College Station, Texas.
### MS Students
-Alexandra Bauer. 2018-2019. Thesis: Impact of diet moisture on the development of the forensically important blow fly *Cochliomyia macellaria* (Fabricius) (Diptera: Calliphoridae). Georg-August-Universität Göttingen, Germany.
-Amely Bauer. 2019-2019. Thesis: Effects of photoperiod on the development of forensically important blow fly *Chrysomya rufifacies* (Macquart) (Diptera: Calliphoridae). Georg-August-Universität Göttingen, Germany.
-Jennifer Sweeney. 2015-2017. Thesis: Interkingdom interactions impact red imported fire ant foraging behavior. Department of Entomology, Texas A&M University. Co-advised with Dr. Robert Puckett, Department of Entomology, Texas A&M University.
-Abadi Mashlawi. 2015-2017. Thesis: Mycolactone impacts larval *Aedes aegypti* (Diptera: Culicidae) development and oviposition choice. Department of Entomology, Texas A&M University.
-Claire McKenna. 2014-2017. Thesis: Gene expression of larval *Lucilia sericata* (Diptera: Calliphoridae) exposed to microbes. Department of Entomology, Texas A&M University.
-Kelly Beskin. 2014-2016. Thesis: Volatile emissions from animal waste digested by the black soldier fly (Diptera: Stratiomyidae). Department of Entomology, Texas A&M University.
-Amanda Tinder. 2013-2016. Thesis: Bioconversion of sorghum and cowpea by black soldier fly (*Hermetia illucens*) larvae. Department of Entomology, Texas A&M University. Co-advised with Dr. Robert Puckett, Department of Entomology, Texas A&M University.
-Joshua Thomas. 2014-2015. Thesis: Development of *Megaselia scalaris* (Diptera: Phoridae) on two tissue types at three temperatures. Department of Entomology, Texas A&M University.
-Michael Sanders. 2014-2015. Thesis: Mycolactone serves as a mechanism regulating *Aedes aegypti* (Diptera: Culicidae) attraction and oviposition behavior. Department of Entomology, Texas A&M University. Co-advised with Dr. Craig Coates, Department of Entomology, Texas A&M University.
-Xinyang Zhang. 2012-2014. Thesis: Interkingdom communication between *S. epidermidis* and *Aedes aegypti* (Diptera: Calliphoridae). Department of Entomology, Texas A&M University. Co-advised with Dr. Craig Coates, Department of Entomology, Texas A&M University.
-Brandon Lyons. 2012-2014. Thesis: Heat-shock response of lesser mealworm (Coleoptera: Tenebrionidae) as response to insecticide resistance. Department of Entomology, Texas A&M University. Co-advised with Dr. Pete Teel, Department of Entomology, Texas A&M University.

Tomberlin CV 2020

- Louise Cuttiford. 2012-2016. Thesis: Temporal and geographic variability in estimating time of placement of human remains: A validation of the development data of forensically important blow fly species in North America. Department of Entomology, Texas A&M University.
- Le Zheng. 2012-2017. Thesis: Microbe-blow fly (Diptera: Calliphoridae) interactions in response to nutritional variation of larval resource. Department of Entomology, Texas A&M University.
- Charity Owings. 2011-2012. Thesis: Variation in the development of blow flies from different populations in Texas. Department of Entomology, Texas A&M University.
- Jonathan Cammack. 2007-2009. Thesis: The effect of the pupal parasitoid *Nasonia vitripennis* (Walker) (Hymenoptera: Pteromalidae) on pupation depth of the green bottle fly *Lucilia sericata* (Meigen) (Diptera: Calliphoridae) in two soil compactions. Department of Entomology, Soils and Plant Sciences, Clemson University, Clemson, South Carolina. Co-chaired with Dr. Peter Adler, Clemson University.
- Stacy Boatright. 2007-2009. Thesis: Development and associative learning of *Cochliomyia macellaria*. Department of Entomology, Texas A&M University.
- Patrick McClellan. 2007-2009. Thesis: Insecticide resistance in house fly populations associated with dairies and egg layer facilities. Department of Animal Science. Tarleton State University, Stephenville, Texas. Co-chaired with Dr. David Kattes, Tarleton State University, Stephenville, Texas.
- Jennifer Pechal. 2006-2008. Thesis: Intraspecific gene flow and vector competence among *Periplaneta americana* cockroaches (Blattodea: Blatteridae) in central Texas. Department of Entomology, Texas A&M University. Co-chaired with Dr. Roger Gold, Department of Entomology, Texas A&M University.
- Heidi Brummond. 2005-2006. Thesis: Development of the black soldier fly (Diptera: Stratiomyidae) on dairy manure. Department of Animal Science. Tarleton State University, Stephenville, Texas. Co-chaired with Dr. David Kattes, Tarleton State University.

**PhD Students**
- Jennifer Rhinesmith. 2017-present. Dissertation: TBD. Department of Entomology, Texas A&M University.
- Casey Flint. 2017-present. Dissertation: TBD. Department of Entomology, Texas A&M University.
- Sam Sawyer. 2017-present. Dissertation: TBD. Department of Entomology, Texas A&M University.
- Fengchun "Spring" Yang. 2014-2020. Dissertation: Microbial function in starved and fed black soldier fly (Diptera: Stratiomyidae). Department of Entomology, Texas A&M University.
- Brittny Jones. 2014-2020. Dissertation: Impact of larval competition on adult mating success of the black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae). Department of Entomology, Texas A&M University.
- Zanthe Kotze. 2017-2019. Dissertation: TBD. Department of Entomology, Texas A&M University.

Tomberlin CV 2020

-Dongmin Kim. 2016-2019. Dissertation: Interactions between *Mycobacterium ulcerans* and *Staphylococcus epidermidis* regulate Aedes aegypti (Diptera: Culicidae) attraction to hosts. Department of Entomology, Texas A&M University.

-Aline Spindola. 2016-2019. Dissertation: Adult life-history traits of the black soldier fly (Diptera: Stratiomyidae) impact mating success. Department of Entomology, Texas A&M University.

-Chelsea Holcomb. 2014-2019. PhD Dissertation: Interspecific and intraspecific competition between black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae) and house fly, *Musca domestica*, (L.) (Diptera: Muscidae) larvae in three manure types. Department of Entomology, Texas A&M University.

-Elida Espinoza. 2012-2017. Dissertation: The role of quorum sensing bacteria in the behavioral ecology of the red imported fire ant, *Solenopsis invicta* (Hymenoptera: Formicidae). Department of Entomology, Texas A&M University. Co-advised with Roger Gold, Department of Entomology, Texas A&M University.

-Chin Heo. 2012-2016. Dissertation: Resilience of the carrion system in response to arthropod delayed access. Department of Entomology, Texas A&M University.

-Meaghan Pimsler. 2010-2015. Dissertation: A functional genetic study of the behavioral ecology of *Chrysomya rufifacies* (Diptera: Calliphoridae); potential for sexual conflict in immature insects. Department of Entomology, Texas A&M University. Co-advised with Dr. Aaron Tarone, Department of Entomology, Texas A&M University, College Station, Texas.

-Wenqi Liu. 2010-2014. Dissertation: Response of *Lucilia sericata* (Diptera: Calliphoridae) to quorum-sensing molecules from *Proteus mirabilis*. Co-advised with Dr. Aaron Tarone, Department of Entomology, Texas A&M University.

-Micah Flores. 2007-2013. Dissertation: Development and chemical ecology of *Chrysomya rufifacies*. Department of Entomology, Texas A&M University, College Station, Texas.

-Jennifer Pechal. 2009-2012. Dissertation: Blow fly competition through manipulation of microbial communities on ephemeral resources. Department of Entomology, Texas A&M University, College Station, Texas.

-Rachel Mohr. 2008-2012. Dissertation: Impact of carrion age, and ovarian development on carrion colonization activity of *Cochliomyia macelleria* (Fabricius). Department of Entomology, Texas A&M University, College Station, Texas.

-Adrienne Brundage. 2008-2012. Dissertation: Bacterial mediated intra- and interspecific interactions in the Calliphoridae with special reference to forensically important species. Department of Entomology, Texas A&M University, College Station, Texas.

-Michelle Sanford. 2005-2010. Dissertation: Behavioral responses of *Culex quinquefasciatus* exhibited through associative learning. Department of Entomology, Texas A&M University, College Station, Texas.

## GRADUATE STUDENT COMMITTEES
### MS Students

-Le Zheng. 2015-2016. A Workflow for Building Postmortem Predictive Model Using Bacterial Community. Department of Statistics, Texas A&M University.

-Isabell Gallegos. 2015-2016. Department of Biotechnology, Texas A&M University.

Tomberlin CV 2020

- Ansley Silva. 2014-2016. MS Thesis: Effects of chemical contaminants on coleopteran carrion assemblages. Department of Entomology, University of Georgia.
- Gabrielle Trissini. 2014-2015. MS Thesis: Impact of the presence of intraspecific larvae on the attraction of the native blow fly *Cochliomyia macellaria* (Fabricius) (Diptera: Calliphoridae) and its forensic implication. Dipartimento di Biologia e Biotecnologie "L. Spallanzani," Universita Degli Studi di Pavia.
- Ernie Ramos. 2011-2015. MS Thesis: A genetic study of the development of *Cochliomyia macellaria* (Fabricius; Diptera: Calliphoridae): Ecological, evolutionary, and forensic importance of the secondary screwworm. Department of Entomology, Texas A&M University.
- Samantha Casas. 2014-present. MS Thesis: Life-history traits of immature *Blaesoxipha plinthopyga* (Diptera: Sarcophagidae) developing on beef, chicken, and swine muscle tissue. Department of Biology, University of Texas Pan-American.
- Danielle Flores. 2014-2015. MS Thesis: High content fluorescent imaging of posterior spiracle of transitioning second and third instar *Chrysomya rufifacies* (Diptera: Calliphoridae). Forensic Sciences Unit, Chaminade University.
- Aline Spindola. 2013-2014. MS Thesis: Attraction and oviposition of *Lucilia eximia* (Diptera: Calliphoridae) to resources colonized with the predator, *Chrysomya albiceps* (Diptera: Calliphoridae). Universidade Estadual de Campinas. Brazil.
- Amber Kendrick. 2013-2014. Non-thesis MS Department of Veterinary Physiology and Pharmacology, Texas A&M University.
- Leslie Holmes. 2008-2010. MS Thesis: Abiotic factors affecting pupation and larval development of the black soldier fly (Diptera: Stratiomyidae). Department of Biological Sciences, University of Windsor, Canada.
- Trinh Nguyen. 2008-2010. MS Thesis: Life-history traits of black soldier flies reared on different mediums. Department of Biological Sciences, University of Windsor, Canada.
- Prashant Amatya. 2007-2009. MS Thesis: Economics of black soldier fly in dairy waste management. Department of Agronomy, Agribusiness, Horticulture, and Range Management, Tarleton State University, Stephenville, Texas.
- Jordan Coburn. 2007-2009. MS Thesis: Meteorological Factors Regulating the Population Expansion and Contraction of *Amblyomma maculatum* (Acari: Ixodidae) in Texas. Department of Entomology, Texas A&M University, College Station, Texas.
- Qiaolin Lui. 2007-2008. Supervisor. MS Thesis: Black soldier fly (Diptera: Stratiomyidae) larvae reduce *Escherichia coli* in dairy manure. National Engineering Research Center of Microbe Pesticide, National Key Laboratory of Agromicrobiology, Huazhong Agricultural University, Wuhan, Hubei, China.
- Rachel Wynalda. 2006-2008. MS Thesis: Nutrient regulation of an unidentified, exotic *Paratrechina* sp. (Hymenoptera: Formicidae) found in the continental United States. Department of Entomology, Texas A&M University, College Station, Texas.
- Jessica Lyles. 2006-2007. MS Thesis: The role of red imported fire ants (*Solenopsis invicta*) on decomposition rates and postmortem interval (PMI). Department of Anthropology, Texas State University, San Marcos, Texas.

**PhD Committees**

Tomberlin CV 2020

-Trevor Fowles. 2018-present. PhD Dissertation: Applied and targeted evolution of insect lineages to bioconvert pre-consumer organic wastes. Department of Entomology, University of California, Davis.

-Vadim Mesli. 2016-present. PhD Dissertation: Interactions between insects and bacteria on cadavers. Centre Hospitalier Régional Universitaire de Lille.

-Denise Gemmellaro. 2015-2019. PhD Dissertation: An analysis of species composition and abundance of necrophilous Diptera along an altitudinal gradient and its effect on colonization. Department of Entomology, Rutgers University.

-Bekka S. Brodie. 2015 (co-examiner). PhD Dissertation: Foraging and communication ecology of the common green bottle fly, *Lucilia sericata* (Meigen) (Diptera: Calliphoridae). Department of Biological Sciences, Simon Frazer University.

-Hee Kim. 2014-2017. PhD Dissertation: Vector-host-habitat interactions of *Ornithodoros turicata* (Argasidae) in Texas, USA. Department of Entomology, Texas A&M University.

-Chris Keefer. 2014-2015. PhD Dissertation: Biology, diet preferences, and control of the dark rover ant *Brachymyrmex patagonicus* (Hymenoptera: Formicidae) in Texas. Department of Entomology, Texas A&M University.

-Ashleigh Faris. 2013-2017. PhD Dissertation: Ecological modeling, gene expression, and validation of the secondary screwworm, *Cochliomyia macellaria* (Fabricius) (Diptera: Calliphoridae) for determining time of colonization. Department of Entomology, Texas A&M University.

-Taylor Donaldson. 2013-2018. PhD Dissertation: The phylogenetic relationship, cross mating, and development of *Amblyomma cajennense* and *A. imitator* and the potential role of male ticks in the transmission and maintenance of *Theileria equi*. Department of Entomology, Texas A&M University.

-Cassie Schoenthal. 2012-2015. PhD Dissertation: Monitoring and management of *Culicoides* spp. (Diptera: Ceratapognidae) in white-tailed deer (*Odocoileus virginanus*) production facilities at Texas A&M University. Department of Entomology, Texas A&M University.

-Lauren Weidner. 2011-2015. PhD Dissertation: Biology and ecology of forensically important blow flies (Diptera: Calliphoridae) in New Jersey with a focus on the black blow fly *Phormia regina*. Department of Entomology, Rutgers University.

-Ben Alexander. 2009-2014. PhD Dissertation: Detection of decomposing materials in plant material. Department of Crop and Soil Science, Texas A&M University.

-Louis Alverez. 2008-2012 (co-examiner). PhD Dissertation: The use of black soldier fly for sustainable waste management in northern climates. University of Windsor.

-Carolina Núñez Vázquez. 2008-2011. PhD Dissertation: Identification and succession of entomofauna associated with human remains in Buenavista, Saltillo, Coahuila, Mexico. Universidad Autónoma Agraria Antonio Narro (UAAAN), Saltillo, Mexico.

-Santiago Vergara Pineda. 2008-2011. PhD Dissertation: Arrival, dispersal, and molecular identification of two species of Calliphoridae at Buenavista, Saltillo, Coahuila, Mexico. Universidad Autónoma Agraria Antonio Narro (UAAAN), Saltillo, Mexico.

-Stefan Diener. 2006-2010 (co-examiner). PhD Dissertation: Valorisation of organic solid waste using the black soldier fly, *Hermetia illucens*, in low and middle-income

Tomberlin CV 2020

countries.  Swiss Federal Institute of Aquatic Science and Technology (EAWAG), Swiss Federal Institute of Technology Zurich, Zurich, Switzerland.

## GRADUATE AND UNDERGRADUATE STUDENT MENTORSHIP

### Graduate

-Martin, A. 2013-2014. Faculty Mentor, Graduate Teaching Academy. Texas A&M University.

-Barman, A. 2009-2010. Faculty Mentor, Graduate Teaching Academy. Texas A&M University.

-Chalaire, K. 2008-2009. Faculty Mentor, Graduate Teaching Academy. Texas A&M University.

-Coburn, J. 2007-2008. Faculty Mentor, Graduate Teaching Academy. Texas A&M University.

### Undergraduate

-Peña, A. 2010-present.  Century Scholars Program. Texas A&M University.

## UNDERGRADUATE ADVISOR

-Jones, A. 2017-2018. Taxonomic resolution provides greater insight to impact of mass mortality events on local ecosystems. Undergraduate Honor's Thesis, Texas A&M University.

-Serewis-Pond, C. 2015-2016. Mycolactone dose effects on successful blood meals for *Aedes aegypti*. Undergraduate Honor's Thesis, Texas A&M University.

-Sweetser, C. 2015-2016. Analysis of a forensically important successional relationship between *Chrysomya rufifacies* (Diptera: Calliphoridae) on *Hermetia illucens* (Diptera: Stratiomyidae). Undergraduate Honor's Thesis, Texas A&M University.

-Tirloni, A. 2015-2016. Analysis of a forensically important successional relationship between *Chrysomya rufifacies* (Diptera: Calliphoridae) on *Hermetia illucens* (Diptera: Stratiomyidae). Undergraduate Honor's Thesis, Texas A&M University.

-Thornton, S. 2013-2015. Potential mechanism for differentiating conspecific and heterospecific offspring of competing blow flies (Diptera: Calliphoridae). Undergraduate Honor's Thesis, Texas A&M University.

-Littlefield, K. 2006.  Effects of condensed tannins on the development of dipteran larvae. Tarleton State University, Stephenville, Texas.

## UNDERGRADUATE COMMITTEES

-Dell, Z. 2014-2015. Application of near-infrared reflectance spectroscopy to estimate post mortem interval. Undergraduate Honor's Thesis, Texas A&M University. P. Teel, Chair, Department of Entomology, Texas A&M University.

-Vaughn, M. 2010-2011.  Effects of sun and shade on blow fly (Diptera: Calliphoridae) colonization of pig carrion in southern Georgia. ASPIRES Program, Georgia Southern University, Statesboro, Georgia.

-Poage, C. 2007-2008. Effects of caffeine on blow fly larval development. Plan II Honors. http://www.utexas.edu/cola/progs/plan2/ College of Liberal Arts, The University of Texas, Austin, Texas.

26

Tomberlin CV 2020

## WORKSHOPS

1. Forensic Entomology. 2019. Conroe Crime Scene Investigation.

2. Forensic Education Programs Education Commission. 2018. American Academy of Forensic Sciences. Seattle, Washington.

3. Viewing Research Through Different Lenses: How to Achieve Success in Court. 2017. American Academy of Forensic Sciences Conference. New Orleans, Louisiana.

4. Research Networking Event: Microbiota Research Interest Group. 2016. Texas A&M University.

5. Genomics- Wildlife Forensics and Next Generation Sequencing: The Next Technological Frontier. 2015. Joint Society for Wildlife Forensic Science and North American Forensic Entomology Association Meeting. Missoula, Montana. Co-organized with Dr. Mary Curtis.

6. Forensic Microbiology. 2014. Instituto Superior de Ciencias da Saude Egas Moniz, Lisbon, Portugal.

7. Forensic Entomology. 2014. Instituto Superior de Ciencias da Saude Egas Moniz, Lisbon, Portugal.

8. Forensic Microbiology: Where Do We Begin? 2014. American Academy of Forensic Sciences Conference, Seattle, Washington.

9. Integration of Veterinary Medicine and Entomology in Forensics. 2013. School of Veterinary Medicine, Texas A&M University.

10. Skeletal Death Investigation. Texas Engineering Extension Service. 2012. Texas State University.

11. Forensic Entomology. 2012. Evidence Response Team, Federal Bureau of Investigation, Houston, Texas.

12. Forensic Entomology. 2012. San Antonio Police Department, San Antonio, Texas.

13. Forensic entomology. 2011. San Antonio Police Department, College Station, Texas.

14. Forensic entomology. 2011. Department of Anthropology, Texas State University, San Marcos, Texas.

15. Forensic Science Educator Training. 2010. Sam Houston University, Huntsville, Texas.

16. Evidence Recovery Team: Federal Bureau of Investigation. 2010. Department of Anthropology, University of Tennessee, Knoxville, Tennessee.

Tomberlin CV 2020

17. Forensic entomology. 21 December 2009. Cedar Hill Police Department, Cedar Hill, Texas.

18. Investigative forensics. 2009-present. Annual Youth Adventure Program. Texas A&M University.

19. Forensic entomology. 20-25 October 2008. La Universidad Autónoma Agraria Antonio Narro. Saltillo, Mexico.

20. Forensic entomology. 6-10 October 2008. Texas Engineering Extension Service. Texas A&M University.

21. Investigative forensics. 2008-2011. Youth Adventure Program. Texas A&M University.

22. Flies, features, and foliage. 12-14 May 2008. American Academy of Applied Forensics. Central Piedmont Community College, Charlotte, North Carolina.

23. Bugs and bones. 18-19 November 2006. Texas State University. San Marcos, Texas.

24. Forensic entomology. 11 April 2006. Abilene Police Department. Abilene, Texas.

25. Advanced body search and recovery workshop. 12-15 March 2006. Texas State University. San Marcos, Texas.

26. Forensic entomology.  14-15 September 2005. Texas Agriculture Experiment Station, Stephenville, Texas.

27. Flies, features, and foliage workshop.  6-8 June 2005.  American Academy of Applied Forensics. Central Piedmont Community College, Charlotte, North Carolina.

28. Forensic entomology. 15-17 May 2005.  American Academy of Applied Forensics. Central Piedmont Community College, Charlotte, North Carolina.

29. Forensic entomology. 23-24 September 2004. Federal Bureau of Investigation. Houston, Texas.

30. Crime scene techniques. 12-15 July 12-15. American Academy of Applied Forensics. Central Piedmont Community College, Charlotte, North Carolina.

31. Flies, Features, and Foliage. 8-11 June 2004. American Academy of Applied Forensics. Central Piedmont Community College, Charlotte, North Carolina.

32. Forensic entomology.  14-15 February 2004.  Air Force Office of Special Investigations, Texas Agricultural Experiment Station, Texas A&M University, Stephenville, Texas.

Tomberlin CV 2020

**PRESENTATIONS AT PROFESSIONAL MEETINGS**

**([1]MS student advisor, [2]PhD student advisor, [3]served on graduate committee, [4]Undergraduate student research, [5]visiting scientist or student, [6]postdoctoral advisor)**

1. [4]Graham, S., S.J. Sawyer[2], and **J.K. Tomberlin**. 2020. Longevity of adult *Lucilia eximia* (W.) (Diptera: Calliphoridae) under standard conditions. Digital World Congress Forensic Entomology (online).

2. [1]Bauer, A., A. Bauer[1], and **J.K. Tomberlin**. 2020. Impact of diet moisture on the development of the forensically important blow fly *Cochliomyia macellaria* (Fabricius) (Diptera: Calliphoridae). North American Forensic Entomology Association. On-line platform.

3. [6]Rusch, T., **J.K. Tomberlin**, and A.M. Tarone. 2020. Consideration for the critical and preferred temperatures for oviposition of two forensically relevant blow fly species *Chrysomya rufifacies* Macquart (Diptera: Calliphoridae) and *Cochliomyia macellaria* Fabricius (Diptera: Calliphoridae). North American Forensic Entomology Association. On-line platform.

4. [2]Flint, C. and **J.K. Tomberlin**. 2020. Storage method and microbiome regulating decomposition and attraction of the blow fly, *Cochliomyia macellaria*. North American Forensic Entomology Association. On-line platform.

5. [1]Bauer, A., A. Bauer[1], and J**K. Tomberlin**. 2020. Effects of photoperiod on the development of forensically important blow fly *Chrysomya rufifacies* (Diptera: Callipphoridae). North American Forensic Entomology Association. On-line platform.

6. [2]Sawyer, S., and J**K. Tomberlin**. 2020. Habitat, season, and carrion type impact competition between vertebrate and invertebrate scavengers in southeast Texas. North American Forensic Entomology Association. On-line platform.

7. [2]Flint, C.A., and **J.K. Tomberlin**. 2020. Small but Mighty: Microbes influencing decomposition and attraction of the blow fly, *Cochliomyia macellaria*. Texas A&M University, Ecological Integration Symposium Annual Meeting, College Station, Texas.

8. [2]Sawyer, S.J., and **J.K. Tomberlin**. 2020. Vultures, ants, and flies oh my! Competition for small carrion across habitat, season, and carcass type. 21st Annual Ecological Integration Symposium, College Station Texas.

9. [2]Kotze, Z., and **J.K. Tomberlin**. 2019. Mechanisms regulating attraction and colonization by flies of forensic importance. National: Entomological Society of America, St. Louis, Missouri.

10. [2]Jones, B., and **J.K. Tomberlin.** 2019. Impact of larval competition on life-history traits of the black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae), including mating success: Does size matter? National: Entomological Society of America, St. Louis, Missouri.

11. Gates, E.M., J.H. Sweeney, **J.K. Tomberlin**, and R. Puckett. 2019. Ants and acetone: A story of not-so strange attraction. National: Entomological Society of America, St. Louis, Missouri.

12. [6]Rusch, T. **J.K. Tomberlin**, and A.M. Tarone. 2019. Development responses of a forensically important blow fly (*Cochliomyia macellaria*) to fluctuating temperatures. National: Entomological Society of America, St. Louis, Missouri.

13. Heo, C.C., M. Hauser, and **J.K. Tomberlin**. 2019. Importance of taxonomy and population genetics in black soldier fly production. National: Entomological Society of America, St. Louis, Missouri.

14. **Tomberlin, J.K.** 2019. Outreach for the insects as food and feed: Creating a foundation of consumers. National: Entomological Society of America, St. Louis, Missouri.

15. [2]Kotze, Z., and **J.K. Tomberlin**. 2019. Mechanisms regulating behavior of invertebrate decomposers: Deciphering arthropod succession as related to forensic entomology. North American Forensic Entomology Association Annual Meeting, Indianapolis, Indiana.

16. [1]Flint, C., and **J.K. Tomberlin**. 2019. Optimizing a Dual-Choice Cube Olfactometer Design for Measuring Blow Fly Attraction. North American Forensic Entomology Association Annual Meeting, Indianapolis, Indiana.

29

Tomberlin CV 2020

17.     [5]Sharma, A., F.P. Drijfhout, **J.K. Tomberlin**, and M. Bala. 2019. Cuticular hydrocarbons as a tool for determining age of *Chrysomya rufifacies* (Diptera: Calliphoridae) larvae. European Association for Forensic Entomology Conference, Bordeaux, France.

18.     Gardner, K. M. Khan, J.C. Padgett, **J.K. Tomberlin**, and C. Bailey. 2019. Evaluation of black soldier fly larvae substituting soybean meal at two inclusions on broiler performance. Poultry Science Association Annual Meeting, Montreal, Canada.

19.     Puckett, R., J**.K. Tomberlin**, and J.H. Sweeney[1]. 2018. Exploiting interkingdom communication for red imported fire ant management. National: Entomological Society of America, Vancouver, Canada.

20.     [2]Saywer, S.J., B. Barton, M. Lashley, H.R. Jordan, and **J.K. Tomberlin**. 2018. Vertebrate scavenger access to mass mortality events impact associated arthropod community structure. National: Entomological Society of America, Vancouver, Canada.

21.     [6]Rusch, T.W., **J.K. Tomberlin**, and A.M. Tarone, 2018. Where to dump the kids? Oviposition site selection in a forensically important blowfly (*Cochliomyia macellaria*) when considering temperature, conspecifics, and predators. National: Entomological Society of America, Vancouver, Canada.

22.     [6]Delclos, P., T. Starr[4], and **J.K. Tomberlin**. 2018. Olfactory choice for carrion age in the burying beetle *Nicrophorus vespilloides*: Preference or aversion? National: Entomological Society of America, Vancouver, Canada.

23.     Pechal, J., M. DuPonte, J.A. Cammack[6], T.L. Crippen, H. Jordan, **J.K. Tomberlin**, and M.E. Benbow. 2018. Does indigenous microorganism management impact the Calliphoridae microbiome? National: Entomological Society of America, Vancouver, Canada.

24.     Puckett, R., **J.K. Tomberlin**, and J.H. Sweeney[1]. 2018. Exploiting interkingdom communication for red imported fire ant management. National: Entomological Society of America, Vancouver, Canada.

25.     [6]Cammack, J.A., J. Pechal, H. Jordan, A. Faris, T.L. Crippen, S. Sweet, A. Knap, M.E. Benbow, M. DuPonte, and **J.K. Tomberlin**. 2018. IMO swine production reduces noxious odors attractive to filth flies. National: Entomological Society of America, Vancouver, Canada.

26.     [5]Scala, A., R. Salvia, **J. Tomberlin**, and P. Falabella. 2018. Different rearing substrates exhibit direct influence on growth and macronutrient composition of *Hermetia illucens* (L.) (Diptera: Stratiomyidae) larvae at an industrial scale. 4th Insecta International Conference, Gießßen, Germany.

27.     **Tomberlin, J.K.** 2018. Micronutrients and their role in mass production of the black soldier fly. Eating Insects Conference, Athens, Georgia.

28.     [5]Spindola, A.F., E. Walsh, T. Rusch, A. Tarone, J. Rangel, and **J.K. Tomberlin.** 2018. Thermal preference and sperm viability of black soldier fly across ages and temperatures. Eating Insects Conference, Athens, Georgia.

Tomberlin CV 2020

29. [6]Cammack, J.A., H.R. Jordan, and **J.K. Tomberlin**. 2018. Diet nutrient and moisture content and black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae) feeding impact the structure and function of diet. Eating Insects Conference, Athens, Georgia.

30. [2]Jones, B., and **J.K. Tomberlin**. 2018. Impact of larval competition on life-history traits of the black soldier fly, *Hermetia illucens*, (L.) (Diptera: Stratiomyidae). Eating Insects Conference, Athens, Georgia.

31. [4]Tharp, H.I., J.C. Leaphart, **J.K. Tomberlin**, and J.C. Beasley. 2018. Influence of invertebrate scavenging on the fate and transport of [137]Cs within food webs. International Conference on Heavy Metals in the Environment. Athens, Georgia.

32. Baruzzi C, B. Barton, H.R. Jordan, **J.K. Tomberlin**, M.V. Cove, and M. Lashley. Functional and behavioral responses nonlinearly increase vulture carrion consumption with increasing scale of mass mortality events. Ecological Society of America Meeting 2018, New Orleans, Louisiana.

33. Baruzzi C, B. Barton, H.R. Jordan, **J.K. Tomberlin**, M.V. Cove, and M. Lashley. Vulture nonlinearly increase carrion consumption with increasing carrion biomass. The Wildlife Society Conference 2018, Cleveland, Ohio.

34. **Tomberlin, J.K.** 2018. Conclusions and recommendation. Insects Feed the World Conference, Wuhan, China.

35. [2]Yang, F., **J.K. Tomberlin**, and H.R. Jordan. 2018. How does starvation of black soldier fly (Diptera: Stratiomyidae) larvae impact bacteria? Insects Feed the World Conference, Wuhan, China.

36. [2]Miranda, C., and **J.K. Tomberlin**. 2018. Life-history traits of the housefly, *Musca domestica* L. (Diptera: Muscidae), reared on three manure types. Insects Feed the World Conference, Wuhan, China.

37. [6]Cammack, J.A., L. Zheng, H.R. Jordan, and **J.K. Tomberlin**. 2018. Impact of diet nutrition and moisture on the bacterial community associated with *Hermetia illucens* (L.). Insects Feed the World Conference, Wuhan, China.

38. [3]Kooienga, E., K. Franks, **J.K. Tomberlin**, and H.R. Jordan. 2018. Effect of bacterial supplementation on black soldier fly growth and conversion. Insects Feed the World Conference, Wuhan, China.

39. Cai, M., R. Hu, S. Ma, **J.K. Tomberlin**, C. Yu, K. Zhang, W. Li, Q. Li, Z.N. Yu, and J.B. Zhang. 2018. The degradation of tretracycline by black soldier fly (Diptera: Stratiomyidae) larvae with intestinal bacteria. Insects Feed the World Conference, Wuhan, China.

40. Cai, M., S. Ma, R. Hu, **J.K. Tomberlin**, L. Zheng, W. Li, Z. Yu, and J. Zhang. 2018. Attenuation of antibiotic resistance genes in chicken manure by black soldier fly larval conversion. Insects Feed the World Conference, Wuhan, China.

41. Heo, C.C., T. Crippen, J. Aitkenhead-Peterson, P. Teel, A. Tarone, and **J.K. Tomberlin**. 2018. Delayed Diptera colonization on carrion: What does it mean in forensic entomology? European Association for Forensic Entomology. Munich, Germany.

Tomberlin CV 2020

42.    [5]Bauer, A., S. Sawyer, A. Jones, B Barton, M. Lashley, H. Jordan, and **J. Tomberlin**. 2018. Mass mortality events impacts on arthropods community composition. European Association for Forensic Entomology. Munich, Germany.

43.    [2]Espinoza, E., T.L. Crippen, A.M. Tarone, **J.K. Tomberlin**, and R. Gold. 2017. Bacterial community of *Solenopsis invicta* Buren according to colony, ecoregion, and functional group. National: Entomological Society of America, Denver, Colorado.

44.    [1]Mashlawi, A., H.R. Jordan, T.L. Crippen, and **J.K. Tomberlin**. 2017. *Mycobacterium ulcerans* toxin regulates survivorship, development, and resulting oviposition preferences of *Aedes aegypti*. National: Entomological Society of America, Denver, Colorado.

45.    [5]Richard-Giroux, J., A.F. Spindola[2], G.W. Vandenberg, M.H. Deschamps, and **J.K. Tomberlin**. 2017. Impact of sucrose on black soldier fly longevity and egg production. National: Entomological Society of America, Denver, Colorado.

46.    [2]Heo, C.C., T.L. Crippen, J. Aitkenhead-Peterson, P. Teel, A. Tarone, and **J.K. Tomberlin**. 2017. Carrion with delayed Diptera colonization: Implications in decomposition ecology and forensic entomology. National: Entomological Society of America, Denver, Colorado.

47.    Barton, B.T., M.A. Lashley, H.R. Jordan, and **J.K. Tomberlin**, 2017. What happens when everything dies? Ecosystem responses to an experimental mass mortality event. Ecological Society of America Conference, Portland, Oregon.

48.    [2]Espinoza, E., T.L. Crippen, R. Gold, and **J.K. Tomberlin**. 2017. Bacterial community diversity of *Solenopsis invicta* Buren according to colony, ecoregion, and functional category. Southwestern Branch: Entomological Society of America, Austin, Texas.

49.    [2]Kim, D., T.L. Crippen, and **J.K. Tomberlin**. 2017. Disrupting bacterial communication- a novel method for reducing mosquito attraction to a host. Southwestern Branch: Entomological Society of America, Austin, Texas.

50.    [1]Sweeney, J.H., R. Puckett, T.L. Crippen, and **J.K. Tomberlin**. 2017. Bacterial volatiles mediate foraging behavior of the red imported fire ant. Southwestern Branch: Entomological Society of America, Austin, Texas.

51.    [1]Mashlawi, A., H.R. Jordan, T.L. Crippen, and **J.K. Tomberlin**. 2017. Impact of mycolactone produced by *Mycobacterium ulcerans* on life-history traits of *Aedes aegypti* (Diptera: Culicidae). Southwestern Branch: Entomological Society of America, Austin, Texas.

52.    **Tomberlin, J.K.** and J.A. Cammack[6]. 2017. Forensic entomology and its applications today. Workshop #22: Viewing Research Through Different Lenses: How to Achieve Success in Court. American Academy of Forensic Sciences Conference, New Orleans, Louisiana.

53.    **Tomberlin, J.K.** and J.A. Cammack[6]. 2017. Limitations and applications of forensic entomology. Workshop #22: Viewing Research Through Different Lenses: How to Achieve Success in Court. American Academy of Forensic Sciences Conference, New Orleans, Louisiana.

54. Heo, C.C. and **J.K. Tomberlin**. 2017. Arthropods, microbes, and soil chemistry dynamics associated with delayed carrion decomposition: Implications to public health. 26th International Conference of the World Association for the Advancement of Veterinary Parasitology, Kuala Lumpur, Malaysia.

55. [6]Cammack, J.A., **J.K. Tomberlin**, K. Beskin, and C. Holcomb. 2016. Bioconversion by the black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae): Prospects for managing organic waste and filth flies. International Congress of Entomology. Orlando, Florida.

56. [1]Cuttiford, L., M.L. Pimsler, C.C. Heo, L. Zheng, I. Karunaratne, G. Trissini, A.M. Tarone, S. Lambiase, J.A. Cammack[6], and **J.K. Tomberlin**. 2016. "Validation" of development data sets for *Hermetia illucens* (L.) (Diptera: Stratiomyidae) for estimating the time of placement of human and swine remains in Texas, USA. North American Forensic Entomology Association. At 2016 XXV International Congress of Entomology. Orlando, Florida.

57. [2]Espinoza, E., **J.K. Tomberlin**, and R. Gold. 2016. Red imported fire ant (*Solenopsis invicta* Buren) foraging behavior in the presence of swarming bacteria *Proteus mirabilis*. International Congress of Entomology. Orlando, Florida.

58. [2]Espinoza, E., **J.K. Tomberlin**, R. Gold, and T.L. Crippen. 2016 Red imported fire ant (*Solenopsis invicta* Buren) foraging behavior in the presence of swarming bacteria *Proteus mirabilis*. Southwestern Branch: Entomological Society of America. Tyler, Texas.

59. [2]Pimsler, M.L., S.-H. Sze, S. Fu, M. Scott, **J.K. Tomberlin**, and A.M. Tarone. 2015. Let's talk about sex; Sexual dimorphism in immature development and gene expression in *Chrysomya rufifacies* (Diptera: Calliphoridae). Entomological Society of America, 63rd Annual Meeting, Minneapolis, Minnesota.

60. [2]Heo C.C. and **J.K. Tomberlin**. 2015. Ecosystem resilience on carrion with delayed Diptera colonization. Entomological Society of America, 63rd Annual Meeting, Minneapolis, Minnesota.

61. [2]Zheng, L., T.L. Crippen, M. Espinoza[2], A. Gord, and **J.K. Tomberlin**. 2015. Expanding the nutri on ecology framework: Microbes as a mechanism regulating resource acquisition and utilization by primary and secondary consumers. Entomological Society of America, 63rd Annual Meeting, Minneapolis, Minnesota.

62. [1]Beskin, K., **J.K. Tomberlin**, and C. Holcomb[2]. 2015. Impact of larval digestion of different manure types by the black soldier fly, *Hermetia illucens*, (L.) (Diptera: Stratiomyidae) on volatile emissions. Entomological Society of America, 63rd Annual Meeting, Minneapolis, Minnesota.

63. [1]Sanders, M., **J.K. Tomberlin**, C.J. Coates, and H. Jordan. 2015. The effect of *Mycobacterium ulcerans* exotoxin on host-seeking and oviposition behavior of *Aedes aegypti aegypti* (L.) (Diptera: Culicidae). Entomological Society of America, 63rd Annual Meeting, Minneapolis, Minnesota.

64. Sanders, M., J.L. Pechal, P.L.C. Small, E. Anagonou, Y. Barogui, G. Sopoh, C. Johnson, M.E. Benbow, **J.K. Tomberlin**, and H.R. Jordan. 2015.

Ecology and Transmission Dynamics of *Mycobacterium ulcerans*. American Society of Microbiology South Central Branch Meeting, Hattiesburg, Mississippi.

65.    Crippen, T. L., **J.K. Tomberlin**, M.E. Benbow, A.M. Tarone, T.K. Wood, J.L. Pechal, and B. Singh. 2015. Forensic/Decomposition microbiology. Joint Society for Wildlife Forensic Science and North American Forensic Entomology Association Meeting. Missoula, Montana.

66.    [2]Pimsler, M.L., S-H. Sze, S. Fu, **J.K. Tomberlin**, and A.M. Tarone. 2015. Sexual dimorphism in gene expression throughout immature development. North American Forensic Entomology Conference, Missoula, Montana.

67.    Benbow, M.E., and **J.K. Tomberlin**. 2015. Ecological and evolutionary dimensions of forensic entomology: corner stones of rock or sand? North American Forensic Entomology Conference, Missoula, Montana.

68.    [2]Zheng, L., T.L. Crippen, A. Gordy, **J.K. Tomberlin**. 2015. Evaluation of sterilized diet formulations and larval density effects on the development of *Lucilia sericata* (Diptera: Calliphoridae). European Association for Forensic Entomology. Huddersfield, United Kingdom.

69.    [6]Cammack, J.A., S.N. Thornton, and **J.K. Tomberlin**. 2015. Implications of nutrition and larval feeding activity on the microbial community function in an artificial insect diet: Potential use in forensic entomology. European Association for Forensic Entomology, 12th Annual Meeting, Huddersfield, United Kingdom.

70.    [1]Sanders, M.L., **J.K. Tomberlin**, C.J. Coates, H.R. Jordan. 2015 Volatiles produced by Buruli ulcer's mycobacterium exotoxin's influence on host-seeking behavior of *Aedes aegypti aegypti* (Linnaeus) (Diptera: Culicidae). Ecological Integration Symposium. College Station, Texas.

71.    [2]Pimsler, M.L., S.-H. Sze, S. Saenz, S. Fu, **J.K. Tomberlin**, and A.M. Tarone. 2015. Molecular ecology and facultative predation in a blow fly. Platform Presentation. Ecological Integration Symposium. College Station, Texas.

72.    [2]Pimsler, M.L., S.-H. Sze, S. Saenz, S. Fu, **J.K. Tomberlin**, and A.M. Tarone. 2015. Why so aggressive? Molecular ecology of facultative predation in a blow fly. Platform Presentation. Student Research Week. College Station, Texas.

73.    [2]Heo, C.C., S.N. Thornton[4], and **J.K. Tomberlin**. 2015. Ecosystem resilience of microbial functions on carrion with delayed Diptera colonization. Student Research Week, Texas A&M University, College Station, Texas.

74.    Pechal, J.L., H.R. Jordan, Z. Burcham, **J.K. Tomberlin**, M.D. McIntosh, E. Adogonou, P.L.C. Small, and M.E. Benbow. 2015. Influence of microbial community structure and function on *Mycobacterium ulcerans* presence and abundance. World Health Organization. Geneva, Switzerland.

75.    Jordan, H.R., J.L. Pechal, **J.K. Tomberlin**, M. Sanders[1], E. Adogonou, and M.E. Benbow. 2015. Detection of *Mycobacterium ulcerans* DNA on human skin. World Health Organization. Geneva, Switzerland.

Tomberlin CV 2020

76.    [2]Pimsler, M.L., S.H. Sze, C.D. Jones, M. Scott, S. Fu, C. Picard, A. Andere, J.K. Tomberlin, and A.M. Tarone. 2014. Males are Mars, females are from Venus… and Earth? Adventures in sex determination and transcriptomics. Entomological Society of America, 62nd Annual Meeting, Portland, Oregon.

77.    [6]Cammack, J.A. S.N. Thornton, and **J.K. Tomberlin**. 2014. Microbial community function associated with ephemeral resources as mediated by nutrient content and dipteran larval activity. Entomological Society of America, 62nd Annual Meeting, Portland, Oregon.

78.    Stamper, T.I., E.M. Buday, and **J.K. Tomberlin**. 2014. Cognitive bias in forensic entomology: A life history approach to assessing impact. American Academy of Forensic Sciences, Seattle, Washington.

79.    Crippen, T.L., M.E. Benbow, A.M. Tarone, T.K. Wood, and **J.K. Tomberlin**. 2014. Quorum sensing regulates blow fly attraction and colonization of human remains: greater insight into the pre-colonization interval. American Academy of Forensic Sciences, Seattle, Washington.

80.    Crippen, T.L., M.E. Benbow, J. Pechal, B. Singh[6], **J.K. Tomberlin**, A.M. Tarone, S.E. Dowd, R. Rohde, and M. Burke. 2014. Swine as a model for decomposition: a comparison of postmortem microbiomes. American Academy of Forensic Sciences, Seattle, Washington.

81.    [6]Singh, B., T.L. Crippen, A.M. Tarone, J. Pechal, M.E. Benbow, M. Burke, R. Rohde, and **J.K. Tomberlin**. 2014. Utility of bacteria with human cadavers in estimation of postmortem interval (PMI).

82.    Benbow, M.E., J. Pechal, B. Singh[6], **J.K. Tomberlin**, M. Burke, R. Rohde, and T.L. Crippen. 2014. An initial assessment of the structure and function of the postmortem human microbiome: Forensic applications. American Academy of Forensic Sciences, Seattle, Washington.

83.    Tarone, A.M., B. Singh[6], L. Zheng[5], T.L. Crippen, A.T. Fields, Z. Yu, Q. Ma, T.K. Wood, S.E. Dowd, M. Flores[2], and **J.K. Tomberlin**. 2014. Just how filthy are maggots? Bacteria associated with the blow fly sister species *Lucilia sericata* and *Lucilia cuprina* (Diptera: Calliphoridae). American Academy of Forensic Sciences, Seattle, Washington.

84.    **Tomberlin, J.K**. M.E. Benbow, and D.O. Carter. 2014. Microbes and decomposition: foundation in decomposition ecology and forensic application. American Academy of Forensic Sciences, Seattle, Washington.

85.    Pechal, J.L., T.L. Crippen, M.E. Benbow, B. Singh[6], A.M. Tarone, and **J.K. Tomberlin**. 2014. Collecting microbial evidence from cadavers: techniques and implications of using bacterial communities in decomposition estimates. American Academy of Forensic Sciences, Seattle, Washington.

86.    [1]Lyons, B., T.L. Crippen, and **J.K. Tomberlin**. 2013. Insecticide resistance of *Alphitobius diaperinus* to β-cyfluthrin and commercial insecticides on various surfaces common in poultry operations. Entomological Society of America. Austin, Texas.

Tomberlin CV 2020

87.    [2]Liu, W., A.M. Tarone, and **J.K. Tomberlin**. 2013. Implications of sex and ovarian status on the responses of *Lucilia sericata* (Diptera: Calliphoridae) to volatile compounds related to carrion. Entomological Society of America. Austin, Texas.

88.    [3]Weidner, L.M., M.E. Benbow, J.L. Pechal, **J.K. Tomberlin**, and G.C. Hamilton. 2013. Biodiversity and distribution of blow flies (Diptera: Calliphoridae) across New Jersey ecoregions. Entomological Society of America. Austin, Texas.

89.    [2]Pimsler, M.L., T. Pape, J.S. Johnston, R.A. Wharton, J.J. Parrott, **J.K. Tomberlin**, and A.M. Tarone. 2013. Morphology of eggs and first instar larvae in an ovipositing sarcophagid, *Blaesoxipha plinthopyga*. North American Forensic Entomology Conference. Dayton, Ohio.

90.    [3]Weidner, L., M.E. Benbow, J.L. Pechal, **J.K. Tomberlin**, and G. Hamilton. 2013. Distribution and biodiversity of blow flies (Diptera: Calliphoridae) across New Jersey. North American Forensic Entomology Conference. Dayton, Ohio.

91.    [2]Flores, M., and **J.K. Tomberlin**. 2013. Non-consumptive effects of predatory *Chrsomya rufifacies* larval cues on adult *Cochliomyia macellaria* attraction and oviposition responses. North American Forensic Entomology Conference. Dayton, Ohio.

92.    [2]Pimsler, M.L., S.H. Sze, **J.K. Tomberlin**, and A.M. Tarone. 2013. Sexually and temporally dimorphic patterns of gene expression in immature *Chrysomya rufifacies* using de novo transcriptomics. North American Forensic Entomology Conference. Dayton, Ohio.

93.    [2]Liu, W., A.M. Tarone, and **J.K. Tomberlin**. 2013. Sex and ovarian status influence response of *Lucilia sericata* (Meigan) (Diptera: Calliphoridae) to various concentrations of compounds related to larval resources. North American Forensic Entomology Conference. Dayton, Ohio.

94.    [1]Owings, C.G., M.L. Pimsler[2], M.L., C.G. B. O'Connor, A.M. Tarone, and **J.K. Tomberlin**. 2013. New mite species described in human death investigation: implications for forensic entomology and decomposition ecology. American Academy of Forensic Sciences. Washington, DC.

95.    [2]Pimsler, M.L**.,** S.H. Sze, **J.K. Tomberlin**, and A.M. Tarone. 2013. Analysis of the *de novo* transcriptome of Immature *Chrysomya rufifacies* (Diptera: Calliphoridae) to investigate sexually dimorphic patterns of gene expression and their role in m-PMI estimates with a forensically important fly. American Academy of Forensic Sciences. Washington, DC.

96.    [3]Weidner, L.M., G.C. Hamilton, and **J.K. Tomberlin**. 2013. Distribution and biodiversity of blow flies (Diptera: Calliphoridae) throughout New Jersey. Eastern Branch: Entomological Society of America. Lancaster, Pennsylvania.

97.    [3]Schoenthal, C., R.E. Gold, D. Davis, P. Teel, and **J.K. Tomberlin**. 2012. Impacts of *Culicoides* spp. as vectors of bluetongue virus and epizootic hemorrhagic disease in white-tailed deer production facilities. TAMU System

Tomberlin CV 2020

Pathway to the Doctorate Research Symposium. Galveston, Texas.

98. [2]Pimsler, M.L., C.D. Jones, **J.K. Tomberlin**, and A.M. Tarone. 2012. Elucidation of the genetic basis of monogeny in *Chrysomya rufifacies* (Diptera: Calliphoridae). National Entomological Society of America Conference. Knoxville, Tennessee.

99. [2]Pimsler, M.L., T. Pape, **J.K. Tomberlin**, and A.M. Tarone. 2012. Ultramorphology of eggs and first instar larvae in an egg-laying population of *Blaesoxipha plinthopyga* (Diptera: Sarcophagidae). National Entomological Society of America Conference. Knoxville, Tennessee.

100. [2]Flores, M., and **J.K. Tomberlin**. 2012. Non-consumptive effects on an ephemeral resource between an intraguild predator, *Chrysomya rufifacies* (Diptera: Calliphoridae), and its prey *Cochliomyia macellaria* (Diptera: Calliphoridae). National Entomological Society of America Conference. Knoxville, Tennessee.

101. Pechal, J.L., M.E. Benbow, T.L. Crippen, A.M. Tarone, and **J.K. Tomberlin**. 2012. Bacteria communities predicting insect composition on an ephemeral resource. National Entomological Society of America Conference. Knoxville, Tennessee.

102. [2]Pechal, J.L., M.E. Benbow, T.L. Crippen, AM Tarone, and **J.K. Tomberlin**. 2012. Decomposers of carrion: Structural and functional relationships of micro- and macro-organisms removing vertebrate carcasses from terrestrial ecosystems. 24th

International Congress of Entomology Meeting, Daegu, South Korea.

103. [2]Sanford, M., G. Lanzaro, and **J.K. Tomberlin.** 2012. Assessing differential attraction of blow fly sexes and mating status at a single tissue baits versus whole carcasses. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

104. [2]Flores, M. and **J.K. Tomberlin**. 2012. Non-consumptive effects *Chrsyomya rufifacies* (Diptera: Calliphoridae) on *Cochliomyia macellaria* (Diptera: Calliphoridae): implications for minimum postmortem estimations. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

105. [3]Holmes, L., S. VanLaerhoven, and **J.K. Tomberlin**. 2012. Day length effects on *Hermetia illucens* (Diptera: Stratiomyidae) development: an interesting insight into post-mortem interval estimations. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

106. [1]Owings, C., A.M. Tarone, C. Spiegelman, and **J.K. Tomberlin**. 2012. Phenotypic plasticity of *Cochliomyia macellaria* (Diptera: Calliphoridae) in Texas, USA. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

107. [2]Flores, M., J. Rhinesmith[4], T. Crippen, T. Wood, A. Tarone, and **J.K. Tomberlin**. 2012. Quorum sensing by *Escherichia coli* serves as interkingdom signal with *Lucilia sericata* (Diptera: Calliphoridae). 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

Tomberlin CV 2020

108. [6]Singh, B., A.M. Tarone, T. Crippen, M.E. Benbow, L. Zheng, Z. Yu, A. Fields, M. Flores[2], S. Dowd, T. Wood, and **J.K. Tomberlin**. 2012. Bacteria diversity associated with *Hermetia illucens* (Diptera: Stratiomyidae), *Lucilia sericata* and *Lucilia cuprina* (Diptera: Calliphoridae). 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

109. [2]Pechal, J.L., M.E. Benbow, T. Crippen, A.M. Tarone, and **J.K. Tomberlin**. 2012. Quantifying microbe-insect interactions to predict minimum postmortem intervals. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

110. Benbow, M.E. and **J.K. Tomberlin**. 2012. Celebrating NAFEA: the past, present and future. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

111. **Tomberlin, J.K.** and B. Weir. 2012. Current forensic research seminar series: microbial DNA & population genetics in forensic sciences. Webinar through Forensic Science Education. RTI International Webinar.

112. Stadler, S., K. Perrault, P.H. Stefanuto, M. Brokl, H. LeBlanc, M. Hamilton, S. Mavrodous, K. Spradley, D. Wescott, **J.K. Tomberlin**, A.M. Tarone, T. Crippen, M.E. Benbow, J.F. Focant, and S. Forbes. 2012. Did Halloween scare away the VOCs? An investigation into the production of VOCs from human decomposition. 3rd Annual UOIT Graduate Student Research Conference. Oshawa, Ontario, Canada.

113. [2]Sanford, M.R., M.M. Johnsen, J.K. Olson, and **J.K. Tomberlin**. 2012. Non-consumptive effects and experience with mosquitofish on mosquito larval development and adult oviposition site selection. Second Texas Poeciliid Conference, Austin, Texas.

114. [2]Pimsler, M.L., T.L. Crippen, L. Zheng[5], L. Holmes[3,5], M.E. Benbow, A.M. Tarone, Z. Yu, S. VanLaerhoven, and **J.K. Tomberlin**. 2011. Bacteria regulate attraction and colonization of a resource by the black soldier fly (Diptera: Stratiomyidae). Entomological Society of America Conference, Reno, Nevada.

115. [2]Brundage, A.L., T.C. Crippen, A. Fonseca[5], and **J.K. Tomberlin**. 2011. Effects of temporal priority on the life-history traits of two competing blow fly (Diptera: Calliphoridae) species on carrion. Entomological Society of America Conference, Reno, Nevada.

116. [2]Flores, M., A.M. Tarone, M. Diaz[5], and **J.K. Tomberlin**. 2011. Validation of laboratory reared *Chrysomya rufifacies* (Diptera: Calliphoridae) (Macquart) development data under field conditions. Entomological Society of America Conference, Reno, Nevada.

117. [2]Pechal, J.L., M.E. Benbow, and **J.K. Tomberlin**. 2011. Invertebrate community successional changes resulting from delayed colonization on ephemeral resources. Entomological Society of America Conference, Reno, Nevada.

118. [2]Mohr, R., A.M. Tarone, and **J.K. Tomberlin**. 2011. Minimum viable weight and critical weight of *Cochliomyia macellaria* (Diptera: Calliphoridae) and consequences for forensic entomology.

Tomberlin CV 2020

119. [2]Pechal, J.L., M.E. Benbow, T.L. Crippen, A.M Tarone and **J.K. Tomberlin**. 2011. Microbial community function on decomposing vertebrate remains. Ecological Society of America. Austin, Texas.

120. [2]Brundage, A., and **J.K. Tomberlin**. 2011. Effects of temporal priority on interactions between *Cochliomyia macellaria* (Diptera: Calliphoridae) and *Chrysomya rufifacies* (Diptera: Calliphoridae) larvae on a carrion resource. North American Forensic Entomology Association, College Station, Texas.

121. [2,3]Nunez-Vazquez, C., **J.K. Tomberlin**, M. Canu-Sifuentes, and O. Garcia-Martinez. 2011. The development and maggot age estimation of *Phormia regina*. North American Forensic Entomology Association, College Station, Texas.

122. [4]Diaz, M., M. Flores[2], and **J.K. Tomberlin**. 2011. Pupal size throughout dispersal of the secondary screwworm, *Cochliomyia macellaria* (Diptera: Calliphoridae): implications for forensic entomology. North American Forensic Entomology Association, College Station, Texas.

123. [2]Mohr, R., A.M. Tarone, and **J.K. Tomberlin**. 2011. Determination of minimum viable weight of *Cochliomyia macellaria* (Diptera: Calliphoridae). North American Forensic Entomology Association, College Station, Texas.

124. [2]Flores, M., A.M. Tarone, and **J.K. Tomberlin**. 2011. Validation of laboratory development data for *Chrysomya rufifacies* (Diptera: Calliphoridae) (Macquart) under field conditions. North American Forensic Entomology Association, College Station, Texas.

125. [2]Pimsler, M., T. Crippen, L. Zheng, L. Holmes, M.E. Benbow, S. VanLaerhoven, A.M. Tarone, and **J.K. Tomberlin**. 2011. Bacteria regulate attraction and colonization of a resource by the black soldier fly (Diptera: Stratiomyidae). North American Forensic Entomology Association, College Station, Texas.

126. [2]Pechal, J., M.E. Benbow, T. Crippen, A. Tarone, and **J.K. Tomberlin**. 2011. A novel approach in forensic estimations of period of insect activity: microbial community profiles as indicators of decomposition. North American Forensic Entomology Association, College Station, Texas.

127. Ma, Q., W. Liu[2], A. M. Tarone, T. L. Crippen, **J. K. Tomberlin**, and T. K. Wood. 2011. Identification of Inter-Kingdom Signals for *Proteus mirabilis* and Blow Flies. ASM National Meeting, New Orleans, Louisiana.

128. Mondor, E.B., [4]Vaughn, M.N., and **J.K. Tomberlin**. 2010. Blow fly attraction to newborn pig carcasses in southern Georgia pine forests. Joint meeting of the Georgia Entomological Society and the South Carolina Entomological Society. Hickory Knob, South Carolina.

129. **Tomberlin, J.K.**, and J.H. Byrd. 2010. Development of standard operating procedures for conducting arthropod succession studies: improving postmortem estimates through ecology. American

Tomberlin CV 2020

Academy of Forensic Sciences, Seattle, Washington.

130. Benbow, M.E., **J.K. Tomberlin**, T.L. Crippen, A. Lewis, and J. Pechal[1]. 2010. Using Biolog EcoPlates™ as an economical approach to determining postmortem body dump sites through microbial community level physiological profiling. American Academy of Forensic Sciences, Seattle, Washington.

131. **Tomberlin, J.K.**, M.E. Benbow, T.L. Crippen, C. Owings[4], F.I. Ortiz[4], and J.C. Ross.[4] 2010. Microbes associated with decomposing remains regulate insect colonization. American Academy of Forensic Sciences, Seattle, Washington.

132. [1,3]Holmes, L.A., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2010. Lower temperature threshold for black soldier fly (Diptera: Stratiomyidae) egg and adult eclosion. American Academy of Forensic Sciences, Seattle, Washington.

133. [3]Holmes, L., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2009. The effect of relative humidity on black soldier fly development: a study using two dietary resources. Entomological Society of America. Indianapolis, Indiana.

134. [2]Sanford, M.R., **J.K. Tomberlin**, J.K. Olson. 2009. The temporal dynamics of appetitive olfactory-based associative learning in *Culex quinquefasciatus* Say. Entomological Society of America. Indianapolis, Indiana.

135. **Tomberlin, J.K.** 2009. A review of 2008 forensic entomology publications. North American Forensic Entomology Conference. Miami, Florida.

136. [2]Pechal, J.L. and **J.K. Tomberlin**. 2009. Volatile discrimination of protein and sugar sources by newly emerged *Sarcophaga* spp. North American Forensic Entomology Conference. Miami, Florida.

137. [3]Vergara-Pineda, S., H. De Leon-Muzquiz, O. Garcia-Martinez, M. Cantu-Sifuentes, J. Landeros-Flores, B. Muhammad, and **J.K. Tomberlin**. 2009. Landing behavior of necrophagous flies (Diptera: Calliphoridae) to a human corpse. North American Forensic Entomology Conference. Miami, Florida.

138. [2]Sanford, M.R., **J.K. Tomberlin**, T. Klongklaew, K. Moophayak, and K.L. Sukontason. 2009. Non-consumptive effects of *Chrysomya rufifacies* (Macquart) on *Chrysomya megacephala* (Fabricius) in native and expanding habitat distributions. North American Forensic Entomology Conference. Miami, Florida.

139. [3]Holmes, L.A., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2009. The effect of pupation medium on black soldier fly development. North American Forenci Entomology Conference. Miami, Florida.

140. [3]Nguyen, T., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2009. The use of black soldier flies *Hermetia illucens* (Diptera: Stratiomyidae) as an agent of waste management. North American Forensic Entomology Conference. Miami, Florida.

141. [3]Vazuez, C., O. Martinez, and **J.K. Tomberlin**. 2009. Initial research of Calliphoridae succession on pig carrion in south of Coahuila, Mexico. North American Forensic Entomology Conference. Miami, Florida.

Tomberlin CV 2020

142. [1]Cammack, J.A., P.H. Adler, **J.K. Tomberlin**, A. Yuji, and W.C. Bridges. 2009. Effect of soil compaction on the pupation of *Lucilia sericata* (Meigen) (Diptera: Calliphoridae). North American Forensic Entomology Conference. Miami, Florida.

143. [1]Boatright, S.A. and **J.K. Tomberlin**. 2009. Effects of temperature and tissue type on *Cochliomyia macellaria* (Fabricius) (Diptera: Calliphoridae) development. North American Forensic Entomology Conference. Miami, Florida.

144. Benbow, M.E., **J.K. Tomberlin**, and [2]R. Mohr. 2009. A new framework for guiding research in forensic entomology: improving the science relevant to pmi estimation. American Academy of Forensic Sciences Conference. Denver, Colorado.

145. [1]Boatright, S.A. and **J.K. Tomberlin**. 2009. Associative learning of *Cochliomyia macellaria* in response to larval resource: inter- and intraspecific resource interaction, and present of inter- and intraspecific larvae on a resource. American Academy of Forensic Sciences Conference. Denver, Colorado.

146. [4]Bright, L.A., **J.K. Tomberlin**, and R. Gold. 2009. Feeding patterns of American (*Periplaneta americana*) and German (*Blattella germanica*) cockroaches on pig skin. American Academy of Forensic Sciences Conference. Denver, Colorado.

147. [2]Brundage, A.L. and **J.K. Tomberlin**. 2009. Attraction of two forensically important fly species: *Chrysomya rufifacies* (Macquart) and *Cochliomyia macellaria* (Fabricius) to inter- and intraspecific eggs. American Academy of Forensic Sciences Conference. Denver, Colorado.

148. [1]Cammack, J.A., P.H. Adler, **J.K. Tomberlin**, Y. Arai, and W.C. Bridges. 2009. The effect of soil compaction on pupation depth of *Lucilia sericata* in soil. American Academy of Forensic Sciences Conference. Denver, Colorado.

149. Christiansen, J.R. and **J.K. Tomberlin**. 2009. Three dimensional polygonal model visualization of Lucilia sericata from SEM and stereomicroscopic data. American Academy of Forensic Sciences Conference. Denver, Colorado.

150. [4]Dooley, M.K. and **J.K. Tomberlin**. 2009. Attraction and repellence of blow flies to intra- and interspecific fecal bacteria. American Academy of Forensic Sciences Conference. Denver, Colorado.

151. [2]Mohr, R.M. and **J.K. Tomberlin**. 2009. Pattern of adult blow fly attraction to carrion over time. American Academy of Forensic Sciences Conference. Denver, Colorado.

152. [4]Ortiz, F.I. and **J.K. Tomberlin**. 2009. Effects of resource age and sterilization on the attraction of *Cochliomyia macellaria* (Fabricius) and *Chrysomya rufifacies* (Macquart). American Academy of Forensic Sciences Conference. Denver, Colorado.

153. [2]Pechal, J.L., A.L. Brundage, E.T. Brandt, C.L. Parks, **J.K. Tomberlin**, and J. Melbye. 2009. First insect succession study on a human cadaver in Texas. American Academy of Forensic Sciences Conference. Denver, Colorado.

154. Rains, G.C., B. Alexander, **J.K. Tomberlin**, and J. Melbye. 2009.

Tomberlin CV 2020

Comparison of biological sensors to detect human remains: canine versus hymenopteran. American Academy of Forensic Sciences Conference. Denver, Colorado.

155.    [2]Sanford, M.R., [2]J.L. Pechal, and **J.K. Tomberlin**. 2009. Rehydrating dried blow fly larvae to reclaim their usefulness in forensic investigations. American Academy of Forensic Sciences Conference. Denver, Colorado.

156.    Sealey, W.M., T.G. Gaylord, F.T. Barrows, **J.K. Tomberlin**, M.A. McGuire, C. Ross, and S. St-Hilaire. 2009. Sensory analysis of rainbow trout, *Oncorhynchus mykiss*, fed PUFA-enriched black soldier fly prepupae. Aquaculture America 2009. Seattle, Washington.

157.    [2]Sanford, M.R., P. Somboon, **J.K. Tomberlin**, and J.K. Olson. 2008. Olfactory conditioning of malaria vectors in Thailand: can *Anopheles* learn odors associated with a sugar-meal? Louisiana Mosquito Control Association and Texas Mosquito Control South Central Conference. Lake Charles, Louisiana.

158.    [3]Amatya, P., M. Yu, F. Ewell, and **J.K. Tomberlin**. 2008. Economics of black soldier fly (Hermetia illucens) in dairy waste management. 7th Annual Student Research Symposium, Tarleton State University, Stephenville, Texas.

159.    [1]Cammack, J.A, P.H. Adler, **J.K. Tomberlin**, Y. Arai, and W.C. Bridges. 2008. Effects of soil compaction on parasitism of *Lucilia sericata* puparia by *Nasonia vitripennis*. National: Entomological Society of America. Reno, Nevada.

160.    [2]Sanford, M.R., P. Somboon, **J.K. Tomberlin** and J.K. Olson. 2008. Olfactory conditioning of *Anopheles dirus* (Petyon & Harrison 1979) (Diptera: Culicidae) to a sugar-meal. Entomological Society of America. Reno, Nevada.

161.    Merritt, R.W, R.K. Kimbirauskas, M.E. Benbow, J.R. Wallace, and **J.K. Tomberlin**. 2008. An instructional dvd on collecting entomological evidence from crime scenes. XXIII International Congress of Entomology (ICE), Durban, South Africa.

162.    [1]Pechal, C.J., R.E. Gold, J. Austin, L Russell, and **J.K. Tomberlin**. 2008. Intraspecific gene flow and vector competence among *Periplaneta americana* (Blattodea: Blatteridae) in central Texas. North American Forensic Entomology Conference. Atlantic City, New Jersey.

163.    Kimbirauskas, R.K, R.W. Merritt, M.E. Benbow, **J.K. Tomberlin** and J.R. Wallace. 2008. Instructional video for collecting entomological evidence from crime scenes. North American Forensic Entomology Conference. Atlantic City, New Jersey.

164.    [2]Sanford, M.R., J.K. Olson, and **J.K. Tomberlin**. 2008. Effects of the presence of larval predator on emergent adults selection for oviposition sites. Royal Golden Jubilee Seminar. Chiang Mai University. Chaing Mai, Thailand.

165.    [2]Sanford, M.R., J. Pechal, **J.K. Tomberlin**, and J.K. Olson. 2007. A rehydration method for salvaging dry forensically-important dipteran specimens. Entomological Society of America. San Diego, California.

Tomberlin CV 2020

166.  [1]Cammack, J.A., A. Mulenga, **J.K. Tomberlin**, and J.K. Olson. 2007. The potential use of proteomics to identify forensically important fly larvae.  South Carolina Entomological Society. Clemson, South Carolina.

167.  [4]Cammack, J.A., A. Mulenga, **J.K. Tomberlin**, and J.K. Olson. 2007. Preliminary report on the development of an analytical field method for determining species-level identification of forensically important fly larvae. North American Forensic Entomology Conference. Vancouver, Canada.

168.  Wallace, J.R., **J.K. Tomberlin**, R. O'Flaherty, D. D'Agostino, and [2]M.R. Sanford. 2007. The use of an immunochromatographic assay test to detect human blood  in blowfly larvae. North American Forensic Entomology Conference. Vancouver, Canada.

169.  Schoenly, K.G., **J.K. Tomberlin**, J.R. Wallace, M.L. Goff, J.D. Wells, R.W. Merritt, J.H. Byrd, D.O. Carter, and A. Tarone. 2007. A standardized field protocol revisited: A proposal for experimentally investigating variability in entomology-based postmortem intervals over multiple sites and years. North American Forensic Entomology Association. Vancouver, Canada.

170.  **Tomberlin, J.K.**, Merritt, W.R. Wallace, and M.R. Sanford. 2007. A review of common and unusual forensic entomology cases from around the United State. North American Forensic Entomology Conference. Vancouver, Canada.

171.  [2]Sanford, M.R., J.K. Olson, T.J. DeWitt, and **J.K. Tomberlin**. 2007. Do female mosquitoes make oviposition decisions based on larval experience with predators? Ecological Integration Symposium. Texas A&M University, College Station, Texas.

172.  [2]Sanford, M.R., J.K. Olson, T.J. DeWitt, and **J.K. Tomberlin.** 2007. Mosquito oviposition: Does larval experience with predators influence adult oviposition decisions? A preliminary study. Southwestern Branch: Entomological Society of America. Corpus Cristi, Texas.

173.  [1]Myers, H.B., **J.K. Tomberlin**, and B. Lambert. 2007. Using the black soldier fly to reduce dairy wastes. USDA-CSREES National Water Conference. Savannah, Georgia.

174.  Rains, G.C., and **J.K. Tomberlin**. 2007. Testing of insects for innate response to volatile compounds for a forensic application. 12th Institute of Biological Engineering Conference. St. Louis, Missouri.

175.  [2]Sanford, M.R., **J.K. Tomberlin**, and J.K. Olson. 2006. The effect of unconditioned stimulus strength on associative learning in the southern house mosquito, *Culex quinquefasciatus* (Diptera: Culicidae). National: Entomological Society of America. Indianapolis, Indiana.

176.  **Tomberlin, J.K.**, and J.P. Muir. 2006. Cuniculture in Haiti. Livestock Insect Workers Conference. Amarillo, Texas.

177.  **Tomberlin, J.K**, G.C. Rains, S.A. Allan, [2]M.R. Sanford, and W.J. Lewis. 2006. Associative learning of odor with food or blood meal by *Culex*

Tomberlin CV 2020

*quinquefasciatus* Say (Diptera: Culicidae). Livestock Insect Workers Conference. Amarillo, Texas.

178. **Tomberlin, J.K.** and R. Williams. 2006. Forensic entomology: Much more than CSI. Livestock Insect Workers Conference. Amarillo, Texas.

179. **Tomberlin, J.K.**, and G. Schuster. 2006. Susceptibility of target house fly populations to select insecticides. Livestock Insect Workers Conference. Amarillo, Texas.

180. **Tomberlin, J.K.**, and K. Loehmeyer. 2006. Pasture treatment with Dimilin suppresses horn flies. Livstock Insect Workers Conference. Amarillo, Texas.

181. [1]Myers, H., **J.K. Tomberlin**, and B. Lambert. 2006. Black soldier fly larvae reduce dairy wastes in Texas. Livestock Insect Workers Conference. Amarillo, Texas.

182. Wallace, J.R. and **J.K. Tomberlin**. 2006. North American Forensic Entomology Association: Out with the old and in with the new. North American Forensic Entomology Conference. West Lafayette, Indiana.

183. [4]Parsons, S.M.A., J. Cammack, J.K. Olson, and **J.K. Tomberlin**. 2006. Comparison of *Phormia regina* (Diptera: Calliphoridae) data sets for minimal pmi estimates. North American Forensic Entomology Conference. West Lafayette, Indiana.

184. [4]Cammack, J., [4]S.M.A. Parsons, J.K. Olson, and **J.K. Tomberlin**. 2006. Forensic entomology at Texas A&M University: A migration study. North American Forensic Entomology Conference. West Lafayette, Indiana.

185. Haskell, N.H., and **J.K. Tomberlin**. 2006. Disparity between eyewitness accounts of a murder in Texas and the recovery and analysis of entomological evidence. European Association of Forensic Entomologists. Bari, Italy.

186. [1]Myers, H., **J.K. Tomberlin**, and B. Lambert. 2006. Efficiency of using black soldier flies to biologically manage dairy wastes in Texas. Southwestern Branch: Entomological Society of America. Austin, Texas.

187. [4]McGee, J., **J.K. Tomberlin**, and J.P. Muir. 2006. Black soldier fly reduced manure as a novel growing media. Southwestern Branch: Entomological Society of America. Austin, Texas.

188. St-Hilaire, S., **J.K. Tomberlin**, C. Sheppard, R.W. Hardy, and W. Sealey. 2006. Black soldier fly pre-pupae as a food ingredient for rainbow trout (*Oncorhynchus mykiss*) diets. Aquaculture America Conference. Las Vegas, Nevada.

189. Tertuliano, M., D. Olson, **J.K. Tomberlin**, Z. Jurjevic, S. Ultey, D. Wilson, G.C. Rain, and W.J. Lewis. 2005. *Microplitis croceipes* (Cresson) (Hymenoptera: Braconidae), amazing parasitic wasp detect de novo chemicals, perspective for further biological sensor development. Entomological Society of Ontario. Toronto, Ontario.

190. Newton, G.L., D.C. Sheppard, D.W. Watson, G.J. Burtle, C.R. Dove, J.K. **Tomberlin** and E.E. Thelen. 2005. The black soldier fly, *Hermetia illucens*, as a manure management/

44

resource recovery tool. Symposium on the state of the science of Animal Manure and Waste Management, San Antonio, Texas.

191. **Tomberlin, J.K.**, J. Wallace, E. Benbow, R. Kimbarauskus, and R. Merritt. 2005. History of forensic entomology. Entomological Society of America. Ft. Lauderdale, Florida.

192. Wallace, J.R. and **J.K. Tomberlin.** 2005. North American Forensic Entomology Association (NAFEA): the current state of the union. North American Forensic Entomology Conference, Orlando, Florida.

193. Benbow, E., **J.K. Tomberlin**, and M. Griggs. The official newsletter of the North American Forensic Entomology Association. 2005. North American Forensic Entomology Conference, Orlando, Florida.

194. **Tomberlin, J.K.** and J.R. Wallace. 2005. Review constitution and hold elections. North American Forensic Entomology Conference. Orlando, Florida.

195. Shaw, S., M. Yu, and **J.K. Tomberlin**. 2005. Economic analysis of manure digestion with black soldier fly in the cross timber area. Student Research Symposium. Tarleton State University. Stephenville, Texas.

196. Collins, B., C. Suh, and **J.K. Tomberlin**. 2005. Alternative methods used to preserve insect evidence from crime scenes for analysis by a forensic entomologist. National Society for Minorities in Agriculture, Natural Resources and Related Sciences. Pittsburg, Pennsylvania.

197. **Tomberlin, J.K.**, M.A. Albert, J.H. Byrd, and D.W. Hall. 2005. Interdisciplinary forensic science workshops: a venue for data collection. American Academy of Forensic Sciences. New Orleans, Louisiana.

198. Kimbirauskas, R.K., R.W. Merritt, M.E. Benbow, J.R. Wallace, and **J.K. Tomberlin**. 2005. An instructional DVD on collecting entomological evidence for court. American Academy of Forensic Sciences. New Orleans, Louisiana.

199. Kimbirauskas, R.K., R.W. Merritt, M.E. Benbow, J.R. Wallace, and **J.K. Tomberlin**. 2004. An instructional DVD on collecting entomological evidence for court. International Congress of Entomology. Brisbane, Australia.

200. **Tomberlin, J.K.**, J.R. Wallace, and R.W. Merritt. 2004. The future of forensic entomology. North American Forensic Entomology Conference. Davis, California.

201. **Tomberlin, J.K.**, J.R. Wallace, E. Benbow, R.K. Kimbirauskas, and R. Bullard. 2004. Development and initiation of the North American Forensic Entomology Association. North American Forensic Entomology Conference. Davis, California.

202. Kimbirauskas, R.K., R.W. Merritt, M.E. Benbow, J.R. Wallace, and **J.K. Tomberlin**. 2004. An instructional DVD on collecting entomological evidence for court. North American Forensic Entomology Conference. Davis, California.

Tomberlin CV 2020

203. **Tomberlin, J.K.** and H. Brummond. 2004. Development of the black soldier fly at various temperatures. North American Forensic Entomology Conference. Davis, California.

204. **Tomberlin, J.K.** and N. Hinkle. 2004. A comparison of chemical approaches used to suppress insect pests on beef cattle in Texas and Georgia. Livestock Insects Workers Conference. Lake Placid, New York.

205. **Tomberlin, J.K.** and R. Whitney. 2004. Using the black soldier fly to reduce dairy calf wastes in Texas. Livestock Insects Workers Conference. Lake Placid, New York.

206. **Tomberlin, J.K.**, G. Geesey, and E. Boyd. 2004. Stratiomyidae in Wyoming: An invitation to collaborate with Montana State University. Livestock Insect Workers Conference. Lake Placid, New York.

207. **Tomberlin, J.K.** and H. Brummond. 2004. Using black soldier fly (Diptera: Stratiomyidae) larvae to determine the postmortem interval of a corpse: its development at three different temperatures in the laboratory. Livestock Insect Workers Conference. Lake Placid, New York.

208. **Tomberlin, J.K.**, J. Wallace, and J.H. Byrd. 2004. The state of forensic entomology. American Academy of Forensic Sciences. Dallas, Texas.

209. **Tomberlin, J.K.** 2004. Using the black soldier fly to reduce dairy calf wastes. Southwestern Branch: Entomological Society of America. Lubbock, Texas.

210. **Tomberlin, J.K.** and H. Brummond. 2004. Back in black: using the black soldier fly to predict postmortem estimates. Southwestern Branch: Entomological Society of America. Lubbock, Texas.

211. **Tomberlin, J.K.** 2004. Nutrient recycling with black soldier flies. Texas Chapter: American Society of Agronomy. Stephenville, Texas.

212. Brummond, H. and **J.K. Tomberlin**. 2004. Using the black soldier fly to estimate postmortem intervals. Texas Chapter: American Society of Agronomy. Stephenville, Texas.

213. **Tomberlin, J.K.** and B. Whitney. 2003. Using black soldier fly larvae to reduce house fly populations and manure in calf facilities. National: Entomological Society of America. Cincinnati, Ohio.

214. **Tomberlin, J.K.** and J.H. Byrd. 2003. The state of forensic entomology in the U.S. and abroad. North American Forensic Entomology Conference. Las Vegas, Nevada.

215. Jurjevic, Z., M. Tertuliano, **J.K. Tomberlin**, G.C. Rains, D. Wilson, and W.J. Lewis. 2003. Volatile metabolites associated with *Aspergillus* species. National: American Phytopathological Society. Charlotte, North Carolina.

216. **Tomberlin, J.K.**, M. Tertuliano, G. Rains, Z. Jurjevic, and J. Lewis. 2003. The wasp hound: Detection and descrimination between *Aspergillus* species. Southwestern Branch: Entomological Society of America. Oklahoma City, Oklahoma.

Tomberlin CV 2020

217. **Tomberlin, J.K.**, M. Tertuliano, and Z. Jurjevic. 2002. Parasitoid learning/food safety application: Distinguishing aflatoxin-producing fungi. National: Entomological Society of America. Ft. Lauderdale, Florida.

218. Jurjevic, Z., M. Tertuliano and **J.K. Tomberlin**. 2002. Parasitoid learning/food safety application: Volatiles associated with fundi. National: Entomological Society of America. Ft. Lauderdale, Florida.

219. Tertuliano, M., **J.K. Tomberlin** and Z. Jurjevic. 2002. Parasitoid learning/food safety application: Behavioral responses to indicator compounds. National Entomological Society of America. Ft. Lauderdale, Florida.

220. **Tomberlin, J.K.**, W.J. Lewis, M. D'Alessandro and M. Tertuliano. 2002. Detection of chemical signals by the parasitic wasp *Microplitis croceipes*. American Academy of Forensic Sciences. Atlanta, Georgia.

221. **Tomberlin, J.K.**, W.J. Lewis, G.C. Rains, J.H. Tumlinson, and D.M. Olson. 2001. Parasitoids as chemical biosensors: Prospects, strategies, and status of applications. National: Entomological Society of America. San Diego, California.

222. Sheppard, D.C., L. Newton, J. Joyce, and **J.K. Tomberlin**. 2001. Swine manure digestion with black soldier flies. Livestock Insect Workers Conference. Cody, Wyoming.

223. **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce. 2001. A comparison of selected life history traits for laboratory and field strains of the black soldier fly. Southeastern Branch: Entomological Society of America. Augusta, Georgia.

224. **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce. 2001. Decomposition of pig carrion in southwest Georgia. Southeastern Branch: Entomological Society of America. Augusta, Georgia.

225. **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce. 2000. House fly colonization of media inoculated with soldier fly larvae. National: Entomological Society of America. Montreal, Canada.

226. Sheppard, D.C., **J.K. Tomberlin**, and J.A. Joyce. 2000. Black soldier fly, *Hermetia illucens* (L.), in continuous culture. Livestock Insect Workers Conference. St. Augustine, Florida.

227. **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce. 2000. Susceptibility of black soldier fly larvae, *Hermetia illucens* (L.), larvae to two insect growth regulators (IGR): Implications for integrated pest management in livestock. Livestock Insect Workers conference. St. Augustine, Florida.

228. **Tomberlin, J.K.** and D.C. Sheppard. 2000. Interval from emergence to mating and oviposition for the black soldier fly, *Hermetia illucens* (L.). Livestock Insect Workers Conference. St. Augustine, Florida.

229. **Tomberlin, J.K.** and D.C. Sheppard. 2000. The effects of two insect growth regulators (IGR) on the larval development of the black soldier fly. Georgia Entomological Society. Athens, Georgia.

230. Sheppard, D.C., **J.K. Tomberlin**, and J.A. Joyce. 2000. Black soldier fly life

cycle in culture. Georgia Entomological Society. Athens, Georgia.

231. **Tomberlin, J.K.** and D.C. Sheppard. 2000. A comparison of three diets for the production of black soldier flies in the laboratory. Southeastern Branch: Entomological Society of America. Mobile, Alabama.

232. Sheppard, D.C. and **J.K. Tomberlin**. 1999. Colonization of the black soldier fly, a beneficial insect for waste management. National: Entomological Society of America. Atlanta, Georgia.

233. **Tomberlin, J.K.**, D.C. Sheppard and J. Joyce. 1999. Competition between house fly and black soldier fly larvae. National: Entomological Society of America. Atlanta, Georgia.

234. Sheppard, D.C. and **J.K. Tomberlin**. 1999. Adverse effects on house fly larvae when reared with black soldier fly larvae. Livestock Insect Work Conference. Chattanooga, Tennessee.

235. **Tomberlin, J.K.** and D.C. Sheppard. 1999. Lekking behavior of the black soldier fly, *Hermetia illucens* (L.). Livestock Insects Workers Conference. Chattanooga, Tennessee.

236. **Tomberlin, J.K.** and D.C. Sheppard. 1999. Lekking behavior of the black soldier fly, *Hermetia illucens* (L.): Implications for the conservation of a biocontrol agent in poultry. Georgia Entomological Society. Tifton, Georgia.

237. Sheppard, D.C. and J. Joyce. 1999. Horn fly control and impact on resistance chlorfenapyr, pyrethroid and diazinon cattle ear tags. Southeastern

Branch Entomological Society of America. Destin, Florida.

238. **Tomberlin, J.K.** 1999. Forensic entomology in the Southeastern Branch: past, present, and future. Southeastern Branch: Entomological Society of America. Destin, Florida.

239. **Tomberlin J.K.** and D.C. Sheppard. 1999. Competition between house fly and black soldier fly larvae: Implications for integrated pest management in poultry. Southeastern Branch: Entomological Society of America. Destin, Florida.

240. **Tomberlin, J.K.** 1998. Diptera colonization of rat carrion in submerged and terrestrial environments in upstate South Carolina. National: American Academy of Forensic Sciences. San Francisco, California.

241. **Tomberlin, J.K.** 1997. Seasonality and succession of sarcophagous Diptera on rat carrion in South Carolina. National: Entomological Society of America. Nashville, Tennessee.

242. **Tomberlin, J.K.** 1997. Seasonality and succession of arthropods on rat carrion in South Carolina. Pacific Entomological Conference: Hawaiian Entomological Society. Honolulu, Hawaii.

243. Stell, F.M., H.W. Fescemeyer, R.P. Griffin, **J.K. Tomberlin**, J.A. DuRant, and R.W. Mwangi. 1996. Toxicity and field efficacy of the *Melia* extract to insect pests of cotton and tomatoes. National: Entomological Society of America. Louisville, Kentucky.

Tomberlin CV 2020

244. Stell, F.M., H.W. Fescemeyer, R.P. Griffin, and **J.K. Tomberlin**. 1996. Evaluation of the MV extract and current pesticides on insect pests of tomatoes. South Carolina Entomological Society. Clemson, South Carolina.

245. **Tomberlin, J.K.** 1996. Clemson University: Excellence through time. Southeastern Branch: Entomological Society of America. Biloxi, Mississippi.

246. **Tomberlin, J.K.** and R.P. Griffin. 1996. Pesticide efficacy on major pest of commercial tomatoes. Southeastern Branch: Entomological Society of America. Biloxi, Mississippi.

247. **Tomberlin, J.K.** 1996. A comparison between terrestrial and submerged carrion during the winter and summer in upstate South Carolina. Southeastern Branch: Entomological Society of America. Biloxi, Mississippi.

248. **Tomberlin, J.K.** 1995. A comparison between terrestrial and submerged carrion during the summer and winter in upstate South Carolina. South Carolina Entomological Society. Hickory Knob State Park, South Carolina.

249. **Tomberlin, J.K.** and R.P. Griffin. 1995. Evaluations of insecticide efficacy on various pests of commercial tomatoes. South Carolina Entomological Society. Hickory Knob State Park, South Carolina.

## POSTERS AT PROFESSIONAL MEETINGS

1. [4]Brownfield, E., C.A. Flint[2], L. Gore[4], and **J.K. Tomberlin**. The Effect of Resource Storage Methods on *Cochliomyia macellaria* Attraction: Frozen versus Refrigerated. Texas A&M University Ecological Integration Symposium Annual Meeting, College Station, Texas.

2. [4]Denton, K. O. Crozier[4], S. Graham[4], S.J. Sawyer[2], **J.K. Tomberlin**. 2020. Longevity and Resiliency of Adult *Lucilia eximia* (Weidman) (Diptera: Calliphoridae) Males and Females Under Standard Conditions. 21st Annual Ecological Integration Symposium, College Station Texas.

3. [4]Crozier, O., S. Graham[4], K. Denton[4]. SJ. Sawyer[2], TW. Rusch[3], **J.K. Tomberlin**. 2020. Voluntary thermal maximum of *Lucilia eximia* (Weidman) (Diptera: Calliphoridae) larvae. 21st Annual Ecological Integration Symposium, College Station Texas.

4. Oonincx, D.G.A.B., G. Bosch, M. van der Borght, R. Smets, L. Gasco, A. J. Fascetti, Z. Yu, V. Johnson, **J.K. Tomberlin**, and M.D. Finke. 2019. A cross-laboratory study on analytical variability of amino acid content in three insect species. 70th Annual Meeting of the European Federation of Animal Science, Ghent, Belgium.

5. [3]Hays, S., P. Teel, S. Swiger, T. Hairgrove, D. Anderson, and **J.K. Tomberlin**. 2019. Economic assessment of working cattle and technology adoption in grazing cattle. Southwestern Entomological Society of America Conference, Tulsa, Oklahoma.

6. Tarone, A.M., and **J.K. Tomberlin**. 2019. Necrobiome Research at Texas A&M University. Center for Advanced Research in Forensic Science, American Academy of Forensic Sciences Conference, Baltimore, Maryland.

7. Hobby, S., P. Delclos, **J.K. Tomberlin**, and M. Toews. 2018. Aflatoxin suppression

in stored corn by managing maize weevils and introducing an exogenous molecule. National: Entomological Society of America, Vancouver, Canada.

8.[5]Oliveira, J.S., A.F. Spindola[2], and **J.K. Tomberlin**. 2018. Copula duration of black soldier fly: Impact on female fertility and larval production. Eating Insects Conference, Athens, Georgia.

9.[3]Limon, V., J.A. Aitkenhead-Peterson, M. Smith, C. Speights, B. Barton, M. Lashley, H. Jordan, **J. Tomberlin**, J. Mowrer, and A.P. Schwab. 2018. Effect of mass mortality events on water extractable soil nutrients. Ecological Society of America Conference. New Orleans, Louisiana.

10.    Sanit, S., K. Limsopatham, T. Klong-Klaew, C. Samerjai, T. Yasanga, K. Sukontason, **J. Tomberlin**, and K. Sukontason. 2018. Species identification of blow flies of the genus *Hypopygiopsis*. 5th European Congress of Conservation Biology, Jyväskylä, Finland.

11.    Sare, L., S. Bankston, and **J.K. Tomberlin**. 2018. Developing an information literacy-intensive forensic science course. American Academy of Forensic Sciences. Seattle, Washington.

12.    Shockley, M., A. Fonseca Muñoz, L.R. Bautista, P.A.F. Rios, **J.K. Tomberlin**, and R. Perez Pacheco. 2016. Cultural and economic uses of insects in Oaxaca, Mexico. International Congress of Entomology. Orlando, Florida.

13.    Fonseca Muñoz, A., H.E. Sarmiento Jimenez, **J.K. Tomberlin**, R. Perez Pacheco, L.R. Bautista. 2016. Maggot debridement therapy for a case of Fournier's gangrene. International Congress of Entomology. Orlando, Florida.

14.    [4]Dell, Z., **J.K. Tomberlin**, and P.D. Teel. 2015. Applications of near-infrared reflectance spectroscopy to estimate post mortem interval. Undergraduate Research Week, Texas A&M University. College Station, Texas.

15.    [1]Owings C.G., C.J. Picard, **J.K. Tomberlin**, A.M. Tarone, and C. Spiegelman. 2015. Phenotypic plasticity of *Cochliomyia macellaria* Fabricius (Diptera: Calliphoridae) populations in Texas. Women in STEM Research Poster Session; 2015 March 27; Indiana University-Purdue University Indianapolis (IUPUI), Indianapolis, Indiana.

16.    [1]Owings C.G., C.J. Picard, **J.K. Tomberlin**, A.M. Tarone, and C. Spiegelman. 2015. Phenotypic plasticity of *Cochliomyia macellaria* Fabricius (Diptera: Calliphoridae) populations in Texas. 130th Annual Indiana Academy of Science Meeting, Indianapolis, Indiana.

17.    [3]Weidner, L.M., G.C. Hamilton, and **J.K. Tomberlin**. 2012. Distribution and biodiversity of blow flies (Diptera: Calliphoridae) throughout New Jersey. National Entomological Society of America Conference. Knoxville, Tennessee.

18.    [2]Pimsler, M.L., C.G. Owings[1], B. O'Connor, A.M. Tarone, and **J.K. Tomberlin**. 2012. New mite species described in human death investigation: implications for forensic entomology and decomposition ecology. National Entomological Society of America Conference. Knoxville, Tennessee.

19.    [3]Weidner, L., G. Hamilton, and **J.K. Tomberlin**. 2012. Distribution and biodiversity of blow flies (Diptera:

Tomberlin CV 2020

Calliphoridae) throughout New Jersey. 10th Annual North American Forensic Entomology Conference, Las Vegas, Nevada.

20. [2]Heo, C.C., B. Latif, S. Aisyah, H. Kurahashi, and **J.K. Tomberlin**. 2012. Description of third instar larae of *Boettcherisca highlandica* Kurahashi & Tan, 2009 (Diptera: Sarcophagidae): a highlander of forensic importance in Malaysia. 11th Annual College of Pathologists, Academy of Medicine of Malaysia. Kuala Lumpur, Malaysia.

21. [2]Mohr, R., and **J.K. Tomberlin**. 2011. Physiological development and environmental effects on carcass attendance by *Cochliomyia macellaria* (Diptera: Calliphoridae) and *Chrysomya rufifacies* (Diptera: Calliphoridae). North American Forensic Entomology Association, College Station, Texas.

22. [4]Diaz, M., M. Flores[2], S. Anderson, and **J.K. Tomberlin**. 2010. Society for the Advancement of Chicanos and Native Americans in Sciences National Conference, Anaheim, California.

23. [4]Vaughn, M., **J.K. Tomberlin.** and E.B. Mondor 2010. Arrival and colonization patterns of flies (Diptera: Calliphoridae) of forensic importance, to estimate post-mortem intervals in southern Georgia pine forests. College of Undergraduate Research Symposium, Georgia Southern University, Statesboro, Georgia.

24. [4]Vaughn, M., **J.K. Tomberlin**, and E.B. Mondor 2010. Arrival and colonization patterns of flies (Diptera: Calliphoridae) of forensic importance, to estimate post-mortem intervals in southern Georgia pine forests. Southeastern Ecology and Evolution Conference, Georgia Institute of Technology, Atlanta, Georgia.

25. [1]Cammack, J.A. P.H. Adler, **J.K. Tomberlin**, Y. Arai, and W.C. Bridges, Jr. 2009. Parasitoids and Forensic Entomology: Friend or Foe? 2nd NCSU Forensic Science Symposium. Raleigh, North Carolina.

26. [3]Amatya, Prasant, M. Yu, **J.K. Tomberlin**, and F. Ewell. 2008. Benefit-cost analysis of using black soldier fly in dairy waste management. 6th Annual Pathways Student Research Symposium, Texas A&M System. Commerce, TX.

27. [1]McClellan, P., **J.K. Tomberlin**, and D. Kattes. 2008. Insecticide resistance in house flies, *Musca domestica*, populations in four dairies in central Texas, USA. 7th Annual Graduate Student Symposium, Tarleton State University, Stephenville, Texas.

28. [1]McClellan, P., **J.K. Tomberlin**, and D. Kattes. 2008. Insecticide resistance in house flies, *Musca domestica*, populations in four dairies in central Texas, USA. Southwestern Branch: Entomological Society of America. Fort Worth, Texas.

29. [1]McClellan, P., **J.K. Tomberlin**, and D. Kattes. 2007. Insecticide resistance in house flies, *Musca domestica*, populations in four dairies in central Texas, USA. 5th Annual Student Research Symposium: Pathways to the Doctorate. Tarleton State University, Stephenville, Texas.

30. [4]Littlefield, K., **J.K. Tomberlin**, and B. Lambert 2007. Condensed tannins inhibit house fly development in livestock manure. 5th Annual Student Research

Symposium: Pathways to the Doctorate. Tarleton State University, Stephenville, Texas.

31. Keck, M., K. Scholfield, **J.K. Tomberlin**, P. Porter, and M. Merchant. 2006. Elementary insects: urban entomology education for youth. National: Entomological Society of America. Indianapolis, Indiana.

32. Hambley, J., G. Schuster, M. Brown, C. Pounce, J. Talley, D. Britten, and **J.K. Tomberlin**. 2006. Efficacy of diflubenzuron, an insect growth regulator, for control of stable flies (Diptera: Muscidae) in confined feeding dairy facilities. Livestock Insect Workers Conference. Amarillo, Texas.

33. Albert M., J.K. Tomberlin, and C. Johnson. 2006. Observations of decomposition in southern coastal North Carolina. American Academy of Forensic Sciences. Seattle, Washington.

34. Hambley, J., G. Schuster, M. Brown, C. Pounce, J. Talley, D. Britten, and **J.K. Tomberlin**. 2006. Efficacy of diflubenzuron, an insect growth regulator, for control of stable flies (Diptera: Muscidae) in confined feeding dairy facilities. Science Conference, Texas A&M University, College Station, Texas.

35. **Tomberlin, J.K.** and D.C. Sheppard. 2000. House fly colonization of media inoculated with black soldier fly larvae. National: Entomological Society of America. Montreal, Canada.

36. **Tomberlin, J.K.**, D.C. Sheppard, and J. Joyce. 2000. Susceptibility of black soldier fly, *Hermetia illucens* (L.), larvae to pyriproxyfen and cyromazine:

Implications for integrated pest management in livestock. Southeastern Branch: Entomological Society of America. Mobile, Alabama.

37. Joyce, J., **J.K. Tomberlin**, and D.C. Sheppard. 1999. Lekking behavior of the black soldier fly, a beneficial insect for waste management. National: Entomological Society of America. Atlanta, Georgia.

38. Sheppard, C., **J.K. Tomberlin**, and G.L. Newton. 1998. Use of soldier fly larvae to reduce manure, control house fly larvae, and produce high quality feedstuff. National: Poultry Waste Management Symposium. Springdale, Arkansas.

39. Goff, M.L. and **J.K. Tomberlin**. 1997. Comparison of the efficiency of four different collecting techniques for species of *Dyscritomyia* (Diptera: Calliphoridae) endemic to the Hawaiian Islands. National: Entomological Society of America. Nashville, Tennessee.

## INVITED PRESENTATIONS

1. **Tomberlin, J.K.** 2020. Engineering the black soldier fly for mass production. Georgia Tech, Atlanta, Georgia.

2. **Tomberlin, J.K.** 2020. Microbe-insect interactions: importance for forensic entomology and decomposition ecology. Lawrence Livermore National Laboratory, Livermore, California.

3. **Tomberlin, J.K.** 2019. Harvesting death for humanity's benefit. Green Veterinarians, Texas A&M University.

4. **Tomberlin, J.K.** 2019. Harvesting death for humanity's benefit. Pecan Grower's Board Meeting, College Station, Texas.

5. Bosch, G. G.G.A.B. Oonincx, H.R. Jordan, J. Zhang, J.J.A. Van Loon, A. Van Huis, and **J.K.**

Tomberlin CV 2020

**Tomberlin**. 2019. Resource conversion by black soldier fly larvae: Towards standardization of methods and reporting. 70th Annual Meeting of the European Federation of Animal Science, Ghent, Belgium.

6. **Tomberlin, J.K.** 2019. Insects as Food & Feed Industry: $70B by 2030. 1st Conference on Insects as Food and Feed in Africa. Harare, Zimbabwe.

7. **Tomberlin, J.K.** 2019. Black soldier fly: What we know and don't know. 1st Conference on Insects as Food and Feed in Africa. Harare, Zimbabwe.

8. **Tomberlin, J.K**., and T.L. Crippen. 2018. Interkingdom communication regulates mosquito attraction to hosts: Linking microbial ecology with insect behavior. National: Entomological Society of America, Vancouver, Canada.

9. **Tomberlin, J.K.** 2018. Application of the black soldier fly in aquaculture. Puerto Montt, Chile.

10. **Tomberlin, J.K.** 2018. Black soldier fly production: From basic to applied. EAWAG, Zurich, Switzerland.

11. **Tomberlin, J.K.** 2018. Bridging basic and applied research with the black soldier fly. ETH, Zurich, Switzerland.

12. **Tomberlin, J.K.** 2018. Understanding the biology of the black soldier fly and its applications. Wageningen University, Wageningen, Netherlands.

13. **Tomberlin, J.K**., J.A. Cammack[6], S. Yang[2], and H.R. Jordan. 2018. A triangulated foundation to promote efficient and safe production of the black soldier fly at an industrial scale. Insects

Feed the World Conference, Wuhan, China.

14. [6]Cammack, J.A., and **J.K. Tomberlin.** 2018. The nature of nutrition. Insects as Food and Feed Symposium, Indiana University-Purdue University at Indianapolis, Indiana.

15. **Tomberlin, J.K.** 2018. Current and future prospects of insects as food and feed. Insects as Food and Feed Symposium, Indiana University-Purdue University at Indianapolis, Indiana.

16. Carter, D.O., and **J.K. Tomberlin**. 2018. Advances in forensic microbiology. Workshop: Think tank on the leading edge of forensic science: Drones, autonomous vehicles, big data/big problems, national security globalization into protrusionism privacy, dirty bombs, and microbial forensics. American Academy of Forensic Sciences, Seattle, Washington.

17. **Tomberlin, J.K.** 2017. Forensic entomology. Medical and Veterinary Entomology (ENTOM 3520). Department of Entomology, Cornell University, Ithaca, New York.

18. **Tomberlin, J.K.** 2017. Harvesting death for humanity's benefit. Forensic Science Program, University of North Texas Health Science Center, Ft. Worth, Texas.

19. **Tomberlin, J.K.** 2017. Forensic entomology. Survey of Forensic Science, CHS3501. Florida International University, Miami, Florida.

20. **Tomberlin, J.K**., C. Holcomb[2], B. Jones[2], and J.A. Cammack[6]. 2017. Tinkering with black soldier fly biology to produce a more efficient industry.

National: Entomological Society of America, Denver, Colorado.

21.    [6]Cammack, J.A., J. Pechal, S. Sweet, T. Crippen, A. Knap, M.E. Benbow, and **J.K. Tomberlin**. 2017. Insects and microbes drive VOC emission from decomposing carrion resources. National: Entomological Society of America, Denver, Colorado.

22.    **Tomberlin, J.K.** 2017. Creating a novel global industry with the black soldier fly. Southwestern Branch: Entomological Society of America, Austin, Texas.

23.    [2]Yang, F., H.R. Jordan, and **J.K. Tomberlin**. 2017. Associated bacteria community in black soldier fly (Diptera: Stratiomyidae) larvae shift in response to host starvation. Southwestern Branch: Entomological Society of America, Austin, Texas.

24.    [2]Spindola, A., J.D. Oswald, and **J.K. Tomberlin**. 2017. Morphology of the male reproductive tract and sperm of the adult black soldier fly (Diptera: Stratiomyidae): Implications for adult colony maintenance. Southwestern Branch: Entomological Society of America, Austin, Texas.

25.    [1]Beskin, K., and **J.K. Tomberlin**. 2017. The impact of larval digestion of different manure types by the black soldier fly, *Hermetia illucens*, (L.) (Diptera: Stratiomyidae) on volatile emissions. Southwestern Branch: Entomological Society of America, Austin, Texas.

26.    [3]Cammack, J., and **J.K. Tomberlin**. 2017. Using nutrition ecology to build a better black soldier fly. Southwestern

Branch: Entomological Society of America, Austin, Texas.

27.    [2]Holcomb, C., and **J.K. Tomberlin**. 2017. Rearing insects for innovative feed production: Development of the black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae) and house fly, *Musca domestica* (L.) (Diptera: Muscidae) on three manure types. Southwestern Branch: Entomological Society of America, Austin, Texas.

28.    [2]Jones, B., and **J.K. Tomberlin**. 2017. Impact of larval competition on survivorship of the black soldier fly, *Hermetia illucens* (Diptera: Stratiomyidae). Southwestern Branch: Entomological Society of America, Austin, Texas.

29.    **Tomberlin, J.K.**, and H.R. Jordan. 2016. Impact of bacteria on behavior of blow flies: Implications for forensic entomology. International Conference on Entomology, Pujabi University, Patiala, India.

30.    Jordan, H.R., and **J.K. Tomberlin**. 2016. Insights from studies of the ecology and transmission of *Mycobacterium ulcerans* and Buruli Ulcer disease. International Conference on Entomology, Pujabi University, Patiala, India.

31.    **Tomberlin, J.K.** 2016. Potential solutions for optimizing mass-production of black soldier fly larvae. 2nd International Symposium on Organic Waste Bioconversion and Applications by Microbes and Insects & Microbiology Frontier Forum. Huazhong Agricultural University, Wuhan, China.

32.    **Tomberlin, J.K.**, T.L. Crippen, and J.A. Cammack. 2016. Tri-trophic

Tomberlin CV 2020

interactions mediating arthropod behavior on decomposing vertebrate carrion. International Congress of Entomology. Orlando, Florida.

33.    **Tomberlin, J.K.** 2016. Tales from the crypt: Harvesting death for humanity's benefit. Department of Entomology, University of Georgia, Athens, Georgia.

34.    **Tomberlin, J.K.** 2016. Environmental profiting from decomposition: Tales of an entomologist. Eating Insects Detroit. Wayne State University, Detroit, Michigan.

35.    **Tomberlin, J.K.** 2016. Tales from the crypt: Harvesting death for humanity's benefit. TEDx TAMU. Texas A&M University, College Station, Texas.

36.    **Tomberlin, J.K.** 2016. Using the black soldier fly to recycle wastes. Manure Entomology: Manure Management that Won't 'Bug' You. Livestock and Poultry Environmental Learning Center.

37.    **Tomberlin, J.K.** 2016. Public information regulates arthropod community interactions and nutrient recycling of vertebrate carrion. Department of Biology, Mississippi State University, Starkville, Mississippi.

38.    [6]Cammack, J.A. and **J.K. Tomberlin**. 2015. Black soldier fly, *Hermetia illucens* (L.) as a model system for waste reduction and feed production: Accomplishments and future hurdles. Entomological Society of America, 63rd Annual Meeting, Minneapolis, Minnesota.

39.    **Tomberlin, J.K.** 2015. Harvesting death for humanity's benefit. Wolfson College, University of Cambridge, Cambridge, United Kingdom.

40.    **Tomberlin, J.K.** 2015. From ecosystem to individual: Quorum sensing as a mechanism regulating behaviour. Department of Zoology, Oxford University, Oxford, United Kingdom.

41.    **Tomberlin, J.K.** 2015. Microbial quorum sensing as a mediator of ecosystem behavior. Liverpool School of Tropical Medicine, Liverpool, United Kingdom.

42.    **Tomberlin, J.K.** 2015. Microbial whispers regulate resiliency within ephemeral resources. Behavioral Ecology Luncheon, Department of Zoology, University of Cambridge, Cambridge, United Kingdom.

43.    **Tomberlin, J.K.** 2015. Harvesting death for uses in forensics and agriculture: The tales of a decomposition ecologist. Department of Entomology, Michigan State University, Lasing, Michigan.

44.    **Tomberlin, J.K.** 2014. Legal aspects of forensic entomology in the criminal justice system in the United States. Corso di Perfezionamento in Anthropologia e Odontologia Forense l'Identificazione. Naples, Italy.

45.    **Tomberlin, J.K.** 2014. Behavior of food web dynamics regulated by quorum sensing: New frontier in forensic entomology. Department of Entomology, University of Arkansas, Fayetteville, Arkansas.

46.    [2]Pimsler, M.L., S.-H. Sze, C.D. Jones, M.J. Scott, S. Fu, C.J. Picard, A.A. Andere, **J.K. Tomberlin**, and A. M. Tarone. 2014. Transcriptomics to invesitgate sex determination and sexual dimorphism in *Chrysomya rufifacies*

Tomberlin CV 2020

(Diptera: Calliphoridae). International Symposium on Organic Waste Bioconversion Mechanism and Applications by Microbes and Insects, Chinese Entomological Society of China, Huazhong Agricultural University, Wuhan, China.

47. [2]Pimsler, M.L., S.-H. Sze, C.D. Jones, M.J. Scott, S. Fu, C.J. Picard**,** A.A. Andere, **J.K. Tomberlin**, and A. M. Tarone. 2014. Transcriptomics and sex determination in *Chrysomya rufifacies*. Guest Lecture, Ziejang University, Huangzhou, China.

48. **Tomberlin, J.K.** T.L. Crippen, M.E. Benbow, A.M. Tarone, and T.K. Wood. 2014. Quorum sensing regulates arthropod behavior. College of Agricultural and Biotechnology, Zhejiang University, Huangzhou, China.

49. **Tomberlin, J.K.** T.L. Crippen, M.E. Benbow, A.M. Tarone, and T.K. Wood. 2014. Quorum sensing regulates arthropod behavior. State Key Laboratory of Agricultural Microbiology, Huazhong Agricultural University, Wuhan, China.

50. **Tomberlin, J.K.** T.L. Crippen, M.E. Benbow, A.M. Tarone, and T.K. Wood. 2014. Quorum sensing regulates arthropod behavior. Northwest Agricultural and Forestry University, Xian, China.

51. **Tomberlin, J.K.** T.L. Crippen, M.E. Benbow, A.M. Tarone, and T.K. Wood. 2014. Quorum sensing regulates arthropod behavior. College of Plant Protection, Shandong Agricultural University, Jinan, China.

52. **Tomberlin, J.K.** T.L. Crippen, M.E. Benbow, A.M. Tarone, and T.K. Wood. 2014. Quorum sensing regulates arthropod

behavior. China Agricultural University, Beijing, China.

53. **Tomberlin, J.K.** 2014. Black soldier fly biology and applications. 2nd International Symposium on Organic Waste Bioconversion Mechanisms and Applications by Microbes and Insects. Wuhan, China.

54. **Tomberlin, J.K.** 2014. Forensic entomotoxicology. Forensic Sciences and Criminal Behaviour Conference, Instituto Superior de Ciencias da Saude Egas Moniz, Lisbon, Portugal.

55. **Tomberlin, J.K.** 2014. Microbial quorum sensing regulates behavior in arthropods: Bridging basic and applied research in forensics. Department of Entomology, Rutgers University.

56. **Tomberlin, J.K.** 2014. Forensic entomology: The hidden witness. 68th Texas A&M University Urban Pest Management Conference and Workshop. College Station, Texas.

57. **Tomberlin, J.K.** 2013. Quorum sensing of bacteria regulates arthropod behavior: Bridging Sciences in Forensics. Department of Entomology, Purdue University.

58. **Tomberlin, J.K.** 2013. Bacteria-blow fly interactions: bridging basic and applied research in forensic entomology. Entomological Society of America, Austin, Texas.

59. **Tomberlin, J.K.** 2013. Blow fly predator-prey interactions mediated by microbes: implications in forensics and vertebrate carrion ecology. Entomological Society of America, Austin, Texas.

Tomberlin CV 2020

60.    Crippen, T.L., **J.K. Tomberlin**, L. Zheng[5], B. Singh[6], A.M. Tarone, and M.L. Pimsler[2]. 2013. Bacteria living with and talking to the black soldier fly. Entomological Society of America, Austin, Texas.

61.    Anderson, G., **J.K. Tomberlin**, V. Cervenka, and J.R. Wallace. 2013. American Board of Forensic Entomology: Opportunities to bridge with the North American Forensic Entomology Association. North American Forensic Entomology Association Conference, Dayton, Ohio.

62.    **Tomberlin, J.K.** and A.M. Tarone. 2013. Forensic entomology at Texas State University: what the insects are telling us. Texas State University.

63.    **Tomberlin, J.K.** 2013. Black soldier flies as a means for waste management and alternate protein production. Institute for Economic and Community Development, Clemson University.

64.    **Tomberlin, J.K.** 2013. Quorum sensing by bacteria regulates interkingdom interactions on vertebrate carrion: a new frontier for forensics. School of Agricultural, Forest, and Environmental Sciences, Clemson University.

65.    **Tomberlin, J.K.** 2013. Bridging entomology and microbiology: a new frontier in forensics. UNICAMP, Universidade Estadual de Campinas.

66.    **Tomberlin, J.K.** 2013. New frontiers in forensic entomology. Forensic Sciences and Criminal Behaviour Conference, Instituto Superior de Ciencias da Saude Egas Moniz, Lisbon, Portugal.

67.    **Tomberlin, J.K.** 2012. Contributions of the National Research council report on forensics to medico-legal entomology. National Entomological Society of America Conference. Knoxville, Tennessee.

68.    **Tomberlin, J.K.** and M. Flores. 2012. Behavioral data analysis: from $\chi2$ to Cochran-Mantel-Haenzel and binary logistic regression. National Entomological Society of America Conference. Knoxville, Tennessee.

69.    **Tomberlin, J.K.,** and M.L. Pimsler. 2013. Use of black soldier flies to reduce waste and produce alternate protein. London School of Tropical Medicine and Hygiene, London, United Kingdom.

70.    **Tomberlin, J.K.,** and M.L. Pimsler[2]. 2013. Forensic entomology. Charterhouse, Godalming, United Kingdom.

71.    Crippen, T.C., C.L. Sheffield, L. Zheng[5], J.F. Esquivel, T.L. Poole, and **J.K. Tomberlin**. 2012. Beetles, bacteria and broilers: An arena for pathogen dispersal. National Entomological Society of America Conference. Knoxville, Tennessee.

72.    Benbow, M.E., **J.K. Tomberlin**, T.L. Crippen, A.M. Tarone, T. Wood, H.N. LeBlanc, and J.L. Pechal[2]. 2012. Microbes, maggots and multiplicity: biotic and abiotic complexities of carrion decomposition. National Entomological Society of America Conference. Knoxville, Tennessee.

73.    Tarone, A.M., T.L. Crippen, L. Zheng[5], A. Fields, Q. Ma, T. Wood, S.E. Dowd, M. Flores[2], and **J.K. Tomberlin**. 2012. Behavioral and community analyses of bacteria associated with *Lucilia* species.

National Entomological Society of America Conference. Knoxville, Tennessee.

74. [2]Pechal, J.L., M.E. Benbow, T.L. Crippen, A.M. Tarone, and **J.K. Tomberlin**. 2012. Bacteria and blow fly interactions throughout vertebrate decomposition. National Entomological Society of America Conference. Knoxville, Tennessee.

75. [6]Singh, B., T.L. Crippen, A.M. Tarone, M.E. Benbow, L. Zheng[5], Z. Yu, A.L. Brundage[2], A. Fields, M. Flores[2], T. Wood, and **J.K. Tomberlin**. 2012. Bacterial diversity associated with flies of forensic importance. National Entomological Society of America Conference. Knoxville, Tennessee.

76. **Tomberlin. J.K.** 2012. Interkingdom eavesdropping as a mechanism governing arthropod behavior. Department of Biology, Sam Houston University, Huntsville, Texas.

77. **Tomberlin, J.K.** 2012. Behavioral echoes of blow flies (Diptera: Calliphoridae) associated with resource pulses. Department of Biology, St. Edwards University, Austin, Texas.

78. **Tomberlin, J.K.** 2012. New trends in forensic entomology. 75th Texas International Association for Identification. Galveston, Texas.

79. **Tomberlin, J.K.** 2012. Interkingdom eavesdropping explains arthropod behavior. Ecolunch, Section of Integrative Biology, University of Texas.

80. **Tomberlin, J.K.** 2012. Analysis of behavioral data. 2012 Probability and Statistics Day. Department of Statistics, Texas A&M University.

81. **Tomberlin, J.K.**, M. Flores, & J. Pechal. 2012. Forensic entomology workshop. San Antonio Police, San Antonio, Texas.

82. **Tomberlin, J.K.** 2011. Forensic entomology. Forensic Sciences, St. Edwards University, Austin, Texas.

83. [2]Pechal, J.L., M.E. Benbow, T.L. Crippen, A.M. Tarone, and **J.K. Tomberlin**. 2011. Community composition and assembly on decomposing vertebrate carcasses using pyrosequencing. Entomological Society of America Conference, Reno, Nevada.

84. **Tomberlin, J.K.** 2011. Highlights of veterinary entomology. Entomological Society of America Conference, Reno, Nevada.

85. **Tomberlin, J.K.** 2011. Behavioral echoes of saprophytic dipteran ecology-how is that related to forensics? Department of Biology, University of Texas, Tyler, Texas.

86. **Tomberlin, J.K.** 2011. Forensic entomology for writers. Brazos Writers Association. College Station, Texas.

87. **Tomberlin, J.K.** 2011. An update on black soldier fly research. Huazhong Agricultural University, Wuhan, China.

88. **Tomberlin, J.K.**, M.E. Benbow, T. Crippen, A. Tarone, H. LeBlanc, and T. Wood. 2011. Microbial puppet masters of blow fly behavior. Huazhong Agricultural University, Wuhan, China.

Tomberlin CV 2020

89. **Tomberlin, J.K.**, M.E. Benbow, T. Crippen, A. Tarone, H. LeBlanc, and T. Wood. 2011. Forensic entomology: past, present and future. International Conference on Forensic Entomology, Guangzhou Police College, Guangzhou, China.

90. **Tomberlin, J.K.** 2011. An update on black soldier fly research. International Conference on Forensic Entomology, Guangzhou Police College, Guangzhou, China.

91. **Tomberlin, J.K.** 2011. An update on black soldier fly research. Zhuhai Research Center of Agriculture and Science, Zhuhai, China.

92. **Tomberlin, J.K.**, M.E. Benbow, T. Crippen, A. Tarone, H. LeBlanc, and T. Wood. 2011. Keynote: Forensic entomology: past, present and future. Universiti Teknologi Mara, Kuala Lumpur, Malaysia.

93. **Tomberlin, J.K.** 2011. Keynote: Case studies in forensic entomology. Universiti Teknologi Mara, Kuala Lumpur, Malaysia.

94. Benbow, M.E., **J.K. Tomberlin**, A.M. Tarone, T.L. Crippen, T.K. Wood, H. LeBlanc. 2011. Understanding the mechanistic role of blow flies in the microbial ecology of carrion decomposition: implications to food borne disease spread. One Day Workshop "Forensic Entomology and It's Implications in Medicine". Universiti Teknologi Mara, Kuala Lumpur, Malaysia.

95. Benbow, M.E., **J.K. Tomberlin**, A.M. Tarone, T.L. Crippen, T.K. Wood, H. LaBlanc. 2011. New approaches for understanding the mechanistic role of microbial community-blow fly interactions during carrion decomposition: applications to forensic science. Department of Forensic Science and Technology, Guangdong Police College, Guangzhou, China.

96. Benbow, M.E., **J.K. Tomberlin**, A.M. Tarone, TL Crippen, TK Wood, H LaBlanc. 2011. Understanding the mechanistic role of blow flies in the microbial ecology of carrion decomposition: implications to food borne disease spread. Zhuhai Agricultural Center, Zhuhai, China.

97. Benbow, M.E., **J.K. Tomberlin**, A.M. Tarone, T.L. Crippen, T.K. Wood, H. LeBlanc. 2011. Blow flies, bacteria and inter-kingdom ecological interactions during decomposition: implications for forensic science and beyond. Invited Plenary Speaker for the Global Conference on Entomology, Chiang Mai, Thailand.

98. [1]Cammack, J.A., G.R. Balme, Y. Arai, **J.K. Tomberlin**, and D.W. Watson. 2011. The "dirt" on forensic entomology. 85th annual meeting of the Southeastern Branch, Entomological Society of America. Puerto Rico.

99. **Tomberlin, J.K.** 2011. Forensic entomology. Forensic & Investigative Sciences Organization, Sam Houston University, Huntsville, Texas.

100. Benbow, M.E., **J.K. Tomberlin**, J.L. Pechal, T. Crippen, A.M. Tarone, T. Wood, A. Lewis. July 2011. Understanding the mechanistic role of blow flies in the microbial ecology of carrion decomposition: implications to food borne disease spread. Seminar,

Tomberlin CV 2020

Faculty of Medicine, University Teknologi Mara, Malaysia.

101. **Tomberlin, J.K.**, T. Crippen, M.E. Benbow, A. Tarone, T. Wood, Q. Ma, M. Flores, A. Fonseca, and A. Spindola. July 2011. Carrion Community Ecology: An Emphasis on Microbial Regulation of Blow Fly Behavior. Seminar, Faculty of Medicine, Universiti Teknologi Mara, Malaysia.

102. **Tomberlin, J.K.** 2011. Using the black soldier fly to convert animal and human wastes to livestock feedstuff: a case example. Texas Aquaculture Association Annual Conference, Bay City, Texas.

103. [2]Sanford, M.R., J.K. Olson, and **J.K. Tomberlin**. 2010. Non-consumptive effects and experience with mosquito-fish on mosquito larval development and adult oviposition site selection. Entomological Society of America Annual Meeting, San Diego, California.

104. Tarone, A., A. Fields, L. Zheng[2], **J.K. Tomberlin**, T. Crippen, Z. Yu, and T. Wood. 2010. Just how filthy are maggots? Microbes associated with the blow fly *Lucilia sericata* (Diptera: Calliphoridae). Athens Institute for Education and Research Agriculture. Athens, Greece.

105. **Tomberlin, J.K.**, A. Brundage, R. Mohr[2], M.E. Benbow, T. Crippen, and A. Tarone. 2010. Potential role of microbes regulating attraction and colonization of rendered animals by blow flies (Diptera: Calliphoridae). Athens Institute for Education and Research Agriculture. Athens, Greece.

106. Crippen, T., L. Zheng, C. Sheffield, and **J.K. Tomberlin**. 2010. Movement of bacteria through the gastrointestinal tract of the lesser mealworm, *Alphitobius diaperinus* (Coleoptera: Tenebrionidae), into the environment. Athens Institute for Education and Research Agriculture. Athens, Greece.

107. Benbow, M.E., A. Lewis, **J.K. Tomberlin**, T. Crippen, and H.N. LeBlanc. 2010. The influence of microbial succession on insect communities of swine carcasses: implications for potential pathogen dispersal from large animal feeding operations. Athens Institute for Education and Research Agriculture. Athens, Greece.

108. **Tomberlin, J.K.** 2010. Decomposition ecology and forensics. BICH 107/GENE 105. Department of Biochemistry, Texas A&M University.

109. **Tomberlin, J.K.** 2010. Learning life's lessons through forensic entomology. Beta Beta Beta Honor Society, Georgia Southern University, Statesboro, Georgia.

110. **Tomberlin, J.K.** 2010. Deciphering trophic interactions on carrion: a paradigm shift in forensic entomology. Department of Biology, Georgia Southern University, Statesboro, Georgia.

111. **Tomberlin, J.K.** and R. Mohr. 2010. The analysis of entomological evidence in criminal investigations. Association of Forensic DNA Analysts and Administrators. Austin, Texas.

112. **Tomberlin, J.K.** and R. Mohr. 2010. Forensic entomology. 2010. Texas Division of the International Association of Identification, Austin, Texas.

113. **Tomberlin, J.K.** 2010. Southern Region IPM: mosquito abatement and the evolution of a youth program. Southern Region IPM Center Advisors Conference, Raleigh, North Carolina.

114. **Tomberlin, J.K.** 2010. Trophic level interactions on ephemeral resources: a potential paradigm shift in forensic entomology. North Central Branch: Entomological Society of America, Louisville, Kentucky.

115. **Tomberlin, J.K.** 2010. The use of entomology in criminal investigations. Department of Forensic Sciences, Ontario Institute of Technology, Oshawa, Canada.

116. **Tomberlin, J.K.** 2010. A trophic level chess match in forensic ecology: a paradigm shift in forensic entomology. Department of Forensic Sciences, Ontario Institute of Technology, Oshawa, Canada.

117. **Tomberlin, J.K.** 2010. Trophic level warfare and its role in ecological forensics: a future for biological sensors. Department of Entomology, University of Georgia, Athens, Georgia.

118. **Tomberlin, J.K.** 2010. Understanding trophic interactions on carrion results in paradigm shift in forensic entomology: insects, microbes and biosensors. Department of Entomology and Plant Pathology, Oklahoma State University, Stillwater, Oklahoma.

119. **Tomberlin, J.K.** 2010. Arthropods associated with poultry. Poultry Science 309, Department of Poultry Science, Texas A&M University, College Station, Texas.

120. **Tomberlin, J.K.** 2009. The future of biosensors in forensic investigations. Department of Biology, University of Dayton, Dayton, Ohio.

121. **Tomberlin, J.K.** and R. Mohr. 2009. Entomotoxicology. Southwestern Association of Toxicolgists. San Antonio, Texas.

122. [2]Sanford, M.R., **J.K. Tomberlin**, and J.K. Olson. 2009. Appetitive olfactory-based associative learning in *Culex quinquefasciatus*: how long does a mosquito remember? Society of Vector Ecology Annual Meeting. Antalya, Turkey.

123. **Tomberlin, J.K.** 2009. Black soldier fly research in the 21st century. Spice and Beverage Research Institute, Hainan, China.

124. **Tomberlin, J.K.** 2009. Using nature for sustainable waste management. Zhuhai Research Center of Agriculture and Science, Zhuhai, China.

125. **Tomberlin, J.K.** 2009. Bridging black soldier fly research in the United States and China. Department of Microbiology, Huazhong Agricultural University, Wuhan, China.

126. **Tomberlin, J.K.** 2009. The future of basic research in forensic entomology. Medical Sciences, Naresuan University, Phitsanulok, Thailand.

127. **Tomberlin, J.K.** 2008. Estudio de casos forenses. XXV Semana del Parasitólogo, Departmento de Parasitología, La Universidad Autónoma Agraria Antonio Narro, Saltillo, Mexico.

128. [2]Sanford, M.R., P. Somboon, **J.K. Tomberlin**, and J.K. Olson. 2008. Olfactory learning by malaria vectors in Thailand. Department of Parasitology, Chiang Mai University. Chiang Mai, Thailand.

129. **Tomberlin, J.K.** 2008. Estudio de casos. Taller Internacional en Entomología Forense, La Universidad Autónoma Agraria Antonio Narro, Saltillo, Mexico.

130. **Tomberlin, J.K.** 2008. Análisis de interval post mortem. Taller Internacional en Entomología Forense, La Universidad Autónoma Agraria Antonio Narro, Saltillo, Mexico.

131. **Tomberlin, J.K.** 2008. Forensic entomology at Texas A&M University: Smart insects, cow dung, and decomposition. National: Entomological Society of America. Reno, Nevada.

132. **Tomberlin, J.K.** 2008. Forensics and law. Integrated Pest Management Specialist Retreat. Agrilife Extension Service, Texas A&M University, New Braunsfel, Texas.

133. **Tomberlin, J.K.** 2008. Do female mosquitoes make oviposition decisions based on larval experience? Department of Parasitology, Faculty of Medicine, Chiang Mai University. Chiang Mai, Thailand. Presented by Ms. Michelle Sanford.

134. **Tomberlin, J.K.** 2008. Forensic entomology at Texas A&M University: Dung, Smart Insects, and Decomposition. Entomological Society of America. Reno, Nevada.

135. **Tomberlin, J.K.** 2008. Insecticide resistance in urban house fly populations.

62nd Texas A&M University Urban Pest Management Conference & Workshop. College Station, Texas.

136. **Tomberlin, J.K.** 2007. Forensic entomology at Texas A&M University. Department of Entomology, Soils, and Plant Pathology, Clemson University. Clemson, South Carolina.

137. **Tomberlin, J.K.** 2007. Opportunities for forensic entomology in Mexico. Semana Del Parasitologoa XXIV. Universidad Autónoma Agraria Antonio Narro, Santillo, Mexico.

138. **Tomberlin, J.K.** 2007. Forensic entomology. Texas Criminal Defense Lawyer's Association. 5th Annual Forensics Seminar. Dallas, Texas.

139. **Tomberlin, J.K.** 2007. Forensic entomology. Harris County Medical Examiner's Office. Houston, Texas.

140. Tomberlin, J.K. 2007. Forensic entomology. Department of Primary Industries and Fisheries. Brisbane, Australia.

141. Tomberlin, J.K. 2006. Insecticide resistance in resident house fly populations in restaurants and confined animal facilities. FMC Corporation: Pest Education Science and Technology Symposium. Phoenix, Arizona.

142. **Tomberlin, J.K.** 2006. Forensic entomology: From the 13th century to today. Southwestern Branch: Entomological Society of America. Austin, Texas.

143. **Tomberlin, J.K.** 2006. Goats, cows, and chickens: Is this really forensic entomology? North American Forensic

Tomberlin CV 2020

Entomology Conference. West Lafayette, Indiana.

144. **Tomberlin, J.K.** 2006. Forensic entomology. Texas Criminal Defense Lawyers Association. Dallas, Texas.

145. **Tomberlin, J.K.** 2006. Sustainable insect pest management in broiler houses. Northeast Texas Poultry Association. Pittsburg, Texas.

146. **Tomberlin, J.K.** 2005. Forensic entomology: From the 13th century to today. National: Entomological Society of America. Ft. Lauderdale, Florida.

147. **Tomberlin, J.K.** 2005. Forensic entomology and Halloween. Department of Entomology, University of Arkansas. Fayetteville, Arkansas.

148. **Tomberlin, J.K.** 2005. Forensic entomology: dead pigs, lead pipes, and peanut butter. Department of Biology, Valdosta State University. Valdosta, Georgia.

149. **Tomberlin, J.K.** 2005. Phosphorous recycling on dairies in Texas. Cross Timbers Soil and Water Conservation District. Stephenville, Texas.

150. **Tomberlin, J.K.** 2005. Sustainable agriculture in confined animal facilities. Beef Cattle Production, ANSC 403, Tarleton State University. Stephenville, Texas.

151. **Tomberlin, J.K.** 2005. The use of insects as evidence. Texas Criminal Defense Lawyers Association. Plano, Texas.

152. **Tomberlin, J.K.** 2005. The black soldier fly: a sustainable system for manure management. Department of Biology, University of Vermont. Burlington, Vermont.

153. **Tomberlin, J.K.** 2005. Forensic entomology. Department of Entomology, Montana State University. Bozeman, Montana.

154. **Tomberlin, J.K.** 2005. Insects, disease, and animals. Course: Animal diseases, Tarleton State University. Stephenville, Texas.

155. **Tomberlin, J.K.** 2004. Forensic and livestock entomology: the bridging of two disciplines. National: Entomological Society of America. Salt Lake City, Utah.

156. **Tomberlin, J.K.** 2004. Using the black soldier fly to reduce animal wastes in confined animal facilities. 8th Annual Texas Recycling and Sustainability Summit. San Antonio, Texas.

157. **Tomberlin, J.K.** 2004. Forensic entomology. 2nd Criminal Defense Lawyers Association. Denton, Texas.

158. **Tomberlin, J.K.** 2004. Forensic entomology. Air Force Office of Special Investigations. San Antonio, Texas.

159. **Tomberlin, J.K.** 2004. Forensic entomology. Texas Criminal Defense Lawyers Project, Dallas, Texas.

160. **Tomberlin, J.K.**, W.J. Lewis, and G.C. Rains. 2004. Insect learning. State of the art in biology (SOTAB). Athens, Georgia.

Tomberlin CV 2019

## PUBLICATIONS (REFEREED- Google Scholar: H index = 48; Citations = +8,600)

[1]MS student advisor, [2]PhD student advisor, [3]served on graduate committee, [4]Undergraduate student research, [5]visiting scientist or student, [6]postdoctoral advisor)

1. Ståhls, G., R. Meier, C. Sandrock, M. Hauser, L.S. Zorić, E. Laiho, A. Aracil, J. Doderović, R. Badenhorst, P. Unadirekkul, N.A.B.M. Adom, L. Wein, C. Richards, **J.K. Tomberlin**, S. Rojo, S. Veselić, and T. Parviainen. 2020. The puzzling mitochondrial phylogeography of the black soldier fly (*Hermetia illucens*), the commercially most important insect protein species. BMC Evol. Biol. 20: 1-10.

2. Surendra, K.C., **J.K. Tomberlin**, A. Van Huis, J.A. Cammack, L.H.L. Heckmann, and S.K. Khanal. 2020. Rethinking organic wastes bioconversion: Evaluating the potential of the black soldier fly (*Hermetia illucens* (L.)) (Diptera: Stratiomyidae) (BSF). Waste Manag.

3. [6]Rusch, T.W., A.M. Faris, L.E.J. Beebe, **J.K. Tomberlin**, and A.M. Tarone. 2020. The upper thermal tolerance for a Texas population of the hairy maggot blow fly Chrysomya rufifacies Macquart (Diptera: Calliphoridae). Ecol. Entomol.

4. [2]Miranda, C.D., J.A. Cammack, and **J.K. Tomberlin**. 2020. Mass production of the black soldier fly, *Hermetia illucens* (L.), (Diptera: Stratiomyidae) reared on three manure types. Animals 10: 1243.

5. [2]Jones, B.M, and **J.K. Tomberlin**. 2020. Validation of acrylic paint as a marking technique for examining mating success of the black soldier fly (Diptera: Stratiomyidae). J. Econ. Entomol.

6. Van Huis, A., D. Oonincx, and **J.K. Tomberlin**. 2020. Insects as feed: House fly or black soldier fly? J. Insects Food Feed 6: 221-229.

7. [1]Bauer, A.M, A. Bauer, and **J.K. Tomberlin**. 2020. Impact of diet moisture on the development of the forensically important blow fly *Cochliomyia macellaria* (Fabricius) (Diptera: Calliphoridae). Forensic Sci. Inter. 110333.

8. Huang, Y., Y. Yu, S. Zhan, **J.K. Tomberlin**, D. Huang, M. Cai, L. Zheng, Z. Yu, and J. Zhang. 2020. Dual oxidase gen *Duox* and toll-like receptor 3 gene *TLR3* in the toll pathway suppress zoonotic pathogens through regulating the intestinal bacterial community homeostasis in *Hermetia illucens* L. Plos One 15: e0225873.

9. [1]Bauer, A.M, A. Bauer, and **J.K. Tomberlin**. 2020. Effects of photoperiod on the development of forensically important blow fly *Chrysoma rufifacies* (Diptera: Calliphoridae). J. Med. Entomol.

10. Pang, W., D. Hou, J. Chen, E.E. Nowar, Z. Li, R. Hu, **J.K. Tomberlin**, Z. Yu, Q. Li, and S. Wang. 2020. Reducing greenhouse gas emissions and enhancing carbon and nitrogen conversion in food wastes by the black soldier fly. J. Environ. Manag. 206: 110066.

Tomberlin CV 2019

11. Klong-Klaew, N. Sontigun, C. Samerjai, S. Sanit, K. Sukontason, **J.K. Tomberlin**, P. Somboon, T. Chareonviriyaphap, H. Kurahashi, and K.L. Sukontason. 2020. Daily and seasonal variation of musid flies (Diptera: Muscidae) in Chiang Mai province, northern Thailand. Acta Tropica 105348.

12. **Tomberlin, J.K.**, and A. Van Huis. 2020. Black soldier fly from pest to 'crown jewel' of the insects as feed industry: An historical perspective. J. Insects Food Feed 6: 1-4.

13. Zhang, J.B., **J.K. Tomberlin**, M.M. Cai, X.P. Xiao, L.Y. Zheng, and Z.N. Yu. 2020. Research and industrialization of *Hermetia illucens* L. in China. J. Insects Food Feed 6: 5-12.

14. [2]Miranda, C.D., J.A. Cammack, and **J.K. Tomberlin**, 2020. Life-history traits of house fly, *Musca domestica* L. (Diptera: Muscidae), reared on three manure types. J. Insects Food Feed 6: 81-90.

15. Mazza, L. X. Xiao, K. ur Rehman, M. Cai, D. Zhang, S. Fasulo, **J.K. Tomberlin**, L. Zheng, A.A. Soomro, Z. Yu, and J. Zhang. 2020. Management of chicken manure using black soldier fly (Diptera: Stratiomyidae) larvae assisted by companion bacteria. Waste Manag. 102: 312-318.

16. [2]Kotzé, Z., and **J.K. Tomberlin**. 2020. Influence of substrate age on oviposition behavior of a specialist carrion colonizer, *Cochliomyia macellaria* (Diptera: Calliphoridae). J. Med. Entomol. 57: 686-690.

17. [2]Kotzé, Z., and **J.K. Tomberlin**. 2020. Influence of substrate age on oviposition behavior of a generalist carrion colonizer, black soldier fly (Diptera: Stratiomyidae). J. Med. Entomol.

18. Zhan, S., G. Fang, M. Cai, Z. Kou, J. Xu, Y. Cao, L. Bai, Y. Zhang, J. Jiang, X. Luo, J. Xu, X. Xu, L. Zheng, Z. Yu, H. Yang, Z. Zhang, S. Wang, **J. K. Tomberlin**, J. Zhang, and Y. Huang. 2020. Genomic landscape and genetic manipulation of the black soldier fly *Hermetia illucens*, a natural waste recycler. Cell Res. 30: 50-60.

19. Pang, W., D. Hou, J. Ke, J. Chen, M.T. Holtzapple, **J.K. Tomberlin**, H. Chen, J. Zhang, and Q. Li. 2020. Production of biodiesel from $CO_2$ and organic wastes by fermentation and black soldier fly. Ren. Energy. 149: 1174-1181.

20. [3]Faris, A.M., W.R. West, **J.K. Tomberlin**, and A.M. Tarone. 2020. Field validation of a development data set for *Cochliomyia macellaria* (Diptera: Calliphoridae): Estimating insect age based on development stage. J. Med. Entmol. 57: 39-49

21. **Tomberlin, J.K.**, V.J. Stull, J. Lesnik, and F.W. Shockley. 2020. A special issue on insects as feed and food as tribute to Dr. Marianne Clopton Shockley (14 August 1975 to 12 May 2019). Ann. Entomol. Soc. Amer. 113: 65.

22. Bosch, G., D. Oonincx, H.R. Jordan, J. Zhang, J.J.A. van Loo, A. van Huis, and **J.K. Tomberlin**. 2020. Standarisation of quantitative resource conversion studies with black soldier fly larvae. J. Insects Food Feed 6: 95-109.

Tomberlin CV 2019

23. [2]Jones, B.M., and **J.K. Tomberlin**. 2019. Impact of larval competition on life-history traits of the black soldier fly (Diptera: STratiomyidae). Ann. Entomol. Soc. Amer.

24. [2]Malawey, A.S., D. Mercati, C.C. Love, and **J.K. Tomberlin**. 2019. Adult reproductive tract morphology and spermatogenesis in the black soldier fly (Diptera: Stratiomyidae). Ann. Entomol. Soc. Amer.

25. [2]Pimsler, M.L., S.-H Sze, S. Saenz[4], S. Fu, **J.K. Tomberlin**, and A.M. Tarone. 2019. Gene expression correlates of facultative predation in the blow fly *Chrysomya rufifacies* (Diptera: Calliphoridae). Ecol. Evol. 9: 8690-8701.

26. [6]Rusch, T.W., A. Adutwumwaah, L.E.J. Beebe, **J.K. Tomberlin**, and A.M. Tarone. 2019. The upper thermal tolerance of the secondary screwworm*, Cochliomyia macellaria* Fabricius (Diptera: Calliphoridae). J. Therm. Biol. 102405.

27. [2]Heo, C.C., P.D. Teel, M.M. Banfield[4], and J**.K. Tomberlin**. *Invited* 2019. Soil arthropod community responses to carrion with delay insect access. Food Webs 20: e00118.

28. Zhu, Z., K. ur Rehman, Y. Yu, X. Liu, H. Wang, **J.K. Tomberlin**, S. Sze, M. Cai, Z. Yu, J. Zheng, and L. Zheng. 2019. *De novo* transcriptome sequencing and analysis revealed the molecular basis of rapid fat accumulation by black soldier fly (*Hermetia illucens*, L.) for development of insetival biodiesel. Biotechnol. Biofuels. 12: 194.

29. Chen, J., D. Hou, W. Pang, E. E. Nowar, **J.K. Tomberlin**, R. Hu, H. Chen, J. Xie, J. Zhang, Z. Yu, and Q. Li. 2019. Effect of moisture content on greenhouse gas and $NH_3$ emissions from pig manure converted by black soldier fly. Sci. Total Environ: 133840.

30. [2]Miranda, C.D., J.A. Cammack, and **J.K. Tomberlin**. 2019. Interspecific competition between the house fly, *Musca domestica* L. (Diptera: Muscidae) and black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae) when reared on poultry manure. Insects 10: 440.

31. [2]Miranda, C.D., J.A. Cammack[6], and J**.K. Tomberlin**. 2019. Life-history traits of the black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae), reared on three manure types. Animals 9: 281.

32. [2]Miranda, C.D., J.A. Cammack[6], and J**.K. Tomberlin**. 2019. Life-history traits of the house fly, *Musca domestica* L. (Diptera: Muscidae), reared on three manure types. J. Insects Food Feed 0: 1-10.

33. Bambaradeniya, Y.T.B., W.A.I.P. Karunaratne, **J.K. Tomberlin**, I. Goonnerathne, R.B. Kotakadeniya, and P.A. Magni. 2019. Effect of temperature and tissue type on the development of the forensic fly *Chrysomya megacephala* (Diptera: Calliphoridae). J. Med. Entomol.

34. Rehman, K., R. Rehman, A.A. Somroo, M. Cai, L. Zheng, X. Xiao, A. Rehman, **J.K.**

**Tomberlin**, Z. Yu, and J. Zhang. 2019. Enhanced bioconversion of dairy and chicken manure by the interaction of exogenous bacteria and black soldier fly larvae. 2019. J. Environ. Man. 237: 75-83.

35. Pechal, J.L., T.L. Crippen, J.A. Cammack[6], **J.K. Tomberlin**, and M.E. Benbow. 2019. Microbial communities of salmon resource subsidies and associated necrophagous consumers during decomposition: Potential of cross-ecosystem microbial dispersal. Food Webs 19: e00114.

36. Bambaradeniya, Y.T.B., W.A.I.P. Karunaratne, **J.K. Tomberlin**, I. Goonerathne, and R.B. Kotakadeniya. 2019. Effects of temperature and tissue type on the development of myiasis causing fly; *Chrysomya bessiana* (Diptera: Calliphoridae). J. Med. Entomol. 56: 625-631.

37. Sontigun, N., C. Samerjai, K. Sukontason, A. Wannasan, J. Amendt, **J.K. Tomberlin**, and K.L. Sukontason. 2019. Wing morphometric analysis of forensically important flesh flies (Diptera: Sarcophagidae) in Thailand. Acta Tropica. 190: 312-319.

38. Benbow, M.E., P.S. Barton, M.D. Ulyshen, J.C. Beasley, T.L. DeVault, M.S. Strickland, **J.K. Tomberlin**, H.R. Jordan, and J.L. Pechal. 2019. Necrobiome framework for bridging decomposition ecology of autotrophically and heterotrophically derived organic matter. Ecol. Monograph 89: e01356.

39. Bambaradeniya, Y.T.B., W.A.I.P. Karunaratne, S.V. Rakinawasam, **J.K. Tomberlin**, I. Goonerathne, and R.B. Kotakadeniya. 2019. Myiasis incidences reported in and around central province of Sri Lanka. Int. J. Dermatol. 58: 336-342.

40. Klong-klaew, T., R. Ngoen-klan, K. Moophayak, K. Sukontason, K. Irvine, **J.K. Tomberlin**, H. Kurahashi, T. Chareonviriyaphap, P. Somboon, and K. Sukontason. 2018. Spatial distribution of forensically significant blow flies in subfamily Luciliinae (Diptera: Calliphoridae), Chiang Mai Province, Northern Thailand: Observations and modeling using GIS. Insects 9: 181.

41. Cai, M., S. Ma, R. Hu, **J.K. Tomberlin**, L.S. Thomashow, L. Zheng, W. Li, Z. Yu, and J. Zhang. 2018. Rapidly mitigating antibiotic resistant risks in chicken manure by *Hermetia illucens* bioconversion with intestinal microflora. Environ. Microbiol. 20: 4051-4062.

42. Klong-klaew, T., R. Ngoen-klan, K. Moophayak, K. Sukontason, K. Irvine, **J.K. Tomberlin**, P. Somboon, T. Chareonvinyaphap, H. Kurahashi, K. Sukontason. 2018. Predicting geographic distribution of forensically significant blow flies of subfamily Chrysomyinae (Diptera: Calliphoridae) in Northern Thailand. 2018. Insects 9: 106.

43. [5]Meneguz, M., L. Gasco, and **J.K. Tomberlin**. 2018. Impact of pH and feeding system on black soldier fly (*Hermetia illucens*, L; Diptera: Stratiomyidae) larval development. Plos One. 13: e0202591.

44. [1]Beskin, K.V., C.D. Holcomb, J.A. Cammack[6], T.L. Crippen, A.H. Knap, S.T. Sweet, and

Tomberlin CV 2019

**J.K. Tomberlin**. 2018. Larval digestion of different manure types by the black soldier fly (Diptera: Stratiomyidae) impacts associated volatile emissions. Waste Management 74: 213-220.

45. Sanit, S., K. Limsopatham, T. Klong-klaew, C. Samerjai, T. Yasanga, K. Sukontason, **J.K. Tomberlin**, and K.L. Sukontason. 2018. Morphology of immature blow fly *Hypopygiopsis infumata* (Bigot) (Diptera: Calliphoridae), a potential species of forensic importance. Acta Tropica 188: 168-179.

46. [5]Carmo, R.F., S. Vasconcelos, A.L. Brundage, and **J.K. Tomberlin**. 2018. How do invasive species affect native species? Experimental evidence from a carrion blowfly (Diptera: Calliphoridae) system. Ecol. Entomol. 43: 483-493.

47. Cai, M., S. Ma, R. Hu, **J.K. Tomberlin**, C. Yu, Y. Huang, S. Zhan, W. Li, L. Zheng, Z. Yu, and J. Zhang. 2018. Systematic characterization and proposed pathway of tetracycline degradation in solid waste treatment by *Hermetia illucens* with intestinal microbiota. Environ. Pollution 242: 634-642.

48. **Tomberlin, J.K.**, L. Zheng, and A. van Huis. 2018. Insects to feed the world conference. J. Insects Food Feed 4: 75-76.

49. [2]Rhinesmith, J., W. Liu[2], **J.K. Tomberlin**, and A.M. Tarone. 2018. Impacts of dietary amino acid composition and microbial presence on preference and performance of immature *Lucilia sericata* (Diptera: Calliphoridae). Ecol. Entomol. 43: 612-620.

50. Xiao, X., L. Mazza, Y. Yu, M. Cai, L. Zheng, **J.K. Tomberlin**, J. Yu, A. van Huis, Z. Yu, S. Fasulo, and J. Zhang. 2018. Efficient co-conversion process of chicken manure into protein feed and orgnanic fertilizer by *Hermetia illucens* L. (Diptera: Stratiomyidae) larvae and functional bacteria. J. Environ. Management 217: 668-676.

51. Ma, J., Y. Lei, K. Rehman, Z. Yu, J. Zhang, W. Li, Q. Li, **J.K. Tomberlin**, and L. Zheng. 2018. Dynamic effects of initial pH of substrate on biological growth and metamporphosis of black soldier fly (Diptera: Stratiomyidae). Environ. Entomol. 47: 159-165.

52. Lashley, M.A., H.R. Jordan, **J.K. Tomberlin**, and B.T. Barton. 2018. Indirect effects of larvae dispersal following mass mortality events. Ecology 99: 491-493.

53. Singh, B., K.J. Minick, M.S. Strickland, K.G. Wikings, T.L Crippen, A.M. Tarone, M.E. Benbow, N. Sufrin, **J.K. Tomberlin**, and J.L. Pechal. 2018. Temporal and spatial impact of human decomposition on soil bacterial and arthropod structures and microbial function. Frontiers Microbiol. 8.

54. [3]Holmes, L.A., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2017. Photophase duration affects immature black soldier fly (Diptera: Stratiomyidae) development. Environ. Entomol. 46: 1439-1447.

Tomberlin CV 2019

55. Bambaradeniya, Y.T.B., W.A.I.P. Karunaratne, **J.K. Tomberlin**, I. Goonerathne, and R. B. Kotakadeniya. 2017. Temperature and tissue type impact development of *Lucilia cuprina* (Diptera: Calliphoridae) in Sri Lanka. J. Med. Entomol.

56. Sanit, S., K. Sukontason, H. Kurahashi, **J.K. Tomberlin**, A. Wannasan, R. Kraisittipanit, and K. L. Sukontason. 2017. Morphology of immature stages of blow fly, *Lucilia sinensis* Aubertin (Diptera: Calliphoridae), a potential species of forensic importance. Acta Tropica 176: 395-401.

57. Yuan, Y., Y. Yang, S. Fu, T.L. Crippen, D.K. Visi, M.E. Benbow, M.S. Allen, **J.K. Tomberlin**, S.-H. Sze, A.M. Tarone. 2017. Genome sequencing of a *Providencia stuartii* strain isolate from *Lucilia sericata* salivary glands. Genome Announcement 5: e00250-17.

58. [3]Weidner, L.M., M.D. Gemmellaro, **J.K. Tomberlin**, and G.C. Hamilton. 2017. Evaluation of bait traps as a means to predict initial blow fly (Diptera: Calliphoridae) communities associated with decomposing swine remains in New Jersey, USA. Forensic Sci. Int. 278: 95-100.

59. **Tomberlin, J.K.,** B.T. Barton, M.A. Lashley, and H.R. Jordan. 2017. Mass mortality events and the role of necrophagous invertebrates. Current Opinions in Insect Science 23: 7-12.

60. [6]Cammack, J.A., and **J.K. Tomberlin**. *Invited* 2017. The impact of diet protein and carbohydrate on selected life-history traits of the black soldier fly *Hermetia illucens* (L.) (Diptera: Stratiomyidae). Insects 8: 56.

61. Jordan, H.R., and **J.K. Tomberlin**. *Invited* 2017. Abiotic and biotic factors regulating inter-kingdom engagement between insects and microbe activity on vertebrate remains. Insects 8: 54.

62. [1]Zheng, L., T.L. Crippen, A. Dabney, A. Gordy[4], and **J.K. Tomberlin**. 2017. Evaluation of sterilized artificial diets for mass rearing the *Lucilia sericata* (Diptera: Calliphoridae). J. Med. Entomol. 54: 1122-1128.

63. [1]Sanders, M.L., H.R. Jordan, C. Serewis-Pond, L. Zheng, M.E. Benbow, P.L. Small, and **J.K. Tomberlin**. 2017. *Mycobacterium ulcerans* toxin, mycolactone may enhance host-seeking and oviposition behavior by *Aedes aegypti* (L.) (Diptera: Culicidae). Environ. Microbiol. 19: 1750-1760.

64. Yuan, Y., Y. Zhang, S. Fu, T.L. Crippen, D.K. Visi, M.E. Benbow, M.S. Allen, **J.K. Tomberlin**, S.-H. Sze, and A.M. Tarone. 2017. Genome sequencing of a *Providencia stuartii* strain isolated from *Lucilia sericata*. Genome Announcements 5: e00250-17.

65. Moophayak, K., K.L. Sukontason, W. Ruanhkham, **J.K. Tomberlin**, and N. Nunchu. 2017. Variation in the time of colonization of broiler carcasses by carrion flies in Nakhonsawan Province, Thailand. J. Med. Entomol.

Tomberlin CV 2019

66. Sze, S.H., M.L. Pimsler[2], **J.K. Tomberlin**, C.D. Jones, and A.M. Tarone. 2017. A scalable and memory-efficient algorithm for de novo transcriptome assembly of non-model organisms. MBC Genomics.

67. [2]Flores, M., T.L. Crippen, and **J.K. Tomberlin**. 2017. Nonconsumptive effects of predatory *Chrysomya rufifacies* (Diptera: Calliphoridae) larval cues on larval *Cochliomyia macellaria* (Diptera: Calliphoridae) development. J. Med. Entomol. 54: 1167-1174.

68. [1]Lyons, B.N., T.L. Crippen, L. Zheng[2], P.D. Teel, S.L. Swiger, and **J.K. Tomberlin**. 2017. Susceptibility of *Alphitobius diaperinus* in Texas to permethrin and β-cyfluthrin treated surfaces. Pest Man. Sci. 73: 562-567.

69. [1]Tinder, A.C. R.T. Puckett, N.D. Turner, J.A. Cammack[6], and J.K. Tomberlin. 2017. Bioconversion of sorghum and cowpea by black soldier fly (*Hermetia illucens*) larvae for alternative protein production. J. Insects Food Feed 3: 121-130.

70. [3]Brundage, A.L., T.L. Crippen, B. Singh, M.E. Benbow, W. Liu[3], A.M. Tarone, T.K. Wood, and **J.K. Tomberlin**. *Invited* 2017. Interkingdom cues by bacteria associated with conspecific and heterospecific eggs of *Cochliomyia macellaria* and *Chrysomya rufifacies* (Diptera: Calliphoridae) potentially govern succession on carrion. Ann. Entomol. Soc. Amer. 110: 73-82.

71. **Tomberlin, J.K.**, T.L. Crippen, A.M. Tarone, M.F.B. Chaudhury, B. Singh, J.A. Cammack[6], and R.P. Meisel. *Invited* 2017. A review of bacterial interactions with blow flies (Diptera: Calliphoridae) of medical, veterinary, and forensic importance. Ann. Entomol. Soc. Amer. 110: 19-36.

72. **Tomberlin, J.K.**, T.L. Crippen, G. Wu, A.S. Griffin, T.K. Wood, and R.M. Kilner. 2017 Indole: An evolutionarily conserved influencer of behavior across kingdoms. BioEssays 39: 1-12.

73. Bambaradeniya, Y.T.B., W.A.I.P. Karunarathne, I. Gooneratne, R.B. Kotakadeniya, and **J.K. Tomberlin**. 2017. Use of development data to estimate colonization time of the myiasis-causing fly, *Chrysomya bezziana* (Diptera: Calliphoridae) collected from human wounds. Sri Lanka J. Forensic Med. Law. 7: 19-26.

74. Yuan, Y. Y. Zhang, S. Fu, T.L. Crippen, D.K. Visi, M.E. Benbow, M.S. Allen, **J.K. Tomberlin**, S.-H. Sze, and A.M. Tarone. 2016. Genome sequence of a *Proteus mirabilis* strain isolated from the salivary glands of larval *Lucilia sericata*. Genome Announcements 4: e00672-16.

75. **Tomberlin J.K.** 2016. Referee Report For: Zika mosquito vectors: the jury is still out. F1000 5: 2546 (Doi: 10.5256/f1000research.10608.r17269).

76. [5]Harnden, L., and **J.K. Tomberlin**. 2016. Effects of temperature and diet on balck soldier

fly, *Hermetia illucens*, (L.) (Diptera: Stratiomyidae) development. For. Sci. Int. 266: 109-116.

77. [3]Holmes, L.A., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2016. Lower temperature threshold of black soldier fly (Diptera: Stratiomyidae) development. J. Insects Food Feed 2: 255-262.

78. [3]Spindola, A.F., L. Zheng, **J.K. Tomberlin**, and P.J. Thyssen. Attraction and oviposition of *Lucilia eximia* (Diptera: Calliphoridae) to resources colonized by the invasive competitor *Chrysomya albiceps* (Diptera: Calliphoridae). J. Med. Entomol. 54: 32-328.

79. [3]Flores, D., A. Miller-Weber, A. Showman, C. Tobita, L.M.N. Shimoda, C. Sung, A.J. Stokes, **J.K. Tomberlin**, D.O. Carter, and H. Turner. 2016. Fluorescence imaging of posterior spiracles from second and third instars of forensically-important *Chrysomya rufifacies* (Diptera: Calliphoridae). J. For. Sci. 61: 1578-1587.

80. Surendra, K.C., R. Olivier, **J.K. Tomberlin**, R. Jha, and S.K. Khanal. 2016. Insect-based biorefinery: A novel approach to produce biofuel and value-added products with concurrent organic waste remediation. Renew. Energy 98: 197-202.

81. [2]Liu, W., M. Longnecker, A.M. Tarone, and **J.K. Tomberlin**. 2016. Responses of *Lucilia sericata* (Diptera: Calliphoridae) to compounds from microbial decomposition of larval resources. Animal Behav. 115: 217-225.

82. [1]Thomas, J.K., M.R. Sanford, M. Longnecker, and **J.K. Tomberlin**. 2016. Effects of temperature and tissue type on the development of *Megaselia scalaris* (Loew) (Diptera: Phoridae). J. Med. Entomol. 53: 519-525.

83. [2]Brundage, A.L., T.L. Crippen, and **J.K. Tomberlin**. 2016. Methods for external disinfection of blow fly (Diptera: Calliphoridae) eggs prior to use in wound debridement therapy. Wound Repair Reg. 24: 384-393.

84. [2]Pimsler, M.L., C.G. Owings[1], B.M. OConnor, and **J.K. Tomberlin**. 2016. Association of *Myianoetus muscarum* (Acari: Histiostomatidae) with *Synthesiomyia nudesita* (Wulp) (Diptera: Muscidae) on human remains. J. Med. Entomol. 53: 290-295.

85. Diyes, G.C.P., W.A.I.P. Karunaratne, **J.K. Tomberlin**, and R.S. Rajakaruna. 2015. First record of *Megaselia scalaris* (Loew) (Diptera: Phoridae) infesting a spinose ear tick, *Otobius megnini*, colony in Sri Lanka. Tropical Biomed. 32: 791-795.

86. **Tomberlin, J.K.** A. van Huis, M.E. Benbow, H. Jordan, D.A. Astuti, D. Azzollini, I. Banks, V. Bava, C. Borgemeister, J. Cammack[6], R.S. Chapkin, H. Čičková, T.L. Crippen, A. Day, M. Dicke, D. Drew, C. Emhart, M. Epstein, M. Finke, C.H. Fischer, D. Gatlin, N.Th. Grabowski, C. He, L. Heckman, A. Hubert, J. Jacobs, J. Joseph, S.K. Khanal, J.-F. Kleinfinger, G. Klein, C. Leach, Y. Liu, G.L. Newton, R. Olivier, J.L. Pechal, C.J. Picard, S. Rojo, A. Roncarati, C. Sheppard, A.M. Tarone, B. Verstappen, A. Vickerson, H. Yang,

Tomberlin CV 2019

A. Yen, Z. Yu, J. Zhang, and L. Zheng. 2015. Protecting the environment through insect farming as a means to produce protein for use as livestock, poultry, and aquaculture feed. J. Insects Food Feed. 1: 307-309.

87. [1]Zhang, X., T.L. Crippen, C.J. Coates, T.K. Wood and **J.K. Tomberlin**. 2015. Effects of quorum sensing by *Staphylococcus epidermidis* on the attraction response of female adult yellow fever mosquitoes, *Aedes aegypti aegypti* (Linnaeus) (Diptera: Culicidae) to a blood-feeding source. Plos One 10: e0143950

88. [3]Weidner, L.M., D.E. Jennings, **J.K. Tomberlin**, and G.C. Hamilton. 2015. Seasonal and geographic variation in biodiversity of forensically important blow flies (Diptera: Calliphoridae) in New Jersey, USA. J. Med. Entomol. 52: 937-946.

89. OConnor, B.M., M. Pimsler[2], C.G. Owings[1], and **J.K. Tomberlin**. 2015. Redescription of *Myianoetus muscarum* (Acari: Histiostomatidae) associated with human remains in Texas, USA, with designation of a neotype from Western Europe. J. Med. Entomol. 52: 539-550.

90. **Tomberlin J.K.** 2015. Referee Report For: 1-Octen-3-ol – the attractant that repels [v1; ref status: indexed, http://f1000r.es/5ic] F1000Research 4: 156 (doi: 10.5256/f1000research.7140.r9109).

91. [3]Nguyen, T.T.X., **J.K. Tomberlin**, and S. VanLaerhoven. 2015. Ability of black fly (Diptera: Stratiomyidae) larvae to recycle food waste. Environ. Entomol. 44: 406-410.

92. Pechal, J.L., M.E. Benbow, **J.K. Tomberlin**, T.L. Crippen, A.M. Tarone, B. Singh[6], and P.A. Lenhart. 2015. Field documentation of unusual post-mortem arthropod activity on human remains. J. Med. Entomol. 52: 105-108.

93. [2]Mohr, R.M., and **J.K. Tomberlin**. 2015. The development and validation of using the onset and timing of adult blow fly (Diptera: Calliphoridae) carcass attendance for estimating a minimum postmortem interval. Int. J. Legal. Med. 129: 851-859.

94. [6]Singh, B., T.L. Crippen, L. Zheng, A.T. Fields, Z. Yu, Q. Ma, T.K. Wood, S.E. Dowd, M. Flores[2], **J.K. Tomberlin**, and A.M. Tarone. 2015. A metagenomic assessment of the bacteria associated with *Lucilia sericata* and *Lucilia cuprina* (Diptera: Calliphoridae). Appl. Microbiol. Biotechnol. 1-15. doi: 10.1007/s00253-014-6115-7

95. Sanit, S., K. Sukontason, T. Klong-klaew, **J.K. Tomberlin**, K. Limsopatham, C. Samerjai, N. Sontigun, and K.L. Sukontason. 2014. Ontogensis and development rate of the blow fly *Hypopygiopsis tumrasvini* Kurahashi (Diptera: Calliphoridae). Trop. Biomed. 31: 760-768.

96. Sribranditmongkol, P. T. Monum, A. Wannasan, **J.K. Tomberlin**, K. Sukontason, and K.L. Sukontason. 2014. Blow fly maggots (Diptera: Calliphoridae) from a human corpse in a vehicle. Southeast Asian J. Trop. Med. Pub. Health 45: 1011-1014.

97. [2]Pimsler, M.L., T. Pape, J.S. Johnston, **J.K. Tomberlin**, and A.M. Tarone. 2014.

Ultramorphology of eggs and first instar larvae in an egg-laying population of *Blaesoxipha plinthopyga* (Diptera: Stratiomyidae). J. Med. Entomol. 51: 1283-1295.

98. [2]Flores, M., M. Longnecker, and **J.K. Tomberlin**. 2014. Effects of temperature and tissue type on *Chrysomya rufifacies* (Diptera: Calliphoridae) (Macquart) development. For. Sci. Int. 245: 24-29.

99. [2]Brundage, A. L., M. E. Benbow, and **J. K. Tomberlin.** 2014. Priority effects on the life-history traits of two carrion blow fly (Diptera, Calliphoridae) species. Ecol. Entomol. 39: 539-547.

100. [3]Weidner, L.M., **J.K. Tomberlin**, and G.C. Hamilton. 2014. Development of *Lucilia coeruleiviridis* (Diptera: Calliphoridae) in New Jersey, USA. Florida Entomol. 97: 849-850.

101. Samerjai, C., S. Sanit, K. Sukontason, T. Klong-klaew, H. Kurahashi, **J.K. Tomberlin**, N. Morakote, A. Wannasan, and K.L. Sukontason. 2014. Morphology of puparia of flesh flies in Thailand. Trop. Biomed. 31: 351-361.

102. [1]Owings, C.G., C. Spiegelman, A.M. Tarone, and **J.K. Tomberlin**. 2014. Developmental variation among *Cochliomyia macellaria* Fabricius (Diptera: Calliphoridae) populations from three ecoregions of Texas, USA. Int. J. Legal Med. 128: 709-717.

103. Tarone, A.M., **J.K. Tomberlin**, J.S. Johnston, J.R. Wallace, M.E. Benbow, R. Mohr, E.B. Mondor, and S.L. VanLaerhoven. 2014. A correspondence for a maturing science. J. Med. Entomol. 51: 490-492.

104. [2]Mohr, R.M., and **J.K. Tomberlin**. 2014. Environmental factors affecting early carcass attendance by four species of blow flies (Diptera: Calliphoridae) in Texas. J. Med. Entomol. 51: 702-708.

105. [2]Pechal, J.L., Benbow, M.E., T.L. Crippen, A.M. Tarone, and **J.K. Tomberlin**. 2014. Delayed insect access alters carrion decomposition and necrophagous insect community assembly. Ecosphere 5: 45.

106. Sukontason, K.L., S. Sanit, T. Klong-Klaew, **J.K. Tomberlin**, and K. Sukontason. 2014. *Sarcophaga* (*Liosarcophaga*) *dux* (Diptera: Sarcophagidae): A flesh fly species of medical importance. Biol. Research. 47:14.

107. Moophayak, K., T. Klong-Klaew, K. Sukontason, H. Kurahashi, **J.K. Tomberlin**, and K.L. Sukontason. 2014. Species composition of carrion blow flies in northern Thailand: Altitude appraisal. Rev. Inst. Med. Trop. Sao Paulo. 56: 179-182.

108. [2]Pechal, J.L., T.L. Crippen, M.E. Benbow, A.M. Tarone, S. Dowd, and **J.K. Tomberlin**. 2014. The potential use of bacterial community succession in forensics as

described by high throughput metagenomic sequencing. Intl. J. Legal Med. 128: 193-205.

109.      Zhou, F., **J.K. Tomberlin**, L. Zheng, Z. Yu, and J. Zhang. 2013. Developmental and waste reduction plasticity of three black soldier fly strains (Diptera: Stratiomyidae) raised on different livestock manures. J. Med. Entomol. 50: 1224-1230.

110.      [5]Zheng, L., T.L. Crippen, L. Holmes[3], B. Singh, M.L. Pimsler[2], M.E. Benbow, A.M. Tarone, S. Dowd, Z. Yu, S. VanLaerhoven, T.K. Wood, and **J.K. Tomberlin**. 2013. Bacteria mediate oviposition by the black soldier fly, *Hermetia illucens* (L.), (Diptera: Stratiomyidae). NATURE Scientific Reports. DOI: 10.1038/srep02563

111.      [3]Nguyen, T.T.X., **J.K. Tomberlin**, and S. VanLaerhoven. 2013. Influences of resources on *Hermetia illucens* (Diptera: Stratiomyidae) larval development. J. Med. Entomol. 50: 898-906.

112.      Davis, T.S., T.L. Crippen, R.W. Hofstetter, and **J.K. Tomberlin**. *Invited* 2013. Microbial volatile emissions as arthropod semiochemicals. J. Chemical Ecol. 39: 840-859.

113.      [5]Zheng, L., T.L. Crippen, B. Singh, M. Tarone, S. Dowd, T.K. Wood, and **J.K. Tomberlin**. 2013. A survey of bacterial diversity from successive life stages of black soldier fly (Diptera: Stratiomyidae) by using 16S rDNA pyrosequencing. J. Med. Entomol. 50: 647-658.

114.      [3]Holmes, L. A., S. L. Vanlaerhoven, and **J. K. Tomberlin.** 2013. Substrate effects on pupation and adult emergence of *Hermetia illucens* (Diptera: Stratiomyidae). Environ. Entomol. 42: 370-374.

115.      [3,5]Núñez-Vázquez, C., **J.K. Tomberlin**, M. Cantú-Sifuentes, and O. García-Martínez. 2013. Laboratory development and field validation of *Phormia regina* (Diptera: Calliphoridae). J. Med. Entomol. 50: 252-260.

116.      Benbow, M.E., A.J. Lewis, **J.K. Tomberlin**, and J.L. Pechal. 2013. Seasonal necrophagous insect community assembly during vertebrate carrion decomposition. J. Med. Entomol. 50: 440-450.

117.      [2]Sanford, M.R., J.K. Olson, W.J. Lewis, and **J.K. Tomberlin**. 2013. The effect of sucrose concentration on olfactory-based associative learning in *Culex quinquefasciatus* Say (Diptera: Culicidae). J. Insect Behavior 26: 494-513.

118.      [2]Pechal, J.L., T.L. Crippen, A.M. Tarone, A.J. Lewis, **J.K. Tomberlin**, M.E. Benbow. 2013. Microbial community functional change during vertebrate carrion decomposition. Plos One 8(11): e79035.

119.      **Tomberlin, J.K.,** T.L. Crippen, A.M. Tarone, B. Singh, K. Adams[4], Y.H. Rezenom, M.E. Benbow, M. Flores[2], M. Longnecker, J.L. Pechal, D.H. Russell, R.C. Beier, and T.K. Wood. 2012. Interkingdom responses of flies to bacteria mediated by fly

Tomberlin CV 2019

physiology and bacterial quorum sensing. Animal Behav. 84: 1449-1456.

120.     Vergara-Pineda, S., H. De León-Múquiz, O. García-Martínez, M. Cantú-Sifuentes, J. Landerros-Flores, and **J. K. Tomberlin**. 2012. Dispersión espacial de larvas de *Lucilia sericata* y *Calliphora coloradensis* (Diptera: Calliphoridae) en etapa de postalimentación. Revista Colombiana de Entomología 38: 97-99.

121.     [3]Holmes, L.A., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2012. Relative humidity effects on the life history of *Hermetia illucens* (Diptera: Stratiomyidae). Environ. Entomol. 41: 971-978.

122.     Ma, Q., W. Liu[2], A.T. Fields, M.L. Pimsler[2], A.M. Tarone, T.L. Crippen, **J.K. Tomberlin**, and T.K. Wood. 2012. *Proteus mirabilis* interkingdom swarming signals attract blow flies. NATURE Int. Soc. Micro. Ecol. J. 6: 1356-1366.

123.     **Tomberlin, J.K.**, J.H. Byrd, J.R. Wallace, and M.E. Benbow. 2012. Assessment of decomposition studies indicates need for standardized and repeatable research methods in forensic entomology. J. Forensic Res.  3: doi: 10.4172/2157-7145.1000147.

124.     Crippen, T.C., L. Zheng[5], C. Sheffield, **J.K. Tomberlin**, R. Beier, and Z. Yu. 2012. Transient gut retention and persistence of *Salmonella* through metamorphosis in the lesser mealworm, *Alphitobius diaperinus* (Coleoptera: Tenebrionidae). J. Applied Microbiol. 112: 920-926.

125.     [5]Zheng L, T.C. Crippen, C.L. Sheffield, T.L. Poole, Z. Yu, and **J.K. Tomberlin**. 2012.  Evaluation of *Salmonella* movement through the gut of the lesser mealworm, *Alphitobius diaperinus* (Coleoptera: Tenebrionidae). Vector-Borne Zoo. Dis. 12: 287-292.

126.     [4]Littlefield, K.A., J.P. Muir, B.D. Lambert, and **J.K. Tomberlin**. 2011. Condensed tannins inhibit house fly (Diptera: Muscidae) development in livestock manure. Environ. Entomol. 40: 1572-1576.

127.     [2]Pechal, J.L., M.E. Benbow, and **J.K. Tomberlin**. 2011. *Merope tuber* Newman (Mecoptera: Meropeidae) collected in association with carrion in Green County, Ohio, USA: an infrequent collection of an elusive species. Am. Midl. Nat. 166- 453-457.

128.     [2]Sanford, M.R., and **J.K. Tomberlin**. 2011. Conditioning individual mosquitoes to an odor: sex, source, and time. Plos One 6: e24218.

129.     Yu, G., Y. Chen, Y. Li, Z. Yang, Y. Chen, and **J.K. Tomberlin**. 2011. Inoculation of poultry manure with companion bacteria influences growth and development of black soldier fly (Diptera: Stratiomyidae) larvae. Environ. Entomol. 30-35.

130.     Sealey, W.M., T.G. Gaylord, F.T. Barrows, **J.K. Tomberlin**, M.A. McGuire, C. Ross, and S. St-Hilaire. 2011. Sensory analysis of rainbow trout, *Oncorhynchus mykiss*, fed enriched black soldier fly prepupae, *Hermetia illucens*. J. World Aqua. Soc. 42: 34-45.

131.     Li, Q., L. Zheng, N. Qiu, H. Cai, **J.K. Tomberlin**, and Z. Yu. 2011. Bioconversion of dairy manure by black soldier fly (Diptera: Stratiomyidae) for biodiesel and sugar production. Waste Manag. 31: 1316-1320.

132.     **Tomberlin, J.K.**, R. Mohr[2], M.E. Benbow, A.M. Tarone, and S. VanLaerhoven. *Invited paper* 2011. Forensic entomology response to National Research Council report on forensic sciences: a roadmap for bridging basic and applied research. Annu. Rev. Entomol. 56: 401-421.

133.     **Tomberlin, J.K.**, M.E. Benbow, A. Tarone, and R. Mohr[2]. *Invited paper* 2011. Evolutionary ecology approaches in decomposition research enhances forensics: entomology as a case example. Trends Ecol. Evol. 26: 53-55.

134.     [2]Sanford, M.R., [1]J.L. Pechal, and **J.K. Tomberlin**. 2011. Effects of rehydration on blow fly (Diptera: Calliphoridae) larvae. J. Med. Entomol. 48: 118-125.

135.     Zhang, J., L. Huang, J. He, **J. K. Tomberlin**, J. Li, C. Lei, M. Sun, Z. Liu, and Z. Yu. 2010. An artificial light source influences mating and oviposition of black soldier flies, *Hermetia illucens*. J. Insect Sci. 10: 202 available online: insectscience.org/10.202.

136.     [3,5]Núñez-Vázquez, C., **J.K. Tomberlin**, and O. Garcia-Martínez. 2010. First record of *Calliphora grahami* from Mexico. Southwestern Entomol. 35: 313-316.

137.     [1]Boatright, S.A. and **J.K. Tomberlin**. 2010. Effects temperature and tissue type on the development of *Cochliomyia macellaria* (Diptera: Calliphoridae). J. Med. Entomol. 47: 917-923.

138.     [1]Cammack, J.A. P.H. Adler**, J.K. Tomberlin**, Y. Arai, and W.C. Bridges, Jr. 2010. Influence of parasitism and soil compaction on pupation of the green bottle flow *Lucilia sericata* (Meigen) (Diptera: Calliphoridae). Entomol. Exper. Appl. 136: 134-141.

139.     [2]Sanford, M.R., M. Flores[2], L. Holmes[3], L. Zheng, C. Fellows, and **J.K. Tomberlin**. 2009. Observations on the oriental latrine fly, *Chrysomya megacephala*, in the McFaddin National Wildlife Refuge, Sabine Pass, Texas. Southwestern Entomol. 35: 109-111.

140.     Rains, G.C., D. Kulasiri, Z. Zhou, S. Samarasinghe, **J.K. Tomberlin**, and D.M. Olson. *Invited paper* 2009. Synthesizing neurophysiology, genetics, behaviour, and learning to produce whole-insect programmable sensors to detect volatile chemicals. Biotechnol. Gen. Eng. Rev. 26: 191-216.

141.     **Tomberlin, J.K.**, P.H. Adler, and H. Myers. 2009. Development of black soldier fly (Diptera: Stratiomyidae) in relation to temperature. Environ. Entomol. 38: 930-934.

142.     Boyd, E.S., **J.K. Tomberlin**, T.R. McDermott, and G.G. Geesey. 2009.

Tomberlin CV 2019

Methylmercury enters an aquatic food web through acidophilic microbial mats in Yellowstone National Park, Wyoming. Environ. Microbiol. 11: 950-959.

143.     [1]Pechal, J.L., J. Austin, R. Gold, and **J.K. Tomberlin**. 2008. Genetic analysis of *Periplaneta americana* (Blattodea: Blattidae) in central Texas using the ITS1 region. J. Agric. Urban Entomol. 25: 179-191.

144.     [1]Liu, Q., J. Brady, [2]M.R. Sanford, Z. Yu, and **J.K. Tomberlin**. 2008. Black soldier fly (Diptera: Stratiomyidae) larvae reduce *Escherichia coli* in dairy manure. Environ. Entomol. 37: 1525-1530.

145.     **Tomberlin, J.K.,** G.C. Rains, and M.R. Sanford[2]. *Invited paper.* 2008. A review of associative learning by *Microplitis croceipes* (Hymenoptera: Braconidae): potential for development of biological sensors. Entomol. Exper. Appl. 128: 249-257.

146.     Rains, G.C., **J.K. Tomberlin**, and D. Kulasiri. *Invited paper.* 2008. Sniffer insects: bee, hawkmoth, and wasp biosensors. Trends Biotechnol. 26: 288-294.

147.     **Tomberlin, J.K.,** D. Richman, and H.M. Myers. 2008. Susceptibility of *Alphitobius diaperinus* (Panzer) (Coleoptera: Tenebrionidae) from broiler facilities in Texas, U.S.A. to four insecticides. J. Econ. Entomol. 101: 480-483.

148.     [1]Myers, H., **J.K. Tomberlin**, B. Lambert, and D. Kattes. 2008. Development of the black soldier fly on dairy manure. Environ. Entomol. 37: 11-15.

149.     **Tomberlin, J.K.**, K.H. Lohmeyer, and D. Kattes. 2007. Treatment of pastures with diflubenzeron suppresses horn fly, *Haematobia irritans* (Diptera: Muscidae) development. J. Agric. Urban Entomol. 24: 95-101.

150.     [1]Pechal, J.L., J. Austin, R. Gold, and **J.K. Tomberlin**. 2007. Epidemiology and spatial relationship of bacteria associated with *Periplaneta americana* (Blattodea: Blattidae) in central Texas. J. Agric. Urban Entomol. 24: 205-216.

151.     St-Hilaire, S., K. Cranfill, M.A. McGuire, E.E. Mosley, **J.K. Tomberlin**, L. Newton, W. Sealey, C. Sheppard, and S. Irving. 2007.  Fish offal recycling by the black soldier fly produces a foodstuff high in Omega-3 fatty acids. J. World Aqua. Soc. 38: 309-313.

152.     St-Hilaire, S., C. Sheppard, **J.K. Tomberlin**, M. McGuire, E.E. Mosley, S. Irving, L. Newton, R. Hardy, and W. Sealey. 2007. Fly Prepupae as a feedstuff for rainbow trout, *Oncorhynchus mykiss*. J. World Aqua. Soc. 38: 59-67.

153.     **Tomberlin, J.K.,** A.M. Albert, J.H. Byrd, and D.W. Hall. 2006.  Interdisciplinary workshop yields new entomological data for forensic sciences: *Chrysomya rufifacies* (Macquart) (Diptera: Calliphoridae) established in North Carolina, U.S.A. J. Med. Entomol. 43: 1287-1288.

Tomberlin CV 2019

154.    **Tomberlin, J.K.**, G.C. Rains, S.A. Allan, M.R. Sanford[2,] and W.J. Lewis. 2006. Associative learning of odor with food or blood-meal by *Culex quinquefasciatus* Say (Diptera: Culicidae). Naturwissenschaften 93: 551-556.

155.    **Tomberlin, J.K**, M. Tertuliano, G.C. Rains, and W.J. Lewis. 2005. Conditioned *Microplitis croceipes* Cresson (Hymenoptera: Braconidae) detect and respond to 2,4-DNT: development of a biological sensor. J. For. Sci. 50: 1187-1190.

156.    Tertuliano, M., **J.K. Tomberlin**, Z. Jurkevic, G. Rains, D. Wilson, and W.J. Lewis. 2005. Fungal age and media type affect the ability of conditioned *Microplitis croceipes* (Hymenoptera: Braconidae) to distinguish between aflatoxin and non-aflatoxin fungus strains.  Chemoecol. 15: 89-95.

157.    **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce.  2005.  Colonization of pig carrion by the black soldier fly (Diptera: Stratiomyidae). J. For. Sci. 50: 152-153.

158.    Rains, G.C., **J.K. Tomberlin**, M. D'Alessandro, and W.J. Lewis. 2004. Limits of volatile chemical detection of a parasitoid wasp, *Microplitis croceipes*, and an electronic nose: a comparative study. Trans. of the ASAE 47: 2145-2152.

159.    **Tomberlin, J.K.**  2004.  Biological control and invasive species management in the United States: a student debate.  American Entomol.  49: 238-249.

160.    **Tomberlin, J.K.** and D.C. Sheppard.  2002. Factors influencing mating and oviposition of black soldier flies (Diptera: Stratiomyidae) in a colony.  J. Entomol. Sci. 37: 345-352.

161.    Sheppard, D.C., **J.K. Tomberlin**, J.A. Joyce, B.C. Kiser, and S.M. Sumner. 2002. Rearing and colony maintenance of the black soldier fly, *Hermetia illucens* (L.) (Diptera: Stratiomyidae).  J. Med. Entomol.  39: 695-698.

162.    Wells, J.D., M.L. Goff, **J.K. Tomberlin**, and H. Kurahashi.  2002.  Molecular systematics of the endemic Hawaiian blowfly genus *Dyscritomyia* Grimshaw, (Diptera: Calliphoridae).  Med. Entomol. Zool. 53: 231-238.

163.    **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce.  2002. Susceptibility of the black soldier fly (Diptera: Stratiomyidae) to four pesticides. J. Econ. Entomol. 95: 598-602.

164.    **Tomberlin, J.K.**, D.C. Sheppard, and J.A. Joyce.  2002.  A comparison of selected life history traits of the black soldier fly (Diptera: Stratiomyidae) when reared on three diets.  Ann. Entomol. Soc. Amer.  95: 379-387.

165.    **Tomberlin, J.K.** and D.C. Sheppard. 2001.  Lekking behavior of the black soldier fly, *Hermetia illucens* (Diptera: Stratiomyidae).  Florida Entomol.  84: 729-730.

Tomberlin CV 2019

166.    **Tomberlin, J.K.,** W.K. Reeves, and D.C. Sheppard.  2001. First record of *Chrysomya megacephala* (Diptera: Calliphoridae) in Georgia, USA.  Florida Entomol. 84: 300-301.

167.    **Tomberlin, J.K.** and P.H. Adler.  1998.  Colonization and decomposition of rat carrion in water and on land in South Carolina.  J. Med. Entomol.  35: 704-709.

168.    **Tomberlin, J.K.** 1997.    Mating behavior of *Dasymutilla occidentalis* (Hymenoptera: Mutillidae).  Entomol. News 108:  310-311.

## PUBLICATIONS (NONREFEREED)

1.  **Tomberlin, J.K.** and T.L. Crippen. 2015. Forensic microbiology from an entomological perspective. The Microbiologist 16: 22-25.

2.  Mondor, E.B., M.N. Tremblay, **J.K. Tomberlin**, M.E. Benbow, A.M. Tarone, and T.L. Crippen.  2012.  The ecology of carrion decomposition. NATURE Scitable. http://www.nature.com/scitable/knowledge/library/the-ecology-of-carrion-decomposition-84118259

3.  **Tomberlin, J.K.,** J. Wallace, and J.H. Byrd. October 2006.  Forensic entomology: myths busted! Forensic Magazine 3: 10-14.

4.  **Tomberlin, J.K.** and K.H. Loehmeyer. 2006. Suppressing stable fly and horn fly populations. The Cattleman Magazine 92(11): 8-9.

5.  Sheppard, C., **J.K. Tomberlin**, and G.L. Newton.  1998.  Use of soldier fly larvae to reduce manure, control house fly larvae, and produce high quality feedstuff. Proc. Nat. Poultry Waste Management Symposium 6:  405-409.

## PROCEEDINGS (REFEREED)

1.  Stamper, T.I., E.M. Buday, and **J.K. Tomberlin**. 2014. Cognitive bias in forensic entomology: A life history approach to assessing impact. Proc. Amer. Acad. Foren. Sci. 20: 376-377.

2.  Crippen, T.L., M.E. Benbow, A.M. Tarone, T.K. Wood, and **J.K. Tomberlin**. 2014. Quorum sensing regulates blow fly attraction and colonization of human remains: greater insight into the pre-colonization interval. Proc. Amer. Acad. Foren. Sci. 20: 365.

3.  Crippen, T.L., M.E. Benbow, J. Pechal, B. Singh[6], **J.K. Tomberlin**, A.M. Tarone, S.E. Dowd, R. Rohde, and M. Burke. 2014. Swine as a model for decomposition: a comparison of postmortem microbiomes. Proc. Amer. Acad. Foren. Sci. 20: 362-363.

4.  [6]Singh, B., T.L. Crippen, A.M. Tarone, J. Pechal, M.E. Benbow, M. Burke, R. Rohde, and **J.K. Tomberlin**. 2014. Utility of bacteria with human cadavers in estimation of postmortem interval (PMI). Proc. Amer. Acad. Foren. Sci. 20: 360-361.

Tomberlin CV 2019

5. Benow, M.E., J. Pechal, B. Singh[6], **J.K. Tomberlin**, M. Burke, R. Rohde, and T.L. Crippen. 2014. An initial assessment of the structure and function of the postmortem human microbiome: Forensic applications. Proc. Amer. Acad. Foren. Sci. 20: 360.

6. Tarone, A.M., B. Singh[6], L. Zheng[5], T.L. Crippen, A.T. Fields, Z. Yu, Q. Ma, T.K. Wood, S.E. Dowd, M. Flores[2], and **J.K. Tomberlin**. 2014. Just how filthy are maggots? Bacteria associated with the blow fly sister species *Lucilia sericata* and *Lucilia cuprina* (Diptera: Calliphoridae). Proc. Amer. Acad. Foren. Sci. 20: 359-360.

7. **Tomberlin, J.K**. M.E. Benbow, and D.O. Carter. 2014. Microbes and decomposition: foundation in decomposition ecology and forensic application. Proc. Amer. Acad. Foren. Sci. 20: 357-358.

8. Pechal, J.L., T.L. Crippen, M.E. Benbow, B. Singh[6], A.M. Tarone, and **J.K. Tomberlin**. 2014. Collecting microbial evidence from cadavers: techniques and implications of using bacterial communities in decomposition estimates. Proc. Amer. Acad. Foren. Sci. 20: 357.

9. [2]Pimsler, M.L., S.-H., Sze, **J.K. Tomberlin**, and A.M. Tarone. 2013. Analysis of de novo transcriptome of immature *Chrysomya rufifacies* (Diptera: Calliphoridae) to investigate sexually dimorphic patterns of gene expression and their role in mPMI estimates with a forensically important fly. Proc. Amer. Acad. Foren. Sci. 19: 384-385.

10. [2]Pimsler, M.L., S.-H., Sze, **J.K. Tomberlin**, and A.M. Tarone. 2013. Pathways in an organism with monogenic sex determination.  Proceedings of the Drosophila Research Conference.

11. Pechal, J. L., M.E. Benbow, T.L. Crippen, A.M. Tarone, and **J.K. Tomberlin.** 2012. Invertebrate species diversity, richness, and evenness indicate delayed colonization of remains. Proc. Amer. Acad. Foren. Sci.

12. Benbow, M.E., A.J. Lewis, J.L. Pechal, T. Blair, M.C. Berg, M.F. Diaz, **J.K. Tomberlin**, T.L. Crippen, and A.M. Tarone. 2012. The microbial ecology of carcass decomposition between habitats and through time. Proc. Amer. Acad. Foren. Sci.

13. **Tomberlin, J.K**., and J.H. Byrd. 2010. Development of standard operating procedures for conducting arthropod succession studies: improving postmortem estimates through ecology. Proc. Amer. Acad. Foren. Sci. 16: 308.

14. Benbow, M.E., **J.K. Tomberlin**, T.L. Crippen, A. Lewis, and J. Pechal[1]. 2010. Using Biolog EcoPlates™ as an economical approach to determining postmortem body dump sites through microbial community level physiological profiling. Proc. Amer. Acad. Foren. Sci. 16: 309.

15. **Tomberlin, J.K.**, M.E. Benbow, T.L. Crippen, C. Owings[4], F.I. Ortiz[4], and J.C. Ross.[4] 2010. Microbes associated with decomposing remains regulate insect colonization. Proc. Amer. Acad. Foren. Sci. 16: 309-310.

Tomberlin CV 2019

16. [3]Holmes, L.A., S.L. VanLaerhoven, and **J.K. Tomberlin**. 2010. Lower temperature threshold for black soldier fly (Diptera: Stratiomyidae) egg and adult eclosion. Proc. Amer. Acad. Foren. Sci. 16: 310.

17. Benbow, M.E., **J.K. Tomberlin**, and R. Mohr. 2009. A new framework for guiding research in forensic entomology: improving the science relevant to pmi estimation. Proc. Amer. Acad. Foren. Sci. 15: 267-268.

18. Boatright, S.A. and **J.K. Tomberlin**. 2009. Associative learning of *Cochliomyia macellaria* in response to larval resource: inter- and intraspecific resource interaction, and present of inter- and intraspecific larvae on a resource. Proc. Amer. Acad. Foren. Sci. 15: 272-273.

19. Bright, L.A., **J.K. Tomberlin**, and R. Gold. 2009. Feeding patterns of American (*Periplaneta americana*) and German (*Blattella germanica*) cockroaches on pig skin. Proc. Amer. Acad. Foren. Sci. 15: 270-271.

20. Brundage, A.L. and **J.K. Tomberlin**. 2009. Attraction of two forensically important fly species: *Chrysomya rufifacies* (Macquart) and *Cochliomyia macellaria* (Fabricius) to inter- and intraspecific eggs. Proc. Amer. Acad. Foren. Sci. 15: 271.

21. Cammack, J.A., P.H. Adler, **J.K. Tomberlin**, Y. Arai, and W.C. Bridges. 2009. The effect of soil compaction on pupation depth of *Lucilia sericata* in soil. Proc. Amer. Acad. Foren. Sci. 15: 270.

22. Christiansen, J.R. and **J.K. Tomberlin**. 2009. Three dimensional polygonal model visualization of *Lucilia sericata* from SEM and stereomicroscopic data. Proc. Amer. Acad. Foren. Sci. 15: 274.

23. Dooley, M.K. and **J.K. Tomberlin**. 2009. Attraction and repellance of blow flies to intra- and interspecific fecal bacteria. Proc. Amer. Acad. Foren. Sci. 15: 273-274.

24. Mohr, R.M. and **J.K. Tomberlin**. 2009. Pattern of adult blow fly attraction to carrion over time.  Proc. Amer. Acad. Foren. Sci. 15: 269-270.

25. Ortiz, F.I. and **J.K. Tomberlin**. 2009. Effects of resource age and sterilization on the attraction of *Cochliomyia macellaria* (Fabricius) and *Chrysomya rufifacies* (Macquart). Proc. Amer. Acad. Foren. Sci. 15: 271-272.

26. Pechal, J.L., A.L. Brundage, E.T. Brandt, C.L. Parks, **J.K. Tomberlin**, and J. Melbye. 2009. First insect succession study on a human cadaver in Texas. Proc. Amer. Acad. Foren. Sci. 15: 285.

Tomberlin CV 2019

27. Rains, G.C., B. Alexander, **J.K. Tomberlin**, and J. Melbye. 2009. Comparison of biological sensors to detect human remains: canine versus hymenopteran. Proc. Amer. Acad. Foren. Sci. 15: 285-286.

28. Sanford, M.R., J.L. Pechal, and **J.K. Tomberlin**. 2009. Rehydrating dried blow fly larvae to reclaim their usefulness in forensic investigations. Proc. Amer. Acad. Foren. Sci. 15: 269.

29. Albert, M., **J.K. Tomberlin**, and C. Johnson. 2006. Observations of decomposition in southern coastal North Carolina. Proc. Amer. Acad. Foren. Sci. 12: 309.

30. Kimbirauskas, R.K., R.W. Merritt, E.M. Benbow, J.R. Wallace, and **J.K. Tomberlin**. 2005. An instructional dvd on collecting entomological evidence for court. Proc. Amer. Acad. Foren. Sci. 11: 254-255.

31. **Tomberlin, J.K.** A.M. Albert, J.H. Byrd, and D.W. Hall. 2005. Interdisciplinary forensic science workshops: a venue for data collection. Proc. Amer. Foren. Sci. 11: 334.

32. **Tomberlin, J.K.**, J. Wallace, and J.H. Byrd. 2004. The state of forensic entomology. Proc. Amer. Acad. Foren. Sci. 10: 257-258.

33. **Tomberlin, J.K.**, W.J. Lewis, M. D'Alessandro, M. Tertuliano. 2002 Detection of chemical signals by the parasitic wasp *Microplitis croceipes*. Proc. Amer. Acad. Foren. Sci.8: 204.

34. **Tomberlin, J.K.** 1998. Diptera colonization of rat carrion in submerged and terrestrial environments in upstate South Carolina. Proc. Amer. Acad. Foren. Sci. 4:145.

## PUBLICATIONS (EXTENSION)

1. **Tomberlin, J.K.** and B. Drees. 2007. Poultry pest management. Texas Cooperative Extension, Texas A&M University.

2. **Tomberlin, J.K.** 2006. ER-026. Controlling blow flies. Texas Cooperative Extension, Texas A&M University.

3. **Tomberlin, J.K.** 2006. ER-025. Controlling house flies. Texas Cooperative Extension, Texas A&M University.

4. [1,3]Sanford, M.R. and **J.K. Tomberlin**. 2006. EEE-00033. Preventing west nile virus infection in horses. Texas Cooperative Extension, Texas A&M University.

5. **Tomberlin, J.K.** and G. Schuster. 2005. EEE-00032. Suppressing blow fly populations in homes and retail stores. Texas Cooperative Extension, Texas A&M University.

6. **Tomberlin, J.K.** and C. Bogran. 2005. EEE-00031. Suppressing house fly populations in homes and retail stores. Texas Cooperative Extension, Texas A&M University.

Tomberlin CV 2019

7. **Tomberlin, J.K.** and C. Bogran. 2004. E-224. Parasitoids for controlling house flies in confined animal facilities. Texas Cooperative Extension, Texas A&M University.

8. **Tomberlin, J.K. and G. Schuster. 2004. EEE-00011.** Suppression of arthropod pests on small flocks of domestic fowl in Texas. Texas Cooperative Extension, Texas A&M University.

9. **Tomberlin, J.K.**, J.R. Wallace, and J.K. Olson. 2004. EEE-0004. Forensic entomology: proper collection, preservation, and shipment of entomological evidence. Texas Cooperative Extension, Texas A&M University.

10. **Tomberlin, J.K.**, J.R. Wallace, and J.K. Olson. 2004. EEE-0003. Forensic entomology: history and application of entomology in forensic investigations. Texas Cooperative Extension, Texas A&M University.

11. **Tomberlin, J.K.** 2004. EEE-0001. Black soldier fly, *Hermetia illucens* (L.), in confined animal facilities. Texas Cooperative Extension, Texas A&M University.

12. **Tomberlin, J.K.** 2004. E-212. Suppression of stable fly populations on cattle. Texas Cooperative Extension, Texas A&M University.

13. **Tomberlin, J.K.** 2004. E-208. Suppression of horn fly populations on cattle. Texas Cooperative Extension, Texas A&M University.

## DVD AND VIDEOS

1. Kimbirauskas, R.K., R.W. Merritt, **J.K. Tomberlin,** M.E. Benbow, and J.R. Wallace, 2008. Forensic entomology: collection and preservation of entomological evidence for court.

## BOOKS

1. Byrd, J.H., and **J.K. Tomberlin** [eds.]. 2020. Forensic Entomology: The Utility of Arthropods in Legal Investigations. CRC Press, Boca Raton, Florida. 586 pp.

2. Van Huis, A. and **J.K. Tomberlin** [eds]. 2017. Insects as Food and Feed from Production to Consumption. Wageningen Academic Publishers, Wageningen, Netherlands. 447 pp.

3. Carder, D.O., **J.K. Tomberlin**, M.E. Benbow, and J.L. Metcalf [eds]. 2017. Forensic Microbiology. Wiley Press, Hobokan, New Jersey. 424 pp.

4. Benbow, M.E., **J.K. Tomberlin**, and A.M. Tarone [eds]. 2015. Carrion Ecology, Evolution, and Their Applications. CRC Press, Boca Raton, Florida. 577 pp.

5. **Tomberlin, J.K.**, and M.E. Benbow [eds]. 2015. Forensic Entomology: International Dimensions and Frontiers. CRC Press, Boca Raton, Florida. 468 pp.

6. Davis, G.G., A.C. Gruszecki, J.K. Pinckard, **J.K. Tomberlin**, and V.W. Weedn [eds]. 2012. Forensic Pathology/Biology: American Academy of Forensic Sciences Reference Series - Five Years of Research and Case Study Proceedings. (S. Bynoe, L. Liptai, A. Warren [eds.]). American Academy of Forensic Sciences, Boulder, Colorado. 504 pp.

7. Weedn, V., G. Davis, **J.K. Tomberlin**, and L. Liptai [eds]. 2011. Forensic Pathology/Biology, Volume 1. American Academy of Forensic Sciences, Boulder, Colorado. 577 pp.

8. Weedn, V., G. Davis, **J.K. Tomberlin**, and L. Liptai [eds]. 2011. Forensic Pathology/Biology, Volume 2. American Academy of Forensic Sciences, Boulder, Colorado. 508 pp.

## BOOK CHAPTERS

1. Byrd, J.H., and **J.K. Tomberlin**. 2020. Insects of forensic importance. *In:* Forensic Entomology: The Utility of Arthropods in Legal Investigations. J.H. Byrd and **J.K. Tomberlin** (eds). CRC Press, Boca Raton, Florida.

2. Sanford, M.R., J.H. Byrd, **J.K. Tomberlin**, and J.R. Wallace. 2020. Entomological evidence collection methods: American Board of Forensic Entomology approved protocols. *In:* Forensic Entomology: The Utility of Arthropods in Legal Investigations. J.H. Byrd and **J.K. Tomberlin** (eds). CRC Press, Boca Raton, Florida.

3. Byrd, J.H., and **J.K. Tomberlin**. 2020. Laboratory-rearing of forensic insects. *In:* Forensic Entomology: The Utility of Arthropods in Legal Investigations. J.H. Byrd and **J.K. Tomberlin** (eds). CRC Press, Boca Raton, Florida.

4. Puckett, R.T., and **J.K. Tomberlin**. 2020. Urban entomology. *In:* Forensic Entomology: The Utility of Arthropods in Legal Investigations. J.H. Byrd and **J.K. Tomberlin** (eds). CRC Press, Boca Raton, Florida.

5. Heo, C.C., N.A. Mahat, A.M. Tarone, and J**.K. Tomberlin** 2019. Interkingdom communication between bacteria and blow flies: An ecological consideration in forensic entomology. *In:* Scientific Approaches to Crime Investigations. N.A. Mahat and M.A.M. Huri (eds). Universiti Teknologi Malaysia, pp. 99-144.

6. Benbow, M.E., J.L. Pechal, **J.K. Tomberlin**, and H.R. Jordan. 2018. Interkingdom interactions in disease ecology. *In:* Advances in Environmental Microbiology, Volume 5: Connections between ecology and infectious disease. CJ Hurst (Ed), Springer, pp. 3-38.

7. Rajendran, K., K.C. Surendra, **J.K. Tomberlin**, and S.K. Khanal. 2018. Insect-based biorefinery for bioenergy and bio-based products. Waste Biorefinery: Potential and Perspectives. Elsevier Press, Maryland Heights, Missouri. Pages 657-659.

Tomberlin CV 2019

8. van Huis, A., and **J.K. Tomberlin**. 2017. Chapter 1. The potential of insects as food and feed. *In* Insects as Food and Feed from Production to Consumption. Wageningen Academic Publishers, Wageningen, Netherlands. Pg. 27-58.

9. **Tomberlin, J.K.** 2017. Industrialization of insect farming. *In* Insects as Food and Feed from Production to Consumption. Wageningen Academic Publishers, Wageningen, Netherlands. Pg. 226-228.

10. **Tomberlin, J.K.**, and J.A. Cammack. 2017. Black soldier fly: biology and mass production. *In* Insects as Food and Feed from Production to Consumption. Wageningen Academic Publishers, Wageningen, Netherlands. Pg. 230-246.

11. **Tomberlin, J.K.**, C. Holcomb, and S.K. van Leeuwen. 2017. Industrialization of house fly production for livestock feed. *In* Insects as Food and Feed from Production to Consumption. Wageningen Academic Publishers, Wageningen, Netherlands. Pg. 248-257.

12. van Huis, A., and **J.K. Tomberlin**. 2017. Future prospects of insects as food and feed. *In* Insects as Food and Feed from Production to Consumption. Wageningen Academic Publishers, Wageningen, Netherlands. Pg. 430-443.

13. Singh, B., T.L. Crippen, and **J.K. Tomberlin**. 2017. Chapter 5. An Introduction to Metagenomic data generation, analysis, visualization, and interpretation. *In* Forensic Microbiology. 1st ed. D.O. Carter, J.K. Tomberlin, M.E. Benbow, and J.L. Metcalf, editors. Wiley Press, Hobokan, New Jersey. Pg. 94-126.

14. **Tomberlin, J.K.**, M.E. Benbow, K.M. Barnes, and H.R. Jordan. 2017. Chapter 11. Arthropod-microbe interactions on vertebrate remains: Potential applications in the forensic sciences. *In* Forensic Microbiology. 1st ed. D.O. Carter, **J.K. Tomberlin**, M.E. Benbow, and J.L. Metcalf, editors. Wiley Press, Hobokan, New Jersey. Pg. 274-309.

15. Cortes Ortiz, J.A., A.T. Ruis, J-A. Morales-Ramos, M. Thomas, M.G. Rojas, **J.K. Tomberlin**, L. Yi, R. Han, L. Giroud, and R.L. Julien. 2016. Chapter 6: Insect Mass Production Technologies. *In* Insects as Sustainable Food Ingredients. A.T. Dossey, J.A. Morales-Ramos, M.G. Rojas, editors. Elsevier Press, Maryland Heights, Missouri. Pg. 153-196.

16. Benbow, M.E., **J.K. Tomberlin**, and A.M. Tarone. 2015. Introduction to Carrion Ecology, Evolution and Their Applications. *In* Carrion Ecology, Evolution, and Their Applications. 1st ed. M.E. Benbow, **J.K. Tomberlin**, and A.M Tarone, editors. CRC Press, Boca Raton, Florida. Pg. 3-12.

17. Jordan, H.R., **J.K. Tomberlin**, T.K. Wood, and M.E. Benbow. 2015. Chapter 20: Interkingdom Ecological Interactions of Carrion Decomposition. *In* Carrion Ecology, Evolution, and Their Applications. 433-460.

18. **Tomberlin, J.K.**, M.R. Sanford, M.L. Pimsler, and S.L. VanLaerhoven. 2015. Chapter 10: Vertebrate Carrion as a Model for Conducting Behavior Research. *In* Carrion Ecology, Evolution, and Their Applications. 1st ed. M.E. Benbow, **J.K. Tomberlin**, and A.M Tarone, editors. CRC Press, Boca Raton, Florida. Pg. 213-230.

19. Cammack, J.A., M.L. Pimsler, T.L. Crippen, and **J.K. Tomberlin**. 2015. Chapter 9: Chemical Ecology of Vertebrate Carrion. *In* Carrion Ecology, Evolution, and Their Applications. 1st ed. M.E. Benbow, **J.K. Tomberlin**, and A.M Tarone, editors. CRC Press, Boca Raton, Florida. Pg. 187-211.

20. Rains, G.C., **J.K. Tomberlin**, and R. Fencott. 2015. Chapter 25: Engineering and Forensic Entomology. *In* Forensic Entomology: International Dimensions and Frontiers. 1st ed. **J.K. Tomberlin** and M.E. Benbow, editors. CRC Press, Boca Raton, Florida. Pg. 317-330.

21. Sanford, M.E., **J.K. Tomberlin**, and S.L. VanLaerhoven. 2015. Chapter 26: Behavioral Ecology and Forensic Entomology. *In* Forensic Entomology: International Dimensions and Frontiers. 1st ed. **J.K. Tomberlin** and M.E. Benbow, editors. CRC Press, Boca Raton, Florida. Pg. 331-346.

22. **Tomberlin, J.K.**, and M.E. Benbow. 2015. Chapter 31: Current Global Trends and Frontiers. *In* Forensic Entomology: International Dimensions and Frontiers. 1st ed. **J.K. Tomberlin** and M.E. Benbow, editors. CRC Press, Boca Raton, Florida. Pg. 417-423.

23. **Tomberlin, J.K.** and M.R. Sanford. 2012. Chapter 6: Forensic Entomology and Wildlife. *In* Wildlife Forensics: Methods and Applications. 1st ed. J.E. Huffman and J.R. Wallace, editors. Wiley and Sons, New York, New York. Pg. 79-105.

24. Byrd, J.H., W.D. Lord, J.R. Wallace, **J.K. Tomberlin**, and N. Haskell. 2009. Chapter 3: Collection of entomological evidence during legal investigations. *In* Forensic Entomology: The Utility of Arthropods in Legal Investigations. 2nd ed. J.H. Byrd and J.L. Castner, editors. CRC Press, New York, New York. Pp. 127-176.

25. Byrd, J.H., and **J.K. Tomberlin**. 2009. Chapter 4: Laboratory rearing of forensic insects. *In* Forensic Entomology: The Utility of Arthropods in Legal Investigations.2nd ed. J.H. Byrd and J.L. Castner, editors. CRC Press, New York, New York. Pp. 177-200.

26. **Tomberlin, J.K.** and J. Talley. 2009. Chapter 15: Livestock entomology.  *In* Forensic Entomology: The Utility of Arthropods in Legal Investigations.2nd ed. J.H. Byrd and J.L. Castner, editors. CRC Press, New York, New York. Pp. 481-496.

27. **Tomberlin, J.K.** 2008. Chapter 3: Insects and Other Arthropods Associated with a Corpse. *In* Forensic Entomology: A Procedural Guide. 2nd ed. N. Haskell and R. Williams, editors. Joyce's Printshop, Clemson, South Carolina. Pp. 40-60.

28. **Tomberlin, J.K.**, J.R. Wallace, and J.H. Byrd. 2007. Forensic Entomology. *In* Forensic Investigation: Inside the Yellow Tape. 1st ed. L. Farr, ed. Hayden-McNeil Publishing, Plymouth, Michigan. Pp 311-327.

## FEATURED IN THE FOLLOWING VIDEOS (TELEVISION, RADIO, PODCAST, & INTERNET)

1. Bug protein could save the world's food supply from overpopulation. 2020. Observer. https://observer.com/2020/09/how-these-bugs-could-save-the-worlds-food-supply-from-overpopulation/

2. Fly farming is a mini-livestock industry poised to get big. 2020. Anthropocene Magazine. https://www.anthropocenemagazine.org/2020/07/fly-farming-is-a-mini-livestock-industry-poised-to-get-big/

3. Tomberlin, J., & Busch, S. 2020, April. Nature's garbage disposal transforms pecan waste. *Pecan South, 53*(2), pp. 6-13. https://www.pecansouthmagazine.com/magazine/article/conversion-of-pecan-waste-to-protein-for-use-as-livestock-poultry-and-aquaculture-feed/

4. Black soldier fly digestion of waste to produce products of value. 2020. Saul Spady Show, AM 770 HTTH, Seattle, Washington. https://mynorthwest.com/category/saul-spady-show/

5. Re-visiting an old question: Can black soldier fly outcompete houseflies? 2020. BugBitten. BMC. http://blogs.biomedcentral.com/bugbitten/2020/01/24/re-visiting-an-old-question-can-black-soldier-fly-outcompete-houseflies/

6. What is forensic entomology? 2019. AgriLife Today. https://today.agrilife.org/2019/10/22/what-is-forensic-entomology/

7. The food that can feed, and maybe save, the planet: Bugs. 2019. CNN. https://m.cnn.com/en/article/h_627a55a32d0a8bb381df59ff9578b4b5

8. You might not want to eat bugs. But would you eat meat that ate bugs? 2019. New York Times. https://www.nytimes.com/2019/09/21/climate/insects-animal-feed-climate-change.html

9. Bug appétit: The future of food isn't what you thought. And IUPUI will be leading the way. 2019. Indy Star. https://www.indystar.com/story/news/education/2019/09/23/edible-bugs-iupui-plans-center-insects-feed-food/2340982001/

10. Black soldier fly tech aims to simplify, specialized production. 2019. Feed Navigator. https://www.feednavigator.com/Article/2019/08/29/Black-soldier-fly-tech-aims-to-simplify-specialize-production?utm_source=newsletter_daily&utm_medium=email&utm_campaign=29-Aug-2019&c=rGzRYt4hkio2BejRAxt6LxqRqAKqoXW%2B&p2=

11. An interview with Jason H. Byrd and Jeffery K. Tomberlin, editors of Forensic Entomology: The Utility of Arthropods in Legal Investigation, Third Edition. Evidence

Tomberlin CV 2019

Technical Magazine. 2019. https://read.nxtbook.com/wordsmith/evidence_technology/fall_2019/expert_q_a_jason_h_byrd_jeffe.html?fbclid=IwAR1gIM0-QW8LaTrw78WmuqeUFehyVTLTVDmj2uw3svxzqCPH5Lzde6M1pkg

12. Insects as food. 2019. Doctor Radio's Internal Medicine at NYU School of Medicine with Dr. Ira Breite, SiriusXM.

13. Maggots: A taste of food's future. 2109. Washington Post. https://www.washingtonpost.com/business/2019/07/03/maggots-could-revolutionize-global-food-supply-heres-how/?utm_term=.d6199e8d95ce

14. Episode 2429-Dr. Jeff Tomberlin on Black Soldier Fly Compost Systems. 2019. The Survival Podcast. http://www.thesurvivalpodcast.com

15. No. 1 ranking in US for Texas A&M forensic and investigative sciences major. 2019. https://today.agrilife.org/2019/04/03/no-1-ranking-in-us-for-texas-am-forensic-and-investigative-sciences-major/

16. US Insect Feed Development: From Creepy Crawlies to High Quality Protein Ingredient. 2019. Feed Navigator. https://www.feednavigator.com/Article/2019/01/29/US-insect-in-feed-use-to-expand-to-new-species-ingredients

17. Podcast: Everything insects from forensic entomology to sustainable agriculture. 2018. Garden Success, KAMU, Texas A&M University (exact title not known at this time). http://fmstream.kamu.tamu.edu/Podcasts/GardenSuccess/2018/122718.mp3

18. Harvesting Death for Humanity's Benefit: Linking Microbial Communication with Insect Behavior. 2018. ADVANCED Distinguished Lecture series. Kansas State University. https://www.kstatecollegian.com/2018/11/28/advance-distinguished-lecture-series-welcomes-world-renowned-entomology-researcher/

19. Podcast: Black soldier fly expert panel discussion. 2018. Ento Nation. https://entonation.com/podcast-36-black-soldier-fly-expert-panel-discussion/

20. Podcast: Bright black soldier fly future. 2018. Ento Nation. https://entonation.com/podcast-16-bright-black-soldier-fly-future-dr-jeffery-tomberlin/

21. New faces of research: Food security and insects. 2018. https://www.healthline.com/health/food-security-and-insects/new-faces-of-research#1

22. Mexican pet food industry may be ready for insect protein. 2018. Petfood Industry. https://www.petfoodindustry.com/articles/7221-mexican-pet-food-industry-may-be-ready-for-insect-protein

Tomberlin CV 2019

23. Black soldier fly larvae in pet food also helps people. 2018. Pet Food News. https://www.petfoodindustry.com/articles/7089-black-soldier-fly-larvae-in-pet-food-also-help-people

24. Discuss insects as pet food ingredients at petfood forum. 2018. https://www.petfoodindustry.com/articles/7059-discuss-insects-as-pet-food-ingredients-at-petfood-forum

25. Podcast: Jeff Tomberlin on black soldier flies. 2017. Urban Farmer U. https://www.urbanfarm.org/2017/12/09/313-jeff-tomberlin/

26. How a 3-ton mess of dead pigs transformed this landscape. 2017. National Geographic. http://news.nationalgeographic.com/2017/09/dead-feral-pig-science-ecology/

27. In every murder, there are thousands of tiny witnesses. 2017. TONIC. https://tonic.vice.com/en_us/article/in-every-murder-there-are-millions-of-tiny-witnesses

28. Fly-egg profiling method reveals a corpse's 'time of death' faster. 2017. Chemical & Engineering News. http://cen.acs.org/articles/95/i25/Blow-fly-eggs-identified-by-chemical-signature.html

29. Nation's first NSF and NIJ jointly-supported forensic science center launched. 2017. The Eagle. http://www.theeagle.com/landandlivestockpost/agrilifetoday/nation-s-first-nsf-and-nij-jointly-supported-forensic-science/article_976e6e3e-b27c-5de9-87b0-3d2bb2e79870.html

30. For these entrepreneurs, cutting food waste starts in a maggot bucket. 2016. The Salt: What's on Your Plate, NPR. http://www.npr.org/sections/thesalt/2016/12/09/504960873/for-these-entrepreneurs-cutting-food-waste-starts-in-a-maggot-bucket?utm_source=facebook.com&utm_medium=social&utm_campaign=npr&utm_term=nprnews&utm_content=2041

31. Insects attack food waste and complete a missing link in the food chain. 2016. Rocky Mountain PBS News. http://www.rmpbs.org/blogs/news/insects-attack-food-waste-and-complete-a-missing-link-in-the-food-chain/

32. For this Colorado scientist, limiting food waste starts in a bucket of maggots. 2016. All Things Considered, KUNC. http://www.kunc.org/post/colorado-scientist-limiting-food-waste-starts-bucket-maggots

33. Carrion-eating mites can also tell the time of death. 2016. http://thepetridish.jimdo.com/the-team/jolene/

Tomberlin CV 2019

34. Roztocza to doskonali detektywi! Pomagają ludziom rozwiązywać zagadki kryminalne. 2016. http://www.national-geographic.pl/nauka/roztocza-to-doskonali-detektywi-pomagaja-ludziom-rozwiazywac-zagadki-kryminalne

35. Manure Entomology: Manure Management That Won't "But You." 2016. eXtension.org. http://articles.extension.org/pages/73664/manure-entomology:-manure-management-that-wont-bug-you

36. Hitchhiking mites can provide clues to forensic entomologists. 2016. Eurekalert. http://www.eurekalert.org/pub_releases/2016-01/esoa-hmc010616.php

37. Can mites determine post-mortem interval months after death? 2016. http://www.forensicmag.com/articles/2016/01/can-mites-determine-post-mortem-interval-months-after-death?et_cid=5041616&et_rid=669347553&location=top

38. Forensic entomologists mite start looking at acarids for clues. 2016. EntomologyToday. http://www.forensicmag.com/articles/2016/01/can-mites-determine-post-mortem-interval-months-after-death?et_cid=5041616&et_rid=669347553&location=top

39. Tiny witnesses: Microbes can tell when a murder victim died. National Public Radio. 2015. Forensic Magazine. http://www.npr.org/sections/health-shots/2015/12/10/458946375/tiny-witnesses-microbes-can-tell-when-a-murder-victim-died?sc=tw

40. Mosquitoes and Bacteria. 2015. Top of Mind with Julie Rose. BYU Radio. http://www.byuradio.org/episode/971239b4-8b94-49b6-a6e0-556773ba6558?playhead=1357&autoplay=true

41. New methods for suppressing mosquitoes. 2015. Texas State Radio Network. Melanie Brown, Reporter.

42. New method for mosquito control. 2015. National Public Radio, Austin, Texas. Alain Stephens, Reporter.

43. Texas A&M Researchers Found a Way to Keep Mosquitoes from Biting. KBTX Television, College Station, Texas. 2015. http://www.kbtx.com/home/headlines/Texas-AM-Researchers-Found-a-Way-to-Keep-the-Mosquitoes-from-Biting-314473891.html

44. Tricking mosquitoes. Hal and Brian in the Morning. 2015. WBAP NewTalk in the Morning. Dallas, Texas.

45. Gross or brilliant? Using Bugs to Feed the Animals We Eat. 2015. National Geo

46. graphic. http://video.nationalgeographic.com/video/news/150330-bugs-animal-feed-vin

Tomberlin CV 2019

47. Necriobiome. Radio New Zealand National. 2015. http://www.radionz.co.nz/national/programmes/thiswayup/audio/20172679/necrobiome

48. Introducing the maggot; nature's crimefighter. KXAN News, Austin, Texas. 2014. http://kxan.com/2014/11/27/introducing-the-maggot-natures-crimefighter-2/

49. Forensic Entomology. 2014. CoronerTalk. http://coronertalk.com

50. Forensic Entomology. 2014 The Seán Moncrieff Show. Newstalk Radio, Ireland.

51. Watch How Maggots Help Solve Crimes. National Geographic. 29 October 2014. http://news.nationalgeographic.com/news/2014/10/141029-maggot-flies-bodies-video-forensics-science/

52. Can Science Stop Crime? Nova Now, Public Broadcasting System. 17 October 2012. http://video.pbs.org/video/2290889235

53. 13 Secrets of Forensic Entomologists. 2017. Mental-floss. http://mentalfloss.com/article/91862/13-secrets-forensic-entomologists?utm_campaign=newsletter&utm_source=mf&utm_medium=02_07_17-article_1-91862

54. Love in the Time of Zika. 2016. The Stranger, Seattle, Washington. https://www.thestranger.com/feature/2016/05/11/24068596/love-in-the-time-of-zika

55. An Insect Ally? 2016. Yankton Daily Press & Dakotan. http://www.yankton.net/neighbors/article_4e723836-0903-11e6-95c5-63c29fb85b6c.html

56. To Stop Mosquito Bites, Silence Your Skin's Bacteria. 2015. http://www.smithsonianmag.com/science-nature/stop-mosquito-bites-silence-your-skins-bacteria-180955772/?utm_source=facebook.com&utm_medium=socialmedia

57. 11 Reasons to Love, Bacteria, Fungi, and Spores. 2015. http://www.smithsonianmag.com/science-nature/11-reasons-love-bacteria-fungi-and-spores-180955627/?no-ist

58. Black Soldier Flies as Recyclers of Waste and Possible Livestock Feed. 2015. Entomology Today. http://entomologytoday.org/2015/05/26/black-soldier-flies-as-recyclers-of-waste-and-possible-livestock-feed/

59. Meet the 'living dead': Forensic Scientists' New Weapon. 2015. British Broadcasting Company. http://www.bbc.com/future/story/20150317-the-tales-our-bacteria-tell

60. Crickets and pillbugs feed on human remains. News from Science. 20 January 2015. http://news.sciencemag.org/plants-animals/2015/01/crickets-and-pillbugs-feed-human-remains

Tomberlin CV 2019

61. Gross or brilliant? Using bugs to feed the animals we eat. National Geographic. 30 March 2015. http://video.nationalgeographic.com/video/news/150330-bugs-animal-feed-vin

62. This the Maggot: Nature's Crimefighter. Forensic Magazine. 11 December 2014. http://www.forensicmag.com/news/2014/12/maggot-natures-crimefighter?et_cid=4313406&et_rid=732592753&location=top

63. Watch How Maggots Help Solve Crimes. National Geographic. 29 October 2014. http://news.nationalgeographic.com/news/2014/10/141029-maggot-flies-bodies-video-forensics-science/

64. 7 bug and Spider Myths Squashed. National Geographic. 11 September 2014. http://voices.nationalgeographic.com/2014/09/11/bugs-animals-insects-spiders-mosquitoes-tarantulas-science-myths/

65. Research Resources. 2014. http://www.evidencemagazine.com/index.php?option=com_content&task=view&id=1759&Itemid=9. Evidence Technology Magazine 12: 16-22.

66. Corpses waste away at hill country 'farm'. 2012. http://www.mysanantonio.com/news/local_news/article/Corpses-waste-away-at-Hill-Country-farm-2439287.php#photo-1992574. San Antonio Express News.

67. Public Health Pests. February 2011. Pest Management Professional. Pp. 48. http://www.mypmp-digital.com/pmpdigital/201102?pg=50#pg50

68. Like Worms to a Bomb. 2010. Scienceline. http://www.scienceline.org/2010/11/like-worms-to-a-bomb/

69. Fighting for Scraps. 2010. ScienceWord. 67: 12-16.

70. Reliable, Relevant and Valid Forensic Science. 2010. Academy News, American Academy of Forensic Sciences. 40: 8&25.

71. Forensic Program Goes Beyond CSI. 2009. Spirit: The Texas A&M Foundation Magazine. 10: 6-7.

72. Sting Operation. 2008. Science News: Magazine of the Society for Science & the Public. 27 September.

73. Texas A&M's Forensics Program is About More than What's on 'CSI'. 2008. The Daily Morning News, Dallas, Texas. 13 April.

74. CSI: Degree in Investigation Sciences Teaches Skills for Any Career. Texas Aggie Magazine March/April 2008: 56-60.

Tomberlin CV 2019

75. Texas State Prof a Living Legend Among the Dead. 2006. The University Star, Texas State University. 30 March.

76. Suppressing Stable Fly and Horn Fly Populations. April 2006. The Cattleman. 92(11): 8-9.

77. Controlling Mosquitoes in an Urban Environment. Stephenville Tribune. 21 August 2005.

78. Grubby Research Promises Environmental and Economic Benefits. April 2005. The Cattleman. 91: 76 and 78.

79. Developing a Mosquito Abatement Program in Texas: Monitoring and predicting insecticide resistance. July 2004. Regional IPM Center 1(4): 3.

80. Phosphorous Study Funded. 29 July 2004. Stephenville Empire-Tribune, Stephenville, Texas.

81. Training course covers CSI protocol. 16 July 2004. News 14 Carolina, Charlotte, NC.

82. You Can't Spray Away Flies. May 2004. Dairy Herd Management Magazine. Pages 34-36.

83. Buggy, Scientist Studies Insects to Solve Crimes. 1 May 2004. The Big Sky: Bozeman Daily Chronicle, Bozeman, Montana.

84. Know Your Target. March 2003. Dairy Herd Management Magazine. Pages 45-48.

85. Where the bugs are: forensic entomology. 2001. The Scientist 15: 10.

86. Forensic Scientists Speak to Students on Their Profession. 6 April 2000. The Red & Black. Athens, Georgia.

87. Entomologist Probes Bugs for Clues in Deaths. 13 February 2000. The Atlanta Journal-Constitution. Atlanta, Georgia.

88. Solving Crime with Bugs, WALB, MSNBC. 3 February 2000. Albany, Georgia.

89. Maggots used For Autopsies. 10 December 1998. The Red & Black. Athens, Georgia.

90. Decomposition May Aid Authorities. 25 October 1995. The Messenger. Clemson, South Carolina.

**EXTENSION TRAINING/ASSISTANCE**
        **2006**

Tomberlin CV 2019

I gave a total of 78 presentations at 35 events in 2006.  Of those presentations, 61 were given at 28 extension events. The remaining 17 presentations were given at seven professional conferences held in the United States and Abroad.  I gave presentations at extension and professional meetings in Texas, Indiana, Wisconsin, Arizona, and Nevada. Countries other than the United States where I gave presentations include Haiti, China, and Italy. The presentations can be broken down into the following categories, 1) Texas Cooperative extension (28 presentations), 2) Master Gardeners (3 presentations), 4-H (2 presentations), public schools and colleges (9 presentations), private organizations, international sites, and workshops (19 presentations), professional meetings (17 presentations). Approximately 2,300 individuals were present for these presentations.

**2005**

I continued to develop a livestock extension program with extension agents in District 8.  I gave a total of 43 presentations in 2005 reaching over 2,800 individuals during extension events alone.  The presentations can be broken down into the following categories, 1) Texas Cooperative extension (19 presentations), 2) Master Gardeners (1 presentation), 4-H (2 presentations), public schools (6 presentations), private organizations and workshops (4 presentations), professional meetings (11 presentations).

**2004**

I worked with all 26 agents within Texas District 8, as well as with agents in Texas Districts 3, 11, 5 and 7 on either one or more of the following items, insect identification, development and implementation of result-demonstrations, CEU training, and general public education. I gave a total of 76 presentations including the following, kid summer camp (2), master gardeners (6), master naturalists (4), beef and dairy cattle (5), decomposition ecology (16).

**2003**

I worked with all 26 agents within Texas District 8 on insect identification, development and implementation of result-demonstrations, CEU training, and general public education. I gave a total of 27 presentations including the following, kid summer camp (2), master gardeners (3), master naturalist (1), beef and dairy cattle (9), grasshoppers (4), fire ants (4), forensic entomology (4).

## FORENSIC CASES (CONSULTANT)

Consulted on ~140 entomology-related in cases in Mexico, as well as North Carolina, South Carolina, Georgia, Kentucky, Arizona, Missouri, Oklahoma, New Mexico, Louisiana, Missouri, Massachusetts, Montana, Kentucky, Montana, and Texas.

## REFERENCES

Dr. Peter H. Adler                              Dr. Richard Merritt
Department of Entomology            Department of Entomology
Clemson University                          Michigan State University
114 Long Hall                                   243 Natural Science
Clemson, SC 29634                          E. Lansing, MI 48824
Phone: 864.656.5044                       Phone: 517.355.4663

Tomberlin CV 2019

Dr. Glen Rains
Department of Biological
and Agricultural Engineering
P.O. Box 748
Tifton, GA 31793-0748
Phone: 229.391.3735

Dr. Jim Muir
Department of Agronomy
Texas Agricultural Experiment Station
1229 N. U.S. Hwy. 281
Stephenville, TX 76401
Phone: 254.968.4144

**Rebuttal to Jeffrey D. Wells Report: An analysis of expert opinions offered by entomologists for the State of Nevada vs. Kristin Blaise LOBATO**

I was asked to offer a response to statements made by Dr. Wells in his report with the aforementioned title. I have reviewed the scientific literature as related to his comments and offer the following responses to select statements made. It should be noted the pdf was converted to a word document for ease of copying and pasting exact language offered by Dr. Wells. Omissions or modifications were not intentional but due to transferring information from pdf to word document.

**STATEMENT: Several published experiments with animal carcasses similarly demonstrated that blow flies did not immediately visit or deposit eggs on carrion even when environmental conditions appeared to be suitable for insect flight and location of the carrion. Two examples relevant to the expert testimony in *The State of Nevada vs. Kirstin Blaise Lobato* are summarized here.**

**RESPONSE:** Blow flies (Diptera: Calliphoridae) are common and often identified as forensic evidence associated with decomposing remains. In the matter of *The State of Nevada vs. Kirstin Blaise Lobato* and with regards to Wells' examples provided, the arrival patterns associated with the two studies out of Texas, USA ***were still within the window of time offered by the prosecution***. *Also,* ***weather conditions experienced during the two studies out of Texas were similar to those recorded in the Lobato case***.

Furthermore, the discussion of forensic entomology as related to the case in question should not be limited to just blow flies. Arthropods associated with decomposing human remains, or other vertebrate remains, are quite diverse (Payne (1965) documented **522 species** representing 3 phyla, 9 classes, 31 orders, 151 families, and 359 genera associated with decomposing swine in South Carolina, USA).

In the case of *The State of Nevada vs. Kirstin Blaise Lobato*, it does not appear that *any* arthropods were observed in association with the decedent. Considering the amount of time (approximately 0300 hours until 2200 hours on July 8, 2001) the remains were alleged by the prosecution to be present at the recovery site, one would conclude some arthropod activity would have been observed. This conclusion is based on a tremendous amount of research documenting arthropod community diversity and arrival patterns of key arthropods across diverse habitats and seasons globally (see table 1). It also should be noted that Wells has published information indicating support of the premise that arthropods arrive quickly at carrion.

*"Adults are extremely vagile and some species reach a carcass and oviposit within a few hours of death of the animal (Hall 1948)."* Quote taken from Wells and Greenberg (1992).

1

| Order: Family | Species | Arrival Post-Exposure | Location/ Season | Quote | Citation |
|---|---|---|---|---|---|
| Hymenoptera: Formicidae | *Solenopsis invicta* | **Within 2 hours** | Summer: August through October, Mississippi, USA | "Fire ants appeared on the control piglets within the first 2 h after exposure to the environment and accumulated in large numbers by 5−8 hours" | **Meyer, F., M. D. Monroe, H. N. Williams, and J. Goddard. 2020.** *Solenopsis invicta x richteri* (Hymenoptera: Formicidae) necrophagous behavior causes post-mortem lesions in pigs which serve as oviposition sites for Diptera. Forensic Science International: Reports 2: 100067. |
| Hymenoptera: Formicidae | *Solenopsis richteri* | **Within 2 hours** | Summer: August through October, Mississippi, USA | "Fire ants appeared on the control piglets within the first 2 h after exposure to the environment and accumulated in large numbers by 5−8 hours" | **Meyer, F., M. D. Monroe, H. N. Williams, and J. Goddard. 2020.** *Solenopsis invicta x richteri* (Hymenoptera: Formicidae) necrophagous behavior causes post-mortem lesions in pigs which serve as oviposition sites for Diptera. Forensic Science International: Reports 2: 100067. |
| Hymenoptera: Formicidae | *Solenopsis saevissima* | **In the first hours** | Summer: January and February, Universidade Federal do Maranhão, Brazil | "During stage S1, we found little odor caused by the decomposition of the carcasses and observed a low number of ants in the first hours of decomposition, mainly for the carcasses unexposed to the nests." | **Pereira, E. K. C., J. Andrade-Silva, O. Silva, C. L. C. Santos, L. S. Moraes, M. d. C. A. Bandeira, C. R. R. Silva, and J. M. M. Rebêlo. 2017.** *Solenopsis saevissima* (Smith)(Hymenoptera: Formicidae) activity delays vertebrate carcass decomposition. Sociobiology 64: 369-372. |
| Hymenoptera: Formicidae | *Tetramorium semilaeve* | **50 minutes** | Summer: July, Calabria, Italy | "Fifty minutes after carcass placement, about 30 workers of *Tetramorium semilaeve* were observed on the eye rims of the pig." | **Bonacci, T., T. Zetto Brandmayr, P. Brandmayr, V. Vercillo, and F. Porcelli. 2011.** Successional patterns of the insect fauna on a pig carcass in southern Italy and the role of *Crematogaster scutellaris* |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (Hymenoptera, Formicidae) as a carrion invader. Entomological Science 14: 125-132. |
| Hymenoptera: Formicidae | *Crematogaster scutellaris* | **90 minutes** | | "One hour and a half after carcass placement, about 60 workers of *Crematogaster scutellaris* (Fig. 3a, b) were observed feeding on the eyes of the pig (Fig. 3c)." | **Bonacci, T., T. Zetto Brandmayr, P. Brandmayr, V. Vercillo, and F. Porcelli. 2011.** Successional patterns of the insect fauna on a pig carcass in southern Italy and the role of *Crematogaster scutellaris* (Hymenoptera, Formicidae) as a carrion invader. Entomological Science 14: 125-132. |
| Hymenoptera: Formicidae | *Trichomyrmex mayri* | | Summer: May-July, Saudi Arabia, desert | "*Trichomyrmex mayri* (Forel) was the only ant species attracted to the carcasses placed in the desert site" "In contrast, the desert site attracted the lowest number of ants"<br><br>Temperatures for urban and desert sites were **40 to 45°C daily**, respectively. Ants were collected at remains on day one at both locations. | **Mashaly, A., M. R. Sharaf, M. Al-Subeai, F. Al-Mekhlafi, A. Aldawood, and G. Anderson. 2018.** Ants (Hymenoptera: Formicidae) attracted to rabbit carcasses in three different habitats. Sociobiology 65: 433-440. |
| Diptera: Calliphoridae, Sarcophagidae | | **Within 24 hours** | **Spring:** March, Texas | "On day one, the body was observed during burial at 1:30 PM and again at 4:30 and 9:00 PM. Initially, blowflies (Diptera: Calliphoridae) and fleshflies (Diptera: Sarcophagidae) were seen at the body. However, no feeding or oviposition was observed on or around the wound." | **Lindgren, N. K., S. R. Bucheli, A. D. Archambeault, and J. A. Bytheway. 2011.** Exclusion of forensically important flies due to burying behavior by the red imported fire ant (*Solenopsis invicta*) in southeast Texas. Forensic Science International 204: e1-e3. |
| Diptera: Calliphoridae | | **2-3 hours** | **Spring-Fall:** May, June, July, November, Tennessee, USA | "Adult blow flies were observed on the cadavers within 2 or 3 h after placement at the decay facility. Shortly afterwards the female blow flies were observed depositing eggs in the various facial cavities." | **W. Rodriguez and W. Bass,** "Insect Activity and its Relationship to Decay Rates of Human Cadavers in East Tennessee," Journal of Forensic Sciences 28, no. 2 (1983): 423-432. |
| Diptera: Calliphoridae, Sarcophagidae | | | **Spring, April:** Arizona, USA | "By April, no sarcophagids were active from 9 a.m. to about one hour before sunset. Observations made early in the morning and at sunset showed that both species were very active during these periods but disappeared after 9 a.m." | **Burger J (1965)** Studies on the succession of saprophagous Diptera on mammal carcasses in southern Arizona. MS Thesis, Univ Arizona |

| | | | | "During April, with increasing daytime temperatures, sarcophagids were active only in the early morning and just before sunset. *P. regina* and *P. sericata* were active when the sun was hottest from 9 a. m. to 5 p.m." "Maggot activity was evident within 24 hours…" "From data collected during April at a mean maximum temperature of 90°F *H. plinthopyga* and *S. cessator* were the first to invade the fresh carcasses…." | |
|---|---|---|---|---|---|
| Diptera: Calliphoridae, Sarcophagidae | | **5 minutes** | **Summer:** July, Hawaii, USA | "Adult Calliphoridae and Sarcophagidae were the first insects to arrive, within 5 min of exposure to the carcasses." | **Hewadikaram, K. A., and M. L. Goff. 1991.** Effect of Carcass Size on Rate of Decomposition and Arthropod Succession Patterns. The American Journal of Forensic Medicine and Pathology 12: 235-240. |
| Diptera: Calliphoridae | | **23 s to 4 min and 17 s** | **Summer:** June-August, New Jersey, USA | "Initial blow fly arrival times ranged from 23 s to 4 min and 17 s, with mean (±SE) arrival times of 1:02 min ± 21 s (R) and 2:40 min ± 26 s (U) (Table 1)." | **Weidner, L. M., M. A. Monzon, and G. C. Hamilton. 2016.** Death eaters respond to the dark mark of decomposition day and night: observations of initial insect activity on piglet carcasses. International Journal of Legal Medicine 130: 1633-1637. |
| Diptera: Calliphoridae | *Cochliomyia macellaria* | **10 minutes** | **Summer:** South Carolina, USA | "Calliphorids, chiefly *Cochliomyia macellaria*, (F.), arrived at the pig within 10 min after placement and began feeding at the umbilical cord and mouth." | **Payne, J. A. 1965.** A summer carrion study of the baby pig *Sus scrofa* Linnaeus. Ecology 46 592-602. |
| Diptera: Sarcophagidae | | **5 minutes** | **Summer:** South Carolina, USA | "Within 5 minutes after the fresh-frozen pigs were placed on the nylon screens within each cage, sarcophagids were observed on the carcasses." | **Payne, J. A. 1965.** A summer carrion study of the baby pig *Sus scrofa* Linnaeus. Ecology 46: 592-602. |
| Diptera: Calliphoridae, Sarcophagidae, Muscidae | | **Since the moment of death** | **Winter and Spring:** Coahuila, Mexico | "Since the moment of death, adult flies belonging to the families Calliphoridae, Sarcophagidae, and Muscidae were noted overflying and on the carcasses." | **Valdes-Perezgasga, M.T., F.J. Sanchez-Ramos, O. Garcia-Martinez, and G.S. Anderson. 2010.** Arthropods of forensic importance on pig carrion in the Coahuilan Semidesert, Mexico. |

| | | | | | Journal of Forensic Sciences 55: 1098-1011. |
|---|---|---|---|---|---|
| Diptera: Calliphoridae | *Lucilia eximia, Cochliomyia macellaria* | ~3-3.5 h – nocturnal under artificial light | **Spring and Summer:** Texas, USA | Reference Table 1 | Kirkpatrick, R. S., and J. K. Olson. 2007. Nocturnal light and temperature influences on necrophagous, carrion-associating blow fly species (Diptera: Calliphoridae) of forensic importance in Central Texas. Southwestern Entomologist 32: 31-36. |
| Diptera: Calliphoridae | *Lucilia sericata, Cochliomyia macellaria, Calliphora vicina, Calliphora vomitoria* | **8-105 minutes** | Michigan, summer 2007 | Table 3 Environmental conditions during the summer of 2007 for the time of first fly appearance in the field and time of oviposition | Zurawski, K. N., M. E. Benbow, J. R. Miller, and R. W. Merritt. 2014. Examination of nocturnal blow fly (Diptera: Calliphoridae) oviposition on pig carcasses in mid-Michigan. Journal of Medical Entomology 46: 671-679. |
| Diptera: Calliphoridae | | | | Except for the coldest days of the year, calliphorids occurred within the first 30 s after removing the carcasses from the plastic bags.<br><br>High temperatures above 30°C were experienced | Gruner, S.V., D.L. Slone, and J.L. Capinera. 2007. Forensically important Calliphoridae (Diptera) associated with pig carrion in rural north-central Florida. J. Med. Entomol. 44: 509-515. |

5

**STATEMENT: Judging by the scientific literature, no forensic entomological experiment has been performed in or near Las Vegas, NV, and no forensic entomological experiment duplicated the physical setting of the location where Mr. Bailey's remains were found. In reference to this investigation, Rusch et al. (2019, the list of authors includes Dr. Jeffery Tomberlin), discussed the practical implications of such a lack of reference data.**

**"Although this explanation [That the lack of insects associated with the victim's remains indicated death occurred after sunset.] is certainly plausible, it is important to consider that Las Vegas, NV, USA is the #1 urban heat island in the United States (Kenward et al., 2014) and the body was found in July on concrete and surrounded by brick walls, which get much warmer than air temperature during this time of year (Myint et al., 2015). Thus, if the temperature of the materials surrounding the body, or the temperature of the body itself, was above the thermal tolerance of carrion-feeding insects, an alternative explanation for the lack of insects present is simply that it was too warm for them to be active on or around the body."**

**As shown above by the quote from Rusch et al. (2019), it appears that Dr. Tomberlin has changed his opinion concerning the postmortem interval in this case.**

**RESPONSE:** The reliance, given certain limitations, on data from previous published studies is common practice in science as Wells demonstrates with his comments regarding blood or wounds as attractants. In both instances, Wells relies on previously published data to draw conclusions or formulate hypotheses. The same approach is being applied in this case by myself.

Furthermore, the hypothesis presented by Rusch et al. (2019) indicates temperatures could have exceeded the upper thermal limits of arthropods of forensic importance at the scene in question with this case; however, it should be noted that this hypothesis is simply that- hypothesis. Given temperatures are expected to be cooler prior to sunrise and would cool down after sunset, arthropod activity would have been expected.

*To date, no studies have examined the upper thermal responses of blow flies, much less any other arthropod associated with carrion in Las Vegas.*

In this case, reliance on previously published data is necessary. As pointed out, insect activity can occur during temperatures similar to those recorded for the case in question which challenges the veracity of the Rusch et al. (2019) hypothesis. In addition, as pointed out in table 1, arthropod activity during temperatures recorded for the period in question have been experienced in other locations (see reference to citations presented by Wells as well as Mashaly et al. (2018)- temperatures for *urban* and *desert sites* were **40 to 45°C daily**, respectively. Ants were collected at remains on day one at both locations.

**STATEMENT: EXPERT WITNESS TESTIMONY FROM THE COURT TRANSCRIPT**

6

**DR. JEFFERY TOMBERLIN. OCTOBER 10, 2017.**

**Pp. 119-120**

When asked, "And what is the distance that a blowfly travels to a decomposed body?" Dr. Tomberlin stated, "There is a lot of work showing blowflies can travel miles . . . to locate resources." This is a line of questioning that was repeated with other witnesses, and I interpret it as an attempt to argue, incorrectly, that under favorable environmental conditions a corpse will always be detected and infested with carrion insects because of the insects' incredible powers of olfaction.

Dr. Tomberlin did not specify a publication or author, but the scientific literature does include descriptions of experiments in which blow flies that had been marked, such as with a colored dye, were released and then recaptured miles from the release site. However, these studies provided no evidence concerning the insects' motivation for making the journey. Instead, they simply documented a distance travelled. There are no published data that justify any statement about the distance from which a blow fly can detect the odor of a corpse and follow that odor to the body.

One of these mark-release-recapture experiments is likely the source of testimony on this topic by Drs. Anderson and Kimsey, so I will use it to illustrate how the science may be interpreted. Braack and Retief (1986), working in South Africa, labeled thousands of flies in the genus *Chrysomya* (although they wrote "*Chrysomyia*,"a spelling now considered to be incorrect) by feeding them radioactive phosphorous shortly after they emerged from the pupal stage. The radioactive flies were then released into a rural environment. Flytraps baited with decayed meat were installed at locations a variety of distances from the release point starting one week or more after the release date. Flies captured in a trap were assayed for radioactivity to identify a fly that had moved from the release site to the trap. The maximum dispersal distance demonstrated in this way was 63.5 kilometers (39 miles) by the species *Chrysomya marginalis*. These insects were found in traps that were installed 13 days after the flies were released. Because during a substantial amount of the time after release the source of odor that eventually attracted the flies did not exist, even if these flies did detect the traps from the moment they were set up it cannot be known where the flies were at the time the traps were installed.

As noted in the previous paragraph, these observations show only that an adult blow fly traveled a certain distance across the landscape. They tell us nothing about the distance from which a blow fly will detect and then travel to a fresh corpse. Furthermore, as is usually true for an experiment such as this, the bait did not mimic a fresh corpse because it was decayed at the time the trap was set up. This is typical when trapping blow flies because fresh (undecayed) flesh is much less attractive than decayed flesh, so putrid bait is used to increase capture rate.

**RESPONSE:** Wells is correct in his assumption that I was not indicating blow flies, or any other arthropod, were detecting and responding to a resource from a long distance. He is also correct in describing experiments where blow flies have travelled long distances from a release point and

been collected. Resources that seem isolated to a person are not so when considering the ability of insects, such as blow flies, to travel long distances during which time detecting, locating, colonizing, and utilizing carrion sources can occur. Furthermore, it should be noted that blow flies spend a large amount of their time searching for oviposition sites (Bhadra et al. 2014- Table 2).

| Table 2. Blow fly dispersal and response to resources. | | |
|---|---|---|
| Blow flies | 'Female flies of the Calliphoridae family spend a considerable part of their active time in search of fresh carrion, *not only for feeding* but also for oviposition.' | Bhadra, P., A.J. Hart, and M.J.R. Hall. 2014. Factors affecting accessibility to blowflies of bodies disposed in suitcases. Forensic Sci. Inter. 239: 62-72. |

**STATEMENT: When asked how the condition of the body might impact carrion fly activity, Dr. Tomberlin stated "From a forensic perspective, if there's blood present, that's going to serve as an additional signal. That's going to attract flies."**

**The claim that blood makes a corpse more attractive to blow flies is contradicted by the scientific literature. In my treatment of Dr. Anderson's report, I pointed out that this not what was observed in a South African experiment (Kelly et al. 2011). Similar negative results from Georgia, USA were reported by Munro et al. (2019). Niederegger et al. (2017), working in Germany, took the additional step of dousing pig carcasses with pig blood before exposing them in the open air. They reported that bloody carcasses were not more attractive to ovipositing blow flies compared to non-bloody carcasses.**

**RESPONSE:** Blood can serve as an attractant for blow flies (Table 3). This concept is not new as it dates back to 13th century China (Amendt et al. 2004). And, in a highly replicated study (Bhara et al. 2014), egg laying occurred 100% of the time when blood was present but no resource, and oviposition occurred 60% of the time within the first hour of availability (Bhara et al. 2014).

| Table 3. Blood serving as attractant to blow flies. | | |
|---|---|---|
| **Arthropod** | **Statement** | **Citation** |
| Blow flies | 'No obvious evidence could be seen, but one sickle attracted numerous blowflies, apparently because of invisible traces of blood on the blade' | Amendt, J., R. Krettek, and R. Zhener. 2004. Forensic entomology. Natuwissenschaften 91: 51-65. |

| Blow flies | '… the presence of blood accelerated egg laying compared to water alone.' | Bhadra, P., A.J. Hart, and M.J.R. Hall. 2014. Factors affecting accessibility to blowflies of bodies disposed in suitcases. Forensic Sci. Inter. 239: 62-72. |
|---|---|---|
| Blow flies | "…egg laying occurred on 100% (20/20) of zips moistened with blood…" | Bhadra, P., A.J. Hart, and M.J.R. Hall. 2014. Factors affecting accessibility to blowflies of bodies disposed in suitcases. Forensic Sci. Inter. 239: 62-72. |
| Blow flies | 'Within the first hour, 60% (12/20) of the replicates wet with blood had many eggs on them…" | Bhadra, P., A.J. Hart, and M.J.R. Hall. 2014. Factors affecting accessibility to blowflies of bodies disposed in suitcases. Forensic Sci. Inter. 239: 62-72. |
| Blow fly and flesh fly | 'The first wave of insects, especially certain blow flies and flesh flies (Diptera: Sarcophagidae), are attracted to the natural moist body openings, open wounds, and/or pooled blood of the victim where they feed and oviposit.' | Catts, E.P. 1992. Problems in estimating the postmortem interval in death investigations. J. Agric. Entomol. 9: 245-255. |

***All statements and opinions made are mine and do not represent in any way an official statement of the Texas A&M University System or Texas A&M AgriLife***

Executed on: March 15, 2021

*Jeffery K. Tomberlin, PhD*

Jeffery K. Tomberlin, PhD, D-ABFE