Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David Owens*
LOEVY & LOEVY
100 S. King St., #100-748
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
Counsel for Plaintiff Kirstin Blaise Lobato

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | Case No. 2:19-cv-01273-RFB-EJY |
| Plaintiff, | |
| v. | Judge Richard F. Boulware, II |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE, | Magistrate Judge Elayna J. Youchah |
| | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |
| | (First Request) |

Pursuant to Local Rule IA 6-1, the parties, by and through their counsel of record, hereby agree and stipulate that the time for Plaintiff to file her response to Defendants' Motion for Summary Judgment (ECF No. 67), which was filed on June

1

28, 2021, should be extended by three weeks—from July 19, 2021, until and including August 9, 2021. The following grounds constitute good cause:

1. On June 28, 2021, Defendants filed a 77-page motion for summary judgment. ECF No. 67. Pursuant to Local Rule 7-2(b), Plaintiff's response is due on July 19, 2021.

2. Plaintiff's counsel have been occupied with time-sensitive matters in other cases, including a Fifth Circuit brief, a Ninth Circuit brief, and an oral argument related to a motion to dismiss. Plaintiff's counsel also have previously scheduled vacation that will occupy time needed to complete Plaintiff's response brief.

3. This stipulation is not brought for any improper purpose, but rather to ensure that both sides to this matter are permitted the benefit of appropriate review of relevant evidence and the time to clearly and adequately lay out the issues for the Court's resolution.

4. Plaintiff's counsel have conferred with counsel for Defendants, and the parties have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment should be extended until August 9, 2021. This stipulation is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Wang
One of Plaintiff's Attorneys

/s/ Craig Anderson
One of Defendants' Attorneys

| | |
|---|---|
| Luke Busby<br>NV Bar # 10319<br>316 California Ave., #82<br>Reno, NV 89509<br>O: 775.453.0112<br>luke@lukeandrewbusbyltd.com<br>*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato* | Craig Anderson<br>Kathleen Wilde<br>Marquis Aurbach Coffing<br>1001 Park Run Drive<br>Las Vegas, NV 89145<br>T: (702) 942-2136<br>canderson@maclaw.com<br>*Counsel for Defendants* |
| Elizabeth Wang*<br>Loevy & Loevy<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>T: (312) 243-5900<br>F: (312) 243-5902<br>elizabethw@loevy.com<br>*Admitted pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* | David B. Owens*<br>Loevy & Loevy<br>100 S. King St., #100-748<br>Seattle, WA 98104<br>T: (312) 243-5900<br>F: (312) 243-5902<br>david@loevy.com<br>*Admitted pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* |
| Megan Pierce*<br>Loevy & Loevy<br>311 North Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>T: (312) 243-5900<br>F: (312) 243-5902<br>megan@loevy.com<br>*Admitted pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* | |

## **ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Plaintiff shall have until August 9, 2021, to file her response to Defendants' Motion for Summary Judgment.

DATED this  9th  day of July 2021.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I, Elizabeth Wang, an attorney, hereby certify that on July 9, 2021, I filed the foregoing Stipulation and Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

                                        /s/ Elizabeth Wang
                                        One of Plaintiff's Attorneys