Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David Owens*
LOEVY & LOEVY
100 S. King St., #100-748
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
Counsel for Plaintiff Kirstin Blaise Lobato

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | Case No. 2:19-cv-01273-RFB-EJY |
| Plaintiff, | |
| v. | Judge Richard F. Boulware, II |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE, | Magistrate Judge Elayna J. Youchah |
| | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |
| | (Second Request) |

Pursuant to Local Rule IA 6-1, the parties, by and through their counsel of record, hereby agree and stipulate that the time for Plaintiff to file her response to Defendants' Motion for Summary Judgment (ECF No. 67), which was filed on June

1

28, 2021, should be extended by three weeks—from August 9, 2021, until and including August 31, 2021. The following grounds constitute good cause:

1. On June 28, 2021, Defendants filed a 77-page motion for summary judgment. ECF No. 67. Pursuant to Local Rule 7-2(b), Plaintiff's response is due on August 9, 2021.

2. Plaintiff's counsel are endeavoring to finish the response by the current deadline and has been working diligently on the facts and the brief. But the issues raised in Defendants' motion are numerous and extensive and the record in this case encompasses tens of thousands of pages.

3. At the same time, Plaintiff's counsel are occupied with time-sensitive matters in several other cases, including a Ninth Circuit brief, a petition for discretionary review to a state supreme court in a criminal case, numerous depositions, expert disclosure deadlines, a *Daubert* motion deadline, a deadline to amend pleadings, and an evidentiary hearing in a post-conviction case. One of Plaintiff's counsel, who has taken the lead in writing the response brief, is also in the process of moving across the country by the end of August.

4. This stipulation is not brought for any improper purpose, but rather to ensure that both sides to this matter are permitted the benefit of appropriate review of relevant evidence and the time to clearly and adequately lay out the issues for the Court's resolution.

5. Plaintiff's counsel have conferred with counsel for Defendants, and the parties have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment should be extended until August 31, 2021. This stipulation is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED,

|   |   |
|---|---|
|   | /s/ Elizabeth Wang |
|   | One of Plaintiff's Attorneys |
|   |   |
|   | /s/ Craig Anderson |
|   | One of Defendants' Attorneys |

Luke Busby
NV Bar # 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
T: (312) 243-5900
F: (312) 243-5902
elizabethw@loevy.com
*Admitted pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

Megan Pierce*
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com
*Admitted pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

Craig Anderson
Kathleen Wilde
Marquis Aurbach Coffing
1001 Park Run Drive
Las Vegas, NV 89145
T: (702) 942-2136
canderson@maclaw.com
*Counsel for Defendants*

David B. Owens*
Loevy & Loevy
100 S. King St., #100-748
Seattle, WA 98104
T: (312) 243-5900
F: (312) 243-5902
david@loevy.com
*Admitted pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

**ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Plaintiff shall have until August 31, 2021, to file her response to Defendants' Motion for Summary Judgment.

DATED this __5th__ day of August 2021.



RICHARD E. BOULWARE, II
United States District Court

## **CERTIFICATE OF SERVICE**

I, Elizabeth Wang, an attorney, hereby certify that on August 5, 2021, I filed the foregoing Stipulation and Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

/s/ Elizabeth Wang
One of Plaintiff's Attorneys