Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*  
LOEVY & LOEVY  
2060 Broadway, Ste. 460  
Boulder, CO 80302  
O: 720.328.5642  
elizabethw@loevy.com  

David Owens*  
LOEVY & LOEVY  
100 S. King St., #100-748  
Seattle, WA 98104  
O: 312.243.5900  
david@loevy.com  

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | Case No. 2:19-cv-01273-RFB-EJY |
| Plaintiff, | |
| v. | Judge Richard F. Boulware, II |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE, | Magistrate Judge Elayna J. Youchah |
| Defendants. | **PLAINTIFF'S EXHIBIT LIST TO RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

| Ex. No. | Description |
|---|---|
| 1 | Kendre Thunstrom Deposition |
| 2 | Kimberlee Isom Grindstaff Affidavit |
| 3 | Michele Dawn Austria Affidavit |

1

| | |
|---|---|
| 4 | Jo Ann Wuori Deposition |
| 5 | Susan M. Peters Declaration and Report |
| 6 | Thomas H. Twining Verizon Wireless phone records July 9, 2001 |
| 7 | Rebecca D. Lobato AT&T phone records June 12-July 13, 2001 & June 27-July 26, 2001 |
| 8 | Coroner Report of Investigation |
| 9 | Louise Renhard Deposition |
| 10 | LVMPD Crime Scene Report July 8, 2001 |
| 11 | LVMPD Forensic Laboratory Requests/ Findings |
| 12 | James LaRochelle Deposition |
| 13 | Jeffery K. Tomberlin Declaration, Report, and 2017 Evidentiary Hearing Testimony |
| 14 | Andrew Baker Declaration, Report, and 2017 Evidentiary Hearing Testimony |
| 15 | Dan Ford Deposition |
| 16 | Allison D. Redlich Declaration and Report |
| 17 | Laura Johnson Deposition |
| 18 | Kirstin Blaise Lobato Declaration |
| 19 | LVMPD Crime Scene Report July 20, 2001 |
| 20 | LVMPD Crime Scene Report July 22, 2001 |
| 21 | LVMPD Forensic Lab Report of Examination September 27, 2006 |
| 22 | LVMPD Evidence Impound Report July 9, 2001 |
| 23 | LVMPD Lab Reports |
| 24 | LVMPD Forensic Lab Exam Request July 7, 2006 |
| 25 | LVMPD Incident Report with case monitoring and closure form |

| 26 | Homicide File Index |
|----|---------------------|
| 27 | Preliminary Hearing Transcript, August 7, 2001 |
| 28 | Doug Twining Affidavit |

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Wang
One of Plaintiff's Attorneys

Luke Busby
NV Bar # 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for
Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
T: 720.328.5642
elizabethw@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

David B. Owens*
Loevy & Loevy
100 S. King St., #100-748
Seattle, WA 98104
T: 312.243.5900
david@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

Megan Pierce*
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

## CERTIFICATE OF SERVICE

  I, Elizabeth Wang, an attorney, hereby certify that on August 31, 2021, I filed the foregoing document via CM/ECF, which was electronically delivered to all counsel of record.

              s/ Elizabeth Wang
              One of Plaintiff's Attorneys