**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants LVMPD, Thowsen and LaRochelle*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>  Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THOMAS THOWSEN, and JAMES LaROCHELLE,<br><br>  Defendants. | Case No. 2:19-cv-01273-RFB-EJY |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING (FIRST REQUEST)

Counsel for Defendants, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, and counsel for Plaintiff, Elizabeth Wang, Esq., of Loevy & Loevy, respectfully submit the following Stipulation and Order to extend the deadline for Defendants to file their Reply to Plaintiff's Opposition to Motion for Summary Judgment. (ECF No. 75) This request for an extension is not to avoid delay or for bad faith purposes.

1. The Defendants filed a Motion for Summary Judgment on June 28, 2021. (ECF No. 67)

2. Plaintiff filed her Response to Defendants' Motion for Summary Judgment on August 31, 2021. (ECF No. 75)

3. The Defendants' Reply is currently due September 14, 2021.

4. The Defendants and Plaintiff have stipulated Defendants can have until September 24, 2021 in which to file their Reply.

Page 1 of 2

MAC:14687-221 4470465_1 9/8/2021 11:18 AM

In accordance with LR 26-4 and LR 6-1, good cause exists for this extension for the reasons articulated herein. This request for an extension is made in good faith, jointly by the parties. Trial is not yet set in this matter and this extension will not delay this case. Moreover, since this request is a joint request, none of the parties will be prejudiced. This extension will enable all parties to obtain the information needed and avoid the filing of fugitive documents.

IT IS SO STIPULATED this 8th day of September, 2021.

| MARQUIS AURBACH COFFING | LOEVY & LOEVY |
|---|---|
| By: _s/Craig R. Anderson_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for LVMPD Defendants* | By: _s/Elizabeth Wang_<br>Elizabeth Wang, Esq.<br>Pro Hac Vice<br>2060 Broadway, #460<br>Boulder, CO 80302<br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED this 9th day of September, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

MAC:14687-221 4470465_1 9/8/2021 11:18 AM