**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  *Attorneys for Defendants LVMPD, Thowsen and LaRochelle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THOMAS THOWSEN, and JAMES LaROCHELLE,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-01273-RFB-EJY |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (FIRST REQUEST)

Plaintiff, by and through her counsel of record, David B. Owens and Elizabeth Wang, Esq., of Loevy & Loevy, and Defendants, by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach, hereby agree to jointly stipulate to the following:

1.　On March 1, 2023, Plaintiff filed a Motion for Leave to File an Amended Complaint. (ECF No. 95)

2.　The parties stipulate that the deadline for Defendants to respond to Plaintiffs' Motion for Leave to File an Amended Complaint be extended from March 15, 2023 to March 31, 2023.

/ / /

/ / /

MAC:14687-221 5012804_1 3/6/2023 4:01 PM

3. This Stipulation is brought in good faith. Defense counsel has a scheduled vacation for the week of March 12 through 17, 2023, and will be out of the state.

IT IS SO STIPULATED this 6th day of March, 2023.

| MARQUIS AURBACH | LOEVY & LOEVY |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorneys for LVMPD Defendants* | By: *s/David B. Owens* <br> Elizabeth Wang, Esq. <br> David B. Owens, Esq. <br> Pro Hac Vice <br> 100 King Street, #100 <br> Seattle, Washington 98104 <br> *Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED the deadline for Defendants to file their Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint be extended sixteen (16) days from March 15, 2023 to March 31, 2023.

United States Magistrate Judge

Dated: March 6, 2023

MAC:14687-221 5012804_1 3/6/2023 4:01 PM