Luke Busby
NV Bar# 10319
316 California Ave., #82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David Owens*
LOEVY & LOEVY
100 S. King St., #100-748
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
*Counsel for Plaintiff Kirstin Blaise Lobato*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | Case No. 2:19-cv-01273-RFB-EJY |
| Plaintiff, | |
| v. | Judge Richard F. Boulware, II |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE, | Magistrate Judge Elayna J. Youchah |
| | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (ECF NO. 95)** |
| Defendants. | |
| | (First Request) |

Pursuant to Local Rule IA 6-1, the parties, by and through their counsel of record, hereby agree and stipulate that the time for Plaintiff to file her reply in support of her Motion for Leave to File an Amended Complaint (ECF No. 95), which

1

was filed on March 1, 2023, should be extended by one week—from April 7, until and including April 14, 2023. The following grounds constitute good cause:

1. On March 1, 2023, Plaintiff filed a Motion for Leave to File an Amended Complaint (ECF No. 95). Pursuant to Local Rule 7-2(b), Defendants' response was due on March 15, 2023.

2. On March 6, 2023, Defendants filed a stipulation extending the deadline to file their response from March 15, 2023 to March 31, 2023 (ECF No. 96).

3. While Plaintiff's counsel have endeavored to finish the reply by the current deadline of April 7, 2023, they are occupied with other time-sensitive matters, including Ms. Lobato's brief for the interlocutory appeal pending in the Ninth Circuit - which is due on April 5, 2023 - along with an appellate brief in *Apolo-Albino v. State of Washington* and a reply brief in *Simmers v. King County*, both due on April 6, 2023.

4. This stipulation is not brought for any improper purpose, but rather to ensure that both sides to this matter are permitted the benefit of appropriate review of relevant evidence and the time to clearly and adequately lay out the issues for the Court's resolution.

5. Plaintiff's counsel have conferred with counsel for Defendants, and the parties have agreed to this extension. Accordingly, Plaintiff and Defendants stipulate that Plaintiff's deadline to file her reply in support of her Motion for Leave to File an Amended Complaint should be extended until April 14, 2023. This stipulation is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED,

/s/ David B. Owens
One of Plaintiff's Attorneys

2

/s/Craig Anderson
One of Defendants' Attorneys

| | |
|---|---|
| Luke Busby<br>NV Bar # 10319<br>316 California Ave., #82<br>Reno, NV 89509<br>O: 775.453.0112<br>luke@lukeandrewbusbyltd.com<br>*Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato* | Craig Anderson<br>Kathleen Wilde<br>Marquis Aurbach Coffing<br>1001 Park Run Drive<br>Las Vegas, NV 89145<br>T: (702) 942-2136<br>canderson@maclaw.com<br>*Counsel for Defendants* |
| Elizabeth Wang*<br>Loevy & Loevy<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>T: (312) 243-5900<br>F: (312) 243-5902<br>elizabethw@loevy.com<br>*Admitted pro hac vice<br>Counsel for Plaintiff Kirstin Blaise Lobato* | David B. Owens*<br>Loevy & Loevy<br>100 S. King St., #100-748<br>Seattle, WA 98104<br>T: (312) 243-5900<br>F: (312) 243-5902<br>david@loevy.com<br>*Admitted pro hac vice<br>Counsel for Plaintiff Kirstin Blaise Lobato* |

Megan Pierce*
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com
*Admitted pro hac vice
Counsel for Plaintiff Kirstin Blaise Lobato*

## **ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Plaintiff shall have until April 14, 2023, to file her reply in support of her Motion for Leave to File an Amended Complaint.

DATED this 4th day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE