**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants LVMPD, James LaRochelle and Thomas Thowsen*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>                        Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; THOMAS THOWSEN, and JAMES LaROCHELLE,<br><br>                        Defendants. | CASE NO. 2:19-cv-01273-RFB-EJY<br><br>**LVMPD DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 104)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Thomas Thowsen, and James LaRochelle (cumulatively "LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach Coffing, hereby answer and allege in accordance with FRCP 15(a)(3), Plaintiff's First Amended Complaint (ECF No. 104) as follows:

## INTRODUCTION

1.      In answering paragraphs 1, 2, 3, 4 and 5 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

## JURISDICTION AND VENUE

2.      In answering paragraphs 6 and 7 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

## PARTIES

3.      In answering paragraph 8 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

MAC:14687-221 5140534_1

4.      In answering paragraphs 9 and 10 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

5.      In answering paragraph 11 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### FACTUAL BACKGROUND

6.      In answering paragraphs 12, 13 and 14 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### PLAINTIFF WAS ASSAULTED IN MAY 2001

7.      In answering paragraphs 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 and 26 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### PLAINTIFF WAS IN PANACA, NEVADA CONTINUOUSLY FROM JULY 2 TO 9, 2001

8.      In answering paragraphs 27, 37 and 38 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

9.      In answering paragraphs 28, 31 and 39 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

10.      In answering paragraphs 29, 30, 32, 33, 34, 35 and 36 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### THE MURDER OF DURAN BAILEY ON JULY 8, 2001

11.      In answering paragraphs 40, 43, 44, 45, 46, 47, 49, 55, 62 and 63 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-221 5140534_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

12.     In answering paragraphs 41, 48, 51, 52, 53, 54, 56, 57 and 60 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

13.     In answering paragraphs 42, 50, 58, 59, 61 and 64 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### DEFENDANTS THOWSEN AND LAROCHELLE KNEW THAT PLAINTIFF DID NOT MURDER DURAN BAILEY BUT WRONGFULLY ARRESTED HER ANYWAY

14.     In answering paragraphs 65, 66, 67, 68, 69, 71, 72, 75, 78, 79, 83, 85, 87 and 88 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

15.     In answering paragraphs 70, 73, 74, 76, 77, 80, 81, 82, 84, 86, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101 and 102 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

16.     In answering paragraph 80 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### DEFENDANTS MANIPULATED WITNESS STATEMENTS AND IGNORED EXCULPATORY INFORMATION

17.     In answering paragraphs 103, 104, 105, 106, 107, 108, 109, and 110 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### PLAINTIFF'S WRONGFUL PROSECUTION AND CONVICTION

18.     In answering paragraphs 111, 117, 119 and 120 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

19.     In answering paragraphs 112, 113, 116 and 118 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

MAC:14687-221 5140534_1

20.    In answering paragraphs 114 and 115 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

### PLAINTIFF'S EXONERATION

21.    In answering paragraph 121 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

22.    In answering paragraphs 122 and 123 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

### PLAINTIFF'S INJURIES

23.    In answering paragraphs 124, 125 and 126 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT I: 42 U.S.C. §1983 – FIFTH AND FOURTEENTH AMENDMENTS
### INVOLUNTARY CONFESSION

24.    In answering paragraph 127 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

25.    In answering paragraphs 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141 and 142 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT II: 42 U.S.C. §1983 – FOURTEENTH AMENDMENT
### DUE PROCESS

26.    In answering paragraph 143 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

27.    In answering paragraphs 144, 145, 146, 147, 148, 150 and 151 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

MAC:14687-221 5140534_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

28.    In answering paragraphs 149 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

### COUNT III: 42 U.S.C. §1983 – FOURTH AMENDMENT

### CONTINUED DETENTION WITHOUT PROBABLE CAUSE AND DEPRIVATION OF LIBERTY

29.    In answering paragraph 152 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

30.    In answering paragraphs 153, 154, 155, 156, 157, 158 and 159 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT IV: 42 U.S.C. §1983 – FAILURE TO INTERVENE

31.    In answering paragraph 160 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

32.    In answering paragraphs 161, 162, 163 and 164 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT V: 42 U.S.C. § 1983 – CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS

33.    In answering paragraph 165 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

34.    In answering paragraphs 166, 167, 168, 169, 170, 171 and 172 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT VI: NEVADA STATE LAW – MALICIOUS PROSECUTION

35.    In answering paragraph 173 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

MAC:14687-221 5140534_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

36.     In answering paragraphs 174, 175, 176, 177 and 178 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT VII: NEVADA STATE LAW – ABUSE OF PROCESS

37.     In answering paragraph 179 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

38.     In answering paragraphs 180, 181, 182 and 183 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT VIII: NEVADA STATE LAW – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

39.     In answering paragraph 184 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

40.     In answering paragraphs 185, 186, 187 and 188 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT IX: NEVADA STATE LAW – CIVIL CONSPIRACY

41.     In answering paragraph 189 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

42.     In answering paragraphs 190, 191, 192, 193 and 194 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT X: NEVADA STATE LAW - INDEMNIFICATION

43.     In answering paragraph 195 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

44.     In answering paragraph 196 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

MAC:14687-221 5140534_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

45.     In answering paragraph 197 of Plaintiff's First Amended Complaint, the LVMPD Defendants admit the allegations contained therein.

### COUNT XI: NEVADA CONSTITUTION – DUE PROCESS

46.     In answering paragraph 198 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

47.     In answering paragraphs 199, 200, 201, 202, 203, 204, 205 and 206 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### COUNT XII: NEVADA CONSTITUTION – CONTINUED DETENTION WITHOUT PROBABLE CAUSE AND DEPRIVATION OF LIBERTY

48.     In answering paragraph 207 of Plaintiff's First Amended Complaint, the LVMPD Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and, therefore, deny the same.

49.     In answering paragraphs 208, 209, 210, 211, 212, 213 and 214 of Plaintiff's First Amended Complaint, the LVMPD Defendants deny the allegations contained therein.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

LVMPD did not enact or promulgate any policy, statute, ordinance or custom, policy or procedure which denied or abridged any of the Plaintiff's constitutional rights.

### SECOND AFFIRMATIVE DEFENSE

The damage(s) sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants, or employees of LVMPD or the named Defendants and who were not acting on behalf of LVMPD or the named Defendants in any manner or form, and, as such, the LVMPD Defendants are not liable in any manner to the Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

At all times mentioned in Plaintiff's First Amended Complaint, the LVMPD Defendants acted with a good faith belief that their actions were legally justifiable.

MAC:14687-221 5140534_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1

**FOURTH AFFIRMATIVE DEFENSE**

2          To the extent Plaintiff's causes of actions against the LVMPD Defendants sound in

3  negligence, no recovery can be predicated upon 42 USCA § 1983.

4          **FIFTH AFFIRMATIVE DEFENSE**

5          Any injuries allegedly sustained by Plaintiff were the result of her own negligence or

6  actions.

7          **SIXTH AFFIRMATIVE DEFENSE**

8          The Individual Defendants are protected by the doctrine of qualified immunity.

9          **SEVENTH AFFIRMATIVE DEFENSE**

10         Plaintiff failed to mitigate her own damages.

11         **EIGHTH AFFIRMATIVE DEFENSE**

12         The conduct of the LVMPD Defendants pertaining to the incident(s) alleged in

13  Plaintiff's First Amended Complaint are not extreme, outrageous, or reckless.

14         **NINTH AFFIRMATIVE DEFENSE**

15         Plaintiff's alleged damages were caused, in whole or in part, by an independent

16  intervening cause.

17         **TENTH AFFIRMATIVE DEFENSE**

18         The LVMPD Defendants cannot be held liable for an intracorporate conspiracy.

19         **ELEVENTH AFFIRMATIVE DEFENSE**

20         The LVMPD Defendants had probable cause to arrest.

21         **TWELFTH AFFIRMATIVE DEFENSE**

22         The LVMPD Defendants did not fabricate any evidence.

23         **THIRTEENTH AFFIRMATIVE DEFENSE**

24         The LVMPD Defendants did not withhold any evidence.

25         **FOURTEENTH AFFIRMATIVE DEFENSE**

26         Plaintiff's unlawful interrogation/coercion claim (COUNT I) has already been

27  dismissed by this Court and is, therefore, untenable as a matter of law.

WHEREFORE the LVMPD Defendants pray for judgment as follows:

MAC:14687-221 5140534_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1.      That Plaintiff takes nothing by virtue of her First Amended Complaint on file herein, that the same be dismissed with prejudice;

2.      For an award of reasonable attorney fees and costs of suit incurred in the defense of this action; and

3.      For such other and further relief as the Court may deem just and proper.

Dated this 11ᵗʰ day of July, 2023.

MARQUIS AURBACH


By:   _s/Craig R. Anderson_____
      Craig R. Anderson, Esq.
      Nevada Bar No. 6882
      10001 Park Run Drive
      Las Vegas, Nevada 89145
         *Attorneys for LVMPD Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 11ᵗʰ day of July, 2023.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a


_s/Sherri Mong_____
An employee of Marquis Aurbach

MAC:14687-221 5140534_1