**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendants LVMPD, James LaRochelle and Thomas Thowsen*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSTIN BLAISE LOBATO,<br><br>                   Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; THOMAS THOWSEN, and JAMES LaROCHELLE,<br><br>                   Defendants. | CASE NO. 2:19-cv-01273-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR JURY INSTRUCTIONS, EXHIBIT LISTS AND TRIAL BRIEFS (FIRST REQUEST)** |

      IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Thomas Thowsen, and James LaRochelle ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiff Kirstin Blaise Lobato ("Plaintiff"), by and through her attorneys of record, Loevy & Loevy, that the deadlines for the jury instructions, the exhibit lists, and the trial briefs be extended from October 21, 2024 until November 1, 2024.

1. This matter is set for jury trial beginning on December 2, 2024. The parties are anticipating the trial to go that date, and understand they are First on the civil stack for that day. The parties are ready to proceed and there will be many out-of-state witnesses at this trial, including Plaintiff herself, her family members (who are witnesses both to liability and damages), experts retained by both Plaintiff and Defendants, and Plaintiff's counsel. As a result, this stipulation should not hint, suggest, or imply in anyway the parties are not ready to proceed

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1. on December 2, 2024. Quite the opposite.

2. This Court's April 2, 2024 minute order (ECF No. 113) set the following pretrial deadlines:

   a. Motions in Limine:          October 4, 2024
   b. Exhibit List:               October 21, 2024
   c. Jury Instructions:          October 21, 2024
   d. Proposed Voir Dire:         October 21, 2024
   e. Trial Briefs                October 21, 2024

3. The Court signed the Parties Stipulation and Order to continue Motions in Limine to October 18, 2024. (ECF No. 116.)

4. Over the past several weeks, the parties have met and conferred via telephone and email regarding the motions in limine and various trial issues. As a result the parties were able to agree on several issues and substantial pair down the necessary motions in limine.

5. The parties are filing their motions in limine on October 18, 2024.

6. During the parties multiple meet and confers, the parties have discussed potentially pairing down the remaining claims and issues for trial.

7. The parties have agreed to review the other parties' motion in limine filings and then continue discussions as to whether further agreements can be reached.

8. The parties anticipate that additional agreements may be reached on various claims and defenses that will streamline and simplify the trial. These potential agreements will impact Jury Instructions, Trial Briefs, Exhibit Lists, and Witness Lists be extended until **Friday, November 1, 2024**.

The parties respectfully request the deadline to file Jury Instructions, Trial Briefs, Exhibit Lists and Witness Lists be extended to **November 1, 2024**.

///

///

MAC: 14687-221 (#5656016.1)

This request for an extension is not for purposes of delay or bad faith.

IT IS SO STIPULATED this 18th day of October, 2024.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   10001 Park Run Drive
   Las Vegas, NV 89145
   Attorneys for LVMPD Defendants

LOEVY & LOEVY

By:   *s/David B. Owens*
   David B. Owens, Esq. (Pro Hac Vice)
   Civil Rights and Justice Clinic
   University of Washington Law School
   William H. Gates Hall, Ste. 225
   PO Box 85110
   Seattle, WA 98145-1110
   Attorney for Plaintiff

Elizabeth Wang, Esq. (Pro Hac Vice)
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
720-328-5642

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED that the deadline for the jury instructions, the exhibit lists, and the trial briefs be extended from October 21, 2024 until __October 31__, 2024.

DATED: __October 21, 2024__.

_____
UNITED STATES DISTRICT JUDGE