|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

KIRSTIN BLAISE LOBATO,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; THOMAS THOWSEN; AND JAMES LAROCHELLE;

    Defendant.

Case No. 2:19-cv-01273-RFB-EJY



VERDICT FORM

**CLAIM ONE**: Violation of Due Process (Fabrication of Evidence) under the Fourteenth Amendment of the United States Constitution

We, the Jury, find:



_____  _____
For Plaintiff Lobato                     For Defendant Thowsen



_____  _____
For Plaintiff Lobato                     For Defendant LaRochelle

**CLAIM TWO**: Violation of Due Process (Fabrication of Evidence) under the Nevada Constitution, Article 1, Section 8

We, the Jury, find:

✓
_____            _____
For Plaintiff Lobato                                For Defendant Thowsen

✓
_____            _____
For Plaintiff Lobato                                For Defendant LaRochelle

1 | **CLAIM THREE**: **Intentional Infliction of Emotional Distress**

4 | We, the Jury, find:

✓

_____          _____
For Plaintiff Lobato                For Defendant Thowsen

✓

_____          _____
For Plaintiff Lobato                For Defendant LaRochelle

**Damages**

If you found in favor of the Plaintiff on any of the claims above you should go on to consider the question of damages. If you did not find for Plaintiff on any of the claims above you should not consider the question of damages.

We the jury having found in favor of Plaintiff Kirstin Blaise Lobato and against any one or more of the defendants on any one or more of Plaintiff's claims now assess damages as follows:

Compensatory Damages:

$ 34,000,000

Punitive Damages:

    As to Defendant Thowsen:

    $ 10,000

    As to Defendant LaRochelle

    $ 10,000

DATED this 12th day of December 2024