Rajan O. Dhungana
NV Bar# 13102
FEDERAL PRACTICE GROUP
7320 S. Rainbow Blvd., Ste. 102-360
Las Vegas, NV 89139
O: 714.491.8188
rdhungana@fedpractice.com
Designated Resident Nevada Counsel for Plaintiff Kirstin Blaise Lobato

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

David B. Owens*
Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
megan@loevy.com
*Admitted *pro hac vice*
Counsel for Plaintiff Kirstin Blaise Lobato

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSTIN BLAISE LOBATO, | ) |
| Plaintiff, | ) Case No. 2:19-cv-01273 |
| v. | ) Judge Richard F. Boulware, II |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEVADA, THOMAS THOWSEN, and JAMES LAROCHELLE, | ) Magistrate Judge Elayna J. Youchah |
| Defendants. | ) **STIPULATION TO EXTEND BRIEFING SCHEDULE OF DEFENDANTS' POST-TRIAL MOTIONS AND FOR PLAINTIFF TO FILE A RESPONSE IN EXCESS OF THE PAGE LIMIT** |
| | ) (Second Request) |

Plaintiff Kirstin Blaise Lobato, by and through counsel of record, and Defendants Las Vegas Metropolitan Police Department, Thomas Thowsen, and

James LaRochelle, through their counsel of record, hereby stipulate to the following:

1. Judgment was entered against Defendants in this matter on January 6, 2025. Dkt. 207.
2. Defendants filed a motion for a new trial and a motion for judgment as a matter of law on February 3, 2025. Dkts. 214, 216.
3. The parties filed a stipulation extending Plaintiff's deadline to respond to these motions from February 18, 2025 to March 7, 2025 and also stipulating to Plaintiff filing a single omnibus response to both motions. Dkt. 221.
4. The parties now further stipulate to an extension to March 11, 2025, for Plaintiff to file her response, due to undersigned counsel having to travel on March 4th and 5th and an oral argument before the Missouri Court of Appeals on March 5th in *Holmes v. Zellers*, Case No. ED112676 (which was initially scheduled for February 19th but was rescheduled due to inclement weather).
5. Plaintiff's counsel has conferred with counsel for Defendants and the parties have agreed to this extension of time.

RESPECTFULLY SUBMITTED,

/s/David B. Owens
One of Plaintiff's Attorneys

/s/Craig Anderson
One of Defendants' Attorneys

| | |
|---|---|
| Rajan O. Dhungana<br>NV Bar# 13102<br>FEDERAL PRACTICE GROUP<br>7320 S. Rainbow Blvd., Ste. 102-360<br>Las Vegas, NV 89139<br>rdhungana@fedpractice.com<br>O: 714.491.8188<br>Designated Resident Nevada Counsel for<br>Plaintiff Kirstin Blaise Lobato | Craig Anderson<br>Kathleen Wilde<br>Marquis Aurbach Coffing<br>1001 Park Run Drive<br>Las Vegas, NV 89145<br>T: (702) 942-2136<br>canderson@maclaw.com<br>*Counsel for Defendants* |
| David B. Owens *<br>Megan Pierce*<br>Loevy & Loevy<br>311 North Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>T: (312) 243-5900<br>F: (312) 243-5902<br>megan@loevy.com<br>*Admitted *pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* | Elizabeth Wang*<br>Loevy & Loevy<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>T: (312) 243-5900<br>F: (312) 243-5902<br>elizabethw@loevy.com<br>*Admitted *pro hac vice*<br>*Counsel for Plaintiff Kirstin Blaise Lobato* |

**<u>ORDER</u>**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. Plaintiff shall have until March 11, 2025, to file her omnibus response. Responses shall be due March 25, 2025.

DATED this __3__ day of March, 2025



_____

UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

I, David B. Owens, an attorney, hereby certify that on March 3, 2025, I filed the foregoing Stipulation and Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

/s/ David B. Owens
One of Plaintiff's Attorneys