United States District Court
District of Nevada
Exhibits Log: 2:19-cv-01273-RFB-EJY
Kirstin Blaise Lobato v Las Vegas Metropolitan Police Department, et al.,, 12/2/2024

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-524-63 | Photograph - | No |
| Pla-1 | Officers Report 8-22-pdf | No |
| Pla-3 | Arrest Report | No |
| Pla-5 | Twining Verizon phone record 7-9-pdf | No |
| Pla-6 | Rebecca Lobato Att Records June-July pdf | No |
| Pla-8 | Wahl Forensic Report 10-15-pdf | No |
| Pla-9 | Wahl Forensic Lab Report of Exam 8-6-pdf | No |
| Pla-10 | Geller Forensic Report 9-24-pdf | No |
| Pla-11 | Geller Forensic Lab Supp Report of Exam 10-3-pdf | No |
| Pla-13 | Geller Forensic Lab Supp 3 Report of Exam 4-29-pdf | No |
| Pla-14 | LaRochelle Forensic Report 9-5-pdf | No |
| Pla-15 | Forensic Lab Exam Request Comparative Analysis LaRochelle 7-23-pdf | No |
| Pla-19 | 2001 Calendar | No |
| Pla-21 | Rights of Persons Arrested Card signed by Lobato 7-20-pdf | No |
| Pla-22 | Consent to Search Cards signed by Lobato 7-20-pdf | No |
| Pla-23 | Declaration of Arrest 7-20-2001 signed by Thowsen and LaRochelle | No |
| Pla-24 | Voluntary Statement Lobato 7-20-pdf | No |
| Pla-25 | Lobato 7-20-2001 Statement_enhanced_SSN redacted.mp3 | No |
| Pla-26 | Request for Prosecution Thowsen and LaRochelle | No |
| Pla-28 | Letter from Larry Simms to LVMPD 7-9-pdf | No |
| Pla-29 | Clark County Coroner Diagram 7-9-pdf | No |
| Pla-31 | Clark County Coroner Autopsy Report by Dr. Simms | No |
| Pla-54 | Forensic Lab. Report of Exam. DNA K. Paulette 9-27-pdf | No |
| Pla-56 | Homicide File Index | No |
| Pla-65 | Diann Parker 7-23-2001 Statement__enhanced_SSN redacted.mp3 | No |
| Pla-67 | Michelle Austria 7-26-2001 Statement_original_SSN redacted.mp3 | No |
| Pla-68 | Voluntary Statement Laura Johnson 7-20-pdf | No |
| Pla-69 | Laura Johnson 7-20-2001 Statement_original_SSN redacted.mp3 | No |
| Pla-72 | Voluntary Statement Stephen Pyszkowski 7-23-pdf | No |
| Pla-73 | Stephen Pyzskowski 7-23-2001 Statement Sides A B_enhanced_SSN redacted.mp3 | No |
| Pla-74 | Voluntary Statement Dixie Tienken 7-26-pdf | No |
| Pla-75 | Dixie Tienken 7-26-2001 Statement Sides A B combined_original_SSN redacted.mp3 | No |
| Pla-76 | Voluntary Statement Heather McBride 7-26-pdf | No |
| Pla-77 | Heather McBride 7-26-2001 Statement_original_SSN redacted.mp3 | No |
| Pla-78 | Voluntary Statement Paul Brown | No |
| Pla-79 | Paul Brown 7-26-2001 Statement_original_SSN redacted.mp3 | No |
| Pla-81 | Jeremy Davis 7-25-2001 Statement_original_SSN redacted.mp3 | No |
| Pla-84 | Voluntary Statement Douglas Twining 8-2-pdf | No |
| Pla-85 | Douglas Twining 8-2-2001 Statement Tapes A B combined_original_SSN Redacted | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-86 | C.Reininger statement copy | No |
| Pla-89-04 | Photograph - | No |
| Pla-89-05 | Photograph | No |
| Pla-89-06 | Photograph - | No |
| Pla-89-07 | Photograph - | No |
| Pla-89-08 | Photograph - | No |
| Pla-89-09 | Photograph - | No |
| Pla-89-10 | Photograph | No |
| Pla-89-11 | Photograph - | No |
| Pla-89-12 | Photograph - | No |
| Pla-89-13 | Photograph | No |
| Pla-89-14 | Photograph - | No |
| Pla-89-15 | Photograph - | No |
| Pla-89-16 | Photograph - | No |
| Pla-89-17 | Photograph - | No |
| Pla-89-22 | Photograph | No |
| Pla-89-23 | Photograph - | No |
| Pla-89-37 | Photograph - | No |
| Pla-89-38 | Photograph - | No |
| Pla-89-73 | Photograph - | No |
| Pla-89-74 | Photograph - | No |
| Pla-89-79 | Photograph - | No |
| Pla-89-80 | Photograph - | No |
| Pla-89-81 | Photograph - | No |
| Pla-89-82 | Photograph - | No |
| Pla-89-83 | Photograph - | No |
| Pla-89-84 | Photograph - | No |
| Pla-89-85 | Photograph - | No |
| Pla-89-86 | Photograph - | No |
| Pla-89-87 | Photograph - | No |
| Pla-89-94 | Photograph - | No |
| Pla-92 | Photos of Lobatos car outside parents house in Panaca | No |
| Pla-93 | Photos of Lobato taken at house | No |
| Pla-95 | Photos of Nike shoes | No |
| Pla-97 | Photos of Lobatos black heels | No |
| Pla-98 | Aerial photos of area of scene | No |
| Pla-99 | Photos of jail cell and jail | No |
| Pla-128 | Lobatos Medical Records July 2001 1 Redacted | No |
| Pla-131 | Quality Towing Receipt 6-6-pdf | No |
| Pla-155 | Photos of Lobato and Family | No |
| Pla-155-01 | Photograph - | No |
| Pla-155-07 | Photograph - | No |
| Pla-155-22 | Photograph | No |
| Pla-155-27 | Photograph | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-155-28 | Photos of Lobato Family | No |
| Pla-155-32 | Photograph | No |
| Pla-155-40 | Kirsten Lobato Photo | No |
| Pla-155-44 | Photograph - | No |
| Pla-155-46 | Photograph - | No |
| Pla-161 | Autopsy Report signed by Dr. Simms with Toxicology Report | No |
| Pla-164 | Faxed letter from Dr. Simms to detectives | No |
| Pla-167 | Photos | No |
| Pla-168 | Photo of Kirsten Blaise Lobato | No |
| Pla-171 | Korinda Martin Voluntary statement | No |
| Pla-173 | Media Release | No |
| Pla-174 | Photograph | No |
| Pla-175 | Related crime reports Parker | No |
| Pla-176 | Statement of D. Parker | No |
| Pla-520-29 | Photograph - | No |
| Pla-520-30 | Photograph - | No |
| Pla-520-31 | Photograph - | No |
| Pla-520-32 | Photograph - | No |
| Pla-532-260 | Autopsy Photo - | No |
| Pla-532-261 | Autopsy Photo - | No |
| Pla-532-262 | Autopsy Photo - | No |
| Pla-532-266 | Autopsy Photo - | No |
| Pla-532-272 | Autopsy Photo - | No |