Case 2:19-cv-01273-RFB-EJY    Document 230-27    Filed 03/10/25    Page 1 of 12



LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
PAGE 1

EVENT #: 010708-2410

**SPECIFIC CRIME:** MURDER WITH A DEADLY WEAPON

**DATE OCCURRED:** 07-08-2001         **TIME OCCURRED:** _____

**LOCATION OF OCCURRENCE:** 4240 W. FLAMINGO, LAS VEGAS, NV

        **CITY OF LAS VEGAS**        **CLARK COUNTY**

**NAME OF PERSON GIVING STATEMENT:** LAURA LINN JOHNSON

| | |
|---|---|
| **DOB:** ███ | **SOCIAL SECURITY #:** ███ |
| **RACE:** W | **SEX:** F |
| **HEIGHT:** | **WEIGHT:** |
| **HAIR:** | **EYES:** |
| **WORK SCHEDULE:** | **DAYS OFF:** |
| **HOME ADDRESS:** ███ PIOCHE, NV 89043 | **HOME PHONE:** ███ |
| **WORK ADDRESS:** LINCOLN COUNTY [Juvenile Probation Officer] ███ PIOCHE, NV 89043 | **WORK PHONE:** ███ |

**BEST PLACE TO CONTACT:**

**BEST TIME TO CONTACT:**

---

The following is the transcription of a tape-recorded interview conducted by DETECTIVE TOM THOWSEN, P# 1467, and DETECTIVE JIM LAROCHELLE, P# 4353, LVMPD HOMICIDE SECTION, on 07-20-2001 at 1622 hours.

Q:    This is Detective Tom Thowsen, P# 1467, with one taped statement under Event # 010708-2410. It's reference a homicide occurring at 4240 West Flamingo. Name of the person giving the statement is Laura Linn, L-I-N-N, Johnson, J-O-H-N-S-O-N. She's a white female adult, date of birth ███ Social security number ███

LVMPD 000354
068.001

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 2

EVENT #: 010708-2410

STATEMENT OF: **LAURA LINN JOHNSON**

Her home address is ▇▇▇ Pioche, Nevada 89043. Home phone number ▇▇▇. She is the juvenile probation officer for Lincoln County. Her work address is ▇▇▇ Pioche, Nevada 89043. Her work phone is ▇▇▇ The date and time is 7-20-01 at 1622 hours. The location is the Echo Canyon State Park. Also present is Detective Jim LaRochelle, P# 4353.

Laura, first off, you're aware this statement is being tape recorded? Is that correct?

A: Yes.

Q: And how long have you been employed as the Juvenile Probation Officer for Lincoln County?

A: Approximately five years.

Q: And could you explain what your duties are there, roughly?

A: Uh, yeah, I deal with all the juveniles in Lincoln County that have been adjudicated, uh, in courts.

Q: Okay. Were you contacted by a person earlier this week that, uh, began giving some information about a juvenile that you've dealt with in the past?

A: Yes, I was.

Q: And who contacted you?

A: Uh, Dixie Tienken.

Q: Do you know how she spells her last name?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 3

EVENT #: 010708-2410

STATEMENT OF: **LAURA LINN JOHNSON**

A: T-I-E-N-K-E-N.

Q: And how is Dixie employed?

A: She's employed through the Lincoln County School District. Uh, she's the Adult, uh, Education teacher.

Q: And what day did she come and speak with you?

A: On Wednesday, the 18th.

Q: And what time was it approximately?

A: It was approximately 12:30.

Q: In the afternoon?

A: Yeah. In the afternoon.

Q: And where did she come to see you?

A: She came up to my office at the courthouse in Pioche.

Q: And what did Dixie relate to you?

A: Uh, she told me about a girl that I used to have on probation, a Blaise Lobato, that Blaise had gotten in some trouble in Las Vegas. Uh, she said that a guy had just, uh, Blaise was coming out of a strip club where she worked in Las Vegas and a man attacked her and he had his, uh, penis hanging out of his pants and Dixie stated to me that, uh, Blaise cut it off. Uh, she told me that, uh, Blaise was very frightened and is hiding out now in Pioche– or excuse me, in Panaca with her

LVMPD 000356
068.003

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 4

EVENT #: 010708-2410

STATEMENT OF: **LAURA LINN JOHNSON**

      mother and dad. Uh, she also told me that, uh, Blaise's parents were trying to get rid of the vehicle or get it painted or hide it, uh, so that... .

Q: Did she say why there was concern about the vehicle?

A: No. No. She– she said that Blaise was using a false I.D. card down there, uh, at– at her work at the strip joint and I don't know if– I can't remember if she said that she was afraid that they could identify the car. I don't remember.

Q: You don't recall if she said that specifically?

A: No. I– it was something about the car, though.

Q: Okay.

A: Uh, that– and that was the reason why the parent– the parents were gonna try to get the car painted or do something with the car.

Q: Okay.

A: Uh... .

Q: Do you know what kind of car Blaise has?

A: I didn't until today.

Q: And today did you research it and find out?

A: Yes. I did. And it's a 2-door Pontiac, red Pontiac coupe. Uh, I can't remember the year. I did... .

Q: Did you tell me earlier that it was a 1984 Pontiac?

LVMPD 000357
068.004

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 5

EVENT #: **010708-2410**

STATEMENT OF: **LAURA LINN JOHNSON**

A:   Yes, I did.

Q:   And did you also tell me that it had a personalized plate?

A:   Yes, I did.

Q:   Do you remember what that personalized plate was?

A:   Fornification Right? I... .

Q:   I wrote down what you told me.

A:   Yeah, I gave you that when I called you and gave you the plate, I had a deputy go over there to the home and give me the plate number.

Q:   Does the– is the plate number 4, N as in Nora, I as in Ida, K as in King, the number 8, E as in Easy, R as in Roger, sound correct?

A:   Yeah. Yes. That's it.

Q:   And you said you had a deputy check the house earlier today?

A:   The sergeant for the Lincoln County Sheriff's Department. She went over there and got the plate off the car.

Q:   And did she contact anyone or just drive by?

A:   No. She just drove by.

Q:   And what is the sergeant's name?

A:   Merba Calley.

Q:   And did Dixie tell you how she learned all this information?

LVMPD 000358
068.005

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 6

EVENT #: **010708-2410**

STATEMENT OF: **LAURA LINN JOHNSON**

A: Yeah. She told me that, uh, she had talked to Blaise and Blaise had told her all about it. And she asked me not to say anything to anybody.

Q: Did, uh, she tell you what Blaise's current physical description would be? Or do you have any idea what it would be?

A: Uh, I– I really don't have any idea. Uh, Dixie did say something about Blaise being– having really white hair, uh, having it bleached. But that's about, you know, I'm not sure.

Q: Do you have Blaise's complete name?

A: Yes.

Q: What is it?

A: Kirstin Blaise Lobato.

Q: And is Blaise B-L-A-I-S-E?

A: I thought it was a Z. It might be.

Q: Okay. So you're not sure?

A: I'm not sure. I don't have the reports.

Q: Do you know how she spells he last name?

A: Yeah, L-A-B-A-T-O.

Q: Okay. Earlier you told me L... .

A: L-A-B-A... . L-A-B-O-T-O.

LVMPD 000359
068.006

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 7

EVENT #: 010708-2410

STATEMENT OF: **LAURA LINN JOHNSON**

Q: Earlier you told me L-O-B-A-T-O. Does that sound correct?

A: Yeah. I'm sorry. Yeah.

Q: That's okay. Do you know if Blaise utilizes any drugs?

A: Uh, I don't know it for sure, but I've heard that she does. And I know that when she was on probation with me a few years ago that, uh, yes she was using methamphetamine.

Q: Has Dixie mentioned anything about Blaise using drugs?

A: Uh, yes she did. She told me she was pretty heavy duty into, uh, all types of different narcotics.

Q: Did Blaise say when this occurred?

A: No.

Q: I mean, did Dixie explain when this occurred?

A: No, and it kinda sounded to me like it was just within the last few weeks. Maybe– maybe even days. That's why I called. I wasn't sure.

Q: Okay. Did Dixie say what strip club that Blaise was working at?

A: No. She didn't.

Q: Or what side of town?

A: No.

Q: Did she describe the man that was trying to assault her?

LVMPD 000360
068.007

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 8

EVENT #: **010708-2410**

STATEMENT OF: **LAURA LINN JOHNSON**

A: No.

Q: Did– did Dixie say what Blaise said that she used in order to cut of the man's penis?

A: I think she told me she pulled– she pulled a knife on him. Used a knife.

Q: Did she say what kind of knife?

A: No.

Q: And do you know where Blaise lives locally?

A: Yes, I do.

Q: Where does she live?

A: She lives in Panaca, Nevada.

Q: And who does she live with there?

A: She lives with her mother and father.

Q: And what are their names?

A: Uh, Rebecca Lobato and Larry Lobato.

Q: And is Blaise white or black or Asian?

A: She's white.

Q: About how old is she?

A: She's about 19, 20.

Q: And approximately how tall?

A: Uh, 5'7", 5'8".

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 9

EVENT #: 010708-2410

STATEMENT OF: **LAURA LINN JOHNSON**

Q: And about how much does she weigh?

A: About 120.

Q: How would you describe her build?

A: She's tall and slender.

Q: Okay. Do you know if and when Blaise moved away from Pioche and Panaca to go to Las Vegas?

A: Uh, it wasn't too long ago. It was probably I would— I would say maybe January or February. But I'm not sure on that.

Q: And how did you learn that she'd moved?

A: Just through kids of mine on probation.

Q: Do a lot of people talk and know everything going on with the small town atmosphere here?

A: Yes. Yes, they do. I have not ever heard that she was stripping, though, down in Las Vegas. I've never heard that rumor or that statement.

Q: Where did you hear that she ended up?

A: Down in Las Vegas.

Q: Did you hear any place in particular she was staying and what side of town or anything about that?

A: No. No, I didn't.

LVMPD 000362
068.009

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 10

EVENT #: **010708-2410**

STATEMENT OF: **LAURA LINN JOHNSON**

JL: With any family or friends?

A: Uh, I had heard that she was with her mom.

Q: And do you know if her mom lives in Las Vegas?

A: That's what I found out today, she does, or she did. I don't know that for sure though.

Q: Okay. And do you know her mom's name?

A: No.

Q: And you're— the mom you're referring is different that Rebecca, the stepmother?

A: Right. Rebecca is the stepmother. Yes.

Q: Jim, do you have any questions.

JL: Did, uh, Dixie talk about what, uh, Blaise had planned for the vehicle that was at her house? Did she say what she was gonna do with the vehicle?

A: Uh, what Dixie told me is that the parent— her parents were trying to hide the vehicle or get it painted. Trying to hide the vehicle out. And hide their daughter out.

Q: Do you know how Dixie knows Blaise?

A: Yes. She was her— her, uh, Adult Ed teacher.

Q: Dixie was?

A: Uh huh.

Q: From knowing— how long have you known Dixie?

LVMPD 000363
068.010

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 11

EVENT #: **010708-2410**

STATEMENT OF: **LAURA LINN JOHNSON**

A: Probably about three years.

Q: Is it common that Dixie's students or former students tell her a lot of things?

A: Yes. Absolutely.

Q: Have you heard things in the past from Dixie that come from the students?

A: Yes. Yes.

Q: What kind of information have you received in the past?

A: Uh, lots of information, uh, she's given me information about kids that are using narcotics, uh, about kids that are bringing narcotics into, uh, Lincoln County.

Q: Do you believe the information that you've been given from Dixie as reliable?

A: Yeah.

Q: Laura, is there anything else that, uh, you could tell us that we haven't asked you that would help us with our investigation? One more question. Do you know if, uh, Blaise had any traumatic events earlier in her life?

A: Uh, yeah. I just found out that she had been sexually assaulted, uh, as a child.

Q: And how did you learn that?

A: Uh, by my sergeant at Lincoln County Sheriff's Department, Merba Caley.

Q: Okay. Is there anything else that you could tell us that would help us with the investigation?

A: Not that I can think of right now.

LVMPD 000364
068.011

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 12

EVENT #: **010708-2410**

STATEMENT OF: **LAURA LINN JOHNSON**

Q: Okay. That will be the end of the statement. The same persons are present. The time is 1637. That's all. Thank you.

01V0663

TT:JL:lr

---

**THIS VOLUNTARY STATEMENT WAS COMPLETED AT ECHO CANYON STATE PARK ON THE 20TH DAY OF JULY, 2001 AT 1637 HOURS.**